**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

## <u>ORDER</u>

Came to be considered Defendant JOHN RYBARCZYK'S *Motion to Modify Conditions*

*of Release*.  After considering the matter, the Court is of the opinion that the Motion should be:

☐ GRANTED        ☐ DENIED

SIGNED on _____, 2023.


_____
THE HON. ANDREW HANEN
UNITED STATES DISTRICT JUDGE