United States District Court
Southern District of Texas
**ENTERED**
July 24, 2023
Nathan Ochsner, Clerk

UNITED STATES OF AMERICA

v.

Case No. 22-CR-00612-3

**JOHN RYBARCZYK,**
Aka "Ultra_Calls,"
Defendant.

## O R D E R

HAVING CONSIDERED Defendant Rybarczyk's Motion to modify his bond condition to remove electronic monitoring, as well as the Government's response in opposition, the COURT rules accordingly:

_____GRANTED

\_\_\_\_DENIED

Signed at Houston, Texas this the 24th day of \_\_\_\_July\_\_\_\_, 2023.

THE HONORABLE ANDREW HANEN
UNITED STATES JUDGE