| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| UNITED STATES OF AMERICA | HOUSTON DIVISION |
| *VERSUS* | CRIMINAL ACTION NO. H-22-0612-3 |
| JOHN RYBARCZYK | **EXHIBIT LIST** |
| LIST OF:<br>TYPE OF HEARING:  JURY TRIAL | COUNSEL: PHILIP H. HILDER, Q. TATE WILLIAMS, STEPHANIE K. MCGUIRE, ERIC S. ROSEN |
| JUDGE:  ANDREW S. HANEN    CLERK:  RHONDA HAWKINS | REPORTER: |

| NO. | DESCRIPTION (GOVT. FILENAME OR DEF. BATES NO.) | OFR | OBJ | ADM. | DATE |
|---|---|---|---|---|---|
| 1 | 147792246-like.txt | | | | |
| 2 | 373620043-direct-messages.txt | | | | |
| 3 | DOJ-PROD-0000046700.xlsx | | | | |
| 4 | DOJ-PROD-0000046699.xlsx | | | | |
| 5 | DOJ-PROD-0000046698.xlsx | | | | |
| 6 | DOJ-PROD-0000046697.xlsx | | | | |
| 7 | DOJ-PROD-0000119932.csv | | | | |
| 8 | DOJ-PROD-0000192464.xlsm | | | | |
| 9 | DOJ-PROD-0000192426.csv | | | | |
| 10 | DOJ-PROD-0000192418.csv | | | | |
| 11 | DOJ-PROD-0000193530.xlsx | | | | |
| 12 | DOJ-PROD-0000193487.xlsx | | | | |
| 13 | DOJ-PROD-0000192160.xlsm | | | | |
| 14 | DOJ-PROD-0000192159.xlsm | | | | |
| 15 | DOJ-PROD-0000192158.xlsm | | | | |
| 16 | DOJ-PROD-0000192156.xlsm | | | | |
| 17 | DOJ-PROD-0000164410.xlsx | | | | |
| 18 | DOJ-PROD-0000164429.xlsx | | | | |
| 19 | DOJ-PROD-0000164428.xlsx | | | | |
| 20 | DOJ-PROD-0000164430.xlsx | | | | |
| 21 | DOJ-PROD-0000164389.xlsx | | | | |
| 22 | DOJ-PROD-0000192340.xlsx | | | | |
| 23 | DOJ-PROD-0000192251.xlsx | | | | |
| 24 | DOJ-PROD-0000192250.xlsx | | | | |
| 25 | DOJ-PROD-0000192286.xlsx | | | | |
| 26 | DOJ-PROD-0000192264.xlsx | | | | |
| 27 | DOJ-PROD-0000192293.xlsx | | | | |

| No. | Description (Govt. Filename or Def. Bates No.) | Ofr | Obj | Adm. | Date |
|-----|------------------------------------------------|-----|-----|------|------|
| 28 | DOJ-PROD-0000192312.xlsx | | | | |
| 29 | DOJ-PROD-0000192200.xlsx | | | | |
| 30 | DOJ-PROD-0000192298.xlsx | | | | |
| 31 | DOJ-PROD-0000192253.xlsx | | | | |
| 32 | DOJ-PROD-0000192261.xlsx | | | | |
| 33 | DOJ-PROD-0000192267.xlsx | | | | |
| 34 | DOJ-PROD-0000192194.xlsx | | | | |
| 35 | DOJ-PROD-0000192197.xlsx | | | | |
| 36 | DOJ-PROD-0000192223.xlsx | | | | |
| 37 | DOJ-PROD-0000192260.xlsx | | | | |
| 38 | DOJ-PROD-0000192292.xlsx | | | | |
| 39 | DOJ-PROD-0000192215.xlsx | | | | |
| 40 | DOJ-PROD-0000192224.xlsx | | | | |
| 41 | DOJ-PROD-0000192299.xlsx | | | | |
| 42 | DOJ-PROD-0000192242.xlsx | | | | |
| 43 | DOJ-PROD-0000192281.xlsx | | | | |
| 44 | DOJ-PROD-0000192353.xlsx | | | | |
| 45 | DOJ-PROD-0000192270.xlsx | | | | |
| 46 | DOJ-PROD-0000192275.xlsx | | | | |
| 47 | DOJ-PROD-0000192319.xlsx | | | | |
| 48 | DOJ-PROD-0000192335.xlsx | | | | |
| 49 | DOJ-PROD-0000192311.xlsx | | | | |
| 50 | DOJ-PROD-0000192321.xlsx | | | | |
| 51 | DOJ-PROD-0000192219.xlsx | | | | |
| 52 | DOJ-PROD-0000192282.xlsx | | | | |
| 53 | DOJ-PROD-0000192217.xlsx | | | | |
| 54 | DOJ-PROD-0000192226.xlsx | | | | |
| 55 | DOJ-PROD-0000192354.xlsx | | | | |
| 56 | DOJ-PROD-0000192351.xlsx | | | | |
| 57 | DOJ-PROD-0000192273.xlsx | | | | |
| 58 | DOJ-PROD-0000192243.xlsx | | | | |
| 59 | DOJ-PROD-0000192329.xlsx | | | | |
| 60 | DOJ-PROD-0000192222.xlsx | | | | |
| 61 | DOJ-PROD-0000192294.xlsx | | | | |
| 62 | DOJ-PROD-0000192227.xlsx | | | | |
| 63 | DOJ-PROD-0000192240.xlsx | | | | |
| 64 | DOJ-PROD-0000192218.xlsx | | | | |

| No. | Description (Govt. Filename or Def. Bates No.) | Ofr | Obj | Adm. | Date |
|-----|-----------------------------------------------|-----|-----|------|------|
| 65 | Notes on recordings - Supplemental Whistleblo.xlsx | | | | |
| 66 | DOJ-PROD-0000192211.xlsx | | | | |
| 67 | DOJ-PROD-0000192212.xlsx | | | | |
| 68 | DOJ-PROD-0000192166.xlsx | | | | |
| 69 | DOJ-PROD-0000304255.csv | | | | |
| 70 | DOJ-PROD-0000304262.csv | | | | |
| 71 | PJ_Matlock.xlsx | | | | |
| 72 | Ultra_Calls.xlsx | | | | |
| 73 | notoriousalerts.xlsx | | | | |
| 74 | MrZackMorris.xlsx | | | | |
| 75 | Hugh_Henne.xlsx | | | | |
| 76 | LadeBackk.xlsx | | | | |
| 77 | ohheytommy.xlsx | | | | |
| 78 | DipDeity.xlsx | | | | |
| 79 | DOJ-PROD-0000317587.xlsx | | | | |
| 80 | DOJ-PROD-0000317577.xlsx | | | | |
| 81 | DOJ-PROD-0000317578.xlsx | | | | |
| 82 | DOJ-PROD-0000317581.xlsx | | | | |
| 83 | DOJ-PROD-0000318322.xlsx | | | | |
| 84 | DOJ-PROD-0000318566.xlsx | | | | |
| 85 | Ultra (372232091414298625).xlsx | | | | |
| 86 | 984168589491859487.csv | | | | |
| 87 | 406197209185517569.csv | | | | |
| 88 | 700077347251945472.csv | | | | |
| 89 | 458013311846449152.csv | | | | |
| 90 | ohheytommy.xlsx | | | | |
| 91 | Ultra_Calls.xlsx | | | | |
| 92 | 804509618004951051.csv | | | | |
| 93 | 899404349468471306.csv | | | | |
| 94 | 484011873558200320.csv | | | | |
| 95 | 700035478073770126.csv | | | | |
| 96 | 707581123823140915.csv | | | | |
| 97 | 707581123823140915.csv | | | | |
| 98 | 746035504067248218.csv | | | | |
| 99 | 470889390588035082.csv | | | | |
| 100 | 245489122892840961.csv | | | | |
| 101 | 945269513191043082.csv | | | | |

| No. | Description (Govt. Filename or Def. Bates No.) | Ofr | Obj | Adm. | Date |
|-----|-----------------------------------------------|-----|-----|------|------|
| 102 | Attachment_B1_twitter_ultra_calls_001.csv | | | | |
| 103 | Attachment_B2_twitter_pj_matlock_001.csv | | | | |
| 104 | Episode 262 - OBLN - May 10, 2021.xlsx | | | | |
| 105 | Episode 284 - PIXY - March 29, 2022 to March 31, 2022.xlsx | | | | |
| 106 | Episode 134 - GNUS - March 04, 2021 to March 30, 2021.xlsx | | | | |
| 107 | Episode 200 - LLIT - January 28, 2021 to March 12, 2021.xlsx | | | | |
| 108 | Episode 320 - SNOA - April 01, 2021.xlsx | | | | |
| 109 | Episode 309 - RNXT - November 10, 2021.xlsx | | | | |
| 110 | Episode 371 - WAFU - April 19, 2021.xlsx | | | | |
| 111 | Episode 265 - OGEN - December 02, 2020 to December 07, 2020.xlsx | | | | |
| 112 | Episode 317 - SNDL - January 06, 2021 to February 17, 2021.xlsx | | | | |
| 113 | Episode 110 - CYN - October 21, 2021 to October 22, 2021.xlsx | | | | |
| 114 | Episode 237 - NETE - October 13, 2020 to October 14, 2020.xlsx | | | | |
| 115 | Episode 62 - BBIG - April 21, 2021 to April 23, 2021.xlsx | | | | |
| 116 | Episode 83 - BRQS - June 04, 2021 to June 15, 2021.xlsx | | | | |
| 117 | Episode 57 - BAOS - April 19, 2022 to April 27, 2022.xlsx | | | | |
| 118 | Episode 280 - OXBR - December 28, 2020 to December 29, 2020.xlsx | | | | |
| 119 | Episode 293 - PPSI - January 12, 2021 to January 22, 2021.xlsx | | | | |
| 120 | Episode 221 - MFH - March 22, 2021 to March 23, 2021.xlsx | | | | |
| 121 | Episode 348 - UPC - July 22, 2021 to July 23, 2021.xlsx | | | | |
| 122 | Episode 313 - SINO - February 08, 2021 to February 22, 2021.xlsx | | | | |
| 123 | Episode 269 - OGEN - March 09, 2021.xlsx | | | | |
| 124 | Episode 160 - IPDN - January 08, 2021 to January 11, 2021.xlsx | | | | |
| 125 | Episode 177 - KALV - February 09, 2021.xlsx | | | | |
| 126 | Episode 270 - OGEN - April 23, 2021 to April 26, 2021.xlsx | | | | |
| 127 | Episode 111 - DATS - August 13, 2021 to October 26, 2021.xlsx | | | | |
| 128 | Episode 229 - MYSZ - October 26, 2021 to November 02, 2021.xlsx | | | | |
| 129 | Episode 275 - ONTX - May 18, 2021.xlsx | | | | |
| 130 | Episode 224 - MKD - March 02, 2022 to March 29, 2022.xlsx | | | | |
| 131 | Episode 122 - DLPN - October 27, 2021.xlsx | | | | |
| 132 | Episode 130 - FCEL - October 04, 2021 to October 20, 2021.xlsx | | | | |
| 133 | Episode 159 - IPDN - December 30, 2020.xlsx | | | | |
| 134 | Episode 124 - EARS - June 03, 2021.xlsx | | | | |
| 135 | Episode 232 - NAKD - January 04, 2021 to January 28, 2021.xlsx | | | | |
| 136 | Episode 4 - ABVC - November 01, 2021.xlsx | | | | |
| 137 | Episode 135 - GRTX - October 27, 2021 to October 28, 2021.xlsx | | | | |
| 138 | Episode 95 - CHEK - June 30, 2020 to July 02, 2020.xlsx | | | | |

| No. | Description (Govt. Filename or Def. Bates No.) | Ofr | Obj | Adm. | Date |
|---|---|---|---|---|---|
| | | | | | |
| 139 | Episode 385 - WWR - November 02, 2020 to November 23, 2020.xlsx | | | | |
| 140 | Episode 211 - METX - October 16, 2020.xlsx | | | | |
| 141 | Episode 315 - SINO - April 20, 2021.xlsx | | | | |
| 142 | Episode 307 - RHE - August 30, 2021 to August 31, 2021.xlsx | | | | |
| 143 | Episode 312 - SFET - August 06, 2021 to August 09, 2021.xlsx | | | | |
| 144 | Episode 189 - KXIN - July 08, 2020.xlsx | | | | |
| 145 | Episode 255 - NXTD - December 15, 2021.xlsx | | | | |
| 146 | Episode 43 - AMCI - November 27, 2020 to January 22, 2021.xlsx | | | | |
| 147 | Episode 103 - CSCW - December 24, 2020 to December 30, 2020.xlsx | | | | |
| 148 | Episode 104 - CSCW - March 24, 2021.xlsx | | | | |
| 149 | Episode 133 - GMVD - October 28, 2021 to October 29, 2021.xlsx | | | | |
| | | | | | |
| 150 | Episode 13 - ADMP - September 08, 2020 to September 10, 2020.xlsx | | | | |
| 151 | Episode 394 - YVR - July 13, 2021 to July 16, 2021.xlsx | | | | |
| 152 | Episode 78 - BRQS - August 24, 2020.xlsx | | | | |
| 153 | Episode 161 - IPDN - March 17, 2021 to March 18, 2021.xlsx | | | | |
| 154 | Episode 113 - DBGI - June 10, 2021 to July 08, 2021.xlsx | | | | |
| 155 | Episode 341 - TMBR - January 25, 2021 to January 27, 2021.xlsx | | | | |
| 156 | Episode 213 - METX - February 04, 2021 to February 05, 2021.xlsx | | | | |
| 157 | Episode 28 - AHPI - June 17, 2020 to June 22, 2020.xlsx | | | | |
| 158 | Episode 53 - AVGR - August 24, 2020 to August 31, 2020.xlsx | | | | |
| 159 | Episode 7 - ACST - November 30, 2020.xlsx | | | | |
| 160 | Episode 188 - KTTA - November 23, 2021.xlsx | | | | |
| 161 | Episode 35 - AIHS - September 22, 2021 to September 24, 2021.xlsx | | | | |
| 162 | Episode 170 - JAGX - January 04, 2021.xlsx | | | | |
| 163 | Episode 181 - KERN - November 05, 2020 to December 04, 2020.xlsx | | | | |
| 164 | Episode 129 - FCEL - November 13, 2020 to December 29, 2020.xlsx | | | | |
| 165 | Episode 285 - PPSI - June 12, 2020.xlsx | | | | |
| 166 | Episode 66 - BCTX - June 02, 2021.xlsx | | | | |
| 167 | Episode 112 - DBGI - May 14, 2021 to May 28, 2021.xlsx | | | | |
| 168 | Episode 173 - JAGX - December 21, 2021.xlsx | | | | |
| 169 | Episode 21 - AEI - September 02, 2021 to September 20, 2021.xlsx | | | | |
| 170 | Episode 65 - BBLG - January 10, 2022.xlsx | | | | |
| 171 | Episode 358 - VISL - April 23, 2020 to April 30, 2020.xlsx | | | | |
| 172 | Episode 295 - PPSI - November 08, 2021 to November 12, 2021.xlsx | | | | |
| 173 | Episode 79 - BRQS - November 12, 2020 to November 19, 2020.xlsx | | | | |
| 174 | Episode 235 - NAKD - April 29, 2021 to May 06, 2021.xlsx | | | | |

| No. | Description (Govt. Filename or Def. Bates No.) | Ofr | Obj | Adm. | Date |
|---|---|---|---|---|---|
| 175 | Episode 334 - SXTC - January 19, 2022 to March 01, 2022.xlsx | | | | |
| 176 | Episode 33 - AHT - July 28, 2020.xlsx | | | | |
| 177 | Episode 355 - USEG - July 14, 2021.xlsx | | | | |
| 178 | Episode 182 - KERN - January 06, 2021 to February 12, 2021.xlsx | | | | |
| 179 | Episode 203 - LMFA - December 01, 2020 to December 04, 2020.xlsx | | | | |
| 180 | Episode 308 - RNAZ - July 09, 2021 to July 13, 2021.xlsx | | | | |
| 181 | Episode 240 - NETE - February 10, 2021 to February 19, 2021.xlsx | | | | |
| 182 | Episode 54 - AVGR - November 10, 2020.xlsx | | | | |
| 183 | Episode 387 - WWR - February 05, 2021 to February 19, 2021.xlsx | | | | |
| 184 | Episode 223 - MITQ - July 26, 2021.xlsx | | | | |
| 185 | Episode 49 - AREC - November 24, 2020.xlsx | | | | |
| 186 | Episode 384 - WWR - October 26, 2020.xlsx | | | | |
| 187 | Episode 60 - BBIG - February 23, 2021.xlsx | | | | |
| 188 | Episode 251 - NXTD - December 01, 2020 to February 19, 2021.xlsx | | | | |
| 189 | Episode 163 - ISIG - October 26, 2020 to October 27, 2020.xlsx | | | | |
| 190 | Episode 272 - ONTX - July 16, 2020 to August 26, 2020.xlsx | | | | |
| 191 | Episode 369 - WAFU - January 27, 2021 to February 08, 2021.xlsx | | | | |
| 192 | Episode 23 - AEMD - September 21, 2021 to September 22, 2021.xlsx | | | | |
| 193 | Episode 45 - APRE - July 21, 2021.xlsx | | | | |
| 194 | Episode 397 - ZYNE - February 02, 2021 to February 23, 2021.xlsx | | | | |
| 195 | Episode 107 - CSCW - February 17, 2022.xlsx | | | | |
| 196 | Episode 145 - HCDI - May 10, 2021 to May 12, 2021.xlsx | | | | |
| 197 | Episode 185 - KERN - September 13, 2021 to September 14, 2021.xlsx | | | | |
| 198 | Episode 152 - HOFV - February 03, 2021 to February 05, 2021.xlsx | | | | |
| 199 | Episode 351 - USEG - September 29, 2020 to September 30, 2020.xlsx | | | | |
| 200 | Episode 230 - NAKD - July 24, 2020 to July 27, 2020.xlsx | | | | |
| 201 | Episode 205 - LMFA - July 08, 2021 to July 09, 2021.xlsx | | | | |
| 202 | Episode 125 - EXPR - January 22, 2021 to January 27, 2021.xlsx | | | | |
| 203 | Episode 323 - SOS - January 27, 2021 to February 16, 2021.xlsx | | | | |
| 204 | Episode 192 - KXIN - March 16, 2021 to March 22, 2021.xlsx | | | | |
| 205 | Episode 276 - OXBR - July 06, 2020 to July 07, 2020.xlsx | | | | |
| 206 | Episode 77 - BRPM - October 26, 2021.xlsx | | | | |
| 207 | Episode 356 - USEG - March 07, 2022.xlsx | | | | |
| 208 | Episode 195 - LEDS - February 13, 2020 to February 28, 2020.xlsx | | | | |
| 209 | Episode 154 - HOFV - April 15, 2021 to April 19, 2021.xlsx | | | | |

| NO. | DESCRIPTION (GOVT. FILENAME OR DEF. BATES NO.) | OFR | OBJ | ADM. | DATE |
|---|---|---|---|---|---|
| 210 | Episode 350 - USEG - February 19, 2020 to February 21, 2020.xlsx | | | | |
| 211 | Episode 97 - CHEK - December 31, 2020 to January 04, 2021.xlsx | | | | |
| 212 | Episode 314 - SINO - March 17, 2021 to March 18, 2021.xlsx | | | | |
| 213 | Episode 50 - AREC - February 02, 2021 to March 18, 2021.xlsx | | | | |
| 214 | Episode 82 - BRQS - March 22, 2021 to March 25, 2021.xlsx | | | | |
| 215 | Episode 151 - HOFV - January 08, 2021 to January 12, 2021.xlsx | | | | |
| 216 | Episode 75 - BHTG - February 03, 2021 to February 11, 2021.xlsx | | | | |
| 217 | Episode 392 - YVR - July 30, 2020.xlsx | | | | |
| 218 | Episode 352 - USEG - January 19, 2021 to January 28, 2021.xlsx | | | | |
| 219 | Episode 292 - PPSI - December 04, 2020.xlsx | | | | |
| 220 | Episode 252 - NXTD - March 09, 2021 to March 10, 2021.xlsx | | | | |
| 221 | Episode 120 - DLPN - April 23, 2021 to April 29, 2021.xlsx | | | | |
| 222 | Episode 233 - NAKD - February 08, 2021 to February 12, 2021.xlsx | | | | |
| 223 | Episode 128 - EZFL - September 15, 2021 to October 11, 2021.xlsx | | | | |
| 224 | Episode 268 - OGEN - February 08, 2021.xlsx | | | | |
| 225 | Episode 180 - KAVL - March 15, 2022.xlsx | | | | |
| 226 | Episode 263 - OBLN - May 18, 2021 to May 24, 2021.xlsx | | | | |
| 227 | Episode 378 - WPG - June 01, 2021 to June 09, 2021.xlsx | | | | |
| 228 | Episode 109 - CXDC - October 26, 2021 to October 27, 2021.xlsx | | | | |
| 229 | Episode 374 - WORX - September 16, 2020 to September 23, 2020.xlsx | | | | |
| 230 | Episode 282 - OXBR - May 20, 2021 to June 17, 2021.xlsx | | | | |
| 231 | Episode 238 - NETE - November 13, 2020.xlsx | | | | |
| 232 | Episode 165 - ISIG - December 06, 2021.xlsx | | | | |
| 233 | Episode 330 - SURG - November 09, 2021.xlsx | | | | |
| 234 | Episode 319 - SNDL - October 21, 2021.xlsx | | | | |
| 235 | Episode 247 - NTEC - February 10, 2021.xlsx | | | | |
| 236 | Episode 48 - AREC - October 07, 2020 to October 30, 2020.xlsx | | | | |
| 237 | Episode 248 - NTEC - May 10, 2021 to May 11, 2021.xlsx | | | | |
| 238 | Episode 208 - MDRR - March 11, 2021 to March 15, 2021.xlsx | | | | |
| 239 | Episode 137 - GRVI - October 19, 2021.xlsx | | | | |
| 240 | Episode 31 - AHPI - September 15, 2021 to September 16, 2021.xlsx | | | | |
| 241 | Episode 167 - JAGX - July 22, 2020 to July 29, 2020.xlsx | | | | |
| 242 | Episode 321 - SNOA - May 03, 2021.xlsx | | | | |
| 243 | Episode 388 - WWR - March 11, 2021 to March 25, 2021.xlsx | | | | |
| 244 | Episode 267 - OGEN - January 05, 2021 to January 07, 2021.xlsx | | | | |
| 245 | Episode 158 - IPDN - December 01, 2020 to December 02, 2020.xlsx | | | | |

| No. | Description (Govt. Filename or Def. Bates No.) | Ofr | Obj | Adm. | Date |
|---|---|---|---|---|---|
| 246 | Episode 327 - STAF - July 19, 2021 to July 21, 2021.xlsx | | | | |
| 247 | Episode 68 - BCTX - December 01, 2021.xlsx | | | | |
| 248 | Episode 146 - HCDI - November 04, 2021 to November 05, 2021.xlsx | | | | |
| 249 | Episode 24 - AERC - March 17, 2022.xlsx | | | | |
| 250 | Episode 206 - LOTZ - June 07, 2021 to June 08, 2021.xlsx | | | | |
| 251 | Episode 26 - AGRI - October 27, 2021.xlsx | | | | |
| 252 | Episode 289 - PPSI - September 23, 2020 to September 25, 2020.xlsx | | | | |
| 253 | Episode 201 - LLIT - April 20, 2021 to May 12, 2021.xlsx | | | | |
| 254 | Episode 70 - BFRI - March 11, 2022 to March 22, 2022.xlsx | | | | |
| 255 | Episode 318 - SNDL - March 01, 2021 to March 02, 2021.xlsx | | | | |
| 256 | Episode 393 - YVR - March 12, 2021 to March 31, 2021.xlsx | | | | |
| 257 | Episode 256 - OBLN - September 03, 2020.xlsx | | | | |
| 258 | Episode 142 - GTT - March 16, 2021 to March 17, 2021.xlsx | | | | |
| 259 | Episode 38 - ALF - June 22, 2021.xlsx | | | | |
| 260 | Episode 191 - KXIN - February 10, 2021 to February 11, 2021.xlsx | | | | |
| 261 | Episode 226 - MTSL - April 16, 2021.xlsx | | | | |
| 262 | Episode 365 - VTVT - February 02, 2021 to February 08, 2021.xlsx | | | | |
| 263 | Episode 326 - STAF - June 30, 2021 to July 02, 2021.xlsx | | | | |
| 264 | Episode 353 - USEG - March 08, 2021 to March 10, 2021.xlsx | | | | |
| 265 | Episode 153 - HOFV - March 17, 2021 to March 30, 2021.xlsx | | | | |
| 266 | Episode 288 - PPSI - August 25, 2020 to August 26, 2020.xlsx | | | | |
| 267 | Episode 380 - WWR - August 20, 2020 to August 21, 2020.xlsx | | | | |
| 268 | Episode 19 - AEI - March 22, 2021 to March 30, 2021.xlsx | | | | |
| 269 | Episode 61 - BBIG - March 22, 2021 to March 30, 2021.xlsx | | | | |
| 270 | Episode 207 - MARPS - March 07, 2022.xlsx | | | | |
| 271 | Episode 322 - SOS - January 06, 2021.xlsx | | | | |
| 272 | Episode 360 - VRPX - March 26, 2021 to April 14, 2021.xlsx | | | | |
| 273 | Episode 254 - NXTD - October 27, 2021 to November 02, 2021.xlsx | | | | |
| 274 | Episode 32 - AHPI - November 26, 2021.xlsx | | | | |
| 275 | Episode 303 - RGLS - March 11, 2021 to March 12, 2021.xlsx | | | | |
| 276 | Episode 140 - GTT - February 24, 2021 to February 25, 2021.xlsx | | | | |
| 277 | Episode 15 - ADMP - December 23, 2020.xlsx | | | | |
| 278 | Episode 376 - WORX - July 30, 2021.xlsx | | | | |
| 279 | Episode 337 - TGC - January 20, 2021 to February 25, 2021.xlsx | | | | |
| 280 | Episode 301 - REDU - October 15, 2021 to October 26, 2021.xlsx | | | | |
| 281 | Episode 44 - AMPG - March 09, 2022 to March 31, 2022.xlsx | | | | |
| 282 | Episode 29 - AHPI - July 13, 2021 to August 04, 2021.xlsx | | | | |

| No. | Description (Govt. Filename or Def. Bates No.) | Ofr | Obj | Adm. | Date |
|---|---|---|---|---|---|
| 283 | Episode 349 - USEG - January 07, 2020 to January 08, 2020.xlsx | | | | |
| 284 | Episode 222 - MGLD - March 10, 2022 to April 11, 2022.xlsx | | | | |
| 285 | Episode 187 - KIQ - October 20, 2021 to November 18, 2021.xlsx | | | | |
| 286 | Episode 209 - MDRR - May 07, 2021 to May 17, 2021.xlsx | | | | |
| 287 | Episode 16 - ADMP - January 20, 2021 to January 28, 2021.xlsx | | | | |
| 288 | Episode 98 - CHEK - March 15, 2021.xlsx | | | | |
| 289 | Episode 71 - BHTG - July 09, 2020.xlsx | | | | |
| 290 | Episode 202 - LMFA - September 28, 2020 to September 30, 2020.xlsx | | | | |
| 291 | Episode 59 - BBIG - January 21, 2021.xlsx | | | | |
| 292 | Episode 246 - NTEC - February 02, 2021 to February 03, 2021.xlsx | | | | |
| 293 | Episode 190 - KXIN - October 16, 2020 to October 27, 2020.xlsx | | | | |
| 294 | Episode 234 - NAKD - March 24, 2021 to March 25, 2021.xlsx | | | | |
| 295 | Episode 12 - ACST - August 03, 2021 to August 04, 2021.xlsx | | | | |
| 296 | Episode 139 - GTEC - December 07, 2020.xlsx | | | | |
| 297 | Episode 90 - CBAT - December 21, 2020 to December 28, 2020.xlsx | | | | |
| 298 | Episode 279 - OXBR - September 25, 2020 to October 08, 2020.xlsx | | | | |
| 299 | Episode 266 - OGEN - December 22, 2020.xlsx | | | | |
| 300 | Episode 164 - ISIG - April 07, 2021.xlsx | | | | |
| 301 | Episode 52 - AVGR - August 04, 2020 to August 21, 2020.xlsx | | | | |
| 302 | Episode 172 - JAGX - May 24, 2021 to June 10, 2021.xlsx | | | | |
| 303 | Episode 304 - RGLS - June 03, 2021 to June 10, 2021.xlsx | | | | |
| 304 | Episode 311 - SALM - October 21, 2021.xlsx | | | | |
| 305 | Episode 249 - NTRB - October 01, 2021 to October 12, 2021.xlsx | | | | |
| 306 | Episode 85 - CATB - December 02, 2020.xlsx | | | | |
| 307 | Episode 298 - PRFX - November 03, 2020 to November 04, 2020.xlsx | | | | |
| 308 | Episode 1 - ABVC - August 10, 2021 to August 11, 2021.xlsx | | | | |
| 309 | Episode 258 - OBLN - January 20, 2021 to January 22, 2021.xlsx | | | | |
| 310 | Episode 168 - JAGX - October 06, 2020 to October 08, 2020.xlsx | | | | |
| 311 | Episode 214 - METX - March 12, 2021 to March 17, 2021.xlsx | | | | |
| 312 | Episode 287 - PPSI - August 04, 2020 to August 07, 2020.xlsx | | | | |
| 313 | Episode 91 - CBAT - January 06, 2021 to February 23, 2021.xlsx | | | | |
| 314 | Episode 155 - IPDN - August 05, 2020.xlsx | | | | |
| 315 | Episode 87 - CBAT - September 14, 2020 to September 16, 2020.xlsx | | | | |
| 316 | Episode 40 - ALZN - June 15, 2021 to July 23, 2021.xlsx | | | | |
| 317 | Episode 302 - RGLS - June 11, 2020 to July 30, 2020.xlsx | | | | |
| 318 | Episode 94 - CEI - August 03, 2021 to November 30, 2021.xlsx | | | | |

| NO. | DESCRIPTION (GOVT. FILENAME OR DEF. BATES NO.) | OFR | OBJ | ADM. | DATE |
|-----|------------------------------------------------|-----|-----|------|------|
| 319 | Episode 336 - SYPR - February 24, 2021 to February 25, 2021.xlsx | | | | |
| 320 | Episode 141 - GTT - March 01, 2021 to March 03, 2021.xlsx | | | | |
| 321 | Episode 86 - CATB - January 29, 2021.xlsx | | | | |
| 322 | Episode 176 - JAN - May 13, 2021 to May 26, 2021.xlsx | | | | |
| 323 | Episode 166 - JAGX - April 01, 2020.xlsx | | | | |
| 324 | Episode 199 - LEDS - August 30, 2021 to September 03, 2021.xlsx | | | | |
| 325 | Episode 391 - YVR - June 03, 2020 to June 04, 2020.xlsx | | | | |
| 326 | Episode 361 - VRPX - June 30, 2021 to July 15, 2021.xlsx | | | | |
| 327 | Episode 396 - ZSAN - March 21, 2022 to April 05, 2022.xlsx | | | | |
| 328 | Episode 373 - WORX - September 04, 2020 to September 10, 2020.xlsx | | | | |
| 329 | Episode 347 - UPC - March 29, 2021 to April 01, 2021.xlsx | | | | |
| 330 | Episode 115 - DBGI - October 28, 2021.xlsx | | | | |
| 331 | Episode 25 - AGRI - July 29, 2021 to August 02, 2021.xlsx | | | | |
| 332 | Episode 241 - NETE - April 06, 2021.xlsx | | | | |
| 333 | Episode 196 - LEDS - September 28, 2020.xlsx | | | | |
| 334 | Episode 357 - VISL - March 03, 2020 to March 04, 2020.xlsx | | | | |
| 335 | Episode 88 - CBAT - October 05, 2020.xlsx | | | | |
| 336 | Episode 283 - OXBR - July 16, 2021 to July 19, 2021.xlsx | | | | |
| 337 | Episode 150 - HJLI - August 03, 2021.xlsx | | | | |
| 338 | Episode 218 - METX - November 05, 2021 to November 11, 2021.xlsx | | | | |
| 339 | Episode 22 - AEI - March 07, 2022 to March 11, 2022.xlsx | | | | |
| 340 | Episode 136 - GRVI - July 06, 2021 to July 07, 2021.xlsx | | | | |
| 341 | Episode 363 - VTVT - July 27, 2020 to July 30, 2020.xlsx | | | | |
| 342 | Episode 231 - NAKD - September 24, 2020 to September 25, 2020.xlsx | | | | |
| 343 | Episode 204 - LMFA - January 08, 2021 to January 15, 2021.xlsx | | | | |
| 344 | Episode 30 - AHPI - August 10, 2021 to August 12, 2021.xlsx | | | | |
| 345 | Episode 72 - BHTG - August 03, 2020 to August 04, 2020.xlsx | | | | |
| 346 | Episode 39 - ALNA - January 26, 2021.xlsx | | | | |
| 347 | Episode 2 - ABVC - September 01, 2021.xlsx | | | | |
| 348 | Episode 156 - IPDN - October 07, 2020 to October 08, 2020.xlsx | | | | |
| 349 | Episode 306 - RHE - April 28, 2021 to May 26, 2021.xlsx | | | | |
| 350 | Episode 274 - ONTX - February 03, 2021 to March 19, 2021.xlsx | | | | |
| 351 | Attachment_C_priority_files.xlsm | | | | |
| 352 | DOJ-PROD-0000363107.xlsx | | | | |
| 353 | DOJ-PROD-0000363106.xlsx | | | | |

| No. | Description (Govt. Filename or Def. Bates No.) | Ofr | Obj | Adm. | Date |
|---|---|---|---|---|---|
| 354 | Defendants Social Media Messages for Episodes.xlsx | | | | |
| 355 | notoriousalerts.xlsx | | | | |
| 356 | Ultra_Calls.xlsx | | | | |
| 357 | ohheytommy.xlsx | | | | |
| 358 | notoriousalerts.xlsx | | | | |
| 359 | DOJ-PROD-0000363231.xlsx | | | | |
| 360 | DOJ-PROD-0000363236.xlsx | | | | |
| 361 | DOJ-PROD-0000363230.xlsx | | | | |
| 362 | DOJ-PROD-0000364304.xlsx | | | | |
| 363 | DOJ-PROD-0000364280.xlsx | | | | |
| 364 | DOJ-PROD-0000364274.xlsx | | | | |
| 365 | DOJ-PROD-0000364283.xlsx | | | | |
| 366 | DOJ-PROD-0000364303.xlsx | | | | |
| 367 | DOJ-PROD-0000363507.xlsx | | | | |
| 368 | DOJ-PROD-0000363503.xlsx | | | | |
| 369 | DOJ-PROD-0000363506.xlsx | | | | |
| 370 | DOJ-PROD-0000363505.xlsx | | | | |
| 371 | DOJ-PROD-0000363496.xlsx | | | | |
| 372 | GX 347.xlsx | | | | |
| 373 | GX 349.xlsx | | | | |
| 374 | JRYBARCZYK-00001: UPC Raw Tickdata.xlsx | | | | |
| 375 | JRYBARCZYK-00002: SXTC Raw Tickdata.xlsx | | | | |
| 376 | JRYBARCZYK-00003: ABVC Raw Tickdata.xlsx | | | | |
| 377 | JRYBARCZYK-00004: CEI Quote.csv | | | | |
| 378 | JRYBARCZYK-00005: CEI Trades.csv | | | | |
| 379 | JRYBARCZYK-00006: EZFL Trades.csv | | | | |
| 380 | JRYBARCZYK-00007: GTT Trades.csv | | | | |
| 381 | JRYBARCZYK-00008: EZFL Quote.csv | | | | |
| 382 | JRYBARCZYK-00009: GTT Quote.csv | | | | |
| 383 | JRYBARCZYK-000010: NAKD Trades.csv | | | | |
| 384 | JRYBARCZYK-000011: NAKD Quote.csv | | | | |
| 385 | JRYBARCZYK-000012: TRCH Trades.csv | | | | |
| 386 | JRYBARCZYK-000013: TRCH Quote.csv | | | | |
| 387 | DOJ-PROD-0000109730-DOJ-PROD-0000109733.pdf | | | | |
| 388 | DOJ-PROD-0000110320-DOJ-PROD-0000110608.pdf | | | | |
| 389 | DOJ-PROD-0000110609-DOJ-PROD-0000110892.pdf | | | | |
| 390 | DOJ-PROD-0000110316-DOJ-PROD-0000110319.pdf | | | | |

| No. | Description (Govt. Filename or Def. Bates No.) | Ofr | Obj | Adm. | Date |
|---|---|---|---|---|---|
| 391 | DOJ-PROD-0000111002-DOJ-PROD-0000111005.pdf | | | | |
| 392 | DOJ-PROD-0000109734-DOJ-PROD-0000109893.pdf | | | | |
| 393 | DOJ-PROD-0000110893-DOJ-PROD-0000111001.pdf | | | | |
| 394 | DOJ-PROD-0000109894-DOJ-PROD-0000109897.pdf | | | | |
| 395 | DOJ-PROD-0000110060-DOJ-PROD-0000110063.pdf | | | | |
| 396 | DOJ-PROD-0000109898-DOJ-PROD-0000110059.pdf | | | | |
| 397 | DOJ-PROD-0000110064-DOJ-PROD-0000110315.pdf | | | | |
| 398 | DOJ-PROD-0000109688-DOJ-PROD-0000109691.pdf | | | | |
| 399 | DOJ-PROD-0000109720-DOJ-PROD-0000109724.pdf | | | | |
| 400 | DOJ-PROD-0000109696-DOJ-PROD-0000109699.pdf | | | | |
| 401 | DOJ-PROD-0000109700-DOJ-PROD-0000109703.pdf | | | | |
| 402 | DOJ-PROD-0000109725-DOJ-PROD-0000109729.pdf | | | | |
| 403 | DOJ-PROD-0000109712-DOJ-PROD-0000109715.pdf | | | | |
| 404 | DOJ-PROD-0000109692-DOJ-PROD-0000109695.pdf | | | | |
| 405 | DOJ-PROD-0000109684-DOJ-PROD-0000109687.pdf | | | | |
| 406 | DOJ-PROD-0000109708-DOJ-PROD-0000109711.pdf | | | | |
| 407 | DOJ-PROD-0000109716-DOJ-PROD-0000109719.pdf | | | | |
| 408 | DOJ-PROD-0000109704-DOJ-PROD-0000109707.pdf | | | | |
| 409 | DOJ-PROD-0000109676-DOJ-PROD-0000109679.pdf | | | | |
| 410 | DOJ-PROD-0000109680-DOJ-PROD-0000109683.pdf | | | | |
| 411 | DOJ-PROD-0000119903-DOJ-PROD-0000119903.pdf | | | | |
| 412 | DOJ-PROD-0000133464-DOJ-PROD-0000133472.pdf | | | | |
| 413 | DOJ-PROD-0000133450-DOJ-PROD-0000133458.pdf | | | | |
| 414 | DOJ-PROD-0000133580-DOJ-PROD-0000133589.pdf | | | | |
| 415 | DOJ-PROD-0000133630-DOJ-PROD-0000133638.pdf | | | | |
| 416 | DOJ-PROD-0000133563-DOJ-PROD-0000133579.pdf | | | | |
| 417 | DOJ-PROD-0000133590-DOJ-PROD-0000133599.pdf | | | | |
| 418 | DOJ-PROD-0000133610-DOJ-PROD-0000133621.pdf | | | | |
| 419 | DOJ-PROD-0000133480-DOJ-PROD-0000133498.pdf | | | | |
| 420 | DOJ-PROD-0000133509-DOJ-PROD-0000133521.pdf | | | | |
| 421 | DOJ-PROD-0000133440-DOJ-PROD-0000133449.pdf | | | | |
| 422 | DOJ-PROD-0000133425-DOJ-PROD-0000133426.pdf | | | | |
| 423 | DOJ-PROD-0000133648-DOJ-PROD-0000133657.pdf | | | | |
| 424 | DOJ-PROD-0000133640-DOJ-PROD-0000133647.pdf | | | | |
| 425 | DOJ-PROD-0000133522-DOJ-PROD-0000133529.pdf | | | | |
| 426 | DOJ-PROD-0000133530-DOJ-PROD-0000133538.pdf | | | | |
| 427 | DOJ-PROD-0000133658-DOJ-PROD-0000133671.pdf | | | | |

| NO. | DESCRIPTION (GOVT. FILENAME OR DEF. BATES NO.) | OFR | OBJ | ADM. | DATE |
|---|---|---|---|---|---|
| 428 | DOJ-PROD-0000133427-DOJ-PROD-0000133439.pdf | | | | |
| 429 | DOJ-PROD-0000133547-DOJ-PROD-0000133554.pdf | | | | |
| 430 | DOJ-PROD-0000133473-DOJ-PROD-0000133479.pdf | | | | |
| 431 | DOJ-PROD-0000133460-DOJ-PROD-0000133463.pdf | | | | |
| 432 | DOJ-PROD-0000133600-DOJ-PROD-0000133609.pdf | | | | |
| 433 | DOJ-PROD-0000133499-DOJ-PROD-0000133507.pdf | | | | |
| 434 | DOJ-PROD-0000133539-DOJ-PROD-0000133546.pdf | | | | |
| 435 | DOJ-PROD-0000133555-DOJ-PROD-0000133562.pdf | | | | |
| 436 | DOJ-PROD-0000133622-DOJ-PROD-0000133629.pdf | | | | |
| 437 | DOJ-PROD-0000193297-DOJ-PROD-0000193475.pdf | | | | |
| 438 | DOJ-PROD-0000193523-DOJ-PROD-0000193528.pdf | | | | |
| 439 | DOJ-PROD-0000193227-DOJ-PROD-0000193231.pdf | | | | |
| 440 | DOJ-PROD-0000193488-DOJ-PROD-0000193522.pdf | | | | |
| 441 | DOJ-PROD-0000190196-DOJ-PROD-0000190196.pdf | | | | |
| 442 | DOJ-PROD-0000190192-DOJ-PROD-0000190192.pdf | | | | |
| 443 | DOJ-PROD-0000191002-DOJ-PROD-0000191050.pdf | | | | |
| 444 | DOJ-PROD-0000189622-DOJ-PROD-0000189622.pdf | | | | |
| 445 | DOJ-PROD-0000189608-DOJ-PROD-0000189608.pdf | | | | |
| 446 | DOJ-PROD-0000189630-DOJ-PROD-0000189630.pdf | | | | |
| 447 | DOJ-PROD-0000189612-DOJ-PROD-0000189612.pdf | | | | |
| 448 | DOJ-PROD-0000189625-DOJ-PROD-0000189625.pdf | | | | |
| 449 | DOJ-PROD-0000164426-DOJ-PROD-0000164427.pdf | | | | |
| 450 | DOJ-PROD-0000140663-DOJ-PROD-0000140664.pdf | | | | |
| 451 | DOJ-PROD-0000203080-DOJ-PROD-0000205962.pdf | | | | |
| 452 | DOJ-PROD-0000304013-DOJ-PROD-0000304018.pdf | | | | |
| 453 | DOJ-PROD-0000303431-DOJ-PROD-0000303780.pdf | | | | |
| 454 | DOJ-PROD-0000303995-DOJ-PROD-0000304000.pdf | | | | |
| 455 | DOJ-PROD-0000304007-DOJ-PROD-0000304012.pdf | | | | |
| 456 | DOJ-PROD-0000303983-DOJ-PROD-0000303988.pdf | | | | |
| 457 | DOJ-PROD-0000303989-DOJ-PROD-0000303994.pdf | | | | |
| 458 | DOJ-PROD-0000304001-DOJ-PROD-0000304006.pdf | | | | |
| 459 | DOJ-PROD-0000302729-DOJ-PROD-0000303430.pdf | | | | |
| 460 | DOJ-PROD-0000302003-DOJ-PROD-0000302310.pdf | | | | |
| 461 | DOJ-PROD-0000303781-DOJ-PROD-0000303982.pdf | | | | |
| 462 | DOJ-PROD-0000302311-DOJ-PROD-0000302728.pdf | | | | |
| 463 | DOJ-PROD-0000318256-DOJ-PROD-0000318257.pdf | | | | |
| 464 | DOJ-PROD-0000320733-DOJ-PROD-0000320733.pdf | | | | |

| No. | Description (Govt. Filename or Def. Bates No.) | Ofr | Obj | Adm. | Date |
|---|---|---|---|---|---|
| 465 | DOJ-PROD-0000321150-DOJ-PROD-0000321156.pdf | | | | |
| 466 | DOJ-PROD-0000320990-DOJ-PROD-0000320997.pdf | | | | |
| 467 | DOJ-PROD-0000320999-DOJ-PROD-0000320999.pdf | | | | |
| 468 | DOJ-PROD-0000321000-DOJ-PROD-0000321000.pdf | | | | |
| 469 | DOJ-PROD-0000321001-DOJ-PROD-0000321001.pdf | | | | |
| 470 | DOJ-PROD-0000318567-DOJ-PROD-0000318745.pdf | | | | |
| 471 | DOJ-PROD-0000318755-DOJ-PROD-0000318789.pdf | | | | |
| 472 | DOJ-PROD-0000334386-DOJ-PROD-0000334390.pdf | | | | |
| 473 | Statement12312021.pdf | | | | |
| 474 | DOJ-PROD-0000340688-DOJ-PROD-0000340692.pdf | | | | |
| 475 | Garibotti Declaration, Exhibits, and Appendices.pdf | | | | |
| 476 | DOJ-PROD-0000363114-DOJ-PROD-0000363114.pdf | | | | |
| 477 | DOJ-PROD-0000363240-DOJ-PROD-0000363240.pdf | | | | |
| 478 | DOJ-PROD-0000364392-DOJ-PROD-0000364392.pdf | | | | |
| 479 | DOJ-PROD-0000364110-DOJ-PROD-0000364143.pdf | | | | |
| 480 | DOJ-PROD-0000364386-DOJ-PROD-0000364386.pdf | | | | |
| 481 | Jeff_Hawkins.pdf | | | | |
| 482 | DOJ-PROD-0000364075-DOJ-PROD-0000364075.pdf | | | | |
| 483 | DOJ-PROD-0000364076-DOJ-PROD-0000364109.pdf | | | | |
| 484 | ataee_July_2020_statement.pdf | | | | |
| 485 | ataee_Aug_2020_statement.pdf | | | | |
| 486 | Jeff_Hawkins.pdf | | | | |
| 487 | Jeff_Hawkins.pdf | | | | |
| 488 | Statement12312021.pdf | | | | |
| 489 | GX 351.pdf | | | | |
| 490 | DOJ-PROD-0000192435.html | | | | |
| 491 | DOJ-PROD-0000192459.html | | | | |
| 492 | DOJ-PROD-0000192419.html | | | | |
| 493 | DOJ-PROD-0000140688.html | | | | |
| 494 | 22453225-tweets.txt | | | | |
| 495 | 901997441033134080-tweets.txt | | | | |
| 496 | 147792246-tweets.txt | | | | |
| 497 | direct-messages-group_1287750201063636992.html | | | | |
| 498 | tweets_part03.html | | | | |
| 499 | 953502635951018054.html | | | | |
| 500 | dms_833773764306141214.html | | | | |
| 501 | dms_402903447327735809.html | | | | |

| No. | DESCRIPTION (GOVT. FILENAME OR DEF. BATES NO.) | OFR | OBJ | ADM. | DATE |
|---|---|---|---|---|---|
| 502 | dms_838799721258025042.html | | | | |
| 503 | dms_833773764306141214.html | | | | |
| 504 | dms_652560697510592522.html | | | | |
| 505 | dms_834803866800357396.html | | | | |
| 506 | dms_799778038657187901.html | | | | |
| 507 | dms_512643135759974413.html | | | | |
| 508 | dms_434570157529235456.html | | | | |
| 509 | dms_712050387976323114.html | | | | |
| 510 | dms_776821959337443349.html | | | | |
| 511 | dms_890448750382837853.html | | | | |
| 512 | dms_777603425584152576.html | | | | |
| 513 | dms_601393232588308481.html | | | | |
| 514 | dms_511995679586123786.html | | | | |
| 515 | dms_852984017695014922.html | | | | |
| 516 | dms_410649217799946250.html | | | | |
| 517 | dms_892885305328271370.html | | | | |
| 518 | dms_661339910892158977.html | | | | |
| 519 | dms_885025885336510504.html | | | | |
| 520 | dms_721051949373456475.html | | | | |
| 521 | dms_833773764306141214.html | | | | |
| 522 | dms_406197209185517569.html | | | | |
| 523 | dms_833773764306141214.html | | | | |
| 524 | 22453225-tweets.txt | | | | |
| 525 | 147792246-tweets.txt | | | | |
| 526 | tweets_part01.html | | | | |
| 527 | 22453225-tweets.txt | | | | |
| 528 | 22453225-tweets.txt | | | | |
| 529 | direct-messages_89517375-1276704953357172736.html | | | | |
| 530 | tweets_part01.html | | | | |
| 531 | DOJ-PROD-0000330475.msg | | | | |
| 532 | DOJ-PROD-0000329870.msg | | | | |
| 533 | DOJ-PROD-0000330317.msg | | | | |
| 534 | DOJ-PROD-0000330025.msg | | | | |
| 535 | DOJ-PROD-0000335019.msg | | | | |
| 536 | DOJ-PROD-0000335344.msg | | | | |
| 537 | DOJ-PROD-0000362445.msg | | | | |
| 538 | DOJ-PROD-0000362445.msg | | | | |

| NO. | DESCRIPTION (GOVT. FILENAME OR DEF. BATES NO.) | OFR | OBJ | ADM. | DATE |
|---|---|---|---|---|---|
| 539 | DOJ-PROD-0000363234.msg | | | | |
| 540 | DOJ-PROD-0000363162.msg | | | | |
| 541 | DOJ-PROD-0000363330.msg | | | | |
| 542 | DOJ-PROD-0000364037.msg | | | | |
| 543 | DOJ-PROD-0000364038.msg | | | | |
| 544 | DOJ-PROD-0000364026.msg | | | | |
| 545 | DOJ-PROD-0000364021.msg | | | | |
| 546 | DOJ-PROD-0000364040.msg | | | | |
| 547 | Text Messages and DMs from Phone of Gary Deel | | | | |
| 548 | Text Messages and DMs from Phone of Daniel Knight | | | | |
| 549 | Form 1099s issued by brokerages for John Rybarczyk for 2020-2022. | | | | |
| 550 | Exhibits showing Twitter activity for the stock SXTC | | | | |
| 551 | Exhibits showing Twitter activity for the stock EZFL | | | | |
| 552 | Exhibits showing Twitter activity for the stock EXFL (Oct. 11, 2021) | | | | |
| 553 | Exhibits showing Twitter activity for the stock GTT | | | | |
| 554 | Exhibits showing Twitter activity for the stock NAKD | | | | |
| 555 | Exhibits showing Twitter activity for the stock UPC | | | | |
| 556 | Exhibits showing Twitter activity for the stock ABVC | | | | |
| 557 | Exhibits showing trading data and market price for ABVC | | | | |
| 558 | Exhibits showing trading data and market price for EZFL | | | | |
| 559 | Exhibits showing trading data and market price for GTT | | | | |
| 560 | Exhibits showing trading data and market price for NAKD | | | | |
| 561 | Exhibits showing trading data and market price for SXTC | | | | |
| 562 | Exhibits showing trading data and market price for UPC | | | | |
| 563 | Exhibits showing trading data and market price for CEI | | | | |
| 564 | Exhibits showing trading data and market price for TRCH | | | | |
| 565 | periscope-broadcast-1vAxRrRbMOjxl_0.ts | | | | |
| 566 | DOJ-PROD-0000192404.json | | | | |
| 567 | 147792246-like.txt | | | | |
| 568 | DOJ-PROD-0000133464-DOJ-PROD-0000133472.pdf | | | | |
| 569 | DOJ-PROD-0000192464.xlsm | | | | |
| 570 | DOJ-PROD-0000133622-DOJ-PROD-0000133629.pdf | | | | |
| 571 | DOJ-PROD-0000133600-DOJ-PROD-0000133609.pdf | | | | |
| 572 | DOJ-PROD-0000192435.html | | | | |

| No. | Description (Govt. Filename or Def. Bates No.) | Ofr | Obj | Adm. | Date |
|---|---|---|---|---|---|
| | | | | | |
| 573 | DOJ-PROD-0000192459.html | | | | |
| 574 | DOJ-PROD-0000191002-DOJ-PROD-0000191050.pdf | | | | |
| 575 | DOJ-PROD-0000140688.html | | | | |
| 576 | Ultra (372232091414298625).xlsx | | | | |