| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| UNITED STATES OF AMERICA | HOUSTON DIVISION |
| *VERSUS* | CRIMINAL ACTION |
| JOHN RYBARCZYK | NO. H-22-0612-3 |
| | **EXHIBIT LIST** |
| LIST OF:<br>TYPE OF HEARING: JURY TRIAL | COUNSEL: PHILIP H. HILDER, Q. TATE WILLIAMS, STEPHANIE K. MCGUIRE, ERIC S. ROSEN |
| JUDGE:<br>ANDREW S. HANEN | CLERK:<br>RHONDA HAWKINS | REPORTER: |

| Exhibit # | Description (Filename) | Ofr | Obj | Adm. | Date |
|---|---|---|---|---|---|
| 1 | ABVC AP Chart | | | | |
| 2 | ADMP AP Chart | | | | |
| 3 | AIHS AP Chart | | | | |
| 4 | APRE AP Chart | | | | |
| 5 | BAOS AP Chart | | | | |
| 6 | BBIG AP Chart | | | | |
| 7 | CEI AP Chart | | | | |
| 8 | CNTX AP Chart | | | | |
| 9 | DATS AP Chart | | | | |
| 10 | EZFL AP Chart | | | | |
| 11 | FCEL AP Chart | | | | |
| 12 | GRTX AP Chart | | | | |
| 13 | GTT AP Chart | | | | |
| 14 | HCDI AP Chart | | | | |
| 15 | HCWB AP Chart | | | | |
| 16 | KAVL AP Chart | | | | |
| 17 | KIQ AP Chart | | | | |
| 18 | KXIN AP Chart | | | | |
| 19 | MDRR AP Chart | | | | |
| 20 | METX AP Chart | | | | |
| 21 | MITQ AP Chart | | | | |
| 22 | NAKD AP Chart | | | | |
| 23 | NOVN AP Chart | | | | |
| 24 | ONTX AP Chart | | | | |
| 25 | PPSI AP Chart | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 26 | RGLS AP Chart | | | | |
| 27 | SNOA AP Chart | | | | |
| 28 | SUPV AP Chart | | | | |
| 29 | SURF AP Chart | | | | |
| 30 | SURG AP Chart | | | | |
| 31 | SXTC AP Chart | | | | |
| 32 | TRCH AP Chart | | | | |
| 33 | UPC AP Chart | | | | |
| 34 | VISL AP Chart | | | | |
| 35 | VRPX AP Chart | | | | |
| 36 | XRTX AP Chart | | | | |
| 37 | ALZN 1-min Bucketed Tick Data Trades | | | | |
| 38 | CBAT 1-min Bucketed Tick Data Trades | | | | |
| 39 | DATS 1-min Bucketed Tick Data Trades | | | | |
| 40 | EZFL 1-min Bucketed Tick Data Trades | | | | |
| 41 | GTT 1-min Bucketed Tick Data Trades | | | | |
| 42 | NAKD 1-min Bucketed Tick Data Trades | | | | |
| 43 | PIXY 1-min Bucketed Tick Data Trades | | | | |
| 44 | SURF 1-min Bucketed Tick Data Trades | | | | |
| 45 | SXTC 1-min Bucketed Tick Data Trades | | | | |
| 46 | TRCH 1-min Bucketed Tick Data Trades | | | | |
| 47 | UPC 1-min Bucketed Tick Data Trades | | | | |
| 48 | Health Care Sector Update for 10_28_2021_ CYH,HCWB,IFRX,RFL _ Nasdaq | | | | |
| 49 | JR buying back in to stocks shortly after selling | | | | |
| 50 | Low Float Stocks_ 2 Key Factors to Consider Before Trading Them - Warrior Trading | | | | |
| 51 | 2024.02.08 Trading Analysis | | | | |
| 52 | ABVC Activity Chart | | | | |
| 53 | DATS Activity Chart | | | | |
| 54 | EZFL Activity Chart Sept | | | | |
| 55 | EZFL Activity Chart Oct | | | | |
| 56 | GRTX Activity Chart | | | | |
| 57 | GTT Activity Chart | | | | |
| 58 | HCBW Activity Chart | | | | |
| 59 | KAVL Activity Chart | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 60 | KIQ Activity Chart | | | | |
| 61 | NAKD Activity Chart | | | | |
| 62 | NOVN Activity Chart | | | | |
| 63 | ONTX 272 Activity Chart | | | | |
| 64 | ONTX 274 Activity Chart | | | | |
| 65 | RGLS Activity Chart | | | | |
| 66 | SUPV Activity Chart | | | | |
| 67 | SXTC Activity Chart | | | | |
| 68 | UPC Activity Chart | | | | |
| 69 | AIHS Twitter | | | | |
| 70 | CEI Twitter | | | | |
| 71 | CNTX Twitter | | | | |
| 72 | DATS Twitter | | | | |
| 73 | DATS 2 Twitter | | | | |
| 74 | EZFL Twitter | | | | |
| 75 | GRTX Twitter | | | | |
| 76 | GTT Twitter | | | | |
| 77 | HCWB Twitter | | | | |
| 78 | KAVL Twitter | | | | |
| 79 | KIQ Twitter | | | | |
| 80 | MDRR Twitter | | | | |
| 81 | NAKD Twitter | | | | |
| 82 | NOVN Twitter | | | | |
| 83 | ONTX Twitter | | | | |
| 84 | ONTX Twitter | | | | |
| 85 | RGLS Twitter | | | | |
| 86 | SUPV Twitter | | | | |
| 87 | SURG Twitter | | | | |
| 88 | UPC Twitter | | | | |
| 89 | VISL Twitter | | | | |
| 90 | VRPX Twitter | | | | |
| 91 | XRTX Twitter | | | | |
| 92 | Rybarczyk Charts v3 | | | | |
| 93 | Twitter Activity Charts | | | | |
| 94 | Twitter Additional Episodes | | | | |
| 95 | Discord Chat Log | | | | |
| 96 | Trading Floor | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 97 | 4/28/21 ADMP (Co-Defendant Comparison) | | | | |
| 98 | 5/04/21 ADMP (Co-Defendant Comparison) | | | | |
| 99 | 5/06/21 ADMP (Co-Defendant Comparison) | | | | |
| 100 | 5/07/21 ADMP (Co-Defendant Comparison) | | | | |
| 101 | 5/10/21 ADMP (Co-Defendant Comparison) | | | | |
| 102 | 9/22/21 AIHS (Co-Defendant Comparison) | | | | |
| 103 | 9/23/21 AIHS (Co-Defendant Comparison) | | | | |
| 104 | 9/24/21 AIHS (Co-Defendant Comparison) | | | | |
| 105 | 4/19/22 BAOS (Co-Defendant Comparison) | | | | |
| 106 | 4/25/22 BAOS (Co-Defendant Comparison) | | | | |
| 107 | 4/13/22 BBI (Co-Defendant Comparison) | | | | |
| 108 | 4/14/22 BBI (Co-Defendant Comparison) | | | | |
| 109 | 4/18/22 BBI (Co-Defendant Comparison) | | | | |
| 110 | 4/21/22 BBI (Co-Defendant Comparison) | | | | |
| 111 | 4/21/21 BBIG (Co-Defendant Comparison) | | | | |
| 112 | 4/23/21 BBIG (Co-Defendant Comparison) | | | | |
| 113 | 1/21/21 CBAT (Co-Defendant Comparison) | | | | |
| 114 | 1/22/21 CBAT (Co-Defendant Comparison) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 115 | 2/16/21 CBAT (Co-Defendant Comparison) | | | | |
| 116 | Day Chart CBAT (Co-Defendant Comparison) | | | | |
| 117 | 8/05/21 CEI (Co-Defendant Comparison) | | | | |
| 118 | 9/01/21 CEI (Co-Defendant Comparison) | | | | |
| 119 | 9/03/21 CEI (Co-Defendant Comparison) | | | | |
| 120 | 9/08/21 CEI (Co-Defendant Comparison) | | | | |
| 121 | 9/09/21 CEI (Co-Defendant Comparison) | | | | |
| 122 | 9/13/21 CEI (Co-Defendant Comparison) | | | | |
| 123 | 9/28/21 CEI (Co-Defendant Comparison) | | | | |
| 124 | 10/05/21 CEI (Co-Defendant Comparison) | | | | |
| 125 | 10/06/21 CEI (Co-Defendant Comparison) | | | | |
| 126 | 10/21/21 CEI (Co-Defendant Comparison) | | | | |
| 127 | 11/22/21 CEI (Co-Defendant Comparison) | | | | |
| 128 | 11/23/21 CEI (Co-Defendant Comparison) | | | | |
| 129 | Day Chart CEI (Co-Defendant Comparison) | | | | |
| 130 | 10/14/21 FCEL (Co-Defendant Comparison) | | | | |
| 131 | 10/19/21 FCEL (Co-Defendant Comparison) | | | | |
| 132 | 10/13/21 KAVL (Co-Defendant Comparison) | | | | |
| 133 | 10/14/21 KAVL (Co-Defendant Comparison) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 134 | Episode 178 - 10/18/21 KAVL (Co-Defendant Comparison) | | | | |
| 135 | 10/19/21 KAVL (Co-Defendant Comparison) | | | | |
| 136 | 10/12/21 METX (Co-Defendant Comparison) | | | | |
| 137 | 10/13/21 METX (Co-Defendant Comparison) | | | | |
| 138 | 10/18/21 METX (Co-Defendant Comparison) | | | | |
| 139 | 10/20/21 METX (Co-Defendant Comparison) | | | | |
| 140 | 10/25/21 METX (Co-Defendant Comparison) | | | | |
| 141 | 10/26/21 METX (Co-Defendant Comparison) | | | | |
| 142 | Day Chart METX (Co-Defendant Comparison) | | | | |
| 143 | 09/24/21 NAKD (Co-Defendant Comparison) | | | | |
| 144 | 09/27/21 NAKD (Co-Defendant Comparison) | | | | |
| 145 | 09/28/21 NAKD (Co-Defendant Comparison) | | | | |
| 146 | 09/29/21 NAKD (Co-Defendant Comparison) | | | | |
| 147 | 09/30/21 NAKD (Co-Defendant Comparison) | | | | |
| 148 | 10/1/21 NAKD (Co-Defendant Comparison) | | | | |
| 149 | 10/4/21 NAKD (Co-Defendant Comparison) | | | | |
| 150 | 7/16/20 ONTX (Co-Defendant Comparison) | | | | |
| 151 | 7/21/20 ONTX (Co-Defendant Comparison) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 152 | 8/11/20 ONTX (Co-Defendant Comparison) | | | | |
| 153 | Day Chart ONTX (Co-Defendant Comparison) | | | | |
| 154 | 1/13/21 PPSI (Co-Defendant Comparison) | | | | |
| 155 | Day Trading - Fidelity | | | | |
| 156 | Day Trading - FINRA.org | | | | |
| 157 | Day Trading - Investor.gov | | | | |
| 158 | Day Trading - Investor.gov - What is Day Trading | | | | |
| 159 | Day Trading - Your Dollars at Risk - SEC.gov | | | | |
| 160 | Day Trading Book - How to Swing Trade | | | | |
| 161 | Day Trading Book - How to Take Profits, Cut Losses, and Benefit from Price Declines | | | | |
| 162 | Day Trading Book - The Art and Science of Technical Analysis | | | | |
| 163 | Day Trading Disclosure Statement - TD Ameritrade | | | | |
| 164 | Day Trading Risk Disclosure Statement - FINRA.org | | | | |
| 165 | Etrade Day-Trading Risk Disclosure Statement | | | | |
| 166 | How to Daytrade - A Detailed Guide | | | | |
| 167 | Interactive Brokers - Day Trading Disclosure Statement | | | | |
| 168 | RHF-RHS Day Trading Risk Disclosure | | | | |
| 169 | Schwab An Introduction to Pattern Day Trader Rules _ Retirement Plan Services | | | | |
| 170 | Thinking About Investing in the Latest Hot Stock - SEC.gov | | | | |
| 171 | Thinking of Day Trading - Know the Risks. - Investor.gov | | | | |
| 172 | CFR-2023-title17-vol4-sec240-3b-6 | | | | |
| 173 | CFR-2023-title17-vol4-sec240-10b-10 | | | | |
| 174 | CFR-2023-title17-vol4-sec240-13d-1 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 175 | CFR-2023-title17-vol4-sec240-13h-1 | | | | |
| 176 | CFR-2023-title17-vol4-sec240-15g-3 | | | | |
| 177 | CFR-2023-title17-vol4-sec240-15g-4 | | | | |
| 178 | Prohibition Against Trading Ahead of Customer Orders - FINRA.org | | | | |
| 179 | Publication of Transactions and Quotations - FINRA.org | | | | |
| 180 | SEC Insider Transactions and Forms 3, 4, and 5 | | | | |
| 181 | Section 17(B) Securities Act | | | | |
| 182 | Social Media Influencers, Customer Acquisition, and Related Information Protection - FINRA.org | | | | |
| 183 | ADMP - Break Summary | | | | |
| 184 | ALZN - Break Summary | | | | |
| 185 | BBLG - Break Summary | | | | |
| 186 | CBAT - Break Summary | | | | |
| 187 | CEI - Break Summary 9/1/21 | | | | |
| 188 | CEI - Break Summary 9/27/21 | | | | |
| 189 | CEI - Break Summary 9/9/21 | | | | |
| 190 | CNTX - Break Summary 10/21/21 | | | | |
| 191 | CNTX - Break Summary 11/2/21 | | | | |
| 192 | CNTX - Break Summary 12/13/21 | | | | |
| 193 | DATS - Break Summary 10/18/21 | | | | |
| 194 | DATS - Break Summary 8/17/21 | | | | |
| 195 | DATS - Break Summary 9/23/21 | | | | |
| 196 | EZFL - Break Summary | | | | |
| 197 | KAVL - Break Summary | | | | |
| 198 | MDRR - Break Summary | | | | |
| 199 | METX - Basis for Disposition | | | | |
| 200 | MYSZ - Break Summary 10/26/21 | | | | |
| 201 | MYSZ - Break Summary 10/26/21 (2) | | | | |
| 202 | MYSZ - Break Summary 10/27/21 | | | | |
| 203 | ONTX - Basis for Disposition | | | | |
| 204 | ONTX - Break Summary 2/17/21 | | | | |
| 205 | ONTX - Break Summary 2/17/21 (2) | | | | |
| 206 | ONTX - Break Summary 7/20/20 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 207 | ONTX - Break Summary 7/21/20 | | | | |
| 208 | TRCH - Break Summary 2/10/21 | | | | |
| 209 | TRCH - Break Summary 2/10/21 (2) | | | | |
| 210 | TRCH - Break Summary 2/16/21 | | | | |
| 211 | UPC - Break Summary | | | | |
| 212 | UPC - Break Summary (2) | | | | |
| 213 | UPC - Break Summary (3) | | | | |
| 214 | USEG - Break Summary | | | | |
| 215 | USEG - Break Summary (2) | | | | |
| 216 | VISL - Break Summary | | | | |
| 217 | VRPX - Break Summary | | | | |
| 218 | ABVC Trade Inquiry 081121 | | | | |
| 219 | AIHS Trade Inquiry 092321 | | | | |
| 220 | ALZN Trade Inquiry 063021 | | | | |
| 221 | BAOS Trade Inquiry 042222 | | | | |
| 222 | BAOS Trade Inquiry 042522 | | | | |
| 223 | BBI Trade Inquiry 041922 | | | | |
| 224 | BBI Trade Inquiry 042222 | | | | |
| 225 | BBLG Trade Inquiry 011022 1 | | | | |
| 226 | BBLG Trade Inquiry 011022 2 | | | | |
| 227 | CNTX Trade Inquiry 102121 | | | | |
| 228 | CNTX Trade Inquiry 102221 | | | | |
| 229 | CNTX Trade Inquiry 110221 | | | | |
| 230 | CNTX Trade Inquiry 120121 | | | | |
| 231 | EZFL Trade Inquiry 101121 | | | | |
| 232 | FCEL Trade Inquiry 101421 | | | | |
| 233 | FCEL Trade Inquiry 101821 1 | | | | |
| 234 | FCEL Trade Inquiry 101821 2 | | | | |
| 235 | FCEL Trade Inquiry 101921 1 | | | | |
| 236 | FCEL Trade Inquiry 101921 2 | | | | |
| 237 | GTT 031621 | | | | |
| 238 | GTT Trade Inquiry 030121 | | | | |
| 239 | GTT Trade Inquiry 030221 | | | | |
| 240 | GTT Trade Inquiry 030321 | | | | |
| 241 | GTT Trade Inquiry 030421 | | | | |
| 242 | GTT Trade Inquiry 031521 | | | | |
| 243 | GTT Trade Inquiry 031721 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 244 | GTT Trade Inquiry 031821 | | | | |
| 245 | HCWB Trade inquiry 101921 | | | | |
| 246 | METX Trade Inquiry 102621 1 | | | | |
| 247 | METX Trade Inquiry 102621 2 | | | | |
| 248 | METX Trade Inquiry 102621 3 | | | | |
| 249 | METX Trade Inquiry 102621 4 | | | | |
| 250 | METX Trade Inquiry 102621 5 | | | | |
| 251 | METX Trade Inquiry 102621 6 | | | | |
| 252 | METX Trade Inquiry 102621 7 | | | | |
| 253 | MFH Trade Inquiry 032221 | | | | |
| 254 | MITQ Trade Inquiry 072621 | | | | |
| 255 | MYSZ Trade Inquiry 102621 1 | | | | |
| 256 | MYSZ Trade Inquiry 102621 2 | | | | |
| 257 | MYSZ Trade Inquiry 102621 3 | | | | |
| 258 | MYSZ Trade Inquiry 102621 4 | | | | |
| 259 | MYSZ Trade Inquiry 102621 5 | | | | |
| 260 | MYSZ Trade Inquiry 102621 6 | | | | |
| 261 | NAKD Trade Inquiry 092721 1 | | | | |
| 262 | NAKD Trade Inquiry 092721 2 | | | | |
| 263 | NAKD Trade Inquiry 092821 1 | | | | |
| 264 | NAKD Trade Inquiry 092821 2 | | | | |
| 265 | NAKD Trade Inquiry 092821 3 | | | | |
| 266 | ONTX Trade Inquiry 021721 1 | | | | |
| 267 | ONTX Trade Inquiry 021721 2 | | | | |
| 268 | ONTX Trade Inquiry 021721 3 | | | | |
| 269 | ONTX Trade Inquiry 021721 4 | | | | |
| 270 | ONTX Trade Inquiry 021821 1 | | | | |
| 271 | ONTX Trade Inquiry 021821 2 | | | | |
| 272 | ONTX Trade Inquiry 072820 - 073120 | | | | |
| 273 | PIXY Trade Inquiry 032922 | | | | |
| 274 | RGLS Trade Inquiry 031221 | | | | |
| 275 | RGLS Trade Inquiry 061021 | | | | |
| 276 | SFET Trade Inquiry 080621 | | | | |
| 277 | SNOA Trade Inquiry 050321 | | | | |
| 278 | STAF Trade Inquiry 070121 | | | | |
| 279 | STAF Trade Inquiry 070221 3 | | | | |
| 280 | STAF Trade Inquiry 072021 1 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 281 | STAF Trade Inquiry 072021 2 | | | | |
| 282 | SUPV Trade Inquiry 021821 | | | | |
| 283 | SURF Trade Inquiry 051921 | | | | |
| 284 | SURG Trade Inquiry 110921 | | | | |
| 285 | SXTC Trade Inquiry 071621 1 | | | | |
| 286 | SXTC Trade Inquiry 071621 2 | | | | |
| 287 | SXTC Trade Inquiry 091420 | | | | |
| 288 | TRCH Trade Inquiry 021021 1 | | | | |
| 289 | TRCH Trade Inquiry 021021 2 | | | | |
| 290 | TRCH Trade Inquiry 021021 3 | | | | |
| 291 | TRCH Trade Inquiry 021021 4 | | | | |
| 292 | TRCH Trade Inquiry 021021 5 | | | | |
| 293 | TRCH Trade Inquiry 021021 6 | | | | |
| 294 | TRCH Trade Inquiry 021621 1 | | | | |
| 295 | TRCH Trade Inquiry 021621 3 | | | | |
| 296 | TRCH Trade Inquiry 021621 4 | | | | |
| 297 | TRCH Trade Inquiry 021621 5 | | | | |
| 298 | TRCH Trade Inquiry 021621 6 | | | | |
| 299 | TRCH Trade Rpt 021621 2 | | | | |
| 300 | UPC Trade Inquiry 072221 | | | | |
| 301 | UPC Trade Inquiry 072321 | | | | |
| 302 | VISL Trade Inquiry 030221 | | | | |
| 303 | VRPX Trade Inquiry 071421 1 | | | | |
| 304 | VRPX Trade Inquiry 071421 2 | | | | |
| 305 | VTVT Trade Inquiry 072720 | | | | |
| 306 | VTVT Trade Inquiry 072820 | | | | |
| 307 | XRTX Trade Inquiry 110321 | | | | |
| 308 | XRTX Trade Inquiry 110421 | | | | |
| 309 | XRTX Trade Inquiry 110521 | | | | |
| 310 | YVR Trade Inquiry 090221 | | | | |
| 311 | Ultra_Calls Tweet - ABVC 8/10/21 | | | | |
| 312 | Ultra_Calls Tweet - ABVC 8/11/21 | | | | |
| 313 | Ultra_Calls Tweet - ABVC 8/11/21 (2) | | | | |
| 314 | Ultra_Calls Tweet - CEI 9/14/21 | | | | |
| 315 | Ultra_Calls Tweet - KXIN 2/10/21 | | | | |
| 316 | Ultra_Calls Twitter Feed Aug-Sep | | | | |
| 317 | Ultra_Calls Twitter Feed Sept-Oct | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 318 | 2020.08.15 The Stock Sniper (@Ultra_Calls) _ Twitter | | | | |
| 319 | 2021.01.28 The Stock Sniper (@Ultra_Calls) _ Twitter | | | | |
| 320 | 2022.01.29 The Stock Sniper (@Ultra_Calls) _ Twitter | | | | |
| 321 | 2022.12.14 1 The Stock Sniper (@Ultra_Calls) _ Twitter | | | | |
| 322 | 2022.12.14 2 The Stock Sniper (@Ultra_Calls) _ Twitter | | | | |
| 323 | 2022.12.14 3 The Stock Sniper (@Ultra_Calls) _ Twitter | | | | |
| 324 | 2022.12.15 The Stock Sniper (@Ultra_Calls) _ Twitter | | | | |
| 325 | BrentLiere Twitter Posts | | | | |
| 326 | CokeIsaJoke Twitter Posts | | | | |
| 327 | DasPuutz Twitter Posts | | | | |
| 328 | Discord DMs | | | | |
| 329 | Discord Positive DMs | | | | |
| 330 | g3n0E65 Twitter Posts | | | | |
| 331 | joe83537111 Twitter Posts | | | | |
| 332 | Johnny Miami Twitter Posts | | | | |
| 333 | MapleShadeNJ Twitter Posts | | | | |
| 334 | MHoncho Twitter Posts | | | | |
| 335 | roberthiggins8 Twitter Posts | | | | |
| 336 | @Ultra_Calls Twitter Posts regarding strategy | | | | |
| 337 | Twitter DMs to @Ultra_Calls | | | | |
| 338 | WS_Wiking Twitter Posts | | | | |
| 339 | AIHS - 5 Penny Stocks to Watch That Exploded Today, What You Need to Know | | | | |
| 340 | AIHS - Senmiao Technology Ltd.(AIHS) Stock on a Rally in Premarket, Here's Why | | | | |
| 341 | APRE - Aprea Therapeutics Announces Positive Results from Phase 2 Trial | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 342 | CBAT - CBAK Energy Partners With JAC Motors to Jointly Develop New Battery Cells | | | | |
| 343 | CEI - Camber Energy Secures Exclusive IP License for Patented Carbon-Capture System | | | | |
| 344 | CEI - Camber Energy Stock Is a Speculative Bet That Could Pay off Handsomely | | | | |
| 345 | CEI - Camber Energy Stock Won't Get Anywhere Near $10, So Don't Waste Your Money | | | | |
| 346 | CEI - CEI Stock and 4 Other Big Names Kerrisdale Capital Has Sold Short | | | | |
| 347 | CEI - Delayed Financials Make Overvalued Camber Energy Stock One to Avoid | | | | |
| 348 | CEI - Here's Why Camber Energy Stock Soared Today | | | | |
| 349 | CEI - Kerrisdale Capital Report | | | | |
| 350 | What Investors Are Saying About Penny Stock Camber | | | | |
| 351 | What's the Deal with Camber Energy? | | | | |
| 352 | CEI - Why Is Camber Energy ContinuingTo Fly Higher? | | | | |
| 353 | CNTX - Context Therapeutics Announces Closing of Initial Public Offering | | | | |
| 354 | CNTX - Context Therapeutics Inc. Announces Closing of $31.25 Million Private Placement | | | | |
| 355 | DATS - 7 Things to Know as Trump SPAC News Lifts Dat Chat | | | | |
| 356 | DATS - DatChat a meme stock, on the blockchain | | | | |
| 357 | DATS - Why Is Everyone Talking About DatChat Stock? | | | | |
| 358 | EZFL - 28 Stocks Moving In Monday's Mid-Day Session | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 359 | EZFL - EzFill Announces Closing of Initial Public Offering and Full Exercise of Over-Allotment Option | | | | |
| 360 | EZFL - Micro-cap gas delivery service EzFill Holdings prices IPO at $4 | | | | |
| 361 | Cummins, FuelCell Energy Hydrogen Stocks Continue To Underperform. Should You Invest? | | | | |
| 362 | FCEL - FuelCell Energy Stock Price and Forecast FCEL corrects after rejection again at $8.90 | | | | |
| 363 | FCEL - Is FuelCell Energy Using Debt In A Risky Way? | | | | |
| 364 | FCEL - Why FuelCell Stock Just Popped 14% | | | | |
| 365 | GRTX - Today's Biggest Pre-Market Stock Movers - 10 Top Gainers and Losers on Thursday | | | | |
| 366 | KAVL - 8 Things to Know About Kaival Brands as the Tobacco Penny Stock Heats Up | | | | |
| 367 | KIQ - Kelso PCH Earns AAR Certification | | | | |
| 368 | KIQ - Kelso Technologies secures two key development partners for subsidiary KIQ X Industries | | | | |
| 369 | NAKD - Popular traded US stocks on POEMS in August 2021 | | | | |
| 370 | NAKD - Today's Biggest Pre-Market Stock Movers 10 TopGainers and Losers on Monday | | | | |
| 371 | NAKD - What's Going On With Naked Brand's Stock Today? | | | | |
| 372 | NAKD - Why Naked Brands' (NAKD) 2025 Forecast Looks Bullish | | | | |
| 373 | ONTX - Onconova Therapeutics Announces Topline Results From The Pivotal Phase 3INSPIRE Trial | | | | |
| 374 | ONTX - Onconova Therapeutics to Provide Corporate Update and Full Year 2020 Financial Results | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 375 | ONTX - Onconova Therapeutics, Inc. Announces Closing of $28.75 Million Public Offering of Common Stock Including FullExercise of the Over-AllotmentOption | | | | |
| 376 | ONTX - Understanding ON12330 And Inhibition of CDK4/6 And ARK5 In Breast Cancer | | | | |
| 377 | PPSI - Navigating SMBs Through the B2G Marketplace | | | | |
| 378 | SFET - Safe-T Group CEO tells shareholders company emerging as a leader in cybersecurity and privacy industry | | | | |
| 379 | SFET - Safe-T Group Issues Shareholder Letter | | | | |
| 380 | TRCH - Torchlight Energy Resources - 5 Stock Price Charts 2010-2021 | | | | |
| 381 | TRCH - TRCH Stock Alert 8 Things to Know About Torchlight Energy as Shares Ignite Higher | | | | |
| 382 | TRCH - Winners and Losers From Texas' Deep Freeze NaturalGas, Chips and More | | | | |
| 383 | VISL - 4 Hot Penny Stocks For March 2021 | | | | |
| 384 | VISL - Vislink Launches New IP-Native Quantum Wireless Camera Receiver | | | | |
| 385 | VISL - Vislink Technologies Presentation | | | | |
| 386 | VISL - Vislink Technologies Stock Forecast & Price Prediction 2025, 2030 | | | | |
| 387 | VISL - Vislink Technologies under pressure on $50M stock offering | | | | |
| 388 | VRPX - 32 Stocks Moving In Thursday's Mid-Day Session | | | | |
| 389 | XRTX - 86 Biggest Movers From Yesterday | | | | |
| 390 | Ultra#0374 Messages: Day Trading (Channel 1) | | | | |
| 391 | Ultra#0374 Messages: Day Trading (Channel 2) | | | | |
| 392 | Ultra#0374 Messages: Day Trading (Channel 3) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 393 | Ultra#0374 Messages: "Mooning" Stocks (Channel-1) | | | | |
| 394 | Ultra#0374 Messages: "Mooning" Stocks (Channel-2) | | | | |
| 395 | Ultra#0374 Messages: "Mooning" Stocks (Channel-3) | | | | |
| 396 | Ultra#0374 Messages: Profit Taking (Channel-1) | | | | |
| 397 | Ultra#0374 Messages: Profit Taking (Channel-2) | | | | |
| 398 | Ultra#0374 Messages: Profit Taking (Channel-3) | | | | |
| 399 | Ultra#0374 Messages: "Send It" (Channel-1) | | | | |
| 400 | Ultra#0374 Messages: "Send It" (Channel-2) | | | | |
| 401 | Ultra#0374 Messages: "Send It" (Channel-3) | | | | |
| 402 | Ultra#0374 Messages: Swing Trades (Channel-1) | | | | |
| 403 | Ultra#0374 Messages: Swing Trades (Channel-2) | | | | |
| 404 | Ultra#0374 Messages: Swing Trades (Channel-3) | | | | |
| 405 | Atlas Trading Floor | | | | |
| 406 | Ultra#0374 Discord DMs: Alex O | | | | |
| 407 | Ultra#0374 Discord DMs: BioSlayer#7193 | | | | |
| 408 | Ultra#0374 Discord DMs: Biotech Trades#9303 | | | | |
| 409 | Ultra#0374 Discord DMs: Boneli007#6791 | | | | |
| 410 | Ultra#0374 Discord DMs: dd7395a5#2012 | | | | |
| 411 | Ultra#0374 Discord DMs: dudie#3113 | | | | |
| 412 | Ultra#0374 Discord DMs: Haggy#4577 | | | | |
| 413 | Ultra#0374 Discord DMs: hhtrades99#3374 | | | | |
| 414 | Ultra#0374 Discord DMs: Kaptn | | | | |
| 415 | Ultra#0374 Discord DMs: MarketMike#9318 | | | | |
| 416 | Ultra#0374 Discord DMs: MrG#8799 | | | | |
| 417 | Ultra#0374 Discord DMs: Patent Eagle#7453 | | | | |
| 418 | Ultra#0374 Discord DMs: singlesanddoubles#0432 | | | | |
| 419 | Ultra#0374 Discord DMs: VentureSideCap#0855 | | | | |
| 420 | Sapphire Trading Main Floor Messages: "Send It" | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 421 | Sapphire Trading Main Trading Floor Messages: Moon | | | | |
| 422 | Sapphire Trading Main Floor Trading Chats | | | | |
| 423 | Sapphire Trading Main Floor: Profits | | | | |
| 424 | Sapphire Trading Main Floor: Profits | | | | |
| 425 | Sapphire Pro Trading | | | | |
| 426 | Sapphire Pro_Profits | | | | |
| 427 | Sapphire Pro-Floor Trading Chats | | | | |
| 428 | Sapphire Trading | | | | |
| 429 | Sapphire Trading: Swing trading chats | | | | |
| 430 | Sapphire Trading: Ultra DMs | | | | |
| 431 | Sapphire Trading: "After Dark" Messages | | | | |
| 432 | Sapphire Trading: Main Trading Floor (Scale Out Messages) | | | | |
| 433 | Sapphire Trading: Main Trading Floor (Scale Out Messages) | | | | |
| 434 | Sapphire Trading: "Swing" trade messages | | | | |
| 435 | Sapphire Trading: Ultra#0374 DMs | | | | |
| 436 | ABVC 8-K 2021.08.5 | | | | |
| 437 | ABVC 10-Q 2021.08.12 | | | | |
| 438 | ADMP (DMPQ) 8-K (2) 2021.04.15 | | | | |
| 439 | ADMP (DMPQ) 8-K 2021.04.15 | | | | |
| 440 | ADMP (DMPQ) 10-K 2021.04.15 | | | | |
| 441 | ADMP (DMPQ) 10-KA 2021.04.30 | | | | |
| 442 | AIHS 8-K 2021.08.16 | | | | |
| 443 | AIHS 8-K 2021.08.20 | | | | |
| 444 | AIHS 10-Q 2021.08.16 | | | | |
| 445 | ALZN 8-K 2021.06.22 | | | | |
| 446 | ALZN 8-K 2021.07.23 | | | | |
| 447 | ALZN Prospectus 2021.04.14 | | | | |
| 448 | BBIG 8-K 2021-04-21 (2) | | | | |
| 449 | BBIG 8-K 2021-04-21 (3) | | | | |
| 450 | BBIG 8-K 2021-04-21 | | | | |
| 451 | BBIG 10-K 2021-04-15 | | | | |
| 452 | CBAT (8-K) 2020-12-23 | | | | |
| 453 | CBAT (8-K) 2021-01-22 | | | | |
| 454 | CBAT (8-K) 2021-02-09 | | | | |
| 455 | CBAT (8-K) 2021-02-11 | | | | |

| 456 | CBAT (424B5) 2021-02-09 | | | | |
|---|---|---|---|---|---|
| 457 | CBAT (D) 2021-02-16 | | | | |
| 458 | CBAT (S-3) 2021-02-22 | | | | |
| 459 | CBAT (SC 13G_A) 2021-02-16 | | | | |
| 460 | CEI 8-K 2021-07-30 | | | | |
| 461 | CEI 8-K 2021-08-09 | | | | |
| 462 | CEI 8-K 2021-08-23 | | | | |
| 463 | CEI 8-K 2021-09-16 | | | | |
| 464 | CEI 8-K 2021-09-22 | | | | |
| 465 | CEI 8-K 2021-10-06 | | | | |
| 466 | CEI 8-K 2021-10-12 | | | | |
| 467 | CEI 8-K 2021-10-13 | | | | |
| 468 | CEI 8-K 2021-10-18 | | | | |
| 469 | CEI 8-K 2021-11-12 | | | | |
| 470 | CEI 8-K 2021-11-19 | | | | |
| 471 | CEI 8-K 2021-11-22 | | | | |
| 472 | CEI 8-KA 2021-10-06 | | | | |
| 473 | CEI 8-KA 2021-10-19 | | | | |
| 474 | CEI 10-KA 2021-11-22 (2) | | | | |
| 475 | CEI 10-KA 2021-11-22 | | | | |
| 476 | CEI 10-QA 2021-11-22 | | | | |
| 477 | CEI 10-QA 2021-11-23 | | | | |
| 478 | CNTX 8-K 2021-10-22 | | | | |
| 479 | CNTX 8-K 2021-11-01 | | | | |
| 480 | CNTX 8-K 2021-12-02 | | | | |
| 481 | CNTX 10-Q 2021-12-02 | | | | |
| 482 | CNTX 10-Q 2021-12-06 | | | | |
| 483 | CNTX 424b4 Prospectus 2021-10-20 | | | | |
| 484 | CNTX 424b4 Prospectus 2021-12-17 | | | | |
| 485 | CNTX S-1A 2021-10-18 | | | | |
| 486 | DATS 8-A 2021-08-12 | | | | |
| 487 | DATS 8-K 2021-08-31 | | | | |
| 488 | DATS 8-K 2021-09-24 | | | | |
| 489 | DATS 8-K 2021-10-13 | | | | |
| 490 | DATS 8-K 2021-10-15 | | | | |
| 491 | DATS 8-KA 2021-10-13 | | | | |
| 492 | DATS 10-Q 2021-09-24 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 493 | DATS S-1A 2021-08-12 | | | | |
| 494 | EZFL 8-A 2021-09-14 | | | | |
| 495 | EZFL 8-K 2021-09-16 | | | | |
| 496 | EZFL 8-K 2021-09-17 | | | | |
| 497 | EZFL 424b4 2021-09-14 | | | | |
| 498 | FCEL 8-K 2021-09-14 | | | | |
| 499 | FCEL 10-Q 2021-09-14 | | | | |
| 500 | GRTX 8-K 2021-10-19 | | | | |
| 501 | GTT 8-K Reported 02-16-2021 | | | | |
| 502 | GTT SEC FORM 4 Reported 02-23-2021 | | | | |
| 503 | GTT SEC FORM 4 Reported 02-24-2021 | | | | |
| 504 | HCDI 8-K 11-2-2021 | | | | |
| 505 | HCDI 8-K 11-5-2021 | | | | |
| 506 | KAVL 8-K 2021-10-4 | | | | |
| 507 | KAVL Form 3 2021-10-13 | | | | |
| 508 | KIQ 6-K - 11/2/2021 | | | | |
| 509 | KIQ 6-K - 11/10/2021 | | | | |
| 510 | KIQ 6-K - 11/17/2021 | | | | |
| 511 | MDRR 10-K - 03-11-2021 | | | | |
| 512 | MDRR 10-Q - 05-14-2021 | | | | |
| 513 | METX 6-K filed 10/29/2021 | | | | |
| 514 | MFH 6-K 3/4/2021 | | | | |
| 515 | MITQ (8-K) 2021-07-13 | | | | |
| 516 | MYSZ 8-K 10-21-2021 | | | | |
| 517 | MYSZ 8-K 10-28-2021 | | | | |
| 518 | NAKD 6-K filed 9/26/21 | | | | |
| 519 | NETE 8-K 9/10/2021 | | | | |
| 520 | NOVN 8-K 5/11/2021 | | | | |
| 521 | NOVN 10-Q 5/11/2021 | | | | |
| 522 | ONTX 8-K 2/12/21 | | | | |
| 523 | ONTX 8-K 2/16/21 | | | | |
| 524 | ONTX 8-K 2/19/21 | | | | |
| 525 | ONTX 8-K 2/24/21 | | | | |
| 526 | ONTX 8-K 3/4/21 | | | | |
| 527 | ONTX 8-K 3/11/21 | | | | |
| 528 | ONTX 8-K 7/10/2020 | | | | |
| 529 | ONTX 8-K 8/4/2020 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 530 | ONTX 8-K 8/12/2020 | | | | |
| 531 | ONTX 8-K 8/24/2020 | | | | |
| 532 | ONTX 8-KA 3/4/21 | | | | |
| 533 | ONTX 10-K 3/11/2021 | | | | |
| 534 | ONTX 10-Q 8/12/2020 | | | | |
| 535 | ONTX DEFA14A 2/3/2021 | | | | |
| 536 | ONTX Prospectus 2/10/2021 | | | | |
| 537 | ONTX Prospectus 2/11/2021 | | | | |
| 538 | RGLS (8-K) 2021-03-09 | | | | |
| 539 | RGLS (8-K) 2021-05-21 | | | | |
| 540 | RGLS (10-K) 2021-03-09 | | | | |
| 541 | SURG 8-K 11/5/21 | | | | |
| 542 | SURG 424B4 11-3-21 | | | | |
| 543 | TRCH (MMAT) (8-K) 2021-02-08 | | | | |
| 544 | TRCH (MMAT) (8-K) 2021-02-10 | | | | |
| 545 | TRCH (MMAT) (8-K) 2021-02-16 | | | | |
| 546 | TRCH (MMAT) (8-K) 2021-02-22 | | | | |
| 547 | TRCH (MMAT) Prospectus (424B5) 2021-02-08 | | | | |
| 548 | VISL 8-K 2/2/21 | | | | |
| 549 | VISL 8-K 2/4/21 | | | | |
| 550 | VISL 8-K 3/8/21 | | | | |
| 551 | VISL 13G 2/4/21 | | | | |
| 552 | VISL 13G 2/24/21 | | | | |
| 553 | VISL 13GA 2/16/21 | | | | |
| 554 | VISL 13GA 2/22/21 | | | | |
| 555 | VISL Prospectus 424B5 2/8/21 | | | | |
| 556 | VISL S-3 2/4/21 | | | | |
| 557 | XRTX 6-K 11/3/21 | | | | |
| 558 | XRTX 6-K 11/4/21 | | | | |
| 559 | JR advice to Sell, Take Profit, or Manage Risk | | | | |
| 560 | Instances of Moon It Messages (Discord) | | | | |
| 561 | Instances of Moon It Messages (Twitter) | | | | |
| 562 | Instances of Send It Messages (Discord) | | | | |
| 563 | Instances of Send It Messages (Twitter) | | | | |
| 564 | Pos Discord DMs combined | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 565 | Sale/Manage Risk Discord DMs combined | | | | |
| 566 | Send It Example (Reddit #1)-combined | | | | |
| 567 | Send It to the Moon Examples (Twitter) | | | | |
| 568 | ABVC Raw Tickdata | | | | |
| 569 | ALZN 1-min Bucketed Tick Data Trades | | | | |
| 570 | CBAT 1-min Bucketed Tick Data Trades | | | | |
| 571 | DATS 1-min Bucketed Tick Data Trades | | | | |
| 572 | EZFL 1-min Bucketed Tick Data Trades | | | | |
| 573 | GTT 1-min Bucketed Tick Data Trades | | | | |
| 574 | | | | | |
| 575 | NAKD 1-min Bucketed Tick Data Trades | | | | |
| 576 | PIXY 1-min Bucketed Tick Data Trades | | | | |
| 577 | SURF 1-min Bucketed Tick Data Trades | | | | |
| 578 | SXTC 1-min Bucketed Tick Data Trades | | | | |
| 579 | SXTC Raw Tickdata | | | | |
| 580 | TRCH 1-min Bucketed Tick Data Trades | | | | |
| 581 | UPC 1-min Bucketed Tick Data Trades | | | | |
| 582 | UPC Raw Tickdata | | | | |
| 583 | Rybarczyk Trading Records Jan 2021 - June 2021 | | | | |
| 584 | Rybarczyk Trading Records July 2021 - Dec 2021 | | | | |
| 585 | Rybarczyk Trading Records Jan 2022 - May 2022 | | | | |
| 586 | Rybarczyk Trading Records July 2020 - Dec 2020 | | | | |
| 587 | @Ultra_Calls Twitter Posts, Government Processing | | | | |
| 588 | Rybarczyk Twitter Page | | | | |
| 589 | Rybarczyk Twitter Page INDP | | | | |
| 590 | Twitter DM: User 51912062 | | | | |
| 591 | Twitter DMs: User 1263614516685754368 | | | | |
| 592 | Twitter DMs: User 1266836687323303936 | | | | |
| 593 | Twitter DMs: User 1319540410616864769 | | | | |
| 594 | Twitter DMs: User 1695293845 | | | | |
| 595 | Twitter DMs: User 55561590 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 596 | Twitter DMs: User 756119882861862912 | | | | |
| 597 | Twitter DMs: User 826110105775173632 | | | | |
| 598 | Twitter DMs: User 83150642 | | | | |
| 599 | Twitter DMs: User 949496605576716288 | | | | |
| 600 | Twitter Messages Various Users 2020 - 2022 | | | | |
| 601 | Twitter Replies from Chelsey Bishop | | | | |
| 602 | Twitter_ultra_calls_001 (Kaplan) | | | | |
| 603 | @Ultra_Calls Twitter 2020 - 2022 | | | | |
| 604 | @Ultra_Calls Twitter DMs | | | | |
| 605 | @Ultra_Calls Twitter DMs 2 | | | | |
| 606 | @Ultra_Calls Twitter Feed from 2021 | | | | |
| 607 | @Ultra_Calls Twitter Feed Sept | | | | |
| 608 | Reddit: Discussions concerning NAKD | | | | |
| 609 | Reddit Wall Street Bets: "Mooning" Stocks | | | | |
| 610 | Episode 1 - ABVC - #1 (Rybarczyk Links) | | | | |
| 611 | Episode 35 - AIHS - #1 (Rybarczyk Links) | | | | |
| 612 | Episode 35 - AIHS - #2 (Rybarczyk Links) | | | | |
| 613 | Episode 35 - AIHS - #3 (Rybarczyk Links) | | | | |
| 614 | Episode 35 - AIHS - #4 (Rybarczyk Links) | | | | |
| 615 | Episode 40 - ALZN - #1 (Rybarczyk Links) | | | | |
| 616 | Episode 40 - ALZN - #2 (Rybarczyk Links) | | | | |
| 617 | Episode 40 - ALZN - #3 (Rybarczyk Links) | | | | |
| 618 | Episode 45 - APRE - #1 (Rybarczyk Links) | | | | |
| 619 | Episode 94 - CEI - #1 (Rybarczyk Links) | | | | |
| 620 | Episode 99 - CNTX - #1 (Rybarczyk Links) | | | | |
| 621 | Episode 99 - CNTX - #2 (Rybarczyk Links) | | | | |
| 622 | Episode 111 - DATS - #1 (Rybarczyk Links) | | | | |
| 623 | Episode 128 - EZFL - #1 (Rybarczyk Links) | | | | |
| 624 | Episode 128 - EZFL - #2 (Rybarczyk Links) | | | | |
| 625 | Episode 128 - EZFL - #3 (Rybarczyk Links) | | | | |
| 626 | Episode 128 - EZFL - #4 (Rybarczyk Links) | | | | |
| 627 | Episode 128 - EZFL - #5 (Rybarczyk Links) | | | | |
| 628 | Episode 128 - EZFL - #6 (Rybarczyk Links) | | | | |
| 629 | Episode 140 - GTT - #1 (Rybarczyk Links) | | | | |
| 630 | Episode 178 - KAVL - #1 (Rybarczyk Links) | | | | |
| 631 | Episode 178 - KAVL - #2 (Rybarczyk Links) | | | | |
| 632 | Episode 187 - KIQ - #1 (Rybarczyk Links) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 633 | Episode 187 - KIQ - #2 (Rybarczyk Links) | | | | |
| 634 | Episode 236 - NAKD - #1 (Rybarczyk Links) | | | | |
| 635 | Episode 236 - NAKD - #2 (Rybarczyk Links) | | | | |
| 636 | Episode 236 - NAKD - #3 (Rybarczyk Links) | | | | |
| 637 | Episode 236 - NAKD - #4 (Rybarczyk Links) | | | | |
| 638 | Episode 236 - NAKD - #5 (Rybarczyk Links) | | | | |
| 639 | Episode 236 - NAKD - #6 (Rybarczyk Links) | | | | |
| 640 | Episode 236 - NAKD - #7 (Rybarczyk Links) | | | | |
| 641 | Episode 272 - ONTX - #1 (Rybarczyk Links) | | | | |
| 642 | Episode 272 - ONTX - #2 (Rybarczyk Links) | | | | |
| 643 | Episode 274 - ONTX - #1 (Rybarczyk Links) | | | | |
| 644 | Episode 303 - RGLS - #1 (Rybarczyk Links) | | | | |
| 645 | Episode 304 - RGLS - #1 (Rybarczyk Links) | | | | |
| 646 | Episode 321 - SNOA - #1 (Rybarczyk Links) | | | | |
| 647 | Episode 321 - SNOA - #2 (Rybarczyk Links) | | | | |
| 648 | Episode 328 - SUPV - #1 (Rybarczyk Links) | | | | |
| 649 | Episode 328 - SUPV - #2 (Rybarczyk Links) | | | | |
| 650 | Episode 328 - SUPV - #3 (Rybarczyk Links) | | | | |
| 651 | Episode 328 - SUPV - #4 (Rybarczyk Links) | | | | |
| 652 | Episode 328 - SUPV - #5 (Rybarczyk Links) | | | | |
| 653 | Episode 328 - SUPV - #6 (Rybarczyk Links) | | | | |
| 654 | Episode 330 - SURG - #1 (Rybarczyk Links) | | | | |
| 655 | Episode 332 - SXTC - #1 (Rybarczyk Links) | | | | |
| 656 | Episode 345 - TRCH - #1 (Rybarczyk Links) | | | | |
| 657 | Episode 348 - UPC - #1 (Rybarczyk Links) | | | | |
| 658 | Episode 359 - VISL - #1 (Rybarczyk Links) | | | | |
| 659 | Episode 359 - VISL - #2 (Rybarczyk Links) | | | | |
| 660 | Episode 361 - VRPX - #1 (Rybarczyk Links) | | | | |
| 661 | Episode 361 - VRPX - #2 (Rybarczyk Links) | | | | |
| 662 | Episode 361 - VRPX - #3 (Rybarczyk Links) | | | | |
| 663 | Episode 361 - VRPX - #4 (Rybarczyk Links) | | | | |
| 664 | Episode 390 - XRTX - #1 (Rybarczyk Links) | | | | |
| 665 | Index of Sites Rybarczyk Linked in Episodes | | | | |
| 666 | Discord Discussions of At-Issue Stocks (Discord Pt.1) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 667 | Discord Discussions of At-Issue Stocks (Discord Pt.2) | | | | |
| 668 | Twitter Discussions of At-Issue Stocks | | | | |