1

```
 1              UNITED STATES DISTRICT COURT

 2             SOUTHERN DISTRICT OF TEXAS
                      -  -  -
 3      THE HONORABLE ANDREW S. HANEN, JUDGE PRESIDING
     ---------------------------------------------------
 4  UNITED STATES OF AMERICA,    )  No. 4:22-cr-612
                                 )
 5                  Plaintiff,   )
                                 )
 6  vs.                          )
                                 )
 7  EDWARD CONSTANTINESCU,       )
    et al.,                      )
 8                               )
                    Defendants.  )
 9  ---------------------------------------------------

10            PRETRIAL CONFERENCE - DAY 2

11      OFFICIAL COURT REPORTER'S CERTIFIED TRANSCRIPT

12                  Houston, Texas

13                  March 20, 2024

14  ---------------------------------------------------

15  APPEARANCES:

16  For the Plaintiff:      John Lolio, Esq.
                            Scott Armstrong, Esq.
17                          Thomas Hayward Carter, Esq.

18
    For the Defendants:     Matthew A. Ford, Esq.
19                          Emily Klair Bloom, Esq.
                            Luis A. Reyes, Esq.
20                          Alexander Brown, Esq.
                            Eric S. Rosen, Esq.
21                          Quentin T. Williams, Esq.
                            Neal A. Davis, Esq.
22                          Zachary B. Fertitta, Esq.
                            Carlos Fleites, Esq.
23                          Chip Lewis, Esq.
                            Erin M. Epley, Esq.
24                          Laura Cordova, Esq.
                            Michael Murtha, Esq.
25
```

1    Reported By:   Nichole Forrest, RDR, CRR, CRC
                    Certified Realtime Reporter
2                   United States District Court
                    Southern District of Texas
3

4

5

6         **Proceedings recorded by mechanical stenography.**
7            **Transcript produced by Reporter on computer.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                        **PROCEEDINGS**

2       ------------------------------------------------------------

3          (The following proceedings held in open court.)

4                              *   *   *

5

6

10:02:57   7                  THE COURT:  All right.  Be seated.  Okay.

10:03:01   8     I want to start on exhibits.

10:03:05   9                  Before I do that, it was requested, I

10:03:09  10     think by the defendants, that I provide at least my

10:03:19  11     thinking of what a charge would look like, and I'll

10:03:24  12     probably have that for you tonight.  I'm not bound by

10:03:26  13     anything I'm giving you, but it's my -- it will be my

10:03:32  14     version -- I've looked at both what the government has

10:03:36  15     submitted and the defendants have submitted

10:03:40  16     request-wise and incorporated large portions of both.

10:03:45  17                  But, anyway, you asked for it.  I will

10:03:49  18     give it to you.  Obviously, when I was doing the

10:03:53  19     charge, it was probably obvious from yesterday's

10:03:59  20     hearing, it was one of the things that got me

10:04:04  21     reinterested in the motion to dismiss filed by

10:04:10  22     Mr. Rybarczyk after having looked at the charge, and

10:04:17  23     I'm still interested in that.  But I will give you

10:04:20  24     that, hopefully, before you go home today; and if not,

10:04:23  25     we'll get it to you tomorrow.

| | |
|---|---|
| 10:04:25 | 1 |
| 10:04:31 | 2 |
| 10:04:36 | 3 |
| 10:04:42 | 4 |

All right.  I would like to start with the government's exhibits.  And I'm just going to go right down the line and see where we have objections and see where we don't.

I have my list of the government's exhibits, basically has 340 exhibits.

Government's 1, I think we've talked about.  And I'm admitting Government's 1 subject to the objections I sustained yesterday.  You know, no SEC most wanted, no hand gestures to the camera.  But other than that, it's admitted.

MS. CORDOVA:  Your Honor?

THE COURT:  Yes.

MS. CORDOVA:  On Government Exhibit 1, there is a post from Dan Knight, who is a government witness.  He will not be a defendant in this case. And he posted --

THE COURT:  He is a defendant in this case.

MS. CORDOVA:  But he won't be a defendant in front of the jury.

THE COURT:  He won't be?

MS. CORDOVA:  No, he's pleaded guilty.

THE COURT:  Oh, I understand that.  We don't expect Mr. Knight to testify?

10:06:18   1            MS. CORDOVA:  He will be testifying.

10:06:20   2            THE COURT:  Okay.

10:06:21   3            MS. CORDOVA:  Yes, Your Honor.  Sorry that

10:06:22   4   wasn't clear.

10:06:24   5            The posted issue -- and I just want to be

10:06:27   6   clear that this is covered under the Court's ruling.

10:06:29   7   He took a selfie of himself with Mr. Hennessey and

10:06:33   8   Mr. Matlock behind him and posted it apparently on

10:06:36   9   Twitter with the -- with the language "pumpers,"

10:06:40  10   that's it, just "pumpers."  There's no evidence that

10:06:44  11   Mr. Hennessey ever saw it, that Mr. Hennessey liked

10:06:47  12   it, that Mr. Hennessey approved it.

10:06:49  13            THE COURT:  I'll sustain that.

10:06:50  14            MS. CORDOVA:  Thank you.

10:06:51  15            THE COURT:  Take out the word "pumper."

10:07:03  16            All right.  Now, on page 1 of the

10:07:03  17   government's exhibits, then the next exhibits start

10:07:06  18   with 2A and they go through 5B.

10:07:07  19            Are there any objections to any of those?

10:07:09  20            MR. FORD:  Yes, Your Honor.  We'll start

10:07:20  21   with the series 2 exhibits, which refer to Onconova

10:07:26  22   Therapeutics, ONTX, between July 16th and August 26th

10:07:31  23   of 2020.  That is a substantive count against --

10:07:35  24   charged against my client, Mr. Constantinescu.  We are

10:07:38  25   having some technical difficulties.

10:07:41  1          The first question is whether we've gotten

10:07:42  2  those resolved.

10:08:01  3          Sounds like we've got it working.  So

10:08:03  4  while we get that situated --

10:08:04  5          THE COURT:  If you want me to look at

10:08:06  6  something, it's not working up here.

10:08:10  7          MR. FORD:  Do we have paper copies of the

10:08:12  8  exhibits?

10:08:14  9          THE COURT:  We can get them, I guess.

10:08:56 10          What are we looking at, Mr. Ford?

10:08:58 11          MR. FORD:  Exhibit 2A.

10:09:00 12          THE COURT:  Okay.

10:09:02 13          MR. FORD:  It purports to be a chart of

10:09:07 14  trading price and volume of ONTX.  So we have multiple

10:09:17 15  issues with this.  One is we don't know who created

10:09:19 16  it.  There is an authenticity issue.

10:09:23 17          The other sort of concern with this series

10:09:25 18  of exhibits, the government just appears to have

10:09:34 19  chopped a section of trading to support their

10:09:40 20  ambiguous causation correlation theory that they plan

10:09:43 21  to present to the jury, while claiming they're not

10:09:46 22  going to present it.

10:09:47 23          The only function of this chart would be

10:09:49 24  to suggest that the stock went up and down and the

10:09:51 25  defendants were somehow the cause of it.

10:09:55  1           This is an ongoing violation of *Brady v.*
10:10:00  2   *Maryland* under the United States Constitution.  We
10:10:02  3   have strong reason to believe that the government has
10:10:05  4   in their possession documents that suggest that to the
10:10:09  5   extent the price was artificially inflated or that it
10:10:13  6   dropped on August 24th, it was not caused by any of
10:10:16  7   the individuals in this room, but other easily
10:10:20  8   identifiable individuals.

10:10:21  9           And they have failed to produce that
10:10:26 10   *Brady*, but as far as the functional objection, we'll
10:10:29 11   pull up to show our Defendant's Exhibit 1102, which we
10:10:36 12   will seek to have admitted.  It's an actual chart that
10:10:42 13   was not created in the ordinary course of business.
10:10:45 14   We obtained it off Yahoo! Finance.  It's easily
10:10:48 15   authenticated and admissible.

10:10:51 16           You can see that this stock, like every
10:10:53 17   other stock in the stock market, goes up and down over
10:10:57 18   time.  If we zoomed out even further, you just -- the
10:11:00 19   stock goes up and down.

10:11:01 20           And so what they've done is they've
10:11:04 21   chopped out a section to make it appear as if the
10:11:08 22   stock went up and down on this individual occasion,
10:11:11 23   and that was caused somehow by the tweeting of my
10:11:14 24   client.

10:11:17 25           We can pull up his trade records as well.

10:11:23  1    We've filtered the Excel spreadsheet.  You can see

10:11:27  2    that as early as March 19, 2020, that's as far back as

10:11:35  3    the records go that the government provided us, but I

10:11:37  4    have reason to believe that my client traded ONTX

10:11:40  5    stock long before March 7th, 2019.

10:11:41  6             You can see he was trading it in 2019.

10:11:44  7    We'll scroll down.  He continued -- he traded it all

10:11:45  8    through 2019, through the entire year.  Continued to

10:11:50  9    trade it through January of 2020.  And then you can

10:11:52 10    see right there that he also traded it --

10:11:56 11             THE COURT:  Well, let me get back to

10:11:58 12    actual objections, and the fact you disagree with the

10:12:04 13    exhibit or you think it's prejudicial is not an

10:12:06 14    objection to admissibility.  I mean, quite frankly,

10:12:11 15    there shouldn't be any exhibit that doesn't prejudice

10:12:14 16    one side or the other, or they wouldn't be relevant.

10:12:20 17             Now, the authenticity -- easy for me to

10:12:26 18    say -- whether it can be authenticated or not is a

10:12:30 19    different question.

10:12:33 20             Who's going to answer that for the

10:12:34 21    government?

10:12:35 22             MR. FORD:  So -- and, Your Honor, just to

10:12:36 23    be clear, we are objecting on authenticity grounds

10:12:40 24    because we don't know who made this chart, and it's

10:12:45 25    testimonial in nature.

9

10:12:46  1            MR. LIOLOS:  Good morning, Judge.  John

10:12:48  2    Liolos for the United States.

10:12:49  3            So Mr. Melley made these charts.  We've

10:12:52  4    disclosed that to Mr. Ford.  He made them from

10:12:57  5    Bloomberg data of the price and volume of the stocks

10:12:59  6    at issue that he got from Bloomberg.  This is a 1006

10:13:03  7    summary chart summarizing that voluminous data.

10:13:07  8            They can cross-examine Mr. Melley on all

10:13:10  9    his charts.  It provides critical context.  It's

10:13:14  10   around the trading window.  And another thing that it

10:13:16  11   provides is context for the price targets the

10:13:21  12   defendants are constantly shouting out.  And it shows

10:13:23  13   that, within these windows, the price more often than

10:13:27  14   not comes nowhere near the targets they're talking

10:13:29  15   about.

10:13:30  16           THE COURT:  If Mr. Melley gets up and

10:13:31  17   testifies to that, Mr. Ford, do you still have an

10:13:35  18   objection?

10:13:36  19           MR. FORD:  Not to authenticity, no.

10:13:39  20           THE COURT:  Okay.  Well, we're going to

10:13:43  21   defer on Number 1 till Mr. Melley testifies.  I mean,

10:13:46  22   number 2A, I'm sorry.

10:13:50  23           MS. CORDOVA:  Your Honor, we would also

10:13:51  24   object on relevance grounds on the basis that it's

10:13:54  25   just irrelevant what happened to the price.  Because

10:13:56  1  they haven't alleged that our clients were responsible

10:14:00  2  for a pump and dump, but they're trying to show it

10:14:03  3  through this chart.

10:14:06  4          THE COURT:  What relevance do we have

10:14:08  5  here?

10:14:08  6          MR. LIOLOS:  Well, first of all, Your

10:14:10  7  Honor was talking yesterday about the context.

10:14:12  8  They're not just trading in the ether.  The jury needs

10:14:16  9  some sort of context for what the stock was doing in

10:14:18  10  the trading window that all the trading that was

10:14:20  11  happening is -- we're talking about.

10:14:21  12          And, secondly, specifically to the price

10:14:23  13  targets, I think it's highly relevant to the

10:14:27  14  reasonableness of the price targets that they're

10:14:33  15  touting.

10:14:33  16          THE COURT:  You guys know the facts.  Tell

10:14:35  17  me, what dates are we interested in in this chart?  We

10:14:38  18  have a two-month chart.

10:14:40  19          MR. FORD:  So Mr. Constantinescu first

10:14:42  20  purchased the stock July 16, 2020.  He then held the

10:14:50  21  stock for two weeks.  He sold a portion of his

10:14:53  22  position on July 29th, two weeks later.  He had closed

10:14:57  23  out his position on August 14th, 2020.  You can see

10:15:03  24  the stock was flat during that time.

10:15:04  25          And then on August 24, Mr. Constantinescu

10:15:11  1    purchased and sold approximately 60,000 shares of ONTX

10:15:14  2    stock.  You will see that the trading volume of the

10:15:15  3    24th was over 180 million shares.  That means 180

10:15:20  4    million buy and sell orders.  The notion that the

10:15:23  5    buying and selling of 60,000 shares could have

10:15:25  6    impacted the stock price is absurd.

10:15:30  7              And what we believe Mr. Melley plans to do

10:15:33  8    on the stand is suggest that this was a pump and dump

10:15:35  9    and that somehow my client's selling of 60,000 shares

10:15:39 10    would have influenced the price, when 180 million

10:15:43 11    shares sold that day.  Just to be clear, it's

10:15:46 12    180 million over a six and a half hour trading day.

10:15:51 13              There's more than 60,000 shares there for

10:15:55 14    probably trading every minute.  It's impossible or

10:15:57 15    inconceivable that his actions affected the stock

10:16:00 16    price.

10:16:00 17              So we are concerned because we understand

10:16:02 18    what they're going to do with this chart is they're

10:16:04 19    going to put it in front of Mr. Melley and say, look,

10:16:07 20    this is a pump and dump.  The stock went up and down,

10:16:10 21    and he bought it and sold it on these dates.

10:16:12 22              It is not a realistic or feasible

10:16:15 23    causation argument, and we have a fear that it will be

10:16:19 24    presented to the jury in that way.

10:16:24 25              MR. LIOLOS:  Mr. Melley is not going to

10:16:26  1    talk about any of the defendants' trading

10:16:28  2    specifically.  He's just giving context to the trading

10:16:30  3    in the stock during and around the window.

10:16:33  4          THE COURT:  Well, I think most of your

10:16:34  5    arguments go to the, you know, cross-examination and

10:16:38  6    the merits.  It's not whether it's coming in or not.

10:16:41  7          MR. MURTHA:  If I can add in, Your Honor.

10:16:41  8    Mr. Murtha on behalf of Mr. Hennessey.

10:16:42  9          The chart also goes beyond the period that

10:16:45 10    the government has charged in the episode.  So

10:16:51 11    Government Exhibit 2B has a date frame from July 16,

10:16:56 12    2020, to August 26, 2020.  But Government's Exhibit 2A

10:17:01 13    expands that episode, outside of what they chose, to

10:17:03 14    July 1st, 2020, to August 31st, 2020.  So the chart

10:17:10 15    should at least be limited down to what they've

10:17:13 16    actually alleged to include the time frame for the

10:17:16 17    allegedly fraudulent statements.  They're trying to

10:17:19 18    have it both ways.

10:17:20 19          MR. LIOLOS:  Your Honor, we're going to be

10:17:22 20    arguing about the reasonableness of the price targets

10:17:24 21    that they're saying.  And they're going to be pointing

10:17:26 22    out, well, it could have gone up.  It could have hit

10:17:28 23    that.  And these show even, you know, a week or two

10:17:31 24    outside the --

10:17:31 25          THE COURT:  I think that goes to

10:17:32  1   cross-examination, not to admissibility.  And if

10:17:43  2   that's -- I mean, are these going to be the objections

10:17:45  3   to -- do I have a series of these?

10:17:46  4                 MR. LIOLOS:  Yes, Your Honor.

10:17:48  5                 MR. FORD:  Your Honor, just to be clear,

10:17:51  6   to the extent you're willing to admit them, we don't

10:17:54  7   need to spend all day on this.  And it is going to

10:17:56  8   appear as 2A, 3A, 4A throughout.  So that -- you know,

10:18:00  9   that's why we're raising it now as we are.  We'll get

10:18:04  10  a decision and then we'll move on.  It's going to

10:18:07  11  cover, you know, 50 so exhibits.

10:18:10  12                THE COURT:  Okay.

10:18:10  13                MS. EPLEY:  If I may briefly.

10:18:11  14                If you're about to make a ruling in

10:18:13  15  regards to the stock A charts comprehensively, what I

10:18:13  16  would also point out to the Court -- stock A charts,

10:18:23  17  so 2A, 3A through 20A and further.

10:18:27  18                In this scenario, the government has

10:18:30  19  provided a broader window than the trading window, as

10:18:32  20  you've already been told.  But in other examples they

10:18:35  21  provide clipped windows.  So even less than the

10:18:37  22  trading window as they established it.  Because it

10:18:40  23  fits a narrative or an optic that suits them.

10:18:44  24                And so as you make this ruling, I would

10:18:46  25  ask that all stocks at least include the full trading

10:18:48  1    window as prescribed by the government.

10:18:51  2              THE COURT:  Okay.  Mr. Ford, did you have

10:18:54  3    something you wanted to add?  I'm sorry.

10:18:59  4    Mr. Williams.

10:18:59  5              MR. WILLIAMS:  Williams.

10:19:02  6              THE COURT:  Williams.

10:19:04  7              MR. WILLIAMS:  The only thing I was going

10:19:05  8    to point out was to answer your question about whether

10:19:08  9    you were going to be doing a lot of these -- the only

10:19:12  10   thing I was going to point out was to answer your

10:19:14  11   question about whether you were going to be dealing

10:19:15  12   with a lot of these.  Essentially, the A exhibit, 2A

10:19:20  13   through at least 30-some-odd A --

10:19:28  14             MR. LIOLOS:  37, I think?

10:19:30  15             MR. WILLIAMS:  37A.  These are

10:19:30  16   characterized as FINRA price volume charts.  So 37

10:19:34  17   times, Your Honor, at least to answer your question,

10:19:35  18   and it's usually the A exhibit in the government's

10:19:39  19   exhibit protocol.

10:19:41  20             THE COURT:  Okay.  All right.  Well, I am

10:19:44  21   certainly allowing y'all to cross-examine whoever the

10:19:47  22   government's witness on, you know, why he did one

10:19:51  23   chart that's a month long and why he did one chart

10:19:54  24   that's two months long or three months long.  I mean,

10:19:57  25   I think you can do that, but I'm not sustaining the

10:20:02  1    objections because of that.

10:20:03  2         So we're assuming Mr. Melley can

10:20:08  3    authenticate all of these.  I'm going to admit all of

10:20:13  4    these, and overrule those objections.

10:20:19  5         MR. LIOLOS:  Thank you, Judge.  And I did

10:20:21  6    just want to make clear for the record as to

10:20:23  7    Mr. Ford's *Brady* point.  These are all within, you

10:20:27  8    know, charts of the trading episodes to which we made

10:20:30  9    the *Brady* request to the SEC and FINRA.

10:20:33 10         THE COURT:  Okay.  All right.  Does that

10:20:38 11    take me all the way to 38?

10:20:40 12         MR. FORD:  So there's a series.  With

10:20:44 13    regards to 2B, it's the charts of Garibotti.  We

10:20:47 14    obviously renew all of our objections that were raised

10:20:50 15    yesterday with regards to those charts, including the

10:20:54 16    fact that they summarize something other than what

10:20:56 17    they purport to summarize.

10:20:58 18         Issues with the color coding, the labeling

10:21:03 19    of falsity, all those sort of things, and that's going

10:21:06 20    to appear on Exhibit 2B throughout, we would request

10:21:09 21    that we defer the determination about preadmission

10:21:13 22    until the government has revised these charts to

10:21:16 23    comply with the Court's rulings yesterday.

10:21:20 24         THE COURT:  Okay.  Help me here.  Which --

10:21:25 25    which exhibits are we talking about?

10:21:26  1          MR. FORD:  So go to -- if you go --

10:21:28  2          THE COURT:  No, I understand the color

10:21:29  3    coding and I ruled on that yesterday.  We're not

10:21:32  4    having any commentary.  We're not have any color

10:21:35  5    coding that indicates false or not false.  I mean,

10:21:39  6    those are --

10:21:42  7          MR. FORD:  They put them as Exhibit 2B,

10:21:46  8    3B, 4B, 5B, et cetera.  And so we're pulling one up

10:21:51  9    just as an example.  This is 2B.

10:21:58 10          Because the government is going to be

10:22:00 11    making modifications, we would just request that we

10:22:02 12    defer preadmission until they've made the

10:22:04 13    modifications to the extent Your Honor has ruled that

10:22:06 14    these are admissible.  Once we've reviewed the

10:22:12 15    modifications to make sure they comply with Your

10:22:17 16    Honor's suggestions, then we will, you know -- that

10:22:19 17    will be that.

10:22:20 18          THE COURT:  All right.  Let's try to

10:22:23 19    get -- Mr. Armstrong, you and Mr. Liolos, let's try to

10:22:27 20    get these revised charts to them ASAP.

10:22:31 21          MR. ARMSTRONG:  Your Honor, the bigger

10:22:34 22    issue is the admissibility of documents themselves.

10:22:37 23    Are they proper summaries?  Which we contend they are.

10:22:43 24    Do they properly summarize the defendants'

10:22:46 25    misstatements?  Which we contend that they do.

10:22:48  1          So those are the bigger issues that need

10:22:49  2   to be resolved.  We can resolve the minor nits here

10:22:52  3   and there about the actual content.

10:22:54  4          THE COURT:  I've not heard an objection to

10:22:55  5   the content other than the prejudicial content that I

10:23:01  6   thought was sustainable.

10:23:04  7          MR. FORD:  Your Honor, the only other

10:23:06  8   thing from our perspective, and I'll let everybody

10:23:11  9   else talk, is there is data that this purports to

10:23:15 10   summarize.  Those include the actual trade records,

10:23:19 11   the actual tweets or conversations.  We would just

10:23:22 12   request that, to the extent this is going to be

10:23:25 13   authenticated and pre-admitted, that all of the

10:23:27 14   underlying data is authenticated and pre-admitted as

10:23:30 15   well.  In other words, I would like to be able to use

10:23:33 16   his actual trade records on cross.

10:23:37 17          THE COURT:  Yes, I'm assuming that.

10:23:40 18          MR. FORD:  Thank you.

10:23:43 19          THE COURT:  Mr. Ford, remind me of that,

10:23:45 20   though, when we get there.

10:23:46 21          MR. ROSEN:  The main objection -- we're

10:23:49 22   not going to go back to the color coding -- was just I

10:23:52 23   don't know if Your Honor gave a ruling on the profits

10:23:54 24   issue about the relevancy of their -- they've

10:23:57 25   calculated total profits from trading in that time

10:24:01  1    period.  But they have -- what they haven't done is

10:24:03  2    narrow that to any profits derived from the alleged

10:24:07  3    fraud.

10:24:08  4              And for us, that's obviously extremely

10:24:10  5    problematic, just because it juices the numbers up

10:24:14  6    extremely substantially.  We obviously don't believe

10:24:15  7    that there is any fraud, but it also prevents us from

10:24:20  8    sort of cross-examining as to what any impact the

10:24:23  9    trading had on any of the markets, as well as the

10:24:25 10    tweeting.  And also to determine for purpose of

10:24:28 11    Rule 29 --

10:24:29 12              THE COURT:  Show me an example.

10:24:31 13              MR. ROSEN:  Okay.  The first page of 2B,

10:24:34 14    the very cover page.

10:24:38 15              THE COURT:  Okay.

10:24:39 16              MR. ROSEN:  So if you look up at the 1, 2,

10:24:42 17    3, 4, 5, 6, 7 columns, so it goes, you know, name,

10:24:50 18    Twitter handle, Discord handle, Twitter posts, Discord

10:24:54 19    posts, number of shares bought, number of shares sold.

10:24:56 20    Generally no objection beyond yesterday.

10:24:59 21              We're talking about the last column, the

10:25:04 22    profit.  It says, first in, first out.  Now, the

10:25:08 23    numbers there, the government -- I don't think there's

10:25:11 24    any dispute on this.  They're not numbers indicating

10:25:15 25    what the government believes are fraudulent proceeds

10:25:18  1    at all.

10:25:20  2              They're total trading profits during the

10:25:23  3    arbitrarily chosen episode dates.  So we're on trial

10:25:27  4    for securities fraud.  The numbers are not proceeds of

10:25:33  5    securities fraud.  There is no relation between the

10:25:36  6    profits that they've chosen and what we're actually on

10:25:39  7    trial for.  So it's a pure relevancy objection.  It's

10:25:43  8    extreme prejudice, because it makes it appear -- this

10:25:46  9    example, you know, my clients actually lost money.

10:25:49 10    So, you know, that's fine.

10:25:50 11              But Mr. Constantinescu had, you know, made

10:25:53 12    $300,000, but not from fraud.  And that's the problem.

10:25:57 13    It makes it appear that it's fraud proceeds.

10:26:05 14              The government's really main response to

10:26:07 15    that is that it goes to show motive.  But the two

10:26:09 16    cases they cite are cases where it says profits from

10:26:12 17    the crime, wire fraud, money laundering, go to motive.

10:26:16 18    Of course they do.

10:26:17 19              But profits from general trading, which

10:26:19 20    are unconnected to fraud, certainly don't go to

10:26:22 21    motive.  If anything, the motive is not to commit a

10:26:25 22    crime because you're gaining money legally.

10:26:27 23              So I would have no objection if they

10:26:30 24    narrowed it down to fraud proceeds, but general

10:26:33 25    trading proceeds are irrelevant and it's highly

10:26:36  1    prejudicial.

10:26:39  2                THE COURT:  Who wants to respond to that

10:26:41  3    for the government?

10:26:41  4                MR. FORD:  Just to be clear, none of my

10:26:43  5    clients' proceeds were fraud proceeds.

10:26:50  6                MR. ARMSTRONG:  So, Your Honor, the

10:26:51  7    methodology for these charts is clear.  All of these

10:26:54  8    arguments just go to the weight.  As we explained to

10:26:57  9    Your Honor yesterday, the way the scheme worked was

10:27:00 10    that they would all coordinate.

10:27:02 11                If you can go to page 2, please, Ms. Kim.

10:27:04 12                THE COURT:  What is the relevance of the

10:27:09 13    profit, though, that's not tied to the fraud?

10:27:12 14                MR. ARMSTRONG:  Well, Your Honor, our

10:27:12 15    position is that once they established this plan

10:27:16 16    during this window, that the trading profits during

10:27:20 17    this window are part and parcel of the scheme.

10:27:24 18    Because they all start talking about what they're

10:27:26 19    going to do.  They all start front loading it, and

10:27:28 20    then they put the plan into action with the false

10:27:31 21    statements.

10:27:31 22                Now, that's just the methodology.  They

10:27:34 23    can cross-examine -- they can cross-examine

10:27:37 24    Ms. Garibotti, like, you know, are you alleging fraud

10:27:42 25    as to every single trade in here?  And I don't know

10:27:43 1    what her answer would be.  That's probably an improper

10:27:48 2    question.  It would be improper for us to say -- it

10:27:49 3    would be equally improper for us to say to

10:27:51 4    Ms. Garibotti, like, what are the fraud proceeds here,

10:27:52 5    right?

10:27:53 6            And so the methodology is just the

10:27:54 7    bookends, the windows during the relevant time periods

10:27:56 8    of trading and the relevant time periods of the

10:27:59 9    posting of the messages, and that's it.  It's going to

10:28:02 10   be a vanilla presentation.

10:28:07 11           MR. ROSEN:  I haven't heard anything about

10:28:08 12   really relevancy into the question of how it proves

10:28:13 13   anything about the actual schemes that are being

10:28:16 14   charged.  There's one example we attached to our

10:28:18 15   motion in limine, Your Honor, where my client had

10:28:20 16   bought and effectively sold out almost his entire

10:28:24 17   position before anyone tweeted.  Out of $59,000 in

10:28:30 18   profit, he had gained $50,000 in profit before any

10:28:32 19   fraud could have possibly taken place.  He did sell --

10:28:35 20   he did gain $9,000 after a tweet, but even the

10:28:38 21   government with their exhibits no -- there was no

10:28:41 22   fraud in that particular tweet.

10:28:44 23           So yet he's tagged in the cover page,

10:28:46 24   which is what the jury is going to focus on, he made

10:28:48 25   $60,000 trading in one day.  How do we un-ring that

10:28:52  1  bell?  How do we differentiate?  And how do we

10:28:57  2  cross-examine the -- Mrs. Garibotti as to what

10:28:58  3  actually came from fraud, what's proceeds of the

10:29:00  4  scheme or not.

10:29:02  5          They haven't -- the government's set forth

10:29:02  6  no evidence that simply chattering amongst their

10:29:05  7  selves is some type of criminal act or coordinating on

10:29:09  8  what to buy is a criminal act.  And that's our

10:29:11  9  problem.

10:29:11 10          It's so prejudicial, these numbers.  Some

10:29:13 11  of them are eye-popping numbers.  The jury is going to

10:29:16 12  be -- all they're going to do is see that cover page

10:29:19 13  and then, boom.  And, you know, it's a 403 objection,

10:29:21 14  a 401 objection, obviously.

10:29:23 15          They can rework these numbers to make

10:29:26 16  them, you know, relevant to the case.  We've asked

10:29:28 17  them that for a long time.  And here we are.  But this

10:29:31 18  is -- I mean, this is really problematic for us.

10:29:34 19          MR. ARMSTRONG:  Your Honor, we're going to

10:29:34 20  have testimony from co-conspirators explaining why

10:29:37 21  sales were made before the tweets.  This is going to

10:29:41 22  be an issue that is foundational to part of the case

10:29:43 23  and how people got in and out before the tweet was

10:29:47 24  even released.  And that was common for them to do

10:29:49 25  that, because they knew that other people just buying

10:29:52  1    the shares themselves was part of it.

10:29:55  2                    And you can't, say, excise part of the

10:29:57  3    scheme.  You can't just excise part 1 of the fraud

10:30:00  4    scheme, the front load, and then run it from the price

10:30:04  5    before the tweet from the case.  That's like excising

10:30:09  6    a relevant period of time and the relevant conduct for

10:30:13  7    that episode in that window.

10:30:19  8                    MR. ROSEN:  We just had a whole discussion

10:30:20  9    yesterday --

10:30:20 10                    THE COURT:  That's not what he's

10:30:22 11    complaining about.  And I've already said I'm going to

10:30:24 12    let in the charts that, you know, start before and

10:30:28 13    start after.  But what he's complaining about is the

10:30:34 14    profit figure.  And basically he's making a 403

10:30:37 15    argument that the profit figure is -- one, it's not

10:30:40 16    accurate; but whether it's accurate or not, it's not

10:30:45 17    connected to the fraud.

10:30:47 18                    And then -- and that is going to leave the

10:30:55 19    wrong impression with the jury.  Its relevance is

10:30:58 20    outweighed by, you know, the danger it has of being

10:31:04 21    traipsed in front of the jury.

10:31:09 22                    MR. ROSEN:  I mean, we just had a whole

10:31:11 23    conversation yesterday about -- not to beat this to a

10:31:15 24    horse, but a whole conversation yesterday about how if

10:31:15 25    they weren't -- there's no problem with the trading.

10:31:16   1    If they weren't tweeting, we wouldn't be in this

10:31:19   2    predicament here.

10:31:22   3            And so how can we then say, well, the

10:31:23   4    profits from prior to that tweet is fired off are

10:31:26   5    problematic?  I mean, there's just nothing wrong with

10:31:29   6    them get -- you know, trading ideas on what to do.

10:31:33   7    The issue is the tweeting, the false statements and

10:31:35   8    misreps.  And including a single dollar from before

10:31:40   9    that period, my client's, like, 50,000 out of $59,000

10:31:45  10    is prior to a single tweet being set off.  It's so

10:31:49  11    prejudicial and it's completely irrelevant.

10:31:52  12            MR. ARMSTRONG:  Judge, that

10:31:53  13    cross-examination could happen in 30 seconds.  They

10:31:56  14    could say, Ms. Garibotti, you see here in this chart

10:31:58  15    that Mr. Rybarczyk bought and sold before the tweet.

10:32:01  16    Right?  Right.  And he profited $40,000 from that.

10:32:07  17    Right?  Right.  So hypothetically that can be carved

10:32:10  18    out of page 1?  Right?  Right.

10:32:12  19            That goes to the weight.  And we're not

10:32:14  20    going to be arguing, like, this extreme prejudice that

10:32:17  21    they're claiming about.  We're just putting the

10:32:20  22    methodology in front of the jury saying this is what

10:32:22  23    we did.  Here is the work that we did, and we're going

10:32:24  24    to explain why we did it, and both sides can argue it.

10:32:28  25            MR. ROSEN:  You still have to satisfy 401

10:32:30   1   and 403.  That's not how it works.  You don't just get

10:32:33   2   to put in anything you want and then say we get to

10:32:36   3   cross-examine it.  If those charts are coming back to

10:32:38   4   the jury under.

10:32:38   5            1006, they have to be accurate and they

10:32:41   6   have to be relevant to the issues at stake in the

10:32:43   7   trial.

10:32:45   8            THE COURT:  I'm sustaining the objection

10:32:47   9   to the profit column.  The rest of the chart I'm going

10:32:52  10   to admit.

10:32:56  11            MS. CORDOVA:  Your Honor, may we be heard

10:33:00  12   on this?  And this will relate to all of the Bs.

10:33:02  13            We raised this in our motion for

10:33:07  14   sanctions.  And the issue with these charts is that

10:33:09  15   the government is trying to use these charts to

10:33:11  16   preclude the real evidence from the jury and instead

10:33:15  17   put in front of the jury purported tweets of my client

10:33:20  18   that do not contain exculpatory information that was

10:33:24  19   included in the original tweets.

10:33:26  20            So this is --

10:33:28  21            THE COURT:  I'm not with you on that.

10:33:30  22            MS. CORDOVA:  Okay.  So you disagree with

10:33:34  23   me or you --

10:33:35  24            THE COURT:  I don't understand you.

10:33:36  25            MS. CORDOVA:  Okay.  Let me back up, then.

10:33:37 1       So we included on page 8 of our motion for

10:33:42 2  sanctions -- and I can hand this back if it's helpful.

10:33:46 3  This is just an example, and this example relates to

10:33:50 4  Government Exhibit 10B.  But it's the same principle

10:33:53 5  that relates to all of the B charts, so it also

10:33:57 6  relates to 2B.

10:33:59 7       And what the government has done is to

10:34:01 8  create these charts.  They gave Ms. Garibotti

10:34:04 9  essentially a database.  I know it's tiny.  Sorry.

10:34:10 10       THE COURT:  I hope you have bigger copies

10:34:11 11  for jurors.  There's no way they can read any of

10:34:14 12  these.

10:34:16 13       MS. CORDOVA:  So what we included there is

10:34:17 14  an example of what the government listed as

10:34:20 15  Mr. Hennessey's tweets in the Excel spreadsheet

10:34:23 16  format.  And then we included the actual tweets.  And

10:34:25 17  there's two very important parts of the actual tweet

10:34:29 18  that are not included in these summary charts.

10:34:32 19       First is Mr. Hennessey's bio statement.

10:34:37 20  It's him telling everybody who is looking at his

10:34:40 21  tweets who he is and what he's doing.  And he says,

10:34:43 22  I'm a trader.  I think that one says he's 20-ish, or

10:34:46 23  21 or something.  Young kid.  He's in college.  And I

10:34:49 24  actively trade positions.  I could be buying or

10:34:52 25  selling any stock mentioned at any time.

10:34:55  1              That's part of his bio.  It's not a

10:34:56  2    disclaimer.  It's not some small print.  I know it's

10:34:59  3    small print there, but on Twitter, it's part of his

10:35:01  4    bio.  It's just a few words.  It's who he is.  He's

10:35:05  5    telling the world who he is and what he's doing.

10:35:12  6              THE COURT:  And he's got that on the top

10:35:13  7    or a part of every tweet he sends out?

10:35:16  8              MS. CORDOVA:  It is part of his bio.

10:35:17  9              THE COURT:  I didn't ask you that.

10:35:19  10             MS. CORDOVA:  So it depends on how you

10:35:20  11   view it.  So if you view --

10:35:23  12             THE COURT:  Answer my question.

10:35:25  13             MS. CORDOVA:  I'm trying to, Your Honor.

10:35:26  14   There are different -- if you view Twitter on a

10:35:29  15   desktop, so on a computer, the bio will show up.  Now

10:35:32  16   it shows up on the right-hand side.  At this time, it

10:35:35  17   showed up where it shows up there on the left-hand

10:35:37  18   side.

10:35:37  19             But now if you look at it, Twitter has

10:35:39  20   changed their format.  The bio will show up every

10:35:42  21   single time right next to the tweet if you're viewing

10:35:44  22   it on the desktop.

10:35:46  23             If you're viewing it on your phone, it

10:35:49  24   will depend on how you have your settings.  It also

10:35:52  25   depends on whether you're following the person or

10:35:54  1    you're not following them in terms of what's shown.
10:35:56  2    But it will show -- it's available.  Whether it shows
10:35:59  3    up next -- if you're looking at the tweet on your
10:36:02  4    phone, it's not our position that you're going to see
10:36:04  5    his bio every time.
10:36:05  6            You'll see him and you can click on it and
10:36:07  7    see all that language.  You'll see his face, but you
10:36:11  8    won't see all of that language because it's condensed
10:36:13  9    for the iPhone, or Android, or whatever, the cellphone
10:36:16 10    viewing.
10:36:16 11            So that's why I say it depends on how
10:36:18 12    you're viewing it.  If you're viewing it on your
10:36:21 13    computer, though, which most people who are trading
10:36:23 14    trade on computers, they trade on these big systems
10:36:25 15    and they have, you know, five or six screens going at
10:36:28 16    one time.  And so they'll have their desktop up and so
10:36:31 17    they'll see that.
10:36:31 18            So that's information, though, that
10:36:33 19    regardless of whether it's being viewed by the person,
10:36:36 20    is available to the person viewing any of
10:36:40 21    Mr. Hennessey's tweets.  So that's number one.
10:36:42 22            But the other part, and this is really
10:36:44 23    important, is Mr. Hennessey was known for doing due
10:36:47 24    diligence.  He was this kid in college.  He's really
10:36:50 25    into digging into companies.  He'd email them.  He'd

10:36:54 1    dig into all the SEC filings.  He'd dig into the press

10:36:56 2    releases.  He'd try to make connections.

10:36:59 3              He was kind of a crowd sourcing person.

10:37:01 4    People would email and text him, you know, due

10:37:05 5    diligence.  Hey, I found about this, I found about

10:37:10 6    that.  He'd try to put it all together and -- he would

10:37:12 7    try to put it all together, and he'd post about that.

10:37:13 8    So he was known for doing due diligence.

10:37:16 9              And what he would do is he would put the

10:37:18 10   due diligence in his tweets and he would put his

10:37:20 11   sources.  And that's really important from a legal

10:37:22 12   perspective.  Because to the extent they're saying

10:37:26 13   that his opinions or his statements are false and

10:37:28 14   misleading, the fact that he provided to his followers

10:37:32 15   the basis for his opinion, why he had purchased the

10:37:36 16   stock, he was giving everyone who viewed his post the

10:37:40 17   information to make their own decision.  And that, as

10:37:46 18   a legal matter, is legally significant.  There are

10:37:47 19   cases that have held --

10:37:47 20              THE COURT:  Okay.  Let's back up.  Are you

10:37:49 21   saying they have misquoted any of the tweets?

10:37:53 22              MS. CORDOVA:  No.  I am saying --

10:37:55 23              THE COURT:  If they've quoted him

10:37:57 24   correctly, I'm going to allow them in.

10:37:57 25              MS. CORDOVA:  But he --

10:37:59  1          THE COURT:  Now, it could be your job on

10:38:01  2  cross-examination to say, ladies and gentlemen of the

10:38:03  3  jury, the government is not being straight with you.

10:38:05  4  Here's what they left out, and this appears on the

10:38:09  5  left-hand side of every page, you know, these are just

10:38:13  6  my opinions, my ideas.  Don't trust them.

10:38:17  7          I mean, but it's not -- you know, they

10:38:20  8  don't have to go back through his whole computer

10:38:24  9  history and put every single word on there.

10:38:26  10          Now, if they -- I'm not going to let them

10:38:28  11  misquote it.

10:38:30  12          MS. CORDOVA:  The one exception I'll say

10:38:32  13  to that is that they do not include the actual images.

10:38:36  14  They excised those, and they put in there a link, as

10:38:39  15  opposed to -- so in the Garibotti's reports, in these

10:38:42  16  B exhibits, instead of having the image of the

10:38:44  17  article, like one of them there said -- he's talking

10:38:46  18  about the patent life of one of the drugs at issue

10:38:50  19  that this company owns.

10:38:51  20          And so he includes a clip in the tweet of

10:38:55  21  the article that talks about the patent life.  And

10:38:58  22  instead of including that clip, they just put a link.

10:39:00  23  So the jury doesn't see -- and this is -- Your

10:39:05  24  Honor --

10:39:05  25          THE COURT:  Show me -- I wish I could read

10:39:05  1    this.

10:39:05  2             MS. CORDOVA:  I know.  It's tiny.

10:39:09  3             So there's a little link at the end.  They

10:39:12  4    quote his language and then there's a little -- it's a

10:39:13  5    URL.  So it'll say, like, "http."  And that's a link

10:39:17  6    to the article, but they excised that article, and

10:39:19  7    that's legally important.

10:39:21  8             And, Your Honor, the other thing -- it's a

10:39:22  9    Constitutional issue in the sense that they are

10:39:26  10   requiring -- they have not moved to introduce

10:39:28  11   Mr. Hennessey's tweets.  They have not introduced

10:39:42  12   Mr. Hennessey's tweets.

10:39:42  13            What they're trying to introduce through a

10:39:47  14   summary chart are database entries from Twitter about

10:39:50  15   Mr. Hennessey's tweets.  And what they're doing is

10:39:54  16   they're forcing Mr. Hennessey to himself introduce the

10:39:56  17   evidence that they will be using to actually seek to

10:40:00  18   convict him, and that should not be his burden.  They

10:40:02  19   should have to put in the actual evidence, what

10:40:05  20   actually appeared to followers.  It should not be

10:40:08  21   Mr. Hennessey's duty to do that.

10:40:09  22            So I understand the point about

10:40:11  23   cross-examination and we're prepared to do that.  But

10:40:12  24   my bigger concern here is that, as his defense

10:40:15  25   attorney, I'm putting into evidence the actual

10:40:18  1    evidence that they should be putting in to try to get

10:40:21  2    a conviction.

10:40:22  3                THE COURT:  Well, hold on.  Then why isn't

10:40:22  4    your objection to this it's hearsay?

10:40:32  5                MS. EPLEY:  We object to hearsay.

10:40:34  6                MS. CORDOVA:  It is.

10:40:34  7                THE COURT:  Well, it ought to be.

10:40:35  8                MS. CORDOVA:  I think that is the

10:40:37  9    objection, Your Honor.

10:40:40 10                MR. DAVIS:  Objection too.

10:40:43 11                MS. CORDOVA:  I think, Your Honor, that is

10:40:43 12    the objection.  And I've spent a lot of time trying to

10:40:46 13    explain it, but that is essentially the objection.

10:40:49 14                THE COURT:  I mean, how are you going to

10:40:50 15    prove this up?

10:40:53 16                MR. ARMSTRONG:  Judge, with respect to --

10:40:54 17    the hearsay point is the easiest one.  It's the

10:40:58 18    party's own statements under 801(d)(2)(a).

10:41:01 19                THE COURT:  It's what?

10:41:05 20                MR. ARMSTRONG:  It's an opposing party's

10:41:10 21    own statement under 801(d)(2)(a).

10:41:13 22                Ms. Cordova just said that the content is

10:41:15 23    accurate.  And so to some extent, like, what are we

10:41:18 24    really doing here?

10:41:19 25                So on the URL point, the reason why we did

10:41:23  1    not capture the link that's being cited to in the

10:41:27  2    tweet is because we don't know, sitting here today,

10:41:31  3    whether that link shows the same content that was

10:41:36  4    available at that time.

10:41:37  5              As Your Honor knows, articles change, the

10:41:39  6    format changes.  And so we don't know, sitting here in

10:41:42  7    2024, whether that link is the same link that was

10:41:47  8    linked to, you know, at the time back in 2020 or 2021.

10:41:51  9              And so what we did as part of the

10:41:53  10   methodology is we just showed that there is a link.

10:41:55  11   And if they want to go and introduce this link, that's

10:41:58  12   fine.  They can do that.  But we have very clear

10:42:03  13   methodology.  We have a very clear explanation for why

10:42:06  14   we did it, and that's that why we did it.

10:42:09  15             And all of these underlying materials come

10:42:11  16   from the Twitter search warrant return.  And so they

10:42:17  17   are business records under 801, 803(6).  And the

10:42:24  18   statements of Mr. Hennessey come in under 801(d)(2)(A)

10:42:27  19   as statements of a party opponent.

10:42:29  20             And so every layer of the hearsay tree is

10:42:34  21   followed through, and there is no question about that.

10:42:36  22   And that is the least meritorious of any of the

10:42:39  23   arguments.

10:42:40  24             MS. CORDOVA:  Your Honor, it's also an

10:42:42  25   objection under 1002, which is the original.  And what

10:42:46  1   the government is trying to do -- I think of it as

10:42:48  2   like if the government were trying to prove contents

10:42:52  3   of an invoice and say, okay, the invoice says -- if

10:42:56  4   our position was the invoice had on there the terms of

10:42:59  5   payment and then that invoice got entered into

10:43:02  6   QuickBooks and then they got the download from

10:43:05  7   QuickBooks and the QuickBooks didn't have the terms,

10:43:07  8   they would say, look, there were no terms.  Look, this

10:43:09  9   is what the invoice -- the information from the

10:43:11  10  invoice.

10:43:11  11          That's the way Twitter works.  They

10:43:14  12  created a database of specific information, not all of

10:43:17  13  the information, specific information from these

10:43:20  14  tweets and the government collected that database.

10:43:22  15  They did not in their investigation go out and collect

10:43:25  16  the original documents.

10:43:26  17          So our objection is also under 1502.

10:43:29  18          THE COURT:  Wait a minute.  What would be

10:43:30  19  the original documents?

10:43:30  20          MS. CORDOVA:  The tweets themselves.

10:43:32  21          THE COURT:  A computer hard drive?

10:43:35  22          MS. CORDOVA:  The tweets themselves, Your

10:43:35  23  Honor.  And they're available on the Wayback Machine.

10:43:36  24  And we've collected them and we've produced them to

10:43:38  25  the government.

10:43:38  1          MR. ARMSTRONG:  So, Your Honor, this is an

10:43:39  2  important point that is being glossed over.  Your

10:43:42  3  Honor is looking at a book.  Do you want me to give

10:43:45  4  Your Honor some time to look at something?

10:43:45  5          THE COURT:  Pardon me?

10:43:45  6          MR. ARMSTRONG:  I see you're looking at

10:43:45  7  the rule book.  Do you want some time to look at that?

10:43:45  8          THE COURT:  No.  Go ahead.

10:43:52  9          MR. ARMSTRONG:  Thank you.

10:43:52 10          MR. FORD:  Your Honor, we're talking sort

10:43:58 11  of abstract and theoretically.  Can we pull up an

10:44:01 12  example on the computer?

10:44:03 13          THE COURT:  I don't know.  I wish you

10:44:04 14  would.  I can't read any of the other ones.

10:44:06 15          MR. FORD:  We'll show you what's happening

10:44:08 16  here and how they modified these through the Garibotti

10:44:12 17  chart.  So this was -- this is one of the tweets at

10:44:16 18  issue, according to the government, and this was what

10:44:20 19  my client put on Twitter.  Clearly meant to be humor.

10:44:27 20          When you see this sort of tweet in the

10:44:30 21  Garibotti chart, they have removed the video or the

10:44:33 22  image, the meme.  And they have replaced it at times

10:44:41 23  and then, of course, as we discussed, highlighted

10:44:42 24  yellow and suggested that it was some sort of false

10:44:44 25  statement.

10:44:46  1              THE COURT:  Okay.  But I'm missing what

10:44:47  2   goes with this.

10:44:49  3              MR. FORD:  It would be Exhibit --

10:44:50  4              THE COURT:  I mean, I wouldn't admit this

10:44:51  5   by itself.  It's irrelevant.

10:44:54  6              MR. FORD:  No.  It's relevant because it's

10:44:56  7   listed on Exhibit 14B of the government's exhibit.

10:44:59  8              THE COURT:  Okay.  Well, that's why I'm

10:45:00  9   asking you, what goes with it?

10:45:03  10             MR. FORD:  Exhibit 14B, which is -- again,

10:45:07  11  we can pull one up from Exhibit 2B, which is what

10:45:10  12  we're talking about.  And we can pull an example of

10:45:16  13  one of the tweets that they've modified from Exhibit

10:45:19  14  2B.

10:45:23  15             THE COURT:  Hold on.  I'm looking for 14.

10:45:29  16             Rhonda, it's in the next notebook.

10:45:31  17             MR. ARMSTRONG:  Judge, we're not even

10:45:33  18  contending that that's false.  So, like, what are we

10:45:35  19  even arguing about here?

10:45:42  20             MR. FORD:  We're going to pull up an

10:45:44  21  example from 20B, which the government is arguing is

10:45:47  22  false.  We'll show you first the way it's --

10:45:51  23             THE COURT:  Okay.  I've got 14B in front

10:45:53  24  of me.

10:45:54  25             MR. FORD:  I apologize.  Can --

37

| | | |
|---|---|---|
| 10:45:56 | 1 | THE COURT:  There's not an obvious place |

10:45:58  2    where a picture, like the one you just showed me,

10:46:00  3    would fit in.

10:46:01  4         MR. FORD:  We're going to pull up an

10:46:03  5    example from 20B, which the government is alleging was

10:46:07  6    a false statement.  20B.

10:46:15  7         THE COURT:  Rhonda, that would be the next

10:46:16  8    notebook.

10:46:17  9         MR. FORD:  Your Honor, we're going to pull

10:46:19 10    it up right here to make it easier.

10:46:24 11         So can you pause that, Emily?  Before

10:46:27 12    doing that, can you go back to the Garibotti chart?

10:46:29 13         So if you look at the absolute bottom

10:46:34 14    line, they have, again, highlighted in yellow that the

10:46:36 15    statement was false.  It says:  BBI to a dollar,

10:46:49 16    https://t.co/3koe4imsw, and that was a -- they claim

10:46:51 17    was a false statement in support of securities fraud.

10:46:57 18         What we are objecting to is this is what

10:46:59 19    my client actually posted on the internet at that

10:47:04 20    time.

10:47:04 21         Can we start from the beginning and put

10:47:06 22    the volume up?

10:47:07 23         MR. ARMSTRONG:  Which line are we talking

10:47:09 24    about?

10:47:10 25         MR. FORD:  Line 64.

10:47:15  1                    (The video played.)

10:47:27  2                    MR. FORD:  The intent of the post was

10:47:31  3    satirical.  It was meant to be funny.  It was meant to

10:47:34  4    be entertaining.  And all of that is removed from the

10:47:38  5    context when they place it into the chart without the

10:47:44  6    actual video or photograph.

10:47:48  7                    Obviously, my client is slightly

10:47:50  8    differently situated in that he was a satirical

10:47:54  9    personality on the internet, and that's how he

10:47:56 10    entertained his Twitter followers.

10:47:59 11                    For other individuals, you'll see that the

10:48:01 12    images that were removed were quotations to due

10:48:06 13    diligence that they did through SEC filings, newspaper

10:48:11 14    articles and so forth.  And nearly all of that has

10:48:16 15    been removed from these charts.

10:48:20 16                    MR. ARMSTRONG:  Your Honor, they're asking

10:48:21 17    you to exclude evidence and they're not even

10:48:24 18    accurately capturing what our evidence shows.

10:48:28 19    Mr. Ford just says that that video is not in the

10:48:31 20    chart.  It's in the chart.

10:48:33 21                    And so there are just extreme liberties

10:48:35 22    being taken here to ask you to exclude stuff.  And

10:48:38 23    they're trying to pull the wool over your eyes and not

10:48:41 24    even trying to accurately cite what's actually going

10:48:43 25    on.

10:48:43  1          That video is right here on line 514 of

10:48:47  2     the chart.  This is ridiculous.

10:48:50  3          MS. EPLEY:  Your Honor, that makes a

10:48:51  4     perfect example of how the government uses the exact

10:48:54  5     same information when it suits their needs and their

10:48:56  6     narrative.  They are the ones who are misleading the

10:48:59  7     Court and leaving things out of the record.

10:49:01  8          So to be clear, when the defendants'

10:49:04  9     statements are in the Twitter records, that is hearsay

10:49:07 10     within hearsay.  They need to first get around the

10:49:09 11     fact that Twitter recorded the records, and their

10:49:11 12     retention and production are as important as whether

10:49:14 13     or not it was kept in the regular course or routine to

10:49:17 14     create at or near.  The production and retention --

10:49:17 15          THE COURT:  Okay.  Let's assume that I

10:49:21 16     think they're statements of a party opponent.

10:49:23 17          MS. EPLEY:  Yes.  Then the next piece is,

10:49:24 18     if I post on Twitter, gosh, it's really cold outside

10:49:28 19     and I post a picture that shows my dashboard is 110,

10:49:30 20     degrees, those two things cannot be viewed without

10:49:32 21     unison.

10:49:34 22          They, by definition, as required, 100

10:49:38 23     percent of the time are viewed together.  You can't

10:49:39 24     see one without the other, except for in the

10:49:41 25     government's productions.  They split those two items

10:49:44  1    in most cases, but join them --

10:49:46  2            THE COURT:  Give me your example again

10:49:48  3    since I can't see it.

10:49:49  4            MS. EPLEY:  Yes.  If I, Erin Epley, put on

10:49:51  5    Twitter, gosh, it's really cold outside.  And the

10:49:53  6    government wants to prosecute me for lying about the

10:49:56  7    weather, but the picture shows my dashboard as 110

10:49:59  8    degrees, you have to view those two things together.

10:50:02  9            And when it suits them, they have

10:50:04 10    precluded it, which brings us back to Ms. Cordova's

10:50:07 11    point.  Then the defense is obligated, in order to

10:50:10 12    give a clear picture, to produce the government's

10:50:12 13    evidence.  The burden is on them.

10:50:16 14            And instead they want to use narrative in

10:50:18 15    the equivalent of an Excel spreadsheet.  They don't

10:50:20 16    want us to show the disclaimers.  They don't want to

10:50:23 17    show the context.  They don't want to show the icon.

10:50:25 18            And we're asking this Court not to allow

10:50:27 19    them to keep doing that.  To make them put forth the

10:50:30 20    evidence they want to use and not force us to do it

10:50:32 21    for them.

10:50:33 22            MR. ARMSTRONG:  So, Your Honor, this -- I

10:50:38 23    guess, Your Honor, what questions do you have?

10:50:41 24    Because this is kind of like Whac-A-Mole.  And so

10:50:44 25    we're happy to resolve Your Honor's concerns on, like,

10:50:47   1    the multimedia point.  When there was a post that

10:50:55   2    Mr. Ford alleged a second ago that we're not claiming

10:50:59   3    to be false, yeah, we didn't include it in here

10:51:02   4    because that would be just reams and reams and reams

10:51:05   5    and reams of additional pages.  And so we tried to

10:51:09   6    focus, where it was relevant, the multimedia that

10:51:12   7    attaches to what we allege to be the false statements.

10:51:15   8             So, again, all this stuff is very clear.

10:51:19   9    And there are reasons why we did it.  And a lot of

10:51:22   10   these objections are just completely spurious and

10:51:26   11   don't have a basis.

10:51:26   12            And just one last point about

10:51:28   13   Mr. Hennessey's tweet that I think is important.

10:51:29   14   There is all this talk about, oh, we need the best

10:51:32   15   evidence, you know, we need the best evidence.  But a

10:51:34   16   lot of these tweets have been deleted since the

10:51:37   17   indictment.  And so they're saying, oh, my gosh, like

10:51:40   18   we need the best evidence.  Well, sure, where is it?

10:51:43   19   It's been deleted.  So it's no longer on Twitter.  So

10:51:46   20   we can't really see how it looked at the time.  We

10:51:49   21   have some scrapes of it that we took with a paralegal

10:51:51   22   from before indictment.  They were there then.  But

10:51:53   23   now, miraculously, they're not there now.  And so

10:51:56   24   there is some unclean hand arguments going on here as

10:52:00   25   well.

10:52:00  1          MS. EPLEY:  I know many people want to
10:52:01  2   speak, but just for clarity, so I can sit down.
10:52:04  3          The first, in terms of best evidence, it
10:52:06  4   is a basic foundation of what every lawyer in this
10:52:09  5   room does, and so him mocking it doesn't make sense to
10:52:13  6   me.  The best evidence is available for the vast
10:52:16  7   majority of the defendants, and the obligation is on
10:52:18  8   him to provide it.
10:52:18  9          But more than that, and for the record, he
10:52:19  10  can either do it now or at trial we can use Rule 106
10:52:24  11  under optional completeness and force him to do it
10:52:26  12  then.
10:52:27  13         MR. ARMSTRONG:  Judge, the best evidence
10:52:28  14  is the search warrant return from Twitter that has a
10:52:32  15  902(11) certification that we used to build these
10:52:35  16  records.  The best evidence is the Discord return that
10:52:39  17  we used to build these records.  All of these records
10:52:42  18  have 902(11) certifications saying that they are
10:52:46  19  business records, and all these records are the
10:52:48  20  statements -- are the parties' own statements under
10:52:50  21  801(d)(2)(A).
10:53:00  22         THE COURT:  Here's the basic problem.
10:53:01  23  Let's say hypothetically, and I'm going to use the
10:53:04  24  buxom young lady that was drinking the drink that was
10:53:07  25  attached to the video we just watched.

10:53:09  1          MR. FORD:  They included that one, but not

10:53:11  2   the ones where my client is actually presenting why he

10:53:14  3   thinks it's a good stock, but --

10:53:16  4          THE COURT:  Okay.  But, I mean, you don't

10:53:21  5   want the tweets where the Lamborghinis are in it, and

10:53:26  6   you objected to all this other stuff.  Now, you can't

10:53:29  7   pick and choose.  And I'm willing to listen to say,

10:53:34  8   okay, we're going to put everything in.  But you can't

10:53:40  9   say, well, Judge, I want everything but this.

10:53:45 10          Now, it's, I think, totally unreasonable

10:53:57 11   to expect the government, even though I know the

10:53:58 12   burden of proof is on them, to have to go through and

10:54:00 13   put in every tweet.  I mean, these guys are tweeting

10:54:04 14   24/7, and they did it for years.  I mean, you know, we

10:54:08 15   couldn't get that much paper into this courtroom.

10:54:13 16          And I think it's -- they have the right to

10:54:21 17   pick and choose what evidence they want to put in

10:54:23 18   front of the jury as long it's not deceptive.  And

10:54:27 19   I've said this before.

10:54:31 20          Now, having said that, I don't know why,

10:54:38 21   with regard to these tweets -- and how many are we

10:54:41 22   looking at?  Hundreds?

10:54:42 23          MR. FORD:  Yeah, Your Honor, we're in the

10:54:44 24   hundreds.  I will say this was -- this is giving rise

10:54:48 25   to an apparent Sixth Amendment violation.  In

10:54:51  1    Ms. Garibotti's expert report, she did not make the

10:54:54  2    determination that you're describing.  She didn't

10:54:57  3    decide when to include or not include a tweet.  When

10:55:00  4    to include a video that they think is going to be

10:55:02  5    prejudicial to the jury, but when to exclude an image

10:55:06  6    where it's not -- where it would be beneficial to the

10:55:09  7    defense.  Somebody else made that decision.

10:55:10  8             And so when I attempt to cross-examine

10:55:14  9    her, I will say, well, how -- why did you choose to

10:55:15 10    put this video in, but not this other video.  She's

10:55:18 11    not going to have an answer, because she says in her

10:55:21 12    report she didn't do it, it was fed to her by the DOJ.

10:55:24 13    That would require me to call Mr. Armstrong, or

10:55:27 14    whoever made this determination --

10:55:29 15             THE COURT:  And your next question is not

10:55:30 16    going to be, so you didn't look at this and you didn't

10:55:33 17    look at this and you didn't look at this and you

10:55:35 18    didn't look at this, all the way down?

10:55:37 19             MR. FORD:  It will be, but I'll never have

10:55:38 20    an opportunity to confront the individual who made the

10:55:42 21    testimonial determination to include or not include.

10:55:44 22    And so I can't present an argument to the jury without

10:55:47 23    confronting them, and I don't know who it is.  It

10:55:50 24    could have -- you know, but she did not make these

10:55:53 25    determinations.  This is an inherently testimonial

45

10:55:57 1   document by virtue of determining to include, but not

10:56:00 2   include other information.  It's right there in the

10:56:03 3   first two pages of her report that she didn't make

10:56:05 4   that decision.

10:56:07 5          MR. ARMSTRONG:  Judge, every single

10:56:08 6   summary chart since the beginning of time involves

10:56:12 7   information that one lawyer thinks is important or

10:56:14 8   not.  This is not a Constitutional issue.  This is

10:56:18 9   everything that happens in trial and has been

10:56:21 10  happening in trial since probably well before Your

10:56:24 11  Honor's time.

10:56:25 12         So to argue that, like, a selection of

10:56:27 13  information to put before the jury is a Constitutional

10:56:30 14  violation is just far out of bounds.

10:56:33 15         MR. FORD:  Normally the expert in these

10:56:35 16  situations, especially when they're paid $750,000, the

10:56:38 17  expert makes the decision and that's very easy because

10:56:41 18  you ask the expert, why did you make this decision and

10:56:44 19  they explain it, right?

10:56:46 20         In this situation, we are cut off at the

10:56:48 21  knees.  We'll never be able to assert our Sixth

10:56:52 22  Amendment right and ask the summary witness why it was

10:56:57 23  that she selected some statements and not other

10:57:01 24  statements.

10:57:09 25         THE COURT:  You want to weigh in?

10:57:11  1          MR. REYES:  Yes, Your Honor, just briefly.

10:57:12  2   Just something that you haven't heard yet, which is --

       3          THE COURT REPORTER:  Can you move that mic

       4   down?

       5          MR. REYES:  Yes, ma'am.

       6          THE COURT:  She's never happy.  She either

       7   wants the mic up or down.

10:57:22  8          MR. REYES:  I could step on his phonebook.

10:57:22  9   No, just kidding.

10:57:25 10          Your Honor, I have here -- we actually

10:57:27 11   created some demonstrative counter exhibits to

10:57:29 12   illustrate these points.  I can hand these to the

10:57:32 13   Court, but --

10:57:35 14          THE COURT:  Give them to Rhonda.

10:57:38 15          MR. REYES:  In terms of what's going on

10:57:40 16   here, in terms of the idea of deception or misleading,

10:57:44 17   which would be enough, they have part -- they have the

10:57:48 18   quote, but they don't have the whole proper

10:57:52 19   representation of what is actually being said by the

10:57:55 20   defendant.

10:57:56 21          So, first of all, Your Honor, we went back

10:58:00 22   and found the things that were from the URL, which

10:58:05 23   Mr. Armstrong said they may have been deleted.  We

10:58:09 24   found it all in their production.  It's there.  They

10:58:11 25   have it.  We sourced it.

10:58:13  1          If you look under our images, it gives you

10:58:15  2   the DOJ stamp.  That's where we got it.  It took a lot

10:58:20  3   of work, but the -- all the reports are replete with

10:58:24  4   those types.  So you'll see an image there where

10:58:26  5   Mr. Matlock says something about a stock, but the link

10:58:28  6   actually shows you objective publicly available data

10:58:32  7   that he's quoting or from someone else who is posting

10:58:35  8   it, right?

10:58:36  9          So to the extent that these things are

10:58:38 10   about attribution to our defendant, our defendants are

10:58:41 11   saying where they got this information.  In that first

10:58:46 12   quote, he's quoting another person in the market.  In

10:58:48 13   the next few pages, he's quoting all kinds of data,

10:58:51 14   things that are -- again, are actually available,

10:58:54 15   which were the full picture of what he was saying at

10:58:57 16   the time.

10:58:57 17          Now, yes, we can cross-examine about these

10:59:00 18   things, but it is misleading.  And six weeks later

10:59:03 19   what the jury -- or ten weeks, God bless, 14

10:59:07 20   weeks later -- not 14, but when the jury finally gets

10:59:10 21   this case, and these things go back to the jury, are

10:59:14 22   they going to remember the cross-examination and all

10:59:16 23   the things that are missing and the other pages have

10:59:22 24   a --

10:59:22 25          THE COURT:  You mean a week later?

48

10:59:24  1                MR. REYES:  From your mouth to God's ears.

10:59:27  2                MR. ARMSTRONG:  So, Your Honor, that issue

10:59:29  3  that Mr. Reyes is raising is extremely relevant,

10:59:31  4  because Mr. Matlock is one of the individuals who

10:59:33  5  deleted a lot of his tweets.  And so we're going to

10:59:36  6  have a witness testify from the SEC that explains that

10:59:39  7  a lot of the tweets that are cited in these charts

10:59:43  8  were scraped from open source data.  And they're not

10:59:45  9  actually available in the Twitter return because they

10:59:49 10  were deleted by Mr. Matlock.

10:59:50 11                So, again, all of these arguments about,

10:59:52 12  oh, the best evidence ring really hollow when a lot of

10:59:55 13  these messages were deleted by the defendants

10:59:57 14  themselves.

10:59:58 15                THE COURT:  Okay.  Why isn't this all

11:00:00 16  cured by admitting all the tweets?

11:00:10 17                MR. ARMSTRONG:  I'm sorry, I'm not sure I

11:00:11 18  follow you.

11:00:12 19                THE COURT:  Well, let's say we don't like

11:00:16 20  this tweet because it's just the summary, or it's just

11:00:20 21  a part.  It's actually the top portion of this.  And

11:00:28 22  we have notebooks, because it's not like we have a

11:00:31 23  shortage of notebooks or documents, that contain all

11:00:34 24  the tweets.

11:00:35 25                So the entire tweet is in evidence.

11:00:39  1                  MR. REYES:  Your Honor --

11:00:40  2                  MS. CORDOVA:  Go ahead.

11:00:41  3                  MR. REYES:  I was just going to quote you.

11:00:44  4     I was going to quote Ms. Cordova, which is it's not

11:00:45  5     our case, it's not our burden to admit evidence that

11:00:48  6     they would then use against us.

11:00:49  7                  Now, like I said earlier --

11:00:51  8                  THE COURT:  Well, I know.  You're

11:00:53  9     objecting to the government's saying it's not

11:00:57 10     complete.  We'll put it in there.  It'll be in

11:01:02 11     evidence.  And then the government will have their

11:01:04 12     summary and they can say, yeah, this came from

11:01:09 13     page 152 of notebook number 8.  And you see the entire

11:01:13 14     tweet.  And you guys can get up on cross-examination

11:01:16 15     and pick up notebook number 8 at page 152 and question

11:01:21 16     the witness from it.

11:01:22 17                  Why doesn't that solve it?

11:01:25 18                  MS. CORDOVA:  Your Honor, they never

11:01:26 19     collected the actual tweets in this case.

11:01:29 20                  THE COURT:  Well, they had to collect

11:01:31 21     something or they wouldn't have this information.

11:01:33 22                  MS. CORDOVA:  Well, what they did -- and

11:01:34 23     it's a fine investigative technique, but what they did

11:01:37 24     is they served a search warrant to Twitter.  Twitter

11:01:39 25     has a database, like I said, it's just like a

11:01:42  1    QuickBooks or anything else.  It collects specific

11:01:44  2    data points.  They save it in this big database, and

11:01:48  3    then they spit that database out to the government.

11:01:50  4          They didn't provide the tweets to the

11:01:52  5    government.  They provided data in a database.

11:01:55  6          Now what the government could have done

11:01:57  7    with that is then go to the Wayback Machine and

11:02:00  8    collect the tweets, because they're all there, and so,

11:02:03  9    okay, here's the tweet, here's the tweet, here's, the

11:02:06  10   tweet, and then they would --

11:02:06  11         THE COURT:  Well, I'm hearing they're not

11:02:07  12   all there, but go ahead.

11:02:09  13         MS. CORDOVA:  No, they are on the Wayback

11:02:12  14   Machine.  And that's what we have.

11:02:12  15         Your Honor, I also want to address that

11:02:13  16   comment about Mr. Hennessey's tweets.  Mr. Hennessey

11:02:15  17   did delete tweets prior to ever learning of an

11:02:19  18   investigation or this indictment, which he learned

11:02:21  19   about the investigation when the FBI knocked on his

11:02:23  20   door at 6:00 a.m. the day he was arrested.  So he --

11:02:27  21   there is absolutely no unclean hands here.  And they

11:02:30  22   should be precluded, absolutely precluded from

11:02:33  23   mentioning anything like that to the jury.

11:02:35  24         Every single one of his tweets -- and some

11:02:36  25   of the ones that the government has marked as false

11:02:39  1    are actually still on Twitter, which is a little bit

11:02:41  2    ironic, given that they're saying that this was

11:02:44  3    somehow nefarious.  But every single one of his tweets

11:02:48  4    is available on the Wayback Machine.  And they haven't

11:02:51  5    gone to look for it, but it's there.  They didn't

11:02:53  6    collect it.  They didn't produce it.  They didn't mark

11:02:55  7    it as exhibits.

11:02:56  8            So we should not be in a position where

11:02:57  9    we're presenting the true evidence in the case against

11:02:59 10    our own clients.

11:03:03 11            MR. ARMSTRONG:  Judge, just to put a bow

11:03:04 12    on this.  We used search warrant materials.  Search

11:03:09 13    warrant materials, from the beginning of time, have

11:03:10 14    been the best evidence and they have been unassailable

11:03:14 15    because they are directly from the party that hosts

11:03:18 16    and keeps the data as their own business records.

11:03:21 17            And we're summarizing that material in

11:03:24 18    these records.  So all these arguments go to the

11:03:28 19    weight, not to the admissibility, because every single

11:03:31 20    tweet in here, we source and explain why it's not

11:03:34 21    hearsay, why it's authentic and why it is admissible.

11:03:38 22            They can argue all day that our summary

11:03:41 23    charts, our evidence should have included X, Y, and Z.

11:03:45 24    That's all we're talking about.  We're just talking

11:03:46 25    about arguments about weight.  We have a very clear

11:03:50  1   methodology as to how these were done, how they were

11:03:53  2   created, and why every single piece in here is

11:03:56  3   otherwise admissible.

11:03:57  4        MR. FORD:  Your Honor, if I may quickly.

11:03:59  5   We were just going to pull something up for you to see

11:04:02  6   on a point I made earlier.  With regards to the last

11:04:07  7   comment, you know, whatever Twitter data they

11:04:11  8   received, nobody ever saw, right?  And the argument

11:04:15  9   being presented by the government --

11:04:17  10       THE COURT:  Wait, wait, wait.  Somebody

11:04:18  11  had to see it.

11:04:19  12       MR. FORD:  No, no.  Because what they

11:04:21  13  saw -- what they would have seen was tweets.  They

11:04:23  14  wouldn't have seen what we received from Twitter,

11:04:25  15  which is HTML we're about to show you in one second.

11:04:31  16  So let me go to this first point, which is, this is

11:04:33  17  the scope of what Ms. Garibotti said she was going to

11:04:36  18  do at trial.  She was going to calculate the profits.

11:04:44  19  And then summarize at-issue activity and public

11:04:48  20  communications that reference the applicable security

11:04:50  21  and then was asked to flag statements that the DOJ

11:04:57  22  alleges to be false.

11:04:58  23       In other words, she was never hired to

11:05:01  24  make a determination about what tweets to include or

11:05:04  25  whether those tweets were false.  Again, this raises

11:05:07 1 the significant Sixth Amendment issue, because we

11:05:10 2 won't be able to effectively cross-examine her or

11:05:13 3 anybody because we don't know who made that

11:05:15 4 determination.

11:05:17 5           To go back to the first point, Emily, if

11:05:23 6 we can pull the BBI example of the video we showed so

11:05:26 7 you can -- you can see, Your Honor, what they saw --

11:05:31 8 not the actual -- the Twitter return data.  Not the

11:05:35 9 video.

11:05:41 10           THE COURT:  All I can say is this person

11:05:43 11 looks like she's having more fun.

11:05:54 12           MR. FORD:  Well, yeah.  So this is what

11:05:55 13 the government received from Twitter.  It's an

11:05:59 14 excerpt.  And this shows, if you look, it says, BBI to

11:06:04 15 a dollar with the link and then, you know, we scroll

11:06:09 16 down.  It's gibberish.  It's HTML code.  That's the

11:06:14 17 coding for the video.

11:06:16 18           That's what the government received from

11:06:18 19 Twitter.  So that's the only evidence they have.  It

11:06:22 20 is bad evidence for a bad case, but this is their

11:06:25 21 evidence.

11:06:26 22           THE COURT:  Well, wait.  This may be a bad

11:06:27 23 example, but, I mean, that is the only text on this

11:06:31 24 that you've showed me is what the government quoted.

11:06:35 25           MR. ARMSTRONG:  Exactly.  What are we

11:06:36  1    talking about?

11:06:37  2              MR. FORD:  We're talking about the fact

11:06:38  3    that nobody on the planet saw this, because it was

11:06:43  4    obtained by search warrant for this case and is now

11:06:46  5    being introduced as evidence that individuals who were

11:06:52  6    Twitter followers saw this.  They never saw this HTML

11:06:57  7    data.  All this does is reflect the fact that these

11:06:58  8    actions occurred on the internet.

11:06:58  9              THE COURT:  This, I'm not following you

11:06:59 10    on.  I'm not following your argument here.

11:07:02 11              MR. ARMSTRONG:  We're not offering this

11:07:04 12    data -- this data was pulled together and it was

11:07:09 13    depicted in the same way that --

11:07:11 14              THE COURT:  I mean, go back to your video.

11:07:13 15    The only thing they're saying is that --

11:07:19 16              MR. FORD:  Right.  But nobody saw --

11:07:21 17              THE COURT:  -- we've got the spring

11:07:22 18    breaker.

11:07:23 19              MR. FORD:  Nobody saw just that, right?

11:07:26 20    The issue is they're making the argument that people

11:07:28 21    saw this and acted on it.  But the evidence they're

11:07:30 22    seeking to introduce from the Twitter return does not

11:07:33 23    reflect data that anybody saw or acted on.  Nobody on

11:07:37 24    the witness stand can say, I saw this tweet and acted

11:07:40 25    on it, because they would not have seen this HTML

55

11:07:44  1    data.

11:07:44  2                 What they would have seen, if they saw it,

11:07:46  3    was the video that we're showing to you.

11:07:49  4                 THE COURT:  It's the same thing.

11:07:50  5                 MR. FORD:  No -- well, no.  Because what

11:07:52  6    my client posted is a video of a girl chugging a beer

11:07:55  7    on spring break as a joke.  That's what they would

11:07:58  8    have seen.

11:07:58  9                 And, remember, we're --

11:08:00  10                 THE COURT:  Well, the caption is, dollar

11:08:05  11   sign BBI to $1.

11:08:09  12                 MR. ARMSTRONG:  That's why we're offering

11:08:10  13   it, Your Honor, for that statement.

11:08:11  14                 MR. FORD:  That's exactly correct.

11:08:12  15                 THE COURT:  So I'm missing your point,

11:08:14  16   Mr. Ford.  I mean, the government has accurately

11:08:16  17   quoted that.

11:08:18  18                 MR. ARMSTRONG:  100 percent.

11:08:20  19                 MR. FORD:  They have not accurately quoted

11:08:21  20   that.  The materiality standard, as well as even

11:08:25  21   Federal Rule 106 of the Rules of Evidence, requires

11:08:28  22   that the entire communication be put into evidence.

11:08:33  23   They failed to obtain this prior to filing this

11:08:37  24   indictment and purporting to litigate this case.  It

11:08:40  25   was a flaw by the government to not obtain the actual

11:08:43  1    evidence that could be used at trial.

11:08:45  2            MR. ARMSTRONG:  Your Honor, this is just

11:08:46  3    gobbledygook at this point.  Our line in our

11:08:49  4    exhibit -- can I hand it up to Your Honor?

11:08:53  5            -- line 514 it shows exactly what Mr. Ford

11:08:56  6    is talking about.  This is just nonsense.

11:08:58  7            MR. FORD:  Your Honor, the point -- look,

11:09:04  8    we are showing you two separate sets of examples where

11:09:06  9    the government includes the video where it's

11:09:08 10    prejudicial to the client, and they think it will make

11:09:11 11    him look bad, and then they remove the image when it

11:09:15 12    would be beneficial to the defense.

11:09:18 13            That decision was outside of the scope of

11:09:20 14    Ms. Garibotti's work.  She is not -- she cannot

11:09:24 15    testify about it because she didn't do it.  So who did

11:09:27 16    it?  Who provided the data?  According to her report,

11:09:29 17    it was not by the FBI.  So there will not be an agent

11:09:34 18    testifying.  It was provided by the DOJ.

11:09:37 19            We have a right to examine the individual

11:09:40 20    from the DOJ who was providing this information and

11:09:42 21    they do not appear anywhere on their witness list.

11:09:46 22            MR. ARMSTRONG:  Judge, they've made this

11:09:48 23    whole fuss about how Ms. Garibotti cannot talk about

11:09:50 24    the falsity of the statements.  And that's fine.  Your

11:09:54 25    Honor made your ruling on that.

11:09:55  1          But that's why we chose to put certain

11:10:00  2   ones in because they related to the false statements.

11:10:02  3   And Your Honor hit the nail on the head.  If we

11:10:05  4   included every multimedia from every single post about

11:10:08  5   this, random things about a stock, these summary

11:10:11  6   charts which are accurate and are admissible, would be

11:10:15  7   five times in length.  And that's just totally

11:10:17  8   unwieldy.

11:10:19  9          MS. EPLEY:  The burden is on the

11:10:20 10   government, unwieldy or not.  The Rules of Evidence

11:10:23 11   allows for a business record to be used in regards to

11:10:26 12   hearsay because it meets particular norms.  Part of

11:10:30 13   that is the production and the retention, which the

11:10:34 14   government does not have.

11:10:35 15          They want to offer the Garibotti charts

11:10:37 16   with the equivalent of Excel lines to establish a

11:10:40 17   timeline and to create gravitas in regards to what

11:10:43 18   they think is relevant to their case, as they're

11:10:47 19   entitled to do.

11:10:47 20          And they want to do it without putting in

11:10:49 21   the underlying records, without allowing the defense

11:10:51 22   the ability to have admissible evidence to move

11:10:53 23   forward in regards to put forth that evidence.  As you

11:10:58 24   will find soon, they're going to object to each and

11:11:00 25   every one of our tweets.

11:11:01  1          They do that despite the fact that this

11:11:03  2    isn't being presented the way it would have been

11:11:05  3    originally perceived, which is their onus.  They act

11:11:07  4    like it's ridiculous for us to object to that, which

11:11:10  5    is on the face false, and then they offer partial

11:11:14  6    evidence.

11:11:15  7          It was not viewed as an HTTPS link.  It

11:11:19  8    was viewed as a website source.  And whether that is

11:11:22  9    damning to the defendants or useful to them is not

11:11:25  10   something that they get to determine in regards to

11:11:27  11   what is admissible evidence.  They are keeping it away

11:11:30  12   from the jury and they're not entitled to do it.

11:11:33  13   Optional completeness requires they show it.  Fairness

11:11:36  14   requires they show it.  And it's their job to show it,

11:11:39  15   difficult or not.

11:11:40  16          So if the business record had shown up as

11:11:42  17   reams of evidence with photographs, they could admit

11:11:44  18   it that way as a business record.  But it did not.

11:11:49  19          Their other attempt to get it in over and

11:11:50  20   around hearsay would be to bring an actual human who

11:11:54  21   saw the actual tweet.  Would that be cumbersome?  Yes.

11:11:57  22   Would it be an exception to hearsay because they can

11:11:59  23   get around it for other reasons?  Yes.  But they don't

11:12:03  24   get to short circuit it because it's hard.  It should

11:12:04  25   be hard.  People's liberty is at stake.

11:12:06  1          MR. ARMSTRONG:  Your Honor, that was a
11:12:06  2  fantastic speech.  But what's going on here, Your
11:12:09  3  Honor, is that they have the underlying data.  They
11:12:14  4  have the information.  If they want to claim that some
11:12:18  5  photo from five days before they sold is important,
11:12:22  6  have at it, guys.  They can do that.  And they can
11:12:25  7  introduce some multimedia for some random tweet that
11:12:28  8  we're not even alleging is going to be false.  And so
11:12:31  9  a lot of this is just hysterical -- I'm going to be
11:12:35 10  honest -- nonsense, trying to hide the ball and shift
11:12:37 11  it.

11:12:39 12          MR. REYES:  Your Honor, briefly.  The
11:12:41 13  Garibotti report is trying to portray what PJ Matlock
11:12:46 14  or anyone else said in the public square and was heard
11:12:48 15  by the public.  But it's not saying that.  It's saying
11:12:52 16  what -- only part of what he said.  What he really
11:12:55 17  said was all that, plus a picture of, by the way, this
11:12:59 18  report says this is good.  It's not what he said.
11:13:04 19  It's not what the public consumed.  It's impartial and
11:13:08 20  it's incomplete.

11:13:10 21          MR. ARMSTRONG:  Your Honor, there is zero
11:13:11 22  part of our evidence that is going to turn on a news
11:13:17 23  article.  Our case is what the defendants said about
11:13:21 24  their positions and what they expected the stock to do
11:13:24 25  and then what they did in private.

11:13:26  1          If they want to make this case about news

11:13:28  2     articles and links to articles, they are within their

11:13:31  3     rights to do.  That's not our case.  And both sides

11:13:34  4     get to litigate their case.

11:13:36  5          MS. EPLEY:  If that were true, volume

11:13:39  6     charts would be irrelevant.  People making money or

11:13:42  7     losing money, including the defendants, would be

11:13:43  8     irrelevant, and this case would be very, very tidy.

11:13:47  9          They would come in and show you the tweet

11:13:49 10     and then they would show you the trading position and

11:13:53 11     they would rest their case.  They are not doing that

11:13:55 12     because it's not compelling.

11:13:56 13          Instead, what they want to do is make very

11:13:59 14     legal actions look illegal.  It is okay to purchase in

11:14:02 15     unison, knowing it's for your benefit, and sell it.

11:14:06 16     And they want to include that in price structure, but

11:14:08 17     prevent us from showing news articles attached or a

11:14:12 18     girl chugging beer that might go to materiality of

11:14:14 19     whether or not you should follow their tweet.

11:14:17 20          MR. ARMSTRONG:  No one is preventing

11:14:18 21     anyone from doing any of that.  If they want to raise

11:14:21 22     those issues, they can raise those issues.  These are

11:14:23 23     our charts.  The methodology is clear.  It's

11:14:26 24     admissible evidence.

11:14:28 25          THE COURT:  Let me ask you a question.

11:14:34  1    Let's play this out.  You've got Ms. Garibotti on the

11:14:41  2    stand.  You've asked her about -- let's take one of

11:14:46  3    these.  And it's succinct.  Yes, this is what the

11:14:52  4    tweet says.  And it does say that, because you've

11:14:56  5    accurately summarized some of it.  And the defendants

11:15:01  6    get up with the full tweet and say, what about the

11:15:05  7    rest of this?

11:15:06  8             Are you going to object to that?

11:15:10  9             MR. ARMSTRONG:  Your Honor, I don't think

11:15:11  10   that's going to be the case, but if they want to do

11:15:13  11   that, sure, they can do that.  If they want to say,

11:15:18  12   oh, my gosh, look at this press release that was

11:15:20  13   linked to this tweet, if that's an accurate press

11:15:23  14   release, sure.

11:15:23  15             Again, our case is not press releases.

11:15:25  16   It's about what they said about their positions and

11:15:27  17   where they expected the price to go supposedly at the

11:15:29  18   same time they were selling.

11:15:30  19             THE COURT:  Okay.  So if you're not

11:15:32  20   objecting to that, let me go back to my original

11:15:37  21   suggestion, which is why don't we admit all the

11:15:40  22   tweets?  And have them in notebooks and, you know,

11:15:47  23   then your summary is fine.  You can pick and choose

11:15:51  24   whatever you want.  They can pick and choose whatever

11:15:54  25   they want.  And the jury can decide.

```
11:16:00   1              MR. ARMSTRONG:  So, Your Honor, I think
11:16:02   2   that is throwing the baby out with the bath water a
11:16:06   3   little bit.  We're talking about tweets that are in a
11:16:10   4   specific episode.  And so to the extent they're making
11:16:14   5   a Rule of Completeness argument, they have the burden
11:16:17   6   to show why something is incomplete.
11:16:20   7              THE COURT:  Well, let's say we do all the
11:16:22   8   tweets that are in these pages.
11:16:26   9              MR. ARMSTRONG:  Your Honor, I think that's
11:16:27  10   for --
11:16:28  11              THE COURT:  I mean, these are pages you
11:16:29  12   guys have said are relevant.
11:16:31  13              MR. ARMSTRONG:  So I think that for
11:16:34  14   Ms. Garibotti's charts, what we have done is we have
11:16:37  15   included all of the tweets that have the ticker symbol
11:16:40  16   in them.  And so every tweet that has, for example,
11:16:44  17   BBI that we just looked at in Government Exhibit 20,
11:16:46  18   every tweet from Mr. Constantinescu that has "dollar
11:16:49  19   sign BBI" is included in the chart already.
11:16:52  20              And so if there are other tweets that they
11:16:57  21   think are relevant about BBI for Rule of Completeness,
11:17:01  22   it's their burden to show, not ours, why it is
11:17:03  23   relevant and it's necessary to complete the picture.
11:17:09  24              THE COURT:  I'm not -- I mean, I'll decide
11:17:12  25   what's relevant.  What I'm deciding is let's get
```

63

11:17:17  1    beyond this issue.  And the way to get beyond it that

11:17:22  2    satisfies everybody is to say if they're -- assuming

11:17:27  3    they're relevant, let's admit all the tweets.

11:17:30  4                  MR. ARMSTRONG:  Judge, it's impossible for

11:17:31  5    me to evaluate that in a vacuum.  There are, as you

11:17:34  6    mentioned, hundreds of thousands of tweets.  And for

11:17:38  7    these relevant periods of time, we included in these

11:17:41  8    charts the tweets about the tickers that we're

11:17:44  9    alleging to be --

11:17:45  10                 THE COURT:  All right.  Well, let's admit

11:17:46  11   all the tweets about the tickers.

11:17:49  12                 MR. ARMSTRONG:  But, Your Honor -- but

11:17:50  13   they're in the charts.  That's what I'm saying, Your

11:17:51  14   Honor.  The tweets -- the charts --

11:17:53  15                 THE COURT:  Then it's not the entire

11:17:54  16   tweet.

11:17:55  17                 MR. ARMSTRONG:  Well, then, if they want

11:17:56  18   to come back and say you should have included this

11:17:59  19   press release, they can do that on cross-examination.

11:18:01  20   That's fine.

11:18:02  21                 MS. CORDOVA:  It's not the press release.

11:18:04  22   I think Your Honor understands it's the full context,

11:18:06  23   the full statement in the tweet, what he actually --

11:18:07  24   what the people saw when they viewed our clients'

11:18:10  25   tweets.

11:18:12  1          And I think the government's hesitation

11:18:14  2  here is that their case is about nondisclosure.  They

11:18:19  3  have alleged that, for example, Mr. Hennessey, when he

11:18:22  4  said "I'm long surf," that that was misleading because

11:18:25  5  he was trying to get people to believe that he was

11:18:27  6  going to hold it for a long time.  That's just

11:18:29  7  absolutely not true.

11:18:30  8          At the same time, this is what they've

11:18:34  9  studiously avoided presenting and including in their

11:18:36 10  exhibits.  At the very same time in his bio he said, I

11:18:39 11  actively trade positions.  I could be buying or

11:18:41 12  selling any stock mentioned at any time.  Like I said,

11:18:44 13  not a disclaimer.  It's who he is and what he's doing.

11:18:47 14  It's right there.  It's a disclosure that he's making

11:18:50 15  to everybody who is viewing his tweets at the same

11:18:52 16  time.

11:18:52 17          And they are studiously, adamantly seeking

11:18:56 18  to keep that from the jury.  So that I believe is why

11:18:59 19  Mr. Armstrong is hesitating here.

11:19:02 20          MR. ARMSTRONG:  Your Honor, I'm not taking

11:19:03 21  liberties with Ms. Cordova's position, and I would

11:19:07 22  appreciate if she didn't take liberties with mine.

11:19:10 23          I think that what is going on here is that

11:19:11 24  if Your Honor wants to admit those header information

11:19:14 25  on their Twitter profiles, fine.  We're going to argue

11:19:17  1   all day that those kinds of statements are misleading

11:19:19  2   part and parcel with everything else that the

11:19:21  3   defendants said.  Because what they're not --

11:19:23  4              THE COURT:  I missed that.  You went too

11:19:25  5   fast.  What is misleading?

11:19:27  6              MR. ARMSTRONG:  Sure.  That, oh, my gosh,

11:19:28  7   look at this Twitter disclaimer that I have on my

11:19:31  8   profile picture.  We're going to argue all day, every

11:19:34  9   day, and compellingly that that statement in and of

11:19:37 10   itself is also misleading.  Because what they're not

11:19:39 11   doing is they're not saying, hey, guys, what I'm going

11:19:41 12   to do is dump my shares the second I post.  And so

11:19:44 13   it's a sleight of hand.

11:19:47 14              THE COURT:  No.  I understand what your

11:19:48 15   position is.  I mean, and I understand what their

11:19:49 16   position is.

11:19:50 17              MR. ARMSTRONG:  Exactly.  And so if Your

11:19:51 18   Honor is inclined to let those kind of profile

11:19:53 19   pictures in, fine.  Let them in.  We'll hash it out

11:19:57 20   and win that argument every time.

11:20:01 21              MR. REYES:  I'll bet against that, Your

11:20:04 22   Honor.

11:20:04 23              But really briefly I will say that there

11:20:06 24   is a third category here of things that are not

11:20:10 25   in these -- on these posts, which are actually --

11:20:13   1            THE COURT: Which are something really

11:20:14   2  simple?

11:20:15   3            MR. REYES: Very simple. Very simple.

11:20:17   4            In the vein of saying I'm not a financial

11:20:19   5  advisor and things like that, Mr. Matlock actually

11:20:25   6  says things during these episodes contemporaneously

11:20:28   7  that are not in these reports. All right. So if

11:20:30   8  we're going to include the tweets, obviously we would

11:20:33   9  proffer all the tweets that are relevant to this time

11:20:38  10  period that go specifically -- and there is -- you

11:20:40  11  know, it's not hundreds of extra tweets. There's some

11:20:42  12  very specific tweets, for example, in the stock that's

11:20:46  13  ALZN, Mr. Matlock's tweets about trade your own plan

11:20:50  14  and things like that, are completely omitted from the

11:20:54  15  reports.

11:20:55  16            Yes, we could tell -- we can cross-examine

11:20:56  17  the witness on it. But, again, two months later when

11:20:59  18  the jury has these charts in front of them and those

11:21:01  19  tweets aren't in there, you know, who knows what they

11:21:04  20  remember. At the end of the day, all of it is

11:21:06  21  relevant to the state of mind. And we would ask, if

11:21:10  22  we are going to admit the tweets, let's admit all the

11:21:13  23  relevant tweets.

11:21:15  24            MR. ARMSTRONG: Again, Your Honor, this

11:21:16  25  goes to the methodology, which we have discussed at

11:21:18  1    length.  Tweets like that are not included in the

11:21:20  2    charts because they don't reference the specific

11:21:22  3    ticker.

11:21:23  4              Again, if they think that there is

11:21:25  5    something in this period of time that is needed for

11:21:28  6    the Rule of Completeness, it's their burden on them to

11:21:31  7    explain why.  We cannot talk about this stuff in

11:21:33  8    vacuum when we have 30 tickers that we're talking

11:21:38  9    about and multiple periods of time.

11:21:43  10             If they think that a specific document is

11:21:45  11   relevant in the Rule of Completeness, they have the

11:21:46  12   burden, they have to show it.

11:21:53  13             MR. REYES:  We can and we will, Your

11:21:53  14   Honor.  But to the extent that -- the cumulative

11:21:54  15   effect is that these documents, as proposed, are

11:21:56  16   misleading to the jury and should not be admissible in

11:21:59  17   the form that they're in.

11:22:01  18             MR. ARMSTRONG:  They're not misleading.

11:22:10  19             MS. CORDOVA:  And, Your Honor, I'll just

11:22:10  20   note -- I've said it before, but I think it's really

11:22:10  21   important -- the government cannot shift the burden to

11:22:12  22   us to present the evidence that they need to prove

11:22:14  23   their case, and that's what they're doing here.

11:22:17  24             If this case were about invoices and they

11:22:19  25   just went and got the Quicken's database of what date,

11:22:23  1    how much, who it sent to, and then they tried to

11:22:25  2    introduce that as evidence of what the invoice said,

11:22:29  3    nobody would -- that's ridiculous.  No.  You have to

11:22:32  4    bring the invoice.  What did it say?  What were the

11:22:34  5    terms?  What was written on the invoice?

11:22:36  6         It's the same thing here.  They didn't

11:22:37  7    collect the invoices.  And so now they're trying to

11:22:39  8    present the jury -- and this is a case about

11:22:42  9    nondisclosure.  So they're trying to say this is what

11:22:45  10   the invoice said from the database.  But the database

11:22:47  11   didn't collect all the information that was on that

11:22:50  12   invoice.

11:22:50  13        It's the same thing here.  And it's their

11:22:52  14   burden, not ours.  It's their burden and they can't

11:22:55  15   shift it to us.

11:22:57  16        MR. ARMSTRONG:  Judge --

11:23:00  17        THE COURT:  It's not their burden, though,

11:23:03  18   is it, to -- if you've got something that -- an

11:23:07  19   objection that something is not complete, isn't it

11:23:10  20   your burden to make that objection and say optional

11:23:13  21   completeness, Judge, you ought to show the entire

11:23:16  22   document?

11:23:17  23        MS. CORDOVA:  That's true, Your Honor.

11:23:18  24   But these are not the actual documents.  These are not

11:23:20  25   the actual tweets.  What they're trying to introduce

11:23:23 1    is bits and pieces, data points, that they have

11:23:26 2    selectively collected, put together in charts and said

11:23:30 3    this is the tweet.  It's not.

11:23:32 4            They have the burden to actually present

11:23:33 5    the actual document if that's what they're going to

11:23:36 6    try to convict our clients on.

11:23:39 7            MR. ARMSTRONG:  And, Judge, you know, I

11:23:40 8    don't know how many times you want to hear this, but

11:23:42 9    that's what we did.  We used search warrant returns.

11:23:45 10   And we put them into the charts.  Again, we're just

11:23:48 11   going in circles about this.

11:23:50 12           MR. WILLIAMS:  Judge, I have a suggestion

11:23:51 13   more than an argument.  I believe there is some

11:23:54 14   talking past each other going on.

11:23:55 15           The search warrant data was produced as a

11:23:58 16   data, not as someone visually would have seen it on

11:24:01 17   Twitter, whether they're on computer or phone.  Okay?

11:24:03 18           THE COURT:  All right.

11:24:04 19           MR. WILLIAMS:  So you're seeing the

11:24:05 20   subtitles without the movie.  Now, as the Court has

11:24:11 21   suggested, I have observed everyone's exhibit lists.

11:24:14 22   And they all have hundreds of tweets on them, either

11:24:19 23   screenshots, Wayback Machine, or from the data

11:24:21 24   production pursuant to the search warrant.  We could

11:24:23 25   save a lot of time for Your Honor and the jury if we

11:24:27   1   just agree to admit everybody's tweets, all

11:24:31   2   defendants, all prosecution, and then game on in front

11:24:35   3   of the jury.

11:24:37   4              MR. ARMSTRONG:  Judge, that is -- that's

11:24:39   5   not even close to the Rules of Evidence.

11:24:39   6              MR. WILLIAMS:  Including the Wayback

11:24:39   7   tweets, Your Honor.

11:24:44   8              MR. ARMSTRONG:  There are supposed to be

11:24:45   9   Rules of Evidence about hearsay.  And a defendant

11:24:48  10   cannot just dump in tens of thousands of his own

11:24:51  11   tweets and use them to prove whatever he wants.  We

11:24:55  12   are entitled to use their own statements under

11:24:58  13   801(d)(2)(A).  They are not entitled to use their own

11:25:01  14   statements because they're hearsay.

11:25:03  15              If they want to get up and testify on the

11:25:05  16   stand about their own out-of-court statements, they

11:25:09  17   can do that every single day.  But they can't just

11:25:12  18   dump in their own statements, thousands of them, and

11:25:13  19   say fair is fair.  That's not how the rules work.

11:25:17  20              MS. EPLEY:  Because anything that would

11:25:18  21   have been perceived against the defendant from a

11:25:20  22   tweet would have had to be -- I mean, viewed in that

11:25:22  23   context.  It goes to the effect on the listener in

11:25:25  24   regards to materiality.

11:25:26  25              There are additional layers and responses

11:25:27  1    that will be developed at trial.  But at the very

11:25:29  2    first, at the 10,000-foot view, it's the universe in

11:25:32  3    which anything that they are saying would have been

11:25:34  4    viewed by anyone who cared to watch it.

11:25:36  5            If I acted on that tweet, it is either

11:25:39  6    because I have watched Tommy long enough to know how

11:25:42  7    he trades and what he trades about, in which case

11:25:45  8    these are relevant because it goes to their knowledge;

11:25:47  9    or I don't know him at all, in which case it goes to

11:25:50 10    lack of materiality.

11:25:52 11            MR. FORD:  Your Honor, we just published

11:25:54 12    something that I think will be of use to you.

11:25:57 13    These -- we've met and conferred and the government

11:25:59 14    said that they were seeking to exclude every single

11:26:03 15    defense exhibit being offered.  That was as far as we

11:26:07 16    got on the meet-and-confer.

11:26:09 17            Now, my client tweeted hundreds and

11:26:14 18    hundreds of time.  We've included, I think, about 150

11:26:17 19    examples of my client tweeting things such as this,

11:26:19 20    where he would provide sort of guidance to people who

11:26:21 21    are up and coming and learning how to trade.  So in

11:26:24 22    this particular one he says, no, he says, I would do

11:26:26 23    paper trading if you're just starting out.

11:26:28 24            What paper trading is is when you open a

11:26:31 25    brokerage account, such as TD Ameritrade, it allows

11:26:34  1    you to put a fake amount of money in, say, $100,000

11:26:37  2    and you can just day trade all day.  And that way you

11:26:41  3    see, am I losing money?  Am I making money?

11:26:43  4              And so what -- one of the things that my

11:26:44  5    client would repeatedly tweet to people is if you're

11:26:48  6    not making money, if you're having a hard time, just

11:26:50  7    do paper trading.  And, of course, if somebody is

11:26:53  8    doing paper trading, they're not executing actual

11:26:56  9    transactions in the market and the government's theory

11:26:59  10   falls apart.

11:27:00  11             This is just one of many of the rules of

11:27:02  12   the road that my client was providing to people --

11:27:05  13             THE COURT:  Why doesn't this fall into the

11:27:07  14   category, Mr. Ford, that Mr. Armstrong just pointed

11:27:13  15   out, that, you know, if you want to sell that story,

11:27:20  16   have your client get on the stand and say, look how I

11:27:23  17   warned people.

11:27:25  18             MR. FORD:  Well, there's multiple -- one

11:27:27  19   that we would like this -- we would like this -- we're

11:27:30  20   going to seek to have this pre-admitted.  It is during

11:27:32  21   the conspiracy time period.  It is not a hearsay

11:27:35  22   statement.  And -- what I heard Your Honor just say is

11:27:40  23   under Rule 106, Rule of Completeness, that we would be

11:27:43  24   permitted to put these in, so --

11:27:49  25             THE COURT:  Well, wait a minute.  You

11:27:49  1  didn't hear me say that just because one tweet comes

11:27:53  2  in, every tweet comes in.

11:27:56  3            MR. FORD:  But this is a tweet --

11:27:58  4            THE COURT:  Now I did suggest that.  But I

11:28:01  5  didn't see everybody running up and saying, yeah,

11:28:04  6  Judge, we're on board.

11:28:05  7            MR. FORD:  Well, Your Honor --

11:28:08  8            MR. DAVIS:  We are.  Neal Davis on behalf

11:28:10  9  of Deel.  We're on board with that.

11:28:11  10            MR. WILLIAMS:  We're on board.

11:28:13  11            MR. FORD:  We're not on board because of

11:28:15  12  the Sixth Amendment issue, but I will say this tweet

11:28:17  13  has specifically to do with this case and the tickers

11:28:20  14  charged.  My client is unequivocally advising people

11:28:25  15  that if they are just starting out and they don't know

11:28:27  16  yet how to trade, that they shouldn't use actual

11:28:30  17  money.  It's a reference to the tickers that are in

11:28:32  18  the indictment.

11:28:34  19            MR. ARMSTRONG:  Which one?

11:28:35  20            MR. FORD:  It's CEI, DATS --

11:28:38  21            MR. ARMSTRONG:  That's from 2010.

11:28:38  22            MR. FORD:  -- ONTX and --

11:28:41  23            MR. ARMSTRONG:  The year before CEI and

11:28:42  24  DATS.

11:28:43  25            MR. FORD:  Yeah, you're exactly right.  It

| | | |
|---|---|---|
| 11:28:44 | 1 | was published.  My client hasn't deleted any of his |
| 11:28:47 | 2 | tweets.  You can still see it today.  This was what he |
| 11:28:49 | 3 | would routinely post and it -- |
| 11:28:51 | 4 | THE COURT:  And why do you know it's |
| 11:28:52 | 5 | related to that stock?  Because what I see doesn't -- |
| 11:28:54 | 6 | MR. ARMSTRONG:  It's not.  It's not, Your |
| 11:28:56 | 7 | Honor.  It is a year and a half before DATS and CEI. |
| 11:28:59 | 8 | And so they're doing slight of hand again saying that |
| 11:29:02 | 9 | this relates to -- |
| 11:29:03 | 10 | THE COURT:  Let's don't interrupt each |
| 11:29:05 | 11 | other. |
| 11:29:06 | 12 | MR. ARMSTRONG:  They're saying that it |
| 11:29:07 | 13 | relates to specific tickers and they're not being |
| 11:29:09 | 14 | accurate with the record.  This is from November 2020 |
| 11:29:11 | 15 | and DATS and CEI are from 2021 in October. |
| 11:29:17 | 16 | MR. FORD:  Well, Your Honor, he's |
| 11:29:19 | 17 | obviously referring to any stocks that he discusses on |
| 11:29:23 | 18 | his Twitter page, and it's not just one tweet buried |
| 11:29:27 | 19 | among many.  He does this routinely.  You will see |
| 11:29:30 | 20 | examples that are occurring during that time period of |
| 11:29:34 | 21 | these imaginary episodes that the government made up. |
| 11:29:38 | 22 | These are what was happening on Twitter. |
| 11:29:38 | 23 | THE COURT:  Okay.  I'm taking an aspirin |
| 11:51:27 | 24 | break and I'll be back in 10 minutes.  15 minutes. |
| 11:51:27 | 25 | (Court in recess.) |

| | | |
|---|---|---|
| 12:05:13 | 1 | THE COURT:  From the government's |
| 12:05:14 | 2 | standpoint, where do we start with your exhibits that |
| 12:05:18 | 3 | don't have anything to do with Twitter? |
| 12:05:25 | 4 | MR. ARMSTRONG:  Tough question, Your |
| 12:05:26 | 5 | Honor.  Let me check. |
| 12:05:29 | 6 | THE COURT:  I'm trying to actually get |
| 12:05:31 | 7 | something accomplished before lunch. |
| 12:05:35 | 8 | MR. ARMSTRONG:  The Court's indulgence. |
| 12:05:49 | 9 | Your Honor, just for background, the way |
| 12:05:54 | 10 | Government Exhibit 2 through 20 are just generally |
| 12:05:59 | 11 | organized, is that there is a chart, which is the |
| 12:06:03 | 12 | price and volume chart.  There is the B chart, which |
| 12:06:06 | 13 | is the summary chart.  Then there's the C chart. |
| 12:06:09 | 14 | If you could please pull up 2C, please, |
| 12:06:11 | 15 | Ms. Kim. |
| 12:06:18 | 16 | So for the substantive counts, we have |
| 12:06:21 | 17 | themes and variation of this chart in 2C, which |
| 12:06:25 | 18 | depicts -- I will also introduce through |
| 12:06:29 | 19 | Ms. Garibotti -- that depicts the operative tweet |
| 12:06:34 | 20 | and -- are you with me, Your Honor? |
| 12:06:35 | 21 | THE COURT:  And that gets us to 20.  If I |
| 12:06:37 | 22 | ignore all these, that gets us to 20 what? |
| 12:06:42 | 23 | MR. ARMSTRONG:  No, I'm sorry, Your Honor. |
| 12:06:42 | 24 | So these are part and parcel of 1 through 20. |
| 12:06:45 | 25 | THE COURT:  Okay. |

12:06:46  1           MR. ARMSTRONG:  And then 21 through 55 are

12:07:01  2  additional summary charts of Ms. Garibotti.

12:07:04  3           So similar to the ones that we're talking

12:07:07  4  about and have been talking about this morning.  Then

12:07:10  5  we pick up with messages.  So these messages are

12:07:18  6  statements of a party opponent.  Under 801(d)(2)(e) --

12:07:24  7  I'm sorry -- 801(d)(2)(a).  Or they're a statement of

12:07:28  8  a co-conspirator under 801(d)(2)(e).

12:07:31  9           And so 56 through essentially --

12:07:48  10  essentially the end, with one caveat.  For the victim

12:07:51  11  trading records are the defendants' own statements or

12:07:56  12  statements of co-conspirators that we collected,

12:08:01  13  either from Twitter or Discord or Mr. Deel's phone.

12:08:09  14  So there's no easy way to say that --

12:08:18  15           THE COURT:  Well, 56 through what?

12:08:20  16           MR. ARMSTRONG:  So 56 through 68, for

12:08:20  17  example, are text messages from Mr. Deel's phone.

12:08:26  18           THE COURT:  All right.  Let's start there.

12:08:27  19           Does anybody object to those?

12:08:29  20           MS. CORDOVA:  Your Honor, on behalf of

12:08:32  21  Mr. Hennessey, we object to Government Exhibit 56

12:08:36  22  because it relates to an episode that is outside the

12:08:41  23  54 trial episodes that the government has stated that

12:08:43  24  they would refer to.  What the government has done is

12:08:46  25  they've cut off the text message chain -- and I have a

12:08:49  1    copy if that would be helpful.

12:09:07  2              THE COURT:  Okay.  I have it, counsel.  Go

12:09:08  3    ahead.

12:09:09  4              MS. CORDOVA:  So what the government has

12:09:10  5    done is they've cut off this text message chain just

12:09:13  6    where my client, Mr. Hennessey, emphasized a message,

12:09:17  7    which means he just put like a little exclamation

12:09:21  8    mark, like a thumbs-up or a thumb-downs, where there's

12:09:24  9    like a little exclamation mark you can put on a

12:09:27 10    message.  And what they've left out -- what they've

12:09:37 11    left out of this text message chain is the ensuing

12:09:40 12    conversation that discusses the stock that they

12:09:44 13    decided to trade that day.

12:09:45 14              And why that's important is that the stock

12:09:47 15    they decided to trade that day and -- I say "they," I

12:09:52 16    mean, Ultra calls Gary Deel and Tommy Cooperman was

12:10:00 17    EARS, E-A-R-S, and that is outside the scope of the 54

12:10:06 18    trial episodes that the government has identified.

12:10:12 19              So what they're trying to do is show that

12:10:13 20    my client was involved in talking about a stock they

12:10:15 21    were going to trade, but then -- it's stock that's

12:10:19 22    outside the 54, number one.

12:10:20 23              And then, number two, Mr. Hennessey never

12:10:22 24    traded it.

12:10:25 25              So if they put this in, we would have to

12:10:28  1    put in all this stuff and then we're going way beyond

12:10:30  2    the 54 episodes.  So the government has repeatedly

12:10:32  3    stated that they will not introduce evidence of

12:10:35  4    wrongdoing outside the 54 episodes, but that's what

12:10:38  5    this is.

12:10:38  6           Because it's about an episode that is

12:10:40  7    outside the 54.  And if they go into it, then we're

12:10:43  8    going to have to go into that episode and I'm going to

12:10:45  9    have to show the jury, look, my client never traded

12:10:49  10   this episode.  So the fact that people are talking

12:10:51  11   about all this stuff, he never -- he was never

12:10:52  12   involved.

12:10:56  13          MR. ARMSTRONG:  Your Honor, a very simple

12:11:03  14   response.  The statement -- these text messages are

12:11:06  15   not being offered for a specific ticker.  It's being

12:11:09  16   offered to prove the conspiracy and how the conspiracy

12:11:13  17   worked.

12:11:13  18          On page 1 of Government's Exhibit 56,

12:11:16  19   Mr. Deel says:  Let's collaborate and send one

12:11:19  20   tomorrow.  And he's saying this to Mr. Hennessey and

12:11:23  21   Mr. Rybarczyk.  And then they talk about Mr. Cooperman

12:11:27  22   on the bottom of the page.  Now we do one together.

12:11:37  23          And then on page 3, Mr. Deel says:  We put

12:11:40  24   out one fire alert and we bail for real.  Go silent.

12:11:44  25   And that way each day people are waiting for us.

12:11:51   1          So, Your Honor, this just proves the kind

12:11:55   2   of conversations that the defendants had among

12:11:56   3   themselves.  And it proves that they themselves,

12:11:59   4   again, believed in the power of what they were doing.

12:12:01   5   And the power and the impact that it had on the

12:12:05   6   market.

12:12:05   7          These are the kinds of conversations that

12:12:07   8   talk about the exact scheme, what we're going to do,

12:12:11   9   how we're going to do it together, and how it's going

12:12:13  10   to impact other people.

12:12:16  11          MS. CORDOVA:  And, Your Honor, the

12:12:20  12   government excised the part that demonstrates that my

12:12:22  13   client actually didn't engage in any trading or

12:12:25  14   trading that they were talking about in this.

12:12:27  15          And the other thing -- so there's multiple

12:12:30  16   objections.  That's the main one, this is outside the

12:12:32  17   54.  If we bring it in, we have to bring in all the

12:12:34  18   evidence, the full exchange that talks about the stock

12:12:38  19   they actually decided to trade that day and my client

12:12:40  20   didn't trade it.  So that's part of it.

12:12:41  21          The other thing is, is that we have the

12:12:44  22   actual printout of the text messages.  And it's very

12:12:47  23   different from what the government has sort of copied

12:12:49  24   and pasted together and put -- they put at the top of

12:12:53  25   that exhibit, Mitch Hennessey.  There's no evidence

12:12:57  1   that Mitchell Hennessey ever saw a tweet on the 2nd of
12:13:01  2   June.  He didn't text.  He didn't respond.  And this
12:13:05  3   is a group chat, for all we know he had it silenced
12:13:09  4   and he never viewed anything.  He only emphasized one
12:13:12  5   tweet on the 3rd.
12:13:13  6              And the government's -- the way they've
12:13:15  7   put this together is it shows -- they've put at the
12:13:17  8   top that it's June 2nd.  But if you look closely --
12:13:20  9   and you'll have to use the magnifying glass -- he
12:13:23  10  actually doesn't even respond to anything until the
12:13:24  11  3rd.
12:13:25  12             And then on the 3rd, after he emphasized
12:13:27  13  it, then everyone -- other people, and I don't want to
12:13:30  14  speak for other people -- but other people, not
12:13:32  15  Mr. Hennessey, start talking about what stock they
12:13:34  16  think would be good to trade.  Mr. Hennessey never
12:13:37  17  traded.  And it's one of the stocks outside the 54.
12:13:39  18             So the government wants to put in half of
12:13:41  19  it to make it show like these people are conspiring
12:13:44  20  together.  If they do that, we're going to have to go
12:13:46  21  into the whole thing and then we're outside the 54,
12:13:49  22  which is what they have promised over and over again
12:13:51  23  they wouldn't do, but that's where we end up.
12:13:53  24             And it's also misleading for them to put
12:13:56  25  the testimonial statement at the top, the date -- the

12:13:58  1   dates on the actual evidence.  They could put the

12:14:00  2   evidence in.  So they can't put the date.  It's also

12:14:05  3   not accurate because didn't -- Mr. Hennessey wasn't

12:14:08  4   part of the conversation on the 2nd; as well as

12:14:10  5   Mr. Hennessey being a participant, because they have

12:14:12  6   no evidence that he saw anything on the 2nd.

12:14:15  7               MR. ARMSTRONG:  Your Honor, the standard

12:14:16  8   is --

12:14:18  9               THE COURT:  What other objections are

12:14:20  10  there?

12:14:22  11              MR. ROSEN:  Sure.  We filed a motion about

12:14:26  12  the co-conspirator statement, so Exhibit 59 falls

12:14:30  13  within that motion.  I'm happy to address one,

12:14:33  14  multiple, or however you want to do it.  I just wanted

12:14:35  15  to make sure we preserve our objection to 59, which my

12:14:38  16  client is not part of.  There's a throwaway reference

12:14:42  17  to him about pumping.

12:14:45  18              THE COURT:  Okay.  I'm missing this.  59

12:14:47  19  what?

12:14:50  20              MR. ROSEN:  Exhibit 59.

12:14:50  21              THE COURT:  We're on 56.

12:14:54  22              MR. ROSEN:  Right, right.  Yeah.  Weren't

12:14:59  23  we doing this -- okay.  Let me --

12:15:02  24              MR. BROWN:  Your Honor, Matlock will just

12:15:06  25  join the objection for outside of the scope of the 54

12:15:09 1    episodes.

12:15:13 2                THE COURT:  Okay.  How many of these are

12:15:14 3    going to be outside of the 54?

12:15:18 4                MS. CORDOVA:  Many.

12:15:19 5                MR. ARMSTRONG:  Your Honor, we charged a

12:15:20 6    conspiracy.  We are allowed to prove the relationship

12:15:22 7    between the parties.  That is what we're doing.

12:15:25 8                THE COURT:  I know, but I thought that was

12:15:26 9    the purpose of the 54.  The extra 35 were going to be

12:15:32 10   concerning those to prove the conspiracy.  I mean,

12:15:37 11   that was the argument for the extra 35 and we're

12:15:40 12   limiting that to the 54.  And I didn't pick the 54

12:15:43 13   number.

12:15:44 14               MR. ARMSTRONG:  Of course.

12:15:45 15               THE COURT:  But we were doing it to, you

12:15:48 16   know, make it a case that was presentable to a jury

12:15:50 17   and some time in the 2024 calendar year.

12:15:55 18               MR. ARMSTRONG:  Your Honor, they've

12:15:56 19   already made arguments that you cannot infer anything

12:15:58 20   just based on trading alone.  And so the fact that one

12:16:02 21   defendant was trading in a stock with somebody else

12:16:05 22   tells you nothing.  These kind of private

12:16:07 23   communications among themselves proves the conspiracy,

12:16:10 24   and it proves the relationship between the parties.

12:16:16 25   It proves exactly what they believed about their

12:16:18  1    messages they put into the market.

12:16:19  2              THE COURT:  I'm not arguing with you about

12:16:24  3    that.  What I'm asking is, I thought we were limiting

12:16:26  4    it to 54 stocks.

12:16:27  5              MR. ARMSTRONG:  We are.  Of course, Your

12:16:28  6    Honor.  And this doesn't have any reference to a stock

12:16:30  7    on it.  And so we're not pointing to some stock

12:16:33  8    outside of our 54 in this exhibit.

12:16:36  9              THE COURT:  Okay.  But I'm hearing that if

12:16:39 10    you read the whole thing, it's pertaining to another

12:16:42 11    stock.

12:16:44 12              MR. ARMSTRONG:  That may be true, Your

12:16:44 13    Honor.  And, again, it goes back to what we talked

12:16:47 14    about before, before the break, which is if they're

12:16:49 15    going to make a Rule of Completeness argument, they

12:16:51 16    need to put their money where their mouth is and

12:16:55 17    actually show what actually makes this incomplete for

12:16:58 18    the reason that we're offering it.  And they're just

12:17:01 19    talking in the abstract to try to exclude things,

12:17:03 20    which is improper.

12:17:08 21              MR. FORD:  We're going to pull up an

12:17:11 22    example just to elucidate what's happening a little

12:17:13 23    bit more clearly.

12:17:15 24              MR. ARMSTRONG:  Your Honor, if the Court

12:17:16 25    would indulge me, Mr. Constantinescu is not even on

12:17:18  1    this tweet.  If we could have some guidelines as to

12:17:20  2    who can object to exhibits that we're actually

12:17:22  3    discussing.

12:17:22  4                MS. EPLEY:  I'd be happy to.

12:17:28  5                MR. FORD:  So this is -- this is yet

12:17:32  6    another example, and we're going to see dozens and

12:17:35  7    dozen of these.  And this one, this is the original

12:17:38  8    data.  They're attributing it to Mr. Hrvatin and

12:17:42  9    Mr. Cooperman.

12:17:43 10                It says:  We need GIX to do it.

12:17:46 11                So just to be clear, GIX is not even a

12:17:48 12    registered security and, therefore, could not form the

12:17:51 13    foundation of a charge under 1348 or 1349.  It's a

12:17:55 14    ticker not only outside of the episodes, but that

12:17:57 15    could not possibly form the foundation.

12:17:59 16                Now, Mr. Hrvatin says:  If we all load up,

12:18:02 17    we can move anything; to which I believe Mr. Cooperman

12:18:06 18    responds:  I can bend the spoons with my mind, but

12:18:10 19    only when I'm high.

12:18:12 20                Now, if you go back to the original -- it

12:18:18 21    says:  I also come up with business ideas when I'm

12:18:20 22    high, but then I forget ha, ha.

12:18:22 23                If you go to the government's actual

12:18:25 24    exhibit, they have only included the top three lines:

12:18:28 25    We need GIX to do it.  Giant game to follow.  If we

12:18:32  1  load up we can move anything.

12:18:34  2              So while we understand this is

12:18:36  3  cross-examination material, the problem here is GIX is

12:18:39  4  outside of the episodes.  It's not a registered ticker

12:18:42  5  and the government has actually manipulated this

12:18:45  6  conversation where people are joking to make it seem

12:18:48  7  like there was some sort of misconduct.

12:18:51  8              THE COURT:  They might be doing you a

12:18:53  9  favor, keeping drug use out from in front of the jury.

12:18:55  10              MR. ARMSTRONG:  Exactly.  Does

12:18:56  11  Mr. Hrvatin's attorney want us to introduce that he

12:18:59  12  was high all the time?  We're happy to do that if he

12:19:00  13  wants to.  We could stipulate to that.

12:19:01  14              MR. FORD:  Mr. Hrvatin didn't say that,

12:19:03  15  but -- nor did any of the co-defendants, which raises

12:19:07  16  the other problem, which is we have dozens and dozens

12:19:10  17  of these exhibits where there is people on them who

12:19:14  18  I've never heard of and I don't know who they are.  We

12:19:17  19  just skipped past -- we skipped -- we fast forwarded

12:19:20  20  to Exhibit 56 --

12:19:23  21              THE COURT:  We did that at my request.

12:19:29  22              MR. FORD:  But contained within those are

12:19:31  23  other examples of what we're saying.  By the way, this

12:19:33  24  purports that Mr. Constantinescu, Mr. Matlock,

12:19:36  25  Mr. Hrvatin, and Mr. Knight and other individuals were

12:19:38  1  part of this conversation.  They don't appear anywhere

12:19:40  2  on the government's exhibit.

12:19:43  3           They've just fabricated demonstratives

12:19:45  4  where they've included the names of everybody on the

12:19:47  5  top of the exhibit, without any evidence that anybody

12:19:49  6  participated in the conversation.

12:19:51  7           MR. ARMSTRONG:  Your Honor, again, that is

12:19:52  8  a gross fabrication of the record.  This is a Twitter

12:19:54  9  group chat that all of the people that are listed on

12:19:57 10  the header are in.

12:20:02 11           MR. FORD:  Your Honor, so -- and I

12:20:05 12  understand we've moved to Exhibit 56.  But this is an

12:20:08 13  endemic problem of using tickers outside of the 54.

12:20:11 14  It's an endemic problem of relying on tickers that are

12:20:14 15  not even --

12:20:14 16           THE COURT:  All right.  Let's go to an

12:20:15 17  exhibit that's inside the 54 that the Court might

12:20:18 18  actually admit.

12:20:20 19           MR. ARMSTRONG:  So, Your Honor, the

12:20:22 20  tickers in the 54, the relevant message for those

12:20:31 21  tickers are in two places:  Number one, they're

12:20:36 22  embedded in the summary charts of Ms. Garibotti.  And

12:20:39 23  then the actual underlying record itself is normally

12:20:42 24  attached as a C, D, or E after that -- knowledge.

12:20:46 25           THE COURT:  Okay.  Well, I'll come back to

12:20:47 1   those.  But, I mean -- so none of these other exhibits

12:20:49 2   have to do with any of the 54 stocks?

12:20:52 3           MR. ARMSTRONG:  I'd have to go back and

12:20:55 4   look.  There may be one or two references to like SURF

12:20:57 5   and RGLS off the top of my head, but, again, Your

12:21:02 6   Honor, we really should go through these, because they

12:21:04 7   provide critical context about the relationship to the

12:21:06 8   parties.  And they prove up the conspiracy that we

12:21:09 9   have charged.  And it shows that they were close

12:21:12 10  associates and did this together.

12:21:16 11          THE COURT:  Here's my problem with that,

12:21:20 12  counsel, is I don't disagree with you that they show

12:21:21 13  what you say they show.  Or at least can be

12:21:24 14  interpreted that way.  At least the couple I've looked

12:21:29 15  at.

12:21:30 16          But the problem is, I mean, we've had like

12:21:33 17  three hearings where we're saying we're cutting it

12:21:36 18  down to 54 stocks.  And so defendants are prepared to

12:21:39 19  address 54 stocks.  And this one wasn't one of them.

12:21:43 20          MR. ARMSTRONG:  Your Honor, we can

12:21:44 21  stipulate that this one is not one of them.  I mean,

12:21:48 22  on Exhibit 56, the stock isn't even referenced in the

12:21:51 23  excerpt that we're offering.

12:21:53 24          And so, again, we're arguing about an

12:21:55 25  issue that we're not even offering the exhibit for.

12:21:58  1    We're not putting the trading at issue in Government

12:22:02  2    Exhibit 56.  Again, we're offering it to show

12:22:07  3    something totally different, which is the relationship

12:22:09  4    between the parties and how they believe they had the

12:22:12  5    impact on the market, which is what we alleged.

12:22:18  6              MS. CORDOVA:  Your Honor, they're offering

12:22:20  7    it to show wrongdoing on the part of my client.  And

12:22:23  8    they said that there would not be evidence of

12:22:26  9    wrongdoing outside the 54.  Now, we can go into it and

12:22:29 10    we can put the whole text message in and we can show

12:22:31 11    the jury, look, Mitch never traded EARS.  He didn't --

12:22:36 12    he was in this text message, because he emphasized one

12:22:39 13    thing, whether he saw the messages before or the

12:22:41 14    messages after, we don't know, but we do know he never

12:22:44 15    traded it.

12:22:44 16              It's just that is going to prolong this

12:22:46 17    case and we -- the government told us in September

12:22:49 18    these are the 54 we have to look forward to.  These

12:22:52 19    are the 54 we have to worry about.  We would have a

12:22:55 20    ton of work to do to get ready for all these other

12:22:57 21    episodes and there are a lot.

12:22:59 22              MR. ARMSTRONG:  Your Honor, there is no

12:23:00 23    other episode.  The statement is primarily being

12:23:02 24    offered against Mr. Deel and his own words on the

12:23:05 25    first two lines --

12:23:05   1          THE COURT:  No, I understand why you're

12:23:06   2   offering it.  I mean, I think it's clear why you're

12:23:09   3   offering it.  But the question -- my problem is, it's

12:23:14   4   outside the scope of what I thought everybody had

12:23:17   5   agreed to.

12:23:19   6          MR. ARMSTRONG:  Your Honor, I would really

12:23:20   7   disagree with that statement.  It's not outside the

12:23:23   8   scope.  It's offered for a completely different

12:23:27   9   reason.

12:23:30  10          MR. DAVIS:  Judge, Neal Davis for

12:23:31  11   Mr. Deel.  He's referring to my client.

12:23:32  12          We object because we've been prepared for

12:23:34  13   the 54 episodes that we were told repeatedly were

12:23:39  14   going to be possibly in play for a trial.  I was

12:23:43  15   hoping that we could maybe try this case in eight

12:23:46  16   weeks or less.

12:23:48  17          At this point, if we're going to start

12:23:50  18   going off -- because we went from the original charged

12:23:53  19   ones to 54, because they wanted some more to throw in

12:23:57  20   there.  But now we're going beyond those.  And it's

12:23:59  21   just not fair.

12:24:01  22          I mean, I don't know how else to put it.

12:24:03  23   And we're going to be here forever.  So my request is

12:24:07  24   that they be limited to the 54 charges.  And under

12:24:10  25   401, 403, these are the ones who are not --

12:24:15  1          MR. ARMSTRONG:  Your Honor --

12:24:15  2          MR. DAVIS:  Can I just finish?  I haven't

12:24:16  3   even talked in two days.

12:24:16  4          MR. ARMSTRONG:  I apologize.

12:24:17  5          MR. DAVIS:  I know.  It's my client.  It's

12:24:19  6   my client and everyone has been talked but me.  And --

12:24:24  7          So, anyway, Judge, Mr. Deel -- so I agree

12:24:28  8   with the Court.  And I just don't -- it's just seems

12:24:32  9   bordering on the ridiculous, so...

12:24:36 10          MR. ARMSTRONG:  Your Honor, if they're not

12:24:37 11   going to argue that their statement didn't have an

12:24:39 12   impact on the market, we can withdraw this exhibit,

12:24:43 13   right.

12:24:43 14          But their whole argument is their tweets

12:24:46 15   didn't move anything at all and that is directly

12:24:48 16   contradicted by this exhibit.  So that's why we're --

12:24:51 17          THE COURT:  Didn't you say yesterday say

12:24:53 18   you're not arguing -- the government is not arguing

12:24:54 19   that the tweets made a difference?  You're not arguing

12:24:58 20   it made the price go up?

12:24:59 21          MR. ARMSTRONG:  It made a difference to

12:25:01 22   them and that's why they did it.  And that's exactly

12:25:03 23   what this proves.  And we're going to have people

12:25:07 24   testify who were doing this with them and observing it

12:25:09 25   in realtime that the tweet would come out and the

12:25:12  1   price would pop.

12:25:15  2              MR. DAVIS:  It's been a shifting target

12:25:17  3   the entire time, not only the government's theory, but

12:25:20  4   now exhibits.  I mean, it depends on which hour of

12:25:22  5   which day you ask the government what their theory is.

12:25:33  6              THE COURT:  Okay.  And am I understanding

12:25:42  7   that 56 through 340 don't concern the 54 stocks?

12:25:49  8              MR. ARMSTRONG:  Your Honor, for example,

12:25:51  9   57 -- I mean, we can go through them if Your Honor

12:25:52 10   would like.  It's difficult to talk about this in the

12:25:54 11   abstract.

12:25:55 12              Exhibit 57 is another critical point to

12:25:58 13   the conspiracy.  It's Mr. Hennessey this time in

12:26:03 14   his -- I'll wait till you get there.

12:26:05 15              THE COURT:  I've got it.

12:26:06 16              MR. ARMSTRONG:  Here it's Mr. Hennessey in

12:26:08 17   his own words talking to Mr. Cooperman and Mr. Deel in

12:26:12 18   the middle of the conspiracy in 2021:  There's legit

12:26:16 19   no point in me alerting shit unless it's to help you

12:26:19 20   guys.

12:26:19 21              That is the thrust of the conspiracy.

12:26:23 22   They are alerting things to help themselves and then

12:26:25 23   telling the followers:  Hey, guys, we're looking out

12:26:27 24   for you, you're our family, you can trust us.

12:26:30 25              In Mr. Hennessey's own words he explains

12:26:32  1  exactly why he alerts things:  To help his

12:26:35  2  co-conspirators.

12:26:42  3          THE COURT:  Is this one of the 54 stocks

12:26:43  4  they're talking about?

12:26:45  5          MR. ARMSTRONG:  I have no idea, Your

12:26:46  6  Honor.  That's not the reason why we're offering it.

12:26:48  7          We're offering it, again, to show the

12:26:50  8  relationship between the parties and how the

12:26:52  9  conspiracy operated.

12:27:01  10          MR. ROSEN:  One significant byproduct of

12:27:03  11  the going outside the 54, and it does impact 54, my

12:27:08  12  client's not on that.  He's not on a lot of these.

12:27:11  13  He's on actually very few.  There's a real multiple

12:27:14  14  conspiracy problem here.  There are different groups

12:27:15  15  breaking off, as my client is part of Sapphire, not

12:27:18  16  being part of Atlas.

12:27:20  17          I mean, it's going to be chaos trying to

12:27:23  18  figure out what conspiracy is this, who is part of the

12:27:25  19  alleged conspiracy and how do you even define this to

12:27:27  20  the jury.

12:27:27  21          So as we do go forward in these text

12:27:30  22  messages, I just want to ask Your Honor to keep that

12:27:31  23  in mind.

12:27:39  24          THE COURT:  I'm concerned whether we're

12:27:40  25  ready for trial.

12:27:40 1            MS. CORDOVA:  Your Honor, we're ready.

12:27:41 2    We're ready on the 54.  We've spent a lot of time

12:27:44 3    getting ready.

12:27:46 4            MR. ARMSTRONG:  Your Honor, this is no

12:27:47 5    surprise to anybody.  This is what we alleged in the

12:27:49 6    indictment.  This is exactly how the conspiracy is

12:27:52 7    working.  This is exactly how --

12:27:53 8            THE COURT:  Well, it's a surprise to me.

12:27:55 9    Okay?  Because I thought we were limiting testimony to

12:27:59 10   54 stocks.

12:28:01 11           MR. DAVIS:  And for the record, it's a

12:28:01 12   surprise to me as well.  I thought we were limiting it

12:28:03 13   to 54.  Ms. Cordova, I remember specifically said up

12:28:06 14   here on several occasions, they're going to try to go

12:28:08 15   outside the 54; the government said no.  And it's in

12:28:12 16   pleadings as well and here we are.

12:28:13 17           You know, this is not a very complicated

12:28:17 18   case.  It's a fraud case.  It's a criminal fraud case.

12:28:20 19   They've got plenty of allegations in the indictment

12:28:23 20   they can rely on.  They've got 54 other charges they

12:28:26 21   can rely on.  Now we've got to go beyond all that?

12:28:29 22           I mean, it's just -- to me, it's just not

12:28:31 23   fair to the defense.  And it's just a due process

12:28:34 24   violation.  It doesn't follow the Court's order.

12:28:49 25           MR. ARMSTRONG:  Again, Your Honor, I can

12:28:50 1    give you more specific examples of why each one of

12:28:52 2    these is critically relevant.

12:28:54 3            THE COURT:  I'm not fussing you with about

12:28:56 4    the relevance.  I could see why you say, when he says,

12:29:01 5    hey, let's get together and do X, I mean, that proves

12:29:04 6    conspiracy.  We're getting together and doing

12:29:06 7    something.  I understand the relevance.

12:29:09 8            It's the surprise factor that I'm not

12:29:16 9    happy with.

12:29:19 10           MR. FORD:  Your Honor, the surprise factor

12:29:24 11   is based on the deficiencies in their case.

12:29:30 12           These -- one, these conversations do not

12:29:32 13   support the notion of a conspiracy.  Because what

12:29:34 14   they're talking about is not unlawful conduct.

12:29:37 15           So I disagree with Your Honor in that

12:29:39 16   regard.  And we will stand prepared to present what

12:29:44 17   they're actually talking about --

12:29:46 18           THE COURT:  Well, I think that would be

12:29:48 19   for the jury to decide, quite frankly.

12:29:48 20           MR. FORD:  Exactly.

12:29:50 21           THE COURT:  Set that part aside.

12:29:52 22           MR. FORD:  Right.  But what has happened

12:29:55 23   in this case is they lack sufficient evidence to make

12:30:01 24   a showing of a conspiracy.

12:30:03 25           So they've pieced together these disparate

12:30:07  1    conversations in groups.  And it takes hundreds of

12:30:10  2    individual irrelevant exhibits that are outside the

12:30:12  3    scope of their case so that they can confuse the jury

12:30:16  4    with sheer volume.

12:30:17  5          As you see, of the eight co-defendants, or

12:30:24  6    nine in this case, six are not present in this

12:30:25  7    conversation.  And it appears to -- it appears to do

12:30:31  8    with a stock that's been never mentioned before by the

12:30:33  9    government.

12:30:34 10          On top of it, we are not talking about an

12:30:36 11    18 U.S.C. 371 conspiracy where they can prove wrongful

12:30:40 12    or lawful conduct.  The plain language of 1349 is the

12:30:44 13    conspiracy has to be -- the object has to be the

12:30:47 14    commission of a 1348 offense.

12:30:49 15          And 1348 is expressly tied to a specific

12:30:56 16    security registered under Rule 12 of the securities

12:30:59 17    law.  It's not a 371 conspiracy.  They did not charge

12:31:03 18    that.

12:31:06 19          This is the issue with them introducing,

12:31:08 20    not only the additional 35 above the 19, but now

12:31:11 21    trying to include hundreds of others, including the

12:31:14 22    example I just showed of GIX, which is not even a

12:31:17 23    registered security.

12:31:20 24          MR. ARMSTRONG:  Your Honor, just very

12:31:24 25    quickly, maybe this will eliminate the point.  Maybe

12:31:24  1    not, but I'll give it to Your Honor.

12:31:26  2              Government Exhibit 77, please, Ms. Kim.

12:31:42  3              This is a critical exchange between

12:31:44  4    Mr. Hennessey and Mr. Constantinescu.  It's from

12:31:46  5    Discord.  And Mr. Constantinescu is teaching

12:31:51  6    Mr. Hennessey exactly what to do.

12:31:53  7              And it's not being offered for any

12:31:55  8    specific ticker.  It doesn't reference a specific

12:31:59  9    ticker.  But, lo and behold, what happens here is that

12:32:01  10   they do this exact thing with ONTX one month later.

12:32:04  11             So, again, it's critical evidence that

12:32:07  12   explains exactly what we charged.

12:32:10  13             MR. FORD:  Your Honor, under Rule 106,

12:32:12  14   Rule of Completeness, when the jury sees this, we will

12:32:15  15   show that full exchange where you will see that this

12:32:18  16   is surrounded by ha, ha, ha, ha and they quote to a

12:32:24  17   link to an individual, who is not a party to this

12:32:28  18   case, who has posted on Discord saying:  Hey, please

12:32:31  19   come join my paid chatroom, and I will give you the

12:32:36  20   best alerts.  And if you do it by today at 4 p.m.,

12:32:41  21   I'll give you a discount on it.

12:32:42  22             So they forward this link to one another,

12:32:44  23   and then they're commenting on it by saying:  Isn't

12:32:47  24   this hilarious?  This guy is charging you money to go

12:32:49  25   to his room.  But we all know he's going to front-load

12:32:54  1   and do these stocks. They're not referring to what

12:32:56  2   they're doing. They're making fun of an individual

12:32:58  3   who charges people money.

12:33:00  4           It was the function the Atlas Discord

12:33:06  5   room that Mr. Matlock and Constantinescu created, the

12:33:10  6   purpose of it was to essentially push back and beat

12:33:12  7   back these individuals who were using paid chatrooms

12:33:16  8   in order to con people. They are making fun of that

12:33:19  9   process.

12:33:19 10           It was the function the creating a free

12:33:21 11   chatroom. It is absolutely unbelievable that we are

12:33:29 12   required under Rule 106 to introduce this complete

12:33:31 13   statement and that the government is being allowed to

12:33:32 14   pull out the context of the laughter and joking and

12:33:34 15   citing to websites and so forth.

12:33:40 16           We can certainly pull it and show you --

12:33:42 17           MR. ARMSTRONG: Hey, Your Honor, I think

12:33:43 18   we should do that. I think we should do that. It

12:33:44 19   would be very helpful for everybody.

12:33:50 20           THE COURT: Let me say before you start

12:33:54 21   that I view general conversations, not about any stock

12:34:01 22   but about what we're doing, I don't view those in the

12:34:06 23   same way that I view the non-54 stocks. So I don't

12:34:10 24   consider those surprises.

12:34:13 25           MR. ARMSTRONG: I'm sorry, Your Honor, I

12:34:14  1    didn't follow.

12:34:15  2            THE COURT:  Well, if you've got evidence

12:34:17  3    that doesn't pertain to one of the non-54 stocks, but

12:34:27  4    doesn't pertain to any stock in particular, like

12:34:29  5    that's what I understood you to say, that this exhibit

12:34:33  6    didn't pertain to any stock, it was just general

12:34:36  7    chit-chat.

12:34:39  8            And it's -- if they're huddling up saying,

12:34:43  9    let's get together and I'll buy this stock on the QT

12:34:47  10   and then pump it up and sell it, that's not a

12:34:51  11   surprise.  I see that differently because that's just

12:34:56  12   a general statement in furtherance of the conspiracy

12:34:59  13   and I think that is fine.

12:35:02  14           My problem was with statements about

12:35:06  15   stocks that we told the defendants that weren't in

12:35:11  16   play.

12:35:11  17           MR. ARMSTRONG:  But, again, Your Honor,

12:35:12  18   just to make sure we're on the same page, we can

12:35:17  19   excise any reference to another stock.  I don't think

12:35:20  20   they are a lot of them.  There might be, like, one or

12:35:22  21   two.  But, again, it goes to the reason why Your Honor

12:35:26  22   just explained.  It doesn't go to the underlying

12:35:29  23   trading and so --

12:35:29  24           THE COURT:  No.  I understand why you want

12:35:31  25   it.  I'd want it too if I was in your shoes.

12:35:37 1          MR. FORD:  Your Honor, not only does this

12:35:38 2     conversation not pertain to a particular stock, it is

12:35:42 3     specifically mocking an individual who has a paid

12:35:44 4     chatroom.

12:35:45 5          THE COURT:  Well, that's a different

12:35:46 6     topic.

12:35:48 7          MR. FORD:  Well, no, it's the same that in

12:35:49 8     the sense that if we're limiting the ruling to these

12:35:51 9     conversations have to do with, hey, let's get together

12:35:54 10    and do this one of the 54, then this conversation does

12:35:57 11    not pertain to that.  It must be excluded under that

12:36:01 12    ruling.

12:36:01 13         THE COURT:  Well, I mean, I've -- letting

12:36:07 14    in the entire thing is a different animal, a different

12:36:10 15    objection.  Right now I'm talking about relevance.

12:36:16 16    And by relevance I don't mean relevance to the cause

12:36:18 17    of action, I mean relevance to the 54 stocks and/or

12:36:23 18    the conspiracy with regard to those 54 stocks.

12:36:27 19         MR. FORD:  Understood.  Then the

12:36:28 20    government should bear the burden of having to prove

12:36:30 21    that this conversation concerns one of the 54 tickers.

12:36:34 22    It does not.  They can't.

12:36:48 23         MR. ARMSTRONG:  So, Your Honor, Ms. Kim

12:36:49 24    has pulled up the original, like, what we call the

12:36:51 25    native Government Exhibit 77.  And so you see --

12:37:03  1          MR. WILLIAMS:  What number was that?  I

12:37:06  2   couldn't hear.

12:37:06  3          MR. ARMSTRONG:  Government's Exhibit 77.

12:37:07  4          MR. WILLIAMS:  77.  Thank you.

12:37:09  5          MR. ARMSTRONG:  Here are the messages that

12:37:11  6   we included:  Dude, this is the plan from now on.  We

12:37:14  7   load quietly everything on the cheap and alert days

12:37:18  8   later.

12:37:18  9          Mr. Hennessey says:  Yes.  No scanner

12:37:21 10   pickups.  Nope.  No big leaps of us loading.

12:37:26 11          THE COURT:  Give me your interpretation of

12:37:28 12   no scanner pickups, just for my own edification.

12:37:32 13          MR. ARMSTRONG:  Of course.  So what

12:37:33 14   happens is there are people out there that monitor

12:37:36 15   just the buys and the sells of stocks.

12:37:38 16          THE COURT:  Okay.

12:37:39 17          MR. ARMSTRONG:  And so if someone places a

12:37:41 18   large order to buy, that could be alerted in what's

12:37:44 19   called a scanner, where someone just sees a general

12:37:47 20   activity and they see an uptick in activity in a

12:37:51 21   specific stock.

12:37:52 22          So the scanner will pick up a large buy as

12:37:55 23   an indicator of a large interest.  And so they'll

12:37:59 24   break up their buys to not alert their scanners so

12:38:02 25   other people wouldn't buy as a result.

12:38:05  1          But the point of this is that -- again,

12:38:07  2    this happens a lot -- there is no reference to what

12:38:09  3    Mr. Ford is talking about.  So we can scroll down.

12:38:14  4    The reason why it's offered is for one specific

12:38:16  5    reason.

12:38:17  6          MR. FORD:  The reference is right there.

12:38:20  7    Ha, ha, ha, ha, ha, Dog.  Video about it.  I watched

12:38:25  8    it 100 times.  I know, lol.  And then the citation to

12:38:29  9    that link, twitter.com/ -- it lists a name, it says

12:38:34  10   status and lists a series of numbers.

12:38:35  11         Now, the government claims that they can't

12:38:37  12   obtain that link.  But they can obtain that link.  We

12:38:40  13   have it.  We'll pull it up for you.  It's available on

12:38:42  14   Wayback Machine.  And it is a link to an individual

12:38:46  15   who is suggesting that if you, by 4 p.m., join his

12:38:52  16   chatroom, he will give you a discount on the price

12:38:55  17   that it cost to join that chatroom.

12:38:57  18         I understand, Your Honor, that these are

12:38:59  19   competing interpretations of the conversation.  We

12:39:03  20   certainly disagree with how they're using "scanner."

12:39:06  21         But the context of this occasion is a joke

12:39:11  22   in relation to this individual.  It happens all within

12:39:15  23   a span of a couple minutes.  This conversation occurs

12:39:19  24   over a period of less than five minutes.

12:39:23  25         It's the next link down, if we go down to

12:39:27  1    this one at 12:07:49.  I know, lol.  And then the link

12:39:37  2    underneath that, when you click on that link, it will

12:39:40  3    go to a Twitter post where an individual is promoting

12:39:45  4    a page.  It is one of the fundamental aspects of our

12:39:50  5    defense in this case.

12:39:51  6                But to answer the question, this is what

12:39:57  7    it would look like if you tried to go to Twitter.  So

12:39:59  8    the government has said that it's unavailable, but you

12:39:59  9    are --

12:39:59 10                (Counsel speaking simultaneously.)

12:40:07 11                MR. FORD:  -- you are able to obtain this

12:40:08 12    simply by going to Wayback Machine, and so we --

12:40:13 13                THE COURT:  So we get the joker?  Is that

12:40:15 14    what you're telling me?

12:40:18 15                MR. FORD:  Well, yeah.  We're -- can we --

12:40:20 16                THE COURT:  No.  There's a video of the

12:40:21 17    joker on the --

12:40:24 18                MR. FORD:  Yeah.  Well, my client was

12:40:25 19    certainly a jokester.  I'm going to pass something

12:40:28 20    back to you.  We won't be able to put it on the

12:40:31 21    screen, but that's okay.

12:40:47 22                The function and purpose of Atlas

12:40:50 23    Discord -- and I'm not saying it was directed at this

12:40:52 24    individual, but the function of creating a free

12:40:54 25    chatroom with free advice was to get people out of the

12:40:56  1    paid chatroom who they believed they were taking

12:40:59  2    advantage of them.  And so that is the joke.  And that

12:41:01  3    is what they are talking about in this context.

12:41:04  4              But, again, it has nothing to do with the

12:41:07  5    general conspiracy.  And it has nothing to do with any

12:41:10  6    of the 54 stock tickers that we prepared.  This is,

12:41:14  7    again, this is endemic, Your Honor.  We're going to

12:41:16  8    see this in I think literally hundreds of exhibits

12:41:18  9    coming up here that they have nothing to do with the

12:41:22  10   case as we've prepared for.

12:41:25  11             MR. ARMSTRONG:  Your Honor, Mr. Gentile in

12:41:26  12   this tweet has nothing to do with this case.

12:41:26  13             THE COURT:  I'm sorry?

12:41:28  14             MR. ARMSTRONG:  Mr. Gentile --

12:41:30  15             MR. FORD:  Yeah, Mr. --

12:41:30  16             MR. ARMSTRONG:  Excuse me, sir.

12:41:32  17             MR. FORD:  Can we not use the name of the

12:41:35  18   individual?

12:41:36  19             MR. ARMSTRONG:  It's on his Twitter

12:41:38  20   profile.

12:41:39  21             MR. FORD:  I understand that.  He also

12:41:41  22   happens to -- it is not relevant to this conversation

12:41:44  23   to put the individual on record.  And I would --

12:41:45  24             THE COURT:  It may be relevant to me

12:41:47  25   understanding.

12:41:47  1                    Go ahead.

12:41:48  2                    MR. ARMSTRONG:  I don't understand what

12:41:49  3    that objection is, but regardless --

12:41:55  4                    MR. FORD:  To the extent --

12:41:56  5               (Parties speaking simultaneously.)

12:41:57  6                    THE COURT:  Let the government finish.

12:41:59  7                    MR. FORD:  Can we seal -- if we're going

12:42:00  8    to use his name, can we please seal it?

12:42:02  9                    MR. ARMSTRONG:  Why?  It's supposedly a

12:42:04  10   matter of public record.

12:42:05  11                   MR. FORD:  I will explain it at sidebar.

12:42:09  12                   THE COURT:  What were you going to say

12:42:10  13   about the tweet?

12:42:12  14                   MR. ARMSTRONG:  The issue about what

12:42:13  15   someone else is doing, at best, if we're being the

12:42:18  16   most generous, goes to the weight of what we're

12:42:22  17   offering, Your Honor.  And we're offering the

12:42:25  18   defendants' own words about what they're planning to

12:42:29  19   do and, in fact, do do over and over and over again.

12:42:33  20          The fact that they may joke and make a

12:42:36  21   stream of consciousness about someone else a little

12:42:39  22   bit later does not negate the purpose of why we are

12:42:41  23   offering it.

12:42:48  24          And if we're going to shave arguments

12:42:49  25   about weight as to every single exhibit, we'll be here

12:42:52  1    until December.  We have to actually make some

12:42:55  2    rulings, respectfully, about statements being

12:42:57  3    non-hearsay and admissible.

12:43:00  4              MR. FORD:  The argument we're making is

12:43:01  5    not about weight.  The argument we're making is this

12:43:04  6    doesn't have to do with the 54.  It doesn't even have

12:43:06  7    to do with a stock ticker.  And with reference -- I

12:43:08  8    would just ask, again, if we could sidebar on the

12:43:11  9    issue of sealing the name of this individual.

12:43:17  10             THE COURT:  Come up.

12:43:17  11        (The following proceedings held at sidebar.)

12:43:23  12             MR. FORD:  He's -- one, he's one of my

12:43:27  13   clients.

12:43:28  14             Two, he's a former government informant

12:43:32  15   and agent who worked for many years who worked for the

12:43:35  16   FBI and SEC.

12:43:36  17             It's not a conflict issue.  But, I mean,

12:43:39  18   it's in the public realm that he served as an

12:43:42  19   informant for many, many years for the FBI.  That's

12:43:44  20   why I was just concerned about -- I don't want his

12:43:47  21   name appearing in the record, but they are -- that's

12:43:52  22   what they're saying.

12:43:52  23             MR. ARMSTRONG:  For the record, I believe

12:43:52  24   he was charged with securities fraud as well.

12:43:55  25             MR. FORD:  Well, I just said he was a

12:43:56  1   client of mine.  He was arrested and served as an

12:43:56  2   FBI --

12:44:00  3            MR. ARMSTRONG:  Sorry.

12:44:00  4            THE COURT:  That goes without saying.

12:44:01  5            MR. FORD:  That's the point.  They're

12:44:03  6   aware of him being charged.  If you join by, you know,

12:44:16  7   4 p.m. I'll give you a discount.  These guys are

12:44:20  8   making fun of him, suggesting that what he's doing is

12:44:22  9   he's going to front load the followers.  That's the

12:44:24 10   context.  But it has nothing to do with the 54.

12:44:27 11            THE COURT:  No.  That's your

12:44:27 12   interpretation, though.  But the government has a

12:44:30 13   different interpretation of him.

12:44:32 14            MR. FORD:  But it has nothing to do

12:44:34 15   with -- look at the time period.  There's not even any

12:44:36 16   substantive charges against my client in that time

12:44:39 17   period.  It's before.  And if it's relevant to the

12:44:42 18   conspiracy, then it should be limited to the 54.

12:44:46 19            So this conversation -- that was -- I just

12:44:48 20   wanted to sidebar.  We can move this back out.  We

12:44:51 21   don't have to have the argument up here, Your Honor.

12:44:53 22            THE COURT:  Okay.

12:44:54 23        (The following proceedings held in open court.)

12:45:02 24            MR. DAVIS:  I'm trying to understand all

12:45:04 25   this.  I'm a big picture person.  What I thought we

12:45:07 1  were dealing with were 54 stocks.  And that's -- as a

12:45:11 2  trial lawyer, that's what I've prepared for.  We can

12:45:14 3  get in the weeds of what all these texts say and

12:45:17 4  everything, but if they're not tethered to the 54

12:45:19 5  stocks, I don't think it's fair.

12:45:20 6          Now, I understand the Court's position as

12:45:24 7  well.  How many of these texts are tethered to the 54

12:45:27 8  stocks and how many aren't.  The government, frankly,

12:45:29 9  doesn't have an answer at this point.  They'll

12:45:31 10  probably have to figure it out.

12:45:32 11          The second point the Court makes is, well,

12:45:33 12  why can't we just introduce general chatter that

12:45:36 13  doesn't have to do with some stock outside the 54.  I

12:45:40 14  think that's really difficult.  Because almost all

12:45:42 15  these chats are usually tethered to some kind of stock

12:45:45 16  at play.  But assuming they're not, then you have a

12:45:52 17  miniature trial involving optional completeness and

12:45:52 18  bringing in the context of this conversation.

12:45:55 19          I mean, doesn't the government have this

12:45:57 20  evidence in the 54 they've charged?  He said they say

12:45:59 21  over and over again here is what we're going to do.

12:46:01 22  Why do we need to go into this, then?  It's just --

12:46:06 23          MR. ARMSTRONG:  Your Honor --

12:46:08 24          MR. DAVIS:  Oh, no.  That's okay.  I

12:46:08 25  just -- if I'm frustrated, it's because I really -- my

12:46:10  1   client and I really want to try this case and this is

12:46:13  2   what we've prepared for and not all these other

12:46:15  3   things.

12:46:15  4             And we have objected to them last week and

12:46:20  5   had a meet and confer.  So we've made our position on

12:46:20  6   it.

12:46:24  7             Thank you, Judge.

12:46:24  8             MR. ARMSTRONG:  Your Honor, just one last

12:46:24  9   point on this.  This idea that people are supposedly

12:46:28 10   surprised by communications between and among

12:46:33 11   co-conspirators cannot be more farfetched.  We

12:46:38 12   literally cite to some of these conversations in the

12:46:42 13   indictment.

12:46:43 14             So paragraph 17, we have Mr. Sabo talking

12:46:47 15   with Mr. Matlock about how the conspiracy is working

12:46:50 16   and why it's a problematic.  That's paragraph 17.

12:46:53 17             So there's no surprise that conversations

12:46:56 18   like these are going to be actually at issue in this

12:47:00 19   case.

12:47:01 20             Paragraph 18, exact same thing.

12:47:04 21   Mr. Constantinescu and Mr. Matlock.  We got to look

12:47:08 22   less obvious.  It looks like we're front loading.

12:47:11 23             So this idea that somehow every

12:47:13 24   conversation had to be tethered to a 54-trial episode

12:47:16 25   is just a total fiction.  And it is belied by the

12:47:20  1    indictment that has been on the record for a year and

12:47:23  2    a half at this point.

12:47:25  3            MR. DAVIS:  Well, we're certainly able to

12:47:27  4    respond to what's in the indictment.  The problem is

12:47:29  5    there's a whole heck of a lot more here that is way

12:47:32  6    beyond the indictment.

12:47:34  7            And so I just think that the Court should

12:47:41  8    limit them to the 54 that are involved here or I think

12:47:46  9    we face being in a very, very long trial and trying to

12:47:52  10   complete conversations for outside the 54 stocks that

12:47:56  11   I would expect wouldn't be necessary in this case,

12:47:58  12   because the government, I would hope, would have the

12:48:01  13   proof on the 54, if not the 19, so...

12:48:09  14           And as much as general due process.

12:48:11  15           MR. ROSEN:  To me this just illustrates

12:48:12  16   the core of the problem is a lot of these

12:48:13  17   conversations have nothing to do with depriving

12:48:16  18   victims of money or property.  I think if we dismiss

12:48:18  19   pursuant to *Ciminelli* and they reindict with actual

12:48:21  20   stocks that they can at least allege that they show

12:48:25  21   have deprived victims of money or property, we'll be

12:48:28  22   back here whenever with a much tighter, smaller case

12:48:32  23   where we know exactly what the evidence is.  And

12:48:35  24   there'll be at least a cognizant crime on the horizon.

12:48:41  25           MR. ARMSTRONG:  Your Honor, again, we can

| | | |
|---|---|---|
| 12:48:44 | 1 | go through it.  Having these kinds of statements just |
| 12:48:47 | 2 | made in the abstract, not terribly helpful to anybody |
| 12:48:49 | 3 | because we actually have on our exhibit list |
| 12:48:51 | 4 | conversations between and among people like |
| 12:48:54 | 5 | Mr. Matlock and Mr. Sabo where they are talking about |
| 12:48:58 | 6 | Mr. Deel's and Mr. Cooperman's pump and dumps.  They |
| 12:49:02 | 7 | use those exact words.  And how those pump and dumps |
| 12:49:06 | 8 | break someone's account. |
| 12:49:07 | 9 | And we can wax all we want in the |
| 12:49:08 | 10 | abstract.  When we go back to the record, we have the |
| 12:49:10 | 11 | proof to back it up.  And we're trying to introduce |
| 12:49:13 | 12 | the defendants' own statements to prove that. |
| 12:49:20 | 13 | THE COURT:  Needless to say, I'm a little |
| 12:49:22 | 14 | frustrated where we are right now.  Let's take a lunch |
| 12:49:25 | 15 | break.  Let's be back in about 45 minutes.  I do want |
| 12:49:29 | 16 | to visit about something Mr. Rosen alluded to when we |
| 12:49:33 | 17 | get back, but let's come back in 45 minutes. |
| 12:49:37 | 18 | (Court in recess.) |
| 13:57:21 | 19 | THE COURT:  All right.  Be seated. |
| 13:57:28 | 20 | As I said earlier, I was going to, when we |
| 13:57:32 | 21 | came back, harken on to something Mr. Rosen had |
| 13:57:37 | 22 | brought up.  Only it's not the exact issue you brought |
| 13:57:39 | 23 | up that I want to talk about, or I want you guys to |
| 13:57:43 | 24 | talk about. |
| 13:57:45 | 25 | Mr. Rosen, you said, Judge, you're out of |

13:57:47 1    this box if you grant our motion to dismiss out of --

13:57:54 2    based on *Greenlaw*.  I want to hear your argument.  I

13:57:59 3    mean, you made your *Greenlaw* argument yesterday, I've

13:58:01 4    heard it.  I want to hear your *Ciminelli* argument, or

13:58:07 5    from whomever else, and why the allegations here --

13:58:17 6    and, obviously, I expect Mr. Armstrong to come back

13:58:21 7    strong and say absolutely not -- why these aren't just

13:58:27 8    like what the Second Circuit got reversed on.  You

13:58:31 9    know, the right for information.

13:58:34 10           MR. ROSEN:  Right.  *Ciminelli* ultimately

13:58:46 11   was about the right to perfect economic information or

13:58:50 12   even true economic information in making discretionary

13:58:54 13   economic determinations of what to do, what

13:58:57 14   transactions to enter into.

13:59:00 15           THE COURT:  Which they put under umbrella

13:59:02 16   called right to control.

13:59:04 17           MR. ROSEN:  The right to control.

13:59:05 18           Is that a traditional property right or

13:59:07 19   not?  It was phrased under the property rights -- you

13:59:10 20   know, they went back and looked at wire fraud from its

13:59:12 21   inception and mail fraud from its inception and, you

13:59:15 22   know, made the determination that it only protects

13:59:17 23   traditional property rights.  Money, sometimes

13:59:20 24   intellectual property, and things like that.

13:59:23 25           But what it doesn't do, it doesn't provide

13:59:25  1    an obligation for people to provide either their

13:59:30  2    listeners, the people that are decision-makers with

13:59:33  3    all the information that they need to make

13:59:35  4    discretionary economic decisions with their money.

13:59:37  5            And that's exactly what this case is.

13:59:40  6    That's how it was charged.  They're talking about

13:59:42  7    false and misleading statements.  But they're really

13:59:45  8    talking about omissions.  You did not tell the Twitter

13:59:49  9    followers that you were selling stock when you were

13:59:51 10    buying.

13:59:51 11            And that's exactly what -- that's exactly

13:59:55 12    what *Ciminelli* was really about.  It's a -- you know,

13:59:58 13    the fact is that people, to the extent -- you know,

14:00:03 14    they're, as we saw in the 302 reports, but also as

14:00:06 15    laid out in the indictment, people wanted to know what

14:00:08 16    are defendants -- what my defendant was doing, what

14:00:11 17    trades was he executing.  And they just don't have the

14:00:14 18    right under the criminal laws to that economic

14:00:18 19    information.  It's not a property right that they

14:00:20 20    have.

14:00:21 21            And it makes sense.  You're a Twitter

14:00:23 22    follower.  You have no connection with my client.

14:00:26 23    You're not paying him any money.  He has no fiduciary

14:00:32 24    duty to you.  He's tweeting out ideas about what

14:00:35 25    potentially you should invest in.  And sure, of

14:00:36  1    course, you want more information.  You want to be

14:00:38  2    able to track his buys and sells to the T because he's

14:00:46  3    making money.  And that's fine.  You -- that's

14:00:47  4    something you would want -- that's something I would

14:00:49  5    want.

14:00:51  6              It's just not a traditional property right

14:00:52  7    that is controlled.  That the Supreme Court has deemed

14:00:57  8    false under the wire or mail fraud and securities

14:01:01  9    fraud statutes, too.  Because 1348 is, you know,

14:01:04  10   fairly identical to wire, mail and bank fraud, as we

14:01:08  11   pointed out in our briefs.

14:01:09  12             Now, you sort of -- you know, how does

14:01:12  13   that differ from the traditional pump and dump?  Well,

14:01:16  14   you know, you look at it two ways:  *Greenlaw* is very

14:01:18  15   precise.  Well, is lying enough?  So let's accept the

14:01:22  16   government's theory that everything that they were

14:01:24  17   saying is a lie.  And the answer is no.  *Greenlaw* said

14:01:29  18   no.  You have to have this intent to cheat, to deceive

14:01:33  19   people.

14:01:34  20             So even if the government is right that

14:01:36  21   what they were saying was not true, how do you prove

14:01:39  22   that someone was intending to deceive or cheat people?

14:01:43  23   Because they're intending to deceit people out of

14:01:46  24   money or property.  And that's exactly what we don't

14:01:48  25   have here.

14:01:48  1          The indictment goes through every single

14:01:52  2   ticker.  This is what these guys made from trading in

14:01:56  3   that stock.  Garibotti:  This is what they made from

14:01:59  4   trading in that stock.

14:02:01  5          There's no allegations that I'm aware

14:02:02  6   of -- and the government has effectively conceded

14:02:03  7   this -- that any of that came from victims.  Who would

14:02:08  8   a victim -- I don't even know who a victim would be.

14:02:09  9   It would be a person who, I guess, bought a stock

14:02:14 10   solely based on their recommendations, disregarding

14:02:16 11   all the disclaimers.

14:02:18 12          The stock then, you know, they were

14:02:20 13   waiting around for someone to tell them personally

14:02:23 14   when to sell.  Even though if you look at the

14:02:26 15   defendant's Twitter accounts, they don't tell people

14:02:29 16   when to sell.  So they're waiting for this new

14:02:32 17   information that just is provided to them and their

14:02:34 18   followers about this one particular stock.

14:02:37 19          And then they didn't sell at the right

14:02:39 20   time.  And then the stock didn't go back up after

14:02:42 21   maybe it had gone down.  So all those things, those

14:02:45 22   stars have to align.  And that's what they need to

14:02:50 23   prove.

14:02:50 24          That's why I'm saying, like, if you

14:02:52 25   dismiss it, I don't think they'll be able to allege

14:02:54  1  that they are actually victims who have lost money or

14:02:57  2  property here.  They certainly probably lost that

14:03:04  3  discretionary economic decision-making power, but they

14:03:05  4  didn't lose money or property.

14:03:06  5          And the government will set up -- get up

14:03:08  6  here and, well, that's how it was alleged.  You know,

14:03:09  7  we say money or property in the indictment and that's

14:03:11  8  fine.  But, you know, I pointed out in our brief,

14:03:15  9  there's a case in the Eastern District of New York,

14:03:16 10  the *Nordlicht* case.  And it doesn't matter exactly how

14:03:21 11  it's charged, what matters is the actual allegations

14:03:23 12  in indictment and what's shown.

14:03:26 13          And the Court said the only way this could

14:03:28 14  have made sense is that the defendants in that case

14:03:30 15  were deprived of economic -- the information to make

14:03:33 16  the best economic decision-makers.  In this case,

14:03:36 17  information on when our clients were actually selling

14:03:39 18  their stock.

14:03:40 19          And that's all this case is about.  That's

14:03:43 20  why -- that's what we're going to show, are defenses

14:03:47 21  about the deception, the cheating, the getting money

14:03:49 22  from these victims.  And they can't show that.  The

14:03:51 23  people that they've brought on -- and some of them I

14:03:54 24  feel like they weren't doing wise things with their

14:03:57 25  money, a lot of them -- like, they didn't look at when

14:04:00  1   the stock went up.  They didn't look when -- you know,

14:04:02  2   when there were peaks or troughs or anything.  They

14:04:05  3   just held on for like no apparent good reason, but not

14:04:09  4   due to our guys.  Our guys weren't saying you should

14:04:11  5   hold on.  Like, days or weeks had passed.

14:04:14  6          One guy, this weatherman from Boston, had

14:04:17  7   bought CEI in September of 2021.  He would have -- if

14:04:23  8   he had -- the stock then went up significantly, not

14:04:25  9   due to -- I don't think due to any of these

14:04:28 10   defendants.  My client's not really in that one.  So I

14:04:31 11   don't know quite as well as the others.

14:04:32 12          But then there's a short -- so he would

14:04:35 13   have tripled his money if he had properly executed a

14:04:41 14   day trade.  He didn't fine.

14:04:43 15          Then there was a short report issued by a

14:04:46 16   hedge fund, Carousel Capital, that completely tanked

14:04:51 17   the stock.  And that's charged as one of the 54

14:04:53 18   episodes.

14:04:54 19          I just -- how could that possibly say that

14:04:56 20   our guys are the cause of his -- and then he held on

14:04:59 21   for the next two years.  It's like, you know, and he's

14:05:03 22   a victim.

14:05:04 23          And there's no way they could ever prove

14:05:07 24   that our guys tweeting about it on one day or two

14:05:11 25   days, and then this massive short report that

14:05:13 1  completely destroyed the stock, but somehow yet our

14:05:17 2  guys took money and property from that guy.  No.  He

14:05:20 3  wanted -- it's the discretionary economic information.

14:05:22 4          In his case, it's that this rogue hedge

14:05:26 5  fund, which actually appears in the FINRA reports, was

14:05:29 6  short selling.  And then while they were building this

14:05:32 7  short report and then dumped all their shares -- and

14:05:34 8  then repurchased all their shares back, when the

14:05:37 9  shares predictably tanked, but it's not just our guys.

14:05:42 10          And that's why it's -- I keep emphasizing

14:05:43 11 over and over again as a broken record, that's why

14:05:45 12 this is different from the traditional pump and dump.

14:05:47 13          In the traditional pump and dump, there's

14:05:49 14 a control group of people, control all those shares of

14:05:53 15 stock.  There is no real company.  Everything that

14:05:55 16 they do is a loss to other people.  Once they stop

14:05:58 17 pumping, the music stops and the shares go from them,

14:06:03 18 you know, during the pump, held all by them, to these

14:06:07 19 people who are purchasing it based on false and

14:06:09 20 misleading information.

14:06:10 21          And then they just end.  Because they're

14:06:12 22 like these microcap private reverse mergers into these

14:06:16 23 shell companies.  There's nothing real about them.  So

14:06:18 24 you can say easily, okay, there was a scheme to

14:06:21 25 deprive others -- victims of money or property.

14:06:25  1          Here, you just don't have that.  And

14:06:26  2     that's why it's like -- this is such a novel case,

14:06:28  3     because frequently, you know, we built -- we built all

14:06:32  4     these charts up with our experts showing, like,

14:06:34  5     reactions to tweets up and down.  It's like they

14:06:36  6     didn't control anything.  They didn't control the

14:06:39  7     destiny of these stocks.  Sometimes, you know, they're

14:06:41  8     saying that my client tweeted and then sold, yeah,

14:06:44  9     because the stock went down 20 cents and that was his

14:06:47 10     stop loss --

14:06:47 11          THE COURT:  That may be factual --

14:06:47 12          MR. ROSEN:  Right.

14:06:49 13          THE COURT:  -- factually correct.  But can

14:06:53 14     I look at that in the context of a mission to dismiss?

14:06:53 15          MR. ROSEN:  Of course -- well, you -- the

14:07:00 16     key -- but what I'm talking about are the facts

14:07:02 17     surrounding the allegations in the indictment.  The

14:07:04 18     facts are, as pled, we walked through GTT yesterday

14:07:08 19     and you walked through every one of those tickers.

14:07:10 20     They don't say people actually lost -- victims lost

14:07:14 21     money or property because of what our defendants did

14:07:17 22     or the -- or anything like that, false and misleading

14:07:20 23     statements.  What they do tally up are profits made.

14:07:24 24          But what we just determined here this

14:07:25 25     morning is that these profits are not fraud proceeds,

14:07:30  1    which is why we eliminated that column in the

14:07:33  2    Garibotti chart, which is why the government hasn't

14:07:35  3    said --

14:07:36  4              THE COURT:  Well, does it even matter if

14:07:37  5    they are?

14:07:39  6              MR. ROSEN:  Well, yeah, because if they're

14:07:41  7    not -- if they're not, if they're just regular trading

14:07:45  8    proceeds, they're not proceeds from a victim.  They're

14:07:48  9    not money obtained from that victim.  It's just

14:07:50  10   trading proceeds.

14:07:51  11             THE COURT:  So this is I guess the focus

14:07:54  12   of my question, because I'm getting back to, out of

14:07:59  13   *Ciminelli* into *Greenlaw*, I guess.  I mean, it has to

14:08:04  14   deprive money or property -- and *Greenlaw* says from

14:08:06  15   the victim.

14:08:06  16             MR. ROSEN:  From the victim.  Exactly.

14:08:14  17             THE COURT:  And so does any money come

14:08:15  18   from the victim here?  Any victim?

14:08:16  19             MR. ROSEN:  I haven't seen or I don't

14:08:18  20   think it's alleged that anybody obtained a single

14:08:21  21   dollar from what actually is a true victim.  We filed

14:08:24  22   the materiality brief as part of our response --

14:08:30  23             THE COURT:  I mean, one of the things

14:08:31  24   *Greenlaw* says -- and it's because it was kind of a --

14:08:35  25   for lack of a better term, a Ponzi scheme, the facts

14:08:40  1    were.

14:08:41  2              MR. ROSEN:  Right.

14:08:41  3              THE COURT:  Is that by -- the defendant

14:08:49  4    gaining money, the plaintiff necessarily -- or not

14:08:51  5    plaintiff, but the victim or investor necessarily lost

14:08:55  6    money.  Is that true here?

14:08:59  7              MR. ROSEN:  At the risk of being scolded,

14:09:02  8    Judge, and I hate quoting yourself back to you, it's

14:09:04  9    not a zero-sum game.  It's just not.  This is trading.

14:09:09 10    Stocks can go up.

14:09:10 11              And so if your -- even if they're -- even

14:09:13 12    if everything is correct, if a stock goes up and they

14:09:17 13    sell out, which is what happened in a lot of these

14:09:20 14    stocks, no one lost anything, as account of what they

14:09:24 15    did.

14:09:24 16              And that's why it's different from a

14:09:25 17    traditional Ponzi scheme.  And that's why it's exactly

14:09:28 18    different from a traditional pump and dump.  In a

14:09:30 19    traditional pump and dump, one person's gain is one

14:09:34 20    person's loss.  In a Ponzi scheme, one person's gain

14:09:36 21    is one person's loss.

14:09:38 22              In an open market, with market trades

14:09:40 23    going back and forth amongst people, people making all

14:09:42 24    types of different discretionary economic decisions

14:09:45 25    and other issues being raised by people, press

14:09:49 1    releases, SEC reports, short sellers, you can't say

14:09:53 2    that.  No one can say that.  Which is why

14:09:59 3    Dr. Garibotti, as Mr. Ford said, for three-quarters of

14:10:01 4    a million dollars, hasn't been able to say that.  It's

14:10:04 5    futile.

14:10:05 6             So that's why I'm saying, dismiss the

14:10:05 7    indictment.  Let them prove that people, victims,

14:10:08 8    actually true victims, not people who think that they

14:10:11 9    are victims, not people who say I lost money in this

14:10:13 10   stock so therefore I'm a victim, like they're

14:10:15 11   expecting 1,000 batting average for every stock, which

14:10:19 12   even my client didn't get, nor did any of the others.

14:10:21 13   My client lost plenty of money on plenty of tickers

14:10:25 14   over plenty of months.

14:10:26 15            Let them allege that and let them prove

14:10:28 16   that in accordance with the law to show that a crime

14:10:30 17   has been committed.  And that's why I'm confident that

14:10:33 18   once they actually have to do that --

14:10:37 19            THE COURT:  And I'll let you finish and

14:10:40 20   then I'll let anybody else speak and then I'll ask

14:10:42 21   Mr. Armstrong or someone from the government to

14:10:43 22   address it, but you keep using the word "prove."  And

14:10:49 23   in a dismissal stage, they don't really have to prove

14:10:54 24   it, do they?  They just have to allege it.

14:10:57 25            MR. ROSEN:  They have to allege it, but --

14:10:59  1          THE COURT:  That's why the government --

14:10:59  2  and I don't think it's a secret -- they love that

14:11:01  3  statement by Mr. Knight.

14:11:05  4          MR. ROSEN:  And Mr. Knight has pled guilty

14:11:07  5  because that was his intent.  My client barely knew

14:11:11  6  Mr. Knight.  Mr. Knight talking with people who

14:11:14  7  generally were not part of this conspiracy.  You can't

14:11:17  8  allege an indictment based on completely inadmissible

14:11:20  9  evidence.  I don't see how it's admissible against my

14:11:23  10  client, let alone some of these people.  So that's

14:11:27  11  Mr. Knight.

14:11:28  12          And he's taken responsibility for what his

14:11:31  13  intent was.  But my client, I know, did not cause

14:11:35  14  victims to lose money by what he was doing.  It's

14:11:39  15  provable in the charts.

14:11:40  16          But, more importantly, all I do is I keep

14:11:42  17  looking back at that indictment.  And instead of

14:11:45  18  saying this victim, because they bought based on X

14:11:50  19  tweet, they were expecting him to say when he sold.

14:11:53  20  He didn't say when he sold.  They hold onto it because

14:11:56  21  of that.  And then the stock went down because of

14:11:59  22  that.  That they lost money.  It doesn't.

14:12:01  23          All it says is that my clients gained

14:12:05  24  money.  But in a nonzero-sum game, that's not enough.

14:12:09  25  They chose a speaking indictment in this case.  That

14:12:12  1    was their decision.  And when the allegations in that

14:12:16  2    indictment -- you can't just track the language, but

14:12:18  3    when the allegations in that indictment don't add up

14:12:21  4    to a crime, it has to be dismissed.

14:12:23  5            And here, it's like we're going to be

14:12:25  6    doing this -- we've gone through, what, five exhibits

14:12:27  7    today or something like that?  Like we're going to be

14:12:29  8    doing this for months.

14:12:31  9            THE COURT:  That's about five times more

14:12:32 10    than I would have counted.

14:12:34 11            MR. ROSEN:  We've gone through, you know,

14:12:35 12    month -- we're going to be at this for months.  And to

14:12:38 13    do that and then to hear -- either hear evidence or,

14:12:41 14    you know, get, you know, God forbid a conviction and

14:12:44 15    then, you know, an appeal and reversal, because what I

14:12:49 16    think it's on its face is insufficient under the new

14:12:53 17    *Ciminelli* law, which hadn't been -- which hadn't -- to

14:12:55 18    their defense, had not been handed down until then as

14:12:59 19    a valid reasoning in the Second Circuit, amongst other

14:13:04 20    circuits, I don't fault them for not alleging it.

14:13:06 21            But they have to allege it.  And in this

14:13:07 22    case, it's not simply semantics.  I remember -- you

14:13:10 23    talked about this yesterday of, oh, they'll just go

14:13:12 24    back and add a paragraph.  But it's not that simple.

14:13:16 25    They have to make allegations in the grand jury and

14:13:18  1    add that to the speaking portion of these victims and

14:13:20  2    show precisely how they lost money.  And they can't do

14:13:23  3    that.

14:13:25  4            And -- but even if they could, Judge,

14:13:28  5    based on what we've seen in the evidence, this case

14:13:31  6    would be so far narrower than what it is now, we won't

14:13:34  7    be talking about 54 or 397 or 25 or 35.  We'll be

14:13:40  8    talking about two or three.  Based on allegations that

14:13:43  9    we'll contest at trial.

14:13:44  10            But this case will be, you know, drowned

14:13:48  11   in that proverbial bathtub that people talk about.

14:13:51  12   And it will allow us to actually try a case rather

14:13:54  13   than simply going through exhibit after exhibit from

14:13:57  14   April 1st to June 15th.

14:14:00  15            THE COURT:  Okay.  Any other defendant

14:14:02  16   want to weigh in?

14:14:05  17            MR. FORD:  I'll just speak very quickly.

14:14:12  18            To my knowledge, during the charged time

14:14:13  19   period, none of these defendants took a single dollar

14:14:16  20   from any of their followers or complainants.  That in

14:14:19  21   and of itself can end the conversation.

14:14:27  22            And not only did they not take a single

14:14:28  23   dollar, it was not their intent to take a single

14:14:31  24   dollar.  The way this works in practice, Your Honor,

14:14:33  25   is people set up paid chatrooms.

14:14:36  1        They then tell people, hey, I got the best

14:14:38  2    calls in the world.  People give them extraordinary

14:14:42  3    amounts of money.  It's in our exhibits.  $279 a month

14:14:46  4    and they come in and they tell you, buy Amazon stock

14:14:48  5    today or buy this stock today.  That would be a way to

14:14:51  6    obtain money from your followers.  My client never

14:14:54  7    asked for and never received a single dollar from

14:14:57  8    anyone.

14:14:58  9        To put this in the context of *Ciminelli*, I

14:15:05  10   view the facts, while disparate, as legally identical.

14:15:11  11   The reason is because, as I discussed yesterday, if we

14:15:17  12   go back to what actually happens in *Ciminelli* -- and I

14:15:18  13   know everybody knows the case well, we've been

14:15:21  14   studying it now for a long time, and studying these

14:15:24  15   concepts even before *Ciminelli* went to the Supreme

14:15:27  16   Court.  And you can see it in other rulings we've got,

14:15:29  17   as I mentioned, such as *SEC v. Govil*, where a similar

14:15:33  18   issue was decided in the SEC context before -- argued

14:15:38  19   before *Ciminelli*.

14:15:39  20       What happens in that case is there is an

14:15:44  21   individual paying bribes to New York state officials

14:15:48  22   for the purpose of using money that's going to go to a

14:15:53  23   revitalization program for the city of Buffalo.  The

14:15:58  24   government comes and brings a wire fraud claim and the

14:16:00  25   Supreme Court says wait a second.  You knew what it

14:16:04  1    cost.  It was going to be $10 million to build this

14:16:07  2    new building in Buffalo.  That was the bid.  Whether

14:16:09  3    you gave it to company A, B, or C.  It was all the

14:16:13  4    same.

14:16:13  5            What you're upset about is that had you

14:16:17  6    have known this additional information, that these

14:16:19  7    guys were paying kickbacks, you would have acted

14:16:21  8    differently.  That's the concept in the non-abstract

14:16:24  9    form of what is meant by this.

14:16:30  10           Because in the United States we are

14:16:31  11   talking about only registered securities, there is no

14:16:33  12   point at which somebody is not cognizant or aware of

14:16:38  13   the market price of a stock at any given moment in

14:16:40  14   time.  Which means that any of the followers, any of

14:16:47  15   the complainants who purchased the stock at the bona

14:16:50  16   fide market price and sold at the bona fide market

14:16:54  17   price, their sole complaint in this is that they would

14:16:59  18   have liked to have known when Edward Constantinescu

14:17:03  19   was selling.

14:17:04  20           And if you look at how much money this man

14:17:07  21   made on huge stocks like American Airlines and

14:17:12  22   Carnival Cruise Lines, I, too, wish I knew when he was

14:17:17  23   pressing the sell button.  But it wasn't feasible to

14:17:20  24   develop an internet following on Twitter by telling

14:17:22  25   people when he was selling stocks.

14:17:25  1    He tried to find companies, not that he
14:17:28  2    loved or wanted to marry.  He tried to find companies
14:17:30  3    that he thought society is going for this.  Joe Biden,
14:17:35  4    our President, is getting on the television saying
14:17:37  5    carbon capture is the future.  We're going to put
14:17:41  6    $2 trillion into green energy and into carbon capture.
14:17:44  7    And my client's looking at it and saying
14:17:48  8    Caber Energy is the next new carbon capture company.
14:17:49  9    They just acquired Viking, who is going to do carbon
14:17:52  10   capture.  I bet this is going to be a good one.
14:17:54  11   And it's not just my client.  It's the
14:17:56  12   U.S. Department of Energy issuing reports on carbon
14:17:59  13   capture.  It is tons of online news articles and
14:18:04  14   platforms issuing, you know, statements during this,
14:18:09  15   you know, purported green period where we're going to
14:18:11  16   change the economy.
14:18:11  17   My client has the foresight and the
14:18:15  18   brilliance, frankly, to say this stock could go.  Not
14:18:18  19   because he has a political agenda or political motive
14:18:22  20   or even that he believes that this will be a long-term
14:18:25  21   success of the company.  In his mind, he's saying this
14:18:28  22   is a good investment in the short term because this is
14:18:30  23   the flavor of the month.
14:18:32  24   Once he makes that realization, he says
14:18:35  25   there's something else I can do, which is I can help

14:18:38  1    other people learn how to do this.  And so he puts it

14:18:40  2    on.  And he puts it on his website with tweet after

14:18:46  3    tweet after tweet, giving the rules of the road.  I

14:18:50  4    don't post my sells.  I don't post my exits.  If

14:18:52  5    you're not -- if you're unable to make money you paper

14:18:56  6    trade.  Manage your own risk.  If the stock is going

14:18:59  7    up, set a stop loss.  If you are coming to me and

14:19:03  8    saying, hey, should I buy this stock, it's too late.

14:19:07  9    He tells you that.  Don't chase.  If the stock has

14:19:10  10   already gone up.

14:19:11  11           Now, what the government did is they found

14:19:13  12   a bunch of conversations, which it's ironic where my

14:19:17  13   client said buy on the dip.  Sometimes even seems to,

14:19:21  14   like, through texting, yell at these other

14:19:23  15   individuals, what are you guys doing.  Make sure --

14:19:25  16   you know, everything has got to happen on the dip.

14:19:27  17   What does that mean?  Buy low, sell high.  It's the

14:19:32  18   most fundamental economic principle and the foundation

14:19:34  19   of capitalism, going back to Adam Smith's writing.

14:19:37  20           He's not saying anything extraordinary

14:19:39  21   here.  He's telling them, if you want to be successful

14:19:42  22   influencers like me, make sure that you are letting

14:19:44  23   people know when the stock is low.  If you tell them

14:19:48  24   when it's high, they're more likely to lose money.

14:19:51  25           All of this goes back to the *Ciminelli*

14:19:54  1    issue, which is what is his intent.  And is his intent

14:19:58  2    ever to obtain money from people.  It's not alleged in

14:20:01  3    the indictment and it's not a feasible theory, because

14:20:06  4    he never takes money from anybody.  What they are

14:20:07  5    upset about is they wanted to know how he traded

14:20:10  6    because they wanted to make millions of dollars and

14:20:13  7    have fancy cars and women like the one we saw in

14:20:18  8    Mexico, that's what they wanted.

14:20:20  9              I mean, look, you know, at the time he

14:20:24  10   went through a divorce and you could hardly blame him.

14:20:26  11   You know, I have a son, so I might do something

14:20:28  12   different.  But if I made $50 million on stocks in two

14:20:31  13   months, even with a son, I'd probably buy a pretty

14:20:35  14   nice car.  You know, but his actions weren't out of

14:20:37  15   the ordinary, but they were all done lawfully.  The

14:20:40  16   overwhelming majority of his profits were off of

14:20:43  17   stocks that I can assure you, you will recognize.

14:20:46  18   They're big names.

14:20:46  19              He made -- you know, for example, right

14:20:48  20   around this time period, $4 million.  I think in a

14:20:52  21   day-and-a-half on Tesla stock.  He just was good at

14:20:55  22   this.

14:20:56  23              Under -- what we're asking, and it's on

14:21:01  24   behalf of the entire group, is for dismissal of the

14:21:04  25   indictment for failure to allege that any of these

14:21:07  1    individuals ever intended to obtain money from

14:21:09  2    anybody.

14:21:10  3              Having now sat through --

14:21:12  4              THE COURT:  Let me stop you there, because

14:21:14  5    let me preview what the government's going to say.

14:21:16  6    The government's going to say we've alleged intent.

14:21:20  7    And we have Mr. Knight, who we think is a

14:21:23  8    co-conspirator with you guys, saying we intended to

14:21:26  9    rob these people.

14:21:28 10              And at least at one point in the

14:21:30 11    indictment I think there is language that you intended

14:21:34 12    to maximize your profits, often at the expense of the

14:21:41 13    victims, is I think the way they say it, but it's

14:21:44 14    something like that.  I'm paraphrasing.

14:21:48 15              MR. FORD:  Well --

14:21:48 16              THE COURT:  And my question is, isn't that

14:21:50 17    enough?  Or is it not enough?

14:21:52 18              MR. FORD:  The answer is no, it's not

14:21:55 19    enough.  And part one of that, with regards to the

14:21:58 20    fact-specific issue with Dan Knight, I mean, look,

14:22:01 21    they're not alleging the crime of robbery.  So we'll

14:22:03 22    get that out of our mind.

14:22:05 23              As we've heard, none of these defendants

14:22:07 24    were in the room.  And, in fact, he was speaking to a

14:22:09 25    different group of people all together.  The only

14:22:11  1    individual in the room who is also on this indictment

14:22:14  2    is Tommy Cooperman, who audibly disagrees with what

14:22:18  3    Dan Knight is saying and points out that people are

14:22:20  4    actually making money on GTT.

14:22:22  5            Now, what Dan Knight was talking about, I

14:22:23  6    don't know.  But we did go back and were able to find

14:22:26  7    on Wayback multiple tweets that we are willing to

14:22:28  8    share with the Court where Dan Knight uses this

14:22:32  9    language in regards to the other co-defendants.  He

14:22:35 10    says he's robbing them.  He uses it in regards to

14:22:38 11    hedge funds.

14:22:38 12            These are all factual issues.  I don't

14:22:40 13    know why he was saying what he was saying.  But this

14:22:44 14    bleeds into the second part of your question, which is

14:22:47 15    the theory itself is not tenable, either in the

14:22:52 16    indictment or otherwise as alleged.  Even if they say

14:22:57 17    at the expense of, it is insufficient to show an

14:23:02 18    intent to obtain money or property from them because

14:23:06 19    they can't.  It is not feasible.  The marketplace

14:23:10 20    doesn't operate that way.  At all times all buys and

14:23:14 21    sells were bona fide and at the prevailing market

14:23:19 22    rates.

14:23:19 23            The only thing that the government is

14:23:24 24    alleging was at the expense of was the lack of

14:23:27 25    information regarding when these very successful men

132

14:23:30  1  sold their stocks.  Because they wanted to be like

14:23:33  2  them and they wanted to make as much money.

14:23:36  3          We tried give them the rules of the road.

14:23:38  4  Our clients tried to give them the rules of the road

14:23:41  5  in the tweets.  They did what they could.  But at the

14:23:45  6  end of the day, even if the government is making some

14:23:49  7  suggestion that, you know, there was -- you know,

14:23:56  8  deprivation of information, which is what they were

14:23:58  9  saying, they have failed to allege that.  And so it is

14:24:04 10  why we're seeking dismissal of this case.

14:24:08 11          THE COURT:  Mr. Reyes?

14:24:10 12          MR. REYES:  Your Honor, I'll be brief.

14:24:19 13          This has been an exercise in putting a

14:24:22 14  square peg in a round hole since the beginning.  And

14:24:26 15  what Mr. Rosen said is absolutely true.

14:24:28 16          First of all, in a traditional pump and

14:24:30 17  dump -- and Mr. Ford -- in a traditional pump and

14:24:36 18  dump, the victim, as soon as they buy, they're buying

14:24:41 19  something that's not worth what it's said to be worth.

14:24:45 20  The stock has been manipulated.

14:24:47 21          That's absolutely not the case in this

14:24:50 22  matter and it hasn't -- and the prosecution has said

14:24:53 23  that they are not going to try and show causation.

14:24:57 24          If you can't show the causation that the

14:25:00 25  stock price was somehow manipulated, then the buyers,

14:25:05  1    when they bought a $4 stock, it was worth $4.  They

14:25:09  2    had a certificate that said it's worth $4.  What they

14:25:12  3    did after that -- and, of course, a lot of market

14:25:15  4    influences -- is not the defendants' responsibility.

14:25:21  5              Now, I will say this, Your Honor.  To the

14:25:25  6    extent that they're alleging a causation argument --

14:25:29  7    excuse me -- they are saying they're not, but they

14:25:32  8    kind of are, it changes the dynamics of this case

14:25:36  9    tremendously.  Because it is hand in hand with

14:25:40 10    deprivation.  If they're not going to show causation

14:25:42 11    and the stock price was the stock price, then they

14:25:46 12    can't show a deprivation.

14:25:47 13              So I just wanted to emphasize that for the

14:25:50 14    Court.

14:25:51 15              I will also say this:  The traditional

14:25:56 16    pump and dump is a scenario where the perpetrators

14:26:01 17    don't really engage in a lot of risk.  It's

14:26:03 18    manipulation.  That is absolutely not the case with

14:26:07 19    our guys.  Every time they woke up in the morning and

14:26:09 20    read the news and made their decisions, they were

14:26:11 21    engaging in the same amount of risk as anyone on the

14:26:13 22    risk.

14:26:13 23              They didn't sell to anyone directly.  It's

14:26:15 24    not the wolf of Wall Street where they're on the phone

14:26:18 25    selling to the victims.  It was the market.  And the

14:26:22 1    individuals who bought this stock had not -- were not

14:26:24 2    deprived of anything.  It was worth $4.  They could

14:26:27 3    give it to someone else, it was worth $4 then.  And

14:26:30 4    the deprivation of property did not occur.  Not as a

14:26:33 5    result of any manipulation, which they've abandoned.

14:26:37 6            So I just wanted to emphasize that for the

14:26:39 7    Court.

14:26:39 8            We'd also join the defendants and say the

14:26:43 9    proper route here would be to dismiss this -- because

14:26:47 10   it is a defective indictment -- and avoid having to go

14:26:51 11   through a whole long trial only to be back here some

14:26:55 12   time later.

14:26:56 13           Thank you, Your Honor.

14:26:58 14           THE COURT:  All right.  Any other

14:26:59 15   defendant want to weigh in?

14:27:02 16           Mr. Armstrong, you want to answer that?

14:27:05 17           MR. ARMSTRONG:  Sure, Your Honor.

14:27:07 18           Your Honor, can you please tell me how

14:27:08 19   want me to proceed?  I'm happy to just talk -- if you

14:27:12 20   ask specific questions, I'm happy to answer those as

14:27:12 21   well, so --

14:27:15 22           THE COURT:  Yeah.  Well --

14:27:15 23           MR. ARMSTRONG:  Yeah.  What's up?

14:27:16 24           THE COURT:  -- here's the part I'm most

14:27:19 25   interested in.

14:27:20   1          Yesterday I think it was me that said
14:27:26   2   isn't it true that whatever these defendants did or
14:27:29   3   didn't do, if they'd have done it and stayed off
14:27:34   4   social media, they'd have been okay.  And I think your
14:27:37   5   answer was yes.

14:27:39   6          And so if that's the case, what they're
14:27:45   7   really being prosecuted for is the combination of
14:27:52   8   statements they made, which the government, perhaps
14:27:59   9   justifiably, thinks were not totally truthful, but the
14:28:05  10   real thing they're being prosecuted is statements they
14:28:08  11   didn't make like, oh, by the way we're selling.

14:28:13  12          And how is that different from *Ciminelli*?
14:28:16  13   I mean, that's what I'm -- I mean, *Ciminelli* says,
14:28:20  14   lack of information -- again, I'm paraphrasing the
14:28:24  15   Supreme Court here -- but lack of information is not a
14:28:26  16   property right.  And as such, it's not actionable
14:28:30  17   under securities fraud or wire fraud, either one.

14:28:34  18          MR. ARMSTRONG:  Okay.  So a few things,
14:28:34  19   Your Honor.

14:28:35  20          Number one, we would push back on the
14:28:38  21   contention that this is an omissions case.  That's not
14:28:42  22   what we have alleged.  In paragraph 13 of the
14:28:49  23   indictment, of the superseding indictment, we talk
14:28:51  24   about -- at length about how the defendants hoisted
14:28:56  25   upon their followers a whole bunch of false and

14:29:00 1  misleading information and false and misleading

14:29:03 2  tweets.  And we categorize them.

14:29:05 3           THE COURT:  And deceit is half the

14:29:06 4  equation.  I agree.

14:29:07 5           MR. ARMSTRONG:  Yes.

14:29:08 6           THE COURT:  It's the other half I'm

14:29:10 7  worried about.

14:29:12 8           MR. ARMSTRONG:  Yeah.  And so just the

14:29:12 9  idea that this is an omissions case, is just flatly

14:29:15 10 contradicted by, number one, the allegations in the

14:29:18 11 superseding indictment, but, number two, what our

14:29:20 12 trial proof is going to be as well.  So that's number

14:29:23 13 one.

14:29:24 14          Number two is that -- I think Your Honor

14:29:26 15 knows this, this is Black Letter Law -- allegations in

14:29:29 16 an indictment have to be taken as true.  And we allege

14:29:35 17 to the hilt in 35-plus pages how the defendants used

14:29:42 18 false and misleading information to fraudulently

14:29:45 19 induce others to buy stocks at their detriment.

14:29:49 20          And so the crux of *Ciminelli* is that

14:29:53 21 intent.  That deceptive intent to obtain money or

14:29:59 22 property.  And there is no doubt that that was their

14:30:03 23 intent.  They wanted other people to depart with their

14:30:07 24 money and buy a stock so they could then benefit.

14:30:11 25          THE COURT:  What do I do with *Greenlaw*

137

14:30:13  1    that says money or property from the victim?

14:30:18  2            MR. ARMSTRONG:  So I think that we have

14:30:20  3    that also alleged in the indictment.  It's the

14:30:23  4    followers issue.  I think that we put as part of our

14:30:27  5    jury instruction that it doesn't have to be a specific

14:30:29  6    person.  There has to be a victim contemplated.  And

14:30:32  7    we allege that there a victim contemplated here.  In

14:30:36  8    this case, as we allege and as we're going to prove,

14:30:38  9    the contemplated victim is the followers.

14:30:47  10           THE COURT:  Does it matter that some of

14:30:48  11   the followers made money?

14:30:51  12           MR. ARMSTRONG:  Again, Your Honor, where

14:30:52  13   are we in the case?  We are looking at the indictment

14:30:57  14   as alleged is true.  And you cannot go beyond the four

14:31:00  15   corners of the indictment on the motion to dismiss

14:31:04  16   stage.  There is no summary judgment.

14:31:05  17           THE COURT:  I'm with you on that.  I'm

14:31:06  18   with you on that.  That's one of the reasons I was

14:31:07  19   asking Mr. Rosen what I was asking.

14:31:10  20           But doesn't -- I guess -- and I guess I'm

14:31:17  21   going to repeat myself here.  How do I get away from

14:31:21  22   the fact that this whole case is about the conveyance

14:31:26  23   or non-conveyance of information and how does that

14:31:32  24   differ from what *Ciminelli* was about?  I mean,

14:31:35  25   *Ciminelli*, they had a fraud and kickback scheme going

14:31:39  1    and they didn't tell anybody about it.

14:31:42  2              MR. ARMSTRONG:  Yeah, Your Honor, I don't

14:31:43  3    pretend to have a monopoly on all the answers, and so

14:31:46  4    I think Mr. Liolos has something he wants to add,

14:31:49  5    so...

14:31:49  6              THE COURT:  Well, you can add.  I'm

14:31:49  7    willing to hear from anybody.

14:31:49  8              MR. LIOLOS:  Thank you, Judge.

14:31:50  9              Yeah.  In *Ciminelli*, they were trying to

14:31:52 10    get them to give them the contract.  Here, they're

14:31:56 11    trying to get them to buy the shares to get the money,

14:31:58 12    right.  So *Ciminelli* is a contract for labor.  It's

14:32:01 13    not cash coming out of their brokerage accounts.  And

14:32:05 14    it's the intent, over and over again, as alleged in

14:32:08 15    the indictment, that they were trying to induce people

14:32:09 16    to part with their money to their detriment.

14:32:13 17              THE COURT:  The people that were departing

14:32:14 18    with money in *Ciminelli* were the State of New York,

14:32:18 19    that rebuilding program.  The real victims in

14:32:21 20    *Ciminelli* were, I mean, if you're asking me to analyze

14:32:25 21    it, would be the other bidders that didn't pay the

14:32:28 22    kickback that didn't have a chance of getting the

14:32:32 23    contract because they didn't pay the kickback.

14:32:36 24              MR. LIOLOS:  Indeed.  And it was inducing

14:32:37 25    them to depart with the contract, not with their cash

14:32:40 1   as the followers were here.

14:32:43 2           The intent of the post was to induce

14:32:46 3   people to depart with their money.  To buy the shares

14:32:49 4   to the detriment of the followers and the benefit of

14:32:52 5   the defendants.  That's what we've alleged.

14:32:54 6           And it's also helpful context that

14:32:57 7   *Ciminelli* went all the way through trial.  And the

14:33:01 8   government, the entire time only relied on a right to

14:33:03 9   control theory all the way through its trial evidence

14:33:05 10  as well.

14:33:06 11          So while we're just looking at the four

14:33:08 12  corners of the indictment, I expect that if this was

14:33:10 13  in a similar posture of *Ciminelli*, it would be

14:33:13 14  significantly expanded by the trial evidence here.

14:33:19 15          THE COURT:  Well, what -- help me there in

14:33:20 16  *Greenlaw* then, which obviously it's Fifth Circuit

14:33:24 17  case, I'm bound by it.  The reason they found or were

14:33:32 18  looking at the loss from the victim in terms of the

14:33:37 19  gains from the defendant was because it was, as I

14:33:41 20  called it yesterday, a zero-sum game or whatever.  I

14:33:44 21  think the Fifth Circuit said it was the flip side of

14:33:48 22  the same coin; that, you know, for you to gain a

14:33:52 23  dollar, I had to lose a dollar.

14:33:56 24          But that's not true here, is it?

14:33:58 25          MR. ARMSTRONG:  So, Your Honor, I think

14:33:59  1   that -- to Mr. Liolos's point, we have a government

14:34:02  2   exhibit from Mr. Matlock's own words that says just

14:34:05  3   that.  And we're happy to pull it up and show Your

14:34:08  4   Honor.

14:34:08  5               THE COURT:  Just tell me what it says.

14:34:10  6               MR. ARMSTRONG:  Ms. Kim, if you could

14:34:12  7   please pull up Government Exhibit 146, please.

14:34:34  8               This is a post from Mr. Matlock on the

14:34:36  9   Atlas Trading Discord floor in the heart of the

14:34:39 10   conspiracy.  The last line is most critical one on

14:34:41 11   October 21, 2021, he says:  One other thing where do

14:34:46 12   you think the money you make trading comes from?  It

14:34:48 13   doesn't just come from nowhere.  Doesn't matter if

14:34:51 14   you're trading Tesla or CEI.  If you made a single

14:34:55 15   dollar, it came from someone else's trading account.

14:34:58 16               So that is a zero-sum game in the trial

14:35:01 17   evidence and in Mr. Matlock's own words.

14:35:07 18               MR. REYES:  Your Honor, may I address

14:35:08 19   that?

14:35:08 20               THE COURT:  Wait till he's done.

14:35:11 21               MR. REYES:  Sorry.  Go ahead.

14:35:11 22               MR. ARMSTRONG:  And so I think that that

14:35:12 23   should alleviate Your Honor's concerns that when we

14:35:14 24   allege that they were fraudulently inducing people to

14:35:17 25   part with their money or property, by buying stocks,

14:35:20  1  they were doing it, number one, to benefit themselves.

14:35:24  2  And they were doing it, number two, in a zero-sum game

14:35:27  3  that Mr. Matlock describes in his own words during the

14:35:31  4  conspiracy.

14:35:31  5          THE COURT:  Okay.  Now you can speak.

14:35:33  6          MR. REYES:  Thank you, Your Honor.

14:35:33  7          Your Honor, what he's describing there is

14:35:35  8  how the stock market works.  This is the same if it's

14:35:39  9  IBM or Amazon or Whole Foods.

14:35:44  10          At the end of the day, if you have -- if

14:35:46  11  you sell something and you get money, it comes from

14:35:49  12  somewhere.  There's a finite amount of stock and a

14:35:52  13  finite amount of money.  He's not saying the person --

14:35:54  14          THE COURT:  Whose side are you on?

14:35:58  15          MR. REYES:  No, no.  But here, let me

14:35:59  16  finish.  He's not saying that the person doesn't get

14:36:01  17  something in return for buying the stock.  It does

14:36:04  18  come from somebody's account, not directly to

14:36:06  19  Mr. Matlock.  There's a whole middle ground.  But the

14:36:10  20  market works itself out if you sell something and it's

14:36:12  21  bought.  But the person who buys the stock gets the

14:36:17  22  price of oil for that amount.  And that stock could

14:36:22  23  very well go up.

14:36:23  24          If you take this to its logical

14:36:26  25  conclusion, then anyone who ever buys a stock and then

14:36:28 1   sells it is taking money from someone's account, and

14:36:31 2   that's actually true, right.  I mean, it's a finite

14:36:34 3   amount of stock.  But you're not taking it, you're

14:36:37 4   buying it.  They're getting something in return.  And

14:36:40 5   they're getting the stock.  A stock that, in many

14:36:42 6   cases in these cases, for example, go straight up.

14:36:44 7           So Mr. Matlock was simply illustrating the

14:36:51 8   fact that when you buy something in the market, that's

14:36:52 9   a finite amount of shares, anyone who has ever traded

14:36:55 10  on the stock exchange, in order to leave the market

14:36:58 11  with more money, it came from somewhere.  But that

14:37:03 12  somewhere receives something in return.  Equity.  And

14:37:06 13  that equity could rise in value or go down in value.

14:37:09 14          So this is not a statement of anything

14:37:11 15  nefarious whatsoever.  And it certainly doesn't have

14:37:14 16  anything to do with intent.

14:37:18 17          THE COURT:  Mr. Rosen, you're standing

14:37:21 18  there.  Find a microphone.

14:37:23 19          MR. ROSEN:  I just keep going through the

14:37:26 20  indictment.  And I just fail to see where they allege

14:37:30 21  that money and property came from the victim.  It

14:37:33 22  doesn't say --

14:37:34 23          MR. LIOLOS:  Paragraph 12.

14:37:35 24          MR. ROSEN:  It doesn't say it in the

14:37:37 25  charge.  It doesn't give any specific examples.  The

14:37:40  1    purpose of the scheme is laid out as part of the

14:37:42  2    conspiracy, that it's a scheme to enrich themselves

14:37:46  3    and not to obtain -- there's nothing about obtaining

14:37:48  4    money from a victim or anything like that.

14:37:51  5                And I think what -- you know, what

14:37:53  6    Mr. Armstrong pointed out to is exactly what happened.

14:37:57  7    Is that people understand that in the stock market

14:38:00  8    you're obviously getting money from someone.  But

14:38:02  9    that's not illegal.  The illegality is from the

14:38:05 10    victim.

14:38:06 11                *Greenlaw* was about money obtained from

14:38:08 12    a -- directly as a result of a private placement

14:38:11 13    memorandum.  Victims were giving money directly to

14:38:16 14    the -- to the defendants.  That's obviously a scheme

14:38:19 15    to obtain money and property from a victim by means of

14:38:21 16    fraud.

14:38:22 17                The stock market, where we have no proof

14:38:25 18    that there was any artifical inflation of anything,

14:38:27 19    and Dr. Garibotti can't even say a single dollar arose

14:38:31 20    from fraud, that obviously did not happen.  It's

14:38:34 21    simply counterparties trading in a national market.

14:38:38 22    The defendants made money.  But who cares.  That's not

14:38:40 23    the issue.  Enriching themselves is not the issue.

14:38:43 24                The issue has to be obtaining money and

14:38:44 25    property from the victim.  And there is no out --

14:38:48  1    specific allegations at all in this indictment.  And

14:38:51  2    the government is not prejudiced.  They can go --

14:38:53  3    we're not asking them to dismiss with prejudice.

14:38:55  4         They can go back and reallege it.  We can

14:38:58  5    narrow this case significantly and we can proceed if

14:39:01  6    they find the proof.  If they can allege and find

14:39:04  7    these victims, these, you know, we believe are

14:39:08  8    unicorns but they believe are everyday people, we'll

14:39:09  9    have a battle over that.

14:39:11 10         But we need that battle.  We can't just

14:39:12 11    have it over money and property.  It doesn't matter

14:39:14 12    that they obtained money and property.  It has to come

14:39:16 13    from that victim.

14:39:18 14         MR. ARMSTRONG:  Again, Your Honor, these

14:39:20 15    are fantastic arguments that go to maybe the weight of

14:39:24 16    the evidence.  It goes to maybe are the allegations

14:39:27 17    true or not.  Maybe is there a counterargument you

14:39:31 18    could make.  Sure.

14:39:33 19         But at the stage that we're at now, where

14:39:36 20    we have alleged that they did this in paragraph 12 at

14:39:39 21    the expense of their followers, and we have the

14:39:42 22    specific allegations that they were robbing idiots for

14:39:45 23    their money, those allegations have to be taken as

14:39:48 24    true at this stage.  And we're going to back it up

14:39:51 25    with other trial evidence.  We're going to back it up

14:39:53  1    with tons of trial evidence that I hope we can show

14:39:56  2    Your Honor and then show the jury, because it is

14:39:58  3    compelling and it is powerful and it proves all of the

14:40:00  4    points that we're talking about today.

14:40:02  5              MR. FORD:  Your Honor, if I may.  On

14:40:04  6    *Greenlaw* -- which I talked about *Ciminelli* and how

14:40:08  7    elucidating the facts are here.

14:40:13  8              In *Greenlaw*, those individuals were

14:40:15  9    issuing what are called private placement memorandum

14:40:19 10    or offering memorandum.  It is when insiders of a

14:40:21 11    company accept money in exchange for an ownership

14:40:23 12    interest of that entity.  It can be a limited

14:40:26 13    partnership, it could be an LLC, or it could come in

14:40:30 14    the form of stock.

14:40:34 15              So the reason that the Fifth Circuit

14:40:34 16    reaches the conclusion that it does in *Greenlaw* is

14:40:37 17    because those individuals were, through their

14:40:39 18    misleading or deceptive statements, actually obtaining

14:40:42 19    money in exchange for partnership interest in the five

14:40:46 20    partnerships.

14:40:46 21              Again, those facts are absent from the

14:40:49 22    indictment as allegations.  They're absent from the

14:40:52 23    facts or the showing.  They do not fit the paradigm

14:40:56 24    that they are purporting to allege, which is you

14:40:58 25    didn't disclose when you sold and people would have

14:41:00  1    liked to have known that because they would have sold

14:41:02  2    as well.

14:41:03  3                To the contrary.  We're reiterating what

14:41:08  4    Mr. Reyes pointed out.  Everything was purchased at

14:41:11  5    bona fide market price.  Everything was sold at bona

14:41:15  6    fide market price through an anonymous market

14:41:19  7    mechanism.

14:41:24  8                We can discuss the issue further.  While

14:41:29  9    there may be a disagreement among the group as to

14:41:32 10    whether dismissal with prejudice or without prejudice

14:41:35 11    is appropriate.  If Your Honor is inclined to ask

14:41:39 12    questions about it, we will answer from our

14:41:43 13    perspective and where we're sitting.

14:41:45 14                There's no evidence in these 330 exhibits

14:41:47 15    and there's nothing alleged in the indictment that

14:41:50 16    Mr. Constantinescu ever took a dollar from anybody.

14:41:55 17    So it seems like a futile endeavor.  But we do

14:42:00 18    understand dismissal is the right remedy here.

14:42:05 19                Referring to me, personally, I dealt with

14:42:07 20    it in the *Govil* case.  And in that case, the Court --

14:42:11 21    the Second Circuit found, in no uncertain terms, that

14:42:15 22    my client in that case had lied, but there weren't

14:42:19 23    victims because there wasn't a finding that they had,

14:42:22 24    you know, actually lost money.

14:42:24 25                But, again, we were in the context of an

14:42:25  1    offering memorandum where the money went directly to

14:42:29  2    the individual.  It had nothing to do with private

14:42:32  3    placement.

14:42:32  4            With regard to the *Nordlicht* case,

14:42:38  5    *Nordlicht*, N-O-R-D-L-I-C-H-T, which Mr. Rosen

14:42:40  6    referenced, I also happen to represent the chief

14:42:42  7    financial officer, Joe Sanfilippo, who was acquitted

14:42:46  8    on all charges.

14:42:46  9            What happened and what Judge Cogan, who is

14:42:50 10    really one of the finest judges in the Eastern

14:42:53 11    District, what happened is we wound up spending -- it

14:42:55 12    was a three-month long trial only to get a directed

14:42:58 13    verdict at the end.  It went up to the Second Circuit

14:43:02 14    on appeal.  It bounced back and forth.  My client was

14:43:04 15    acquitted, Mr. Levy was not.

14:43:07 16            But at the end of the day, when it came to

14:43:10 17    sentencing for Mr. Levy, Judge Cogan found there was

14:43:14 18    no harm or loss and he was sentenced to a nominal

14:43:18 19    fine.  And that's where things stand with that case.

14:43:20 20    It's up on appeal.  It started back in, you know,

14:43:23 21    2017, I believe.

14:43:24 22            So we've seen this happen with courts.

14:43:28 23    This is an instance of overreaching by the government.

14:43:32 24    It's something that was raised by Ms. Cordova very

14:43:34 25    early on.  The Supreme Court of the United States has

14:43:37  1   become sensitized to it.  The Second Circuit, who led

14:43:40  2   the charge and invented the right to control theory,

14:43:42  3   has backed off of it.  The Fifth Circuit in *Greenlaw*

14:43:45  4   has identified it.

14:43:46  5        And we are now here at risk of spending

14:43:49  6   months of our lives on a trial that is a dead end.

14:43:52  7   This indictment as it stands, the allegations are

14:43:55  8   insufficient.  It needs to be dismissed.

14:44:02  9        MR. WILLIAMS:  I'd like to briefly speak

14:44:04 10   to the indictment.

14:44:05 11        Judge, the indictment does not try to

14:44:07 12   trace money from any victim to any defendant.  It

14:44:09 13   doesn't allege it, it doesn't try it.  And a quote in

14:44:12 14   an indictment cannot substitute for an actual

14:44:14 15   allegation.  They have to say the magic words and this

14:44:17 16   indictment fails to do that.  So it's defective.

14:44:20 17        THE COURT:  Did they profit from the

14:44:22 18   expense of their followers or victims?  That's not

14:44:27 19   saying they got money from their --

14:44:31 20        MR. WILLIAMS:  I don't believe so, Your

14:44:32 21   Honor.  I believe the indictment is defective on its

14:44:34 22   face.  And they have to go back to a grand jury and a

14:44:36 23   grand jury may ultimately find probable cause to that,

14:44:40 24   but that's not an appropriate consideration today as

14:44:42 25   to whether this particular indictment is defective.

14:44:45  1   It doesn't even try to trace and say that these people

14:44:48  2   lost money because of these acts.  And that's the key

14:44:52  3   element that's missing under the case law Your Honor's

14:44:55  4   been discussing.

14:44:56  5            They have to say the magic words and they

14:44:58  6   just haven't done it, so it's defective and should be

14:45:01  7   dismissed.  That's all I have.

14:45:03  8            THE COURT:  All right, counselors.  Let me

14:45:06  9   tell you what I'm going to do here, since we made so

14:45:09 10   much progress this morning.

14:45:11 11            I'm going to do one of two things:  I'm

14:45:15 12   going to go back and draft an order dismissing the

14:45:20 13   case; or I'm going to go back and draft an order on

14:45:23 14   optional completeness and how we're going to handle

14:45:26 15   all the social media posts and try to get it out this

14:45:30 16   afternoon.

14:45:31 17            Obviously, if it's the latter of the two,

14:45:34 18   I expect you guys here at 9:00 in the morning.  If

14:45:37 19   it's the former, I don't expect you here at 9:00 in

14:45:41 20   the morning.  And I cannot promise you what time I

14:45:48 21   will get that out.

14:45:51 22            But having said I'll do one of those two

14:45:54 23   things, I'm not going to get you a copy of what I

14:45:56 24   think the charge is going to be today because I'm

14:45:58 25   going to be busy doing that.

150

14:46:01    1                  All right.  We'll stand adjourned.  Thank

14:46:03    2    y'all.

            3                       (Court in recess.)

            4

            5

            6

            7

            8

            9

           10

           11

           12

           13

           14

           15

           16

           17

           18

           19

           20

           21

           22

           23

           24

           25

151

1                          **CERTIFICATE**

2    _____

3

4

5

6              I hereby certify that pursuant to Title

7    28, Section 753 United States Code, the foregoing is a

8    true and correct transcript of the stenographically

9    reported proceedings in the above matter.

10

11

12              Certified on March 21, 2024.

13

14              /s/ Nichole Forrest_____

15              Nichole Forrest, RDR, CRR, CRC

16

17

18

19

20

21

22

23

24

25

## $

**$1** [1] - 55:11
**$10** [1] - 126:1
**$100,000** [1] - 72:1
**$279** [1] - 125:3
**$300,000** [1] - 19:12
**$4** [3] - 133:1, 133:2, 134:2
**$40,000** [1] - 24:16
**$50** [1] - 129:12
**$50,000** [1] - 21:18
**$59,000** [2] - 21:17, 24:9
**$60,000** [1] - 21:25
**$750,000** [1] - 45:16
**$9,000** [1] - 21:20

## /

**/s** [1] - 151:14

## 1

**1** [10] - 4:7, 4:8, 4:14, 5:16, 9:21, 18:16, 23:3, 24:18, 75:24, 78:18
**1,000** [1] - 121:11
**10** [1] - 74:24
**10,000-foot** [1] - 71:2
**100** [3] - 39:22, 55:18, 101:8
**1002** [1] - 33:25
**1006** [2] - 9:6, 25:5
**106** [5] - 42:10, 55:21, 72:23, 96:13, 97:12
**10B** [1] - 26:4
**110** [2] - 39:19, 40:7
**1102** [1] - 7:11
**12** [3] - 95:16, 142:23, 144:20
**12:07:49** [1] - 102:1
**13** [1] - 135:22
**1348** [4] - 84:13, 95:14, 95:15, 113:9
**1349** [2] - 84:13, 95:12
**14** [3] - 36:15, 47:19, 47:20
**146** [1] - 140:7
**14B** [3] - 36:7, 36:10, 36:23
**14th** [1] - 10:23
**15** [1] - 74:24
**150** [1] - 71:18
**1502** [1] - 34:17
**152** [2] - 49:13, 49:15
**15th** [1] - 124:14
**16** [2] - 10:20, 12:11
**16th** [1] - 5:22
**17** [2] - 108:14, 108:16
**18** [2] - 95:11, 108:20
**180** [4] - 11:3, 11:10, 11:12
**19** [3] - 8:2, 95:20, 109:13

## 1st

**1st** [2] - 12:14, 124:14

## 2

**2** [6] - 1:10, 5:21, 18:16, 20:11, 75:10, 127:6
**20** [7] - 1:13, 62:17, 75:10, 75:21, 75:22, 75:24, 118:9
**20-ish** [1] - 26:22
**2010** [1] - 73:21
**2017** [1] - 147:21
**2019** [3] - 8:5, 8:6, 8:8
**2020** [11] - 5:23, 8:2, 8:9, 10:20, 10:23, 12:12, 12:14, 33:8, 74:14
**2021** [5] - 33:8, 74:15, 91:18, 116:7, 140:11
**2024** [4] - 1:13, 33:7, 82:17, 151:12
**20A** [1] - 13:17
**20B** [3] - 36:21, 37:5, 37:6
**21** [4] - 26:23, 76:1, 140:11, 151:12
**24** [1] - 10:25
**24/7** [1] - 43:14
**24th** [2] - 7:6, 11:3
**25** [1] - 124:7
**26** [1] - 12:12
**26th** [1] - 5:22
**28** [1] - 151:7
**29** [1] - 18:11
**29th** [1] - 10:22
**2A** [7] - 5:18, 6:11, 9:22, 12:12, 13:8, 13:17, 14:12
**2B** [9] - 12:11, 15:13, 15:20, 16:7, 16:9, 18:13, 26:6, 36:11, 36:14
**2C** [2] - 75:14, 75:17
**2nd** [4] - 80:1, 80:8, 81:4, 81:6

## 3

**3** [2] - 18:17, 78:23
**30** [2] - 24:13, 67:8
**30-some-odd** [1] - 14:13
**302** [1] - 112:14
**31st** [1] - 12:14
**330** [1] - 146:14
**340** [2] - 4:6, 91:7
**35** [4] - 82:9, 82:11, 95:20, 124:7
**35-plus** [1] - 136:17
**37** [2] - 14:14, 14:16
**371** [2] - 95:11, 95:17
**37A** [1] - 14:15
**38** [1] - 15:11
**397** [1] - 124:7
**3A** [2] - 13:8, 13:17

## 3B

**3B** [1] - 16:8
**3rd** [3] - 80:5, 80:11, 80:12

## 4

**4** [7] - 18:17, 96:20, 101:15, 106:7, 129:20, 133:1, 134:3
**401** [3] - 22:14, 24:25, 89:25
**403** [4] - 22:13, 23:14, 25:1, 89:25
**45** [2] - 110:15, 110:17
**4:22-cr-612** [1] - 1:4
**4A** [1] - 13:8
**4B** [1] - 16:8

## 5

**5** [1] - 18:17
**50** [1] - 13:11
**50,000** [1] - 24:9
**514** [2] - 39:1, 56:5
**54** [55] - 76:23, 77:17, 77:22, 78:2, 78:4, 78:7, 79:17, 80:17, 80:21, 81:25, 82:3, 82:9, 82:12, 83:4, 83:8, 86:13, 86:17, 86:20, 87:2, 87:18, 87:19, 88:9, 88:18, 88:19, 89:13, 89:19, 89:24, 91:7, 92:3, 92:11, 93:2, 93:10, 93:13, 93:15, 93:20, 99:10, 99:17, 99:18, 99:21, 103:6, 105:6, 106:10, 106:18, 107:1, 107:4, 107:7, 107:13, 107:20, 109:8, 109:10, 109:13, 116:17, 124:7
**54-trial** [1] - 108:24
**55** [1] - 76:1
**56** [11] - 76:9, 76:15, 76:16, 76:21, 78:18, 81:21, 85:20, 86:12, 87:22, 88:2, 91:7
**57** [2] - 91:9, 91:12
**59** [4] - 81:12, 81:15, 81:18, 81:20
**5B** [2] - 5:18, 16:8

## 6

**6** [1] - 18:17
**60,000** [4] - 11:1, 11:5, 11:9, 11:13
**64** [1] - 37:25
**68** [1] - 76:16
**6:00** [1] - 50:20

## 7

**7** [1] - 18:17
**753** [1] - 151:7

**77** [4] - 96:2, 99:25, 100:3, 100:4
**7th** [1] - 8:5

# 8

**8** [3] - 26:1, 49:13, 49:15
**801** [1] - 33:17
**801(d)(2)(A** [1] - 33:18
**801(d)(2)(a)** [5] - 32:18, 32:21, 42:21, 70:13, 76:7
**801(d)(2)(e** [1] - 76:6
**801(d)(2)(e)** [1] - 76:8
**803(6)** [1] - 33:17

# 9

**902(11** [2] - 42:15, 42:18
**9:00** [2] - 149:18, 149:19

# A

**A** [11] - 1:18, 1:19, 1:21, 13:15, 13:16, 14:12, 14:13, 14:18, 34:21, 40:24, 126:3
**a** [433] - 3:11, 4:15, 4:16, 4:18, 4:20, 5:7, 5:23, 6:13, 6:19, 7:21, 8:18, 9:6, 10:2, 10:18, 10:21, 11:8, 11:12, 11:20, 11:22, 11:23, 12:11, 12:23, 13:3, 13:10, 13:14, 13:19, 13:23, 14:9, 14:12, 14:23, 15:12, 17:23, 19:7, 19:21, 21:10, 21:20, 22:8, 22:13, 22:14, 22:17, 23:6, 23:8, 23:14, 23:22, 23:23, 23:24, 24:8, 24:10, 26:9, 26:22, 27:1, 27:4, 27:7, 27:14, 27:15, 29:3, 29:11, 29:18, 30:14, 30:20, 30:22, 31:3, 31:4, 31:5, 31:8, 31:13, 32:2, 32:12, 33:10, 33:13, 33:19, 34:12, 34:18, 35:3, 37:2, 37:6, 37:15, 37:16, 37:17, 38:8, 39:3, 39:16, 39:19, 40:12, 41:1, 41:2, 41:9, 41:11, 41:15, 41:21, 42:4, 42:14, 43:3, 44:3, 44:4, 45:8, 45:12, 45:13, 47:2, 47:5, 47:24, 47:25, 48:5, 48:6, 48:7, 48:12, 48:21, 48:22, 49:23, 49:24, 49:25, 50:5, 51:1, 51:8, 51:11, 51:25, 52:6, 52:24, 53:15, 53:20, 53:22, 55:6, 55:7, 55:25, 56:19, 57:5, 57:11, 57:16, 58:8, 58:18, 59:1, 59:9, 59:17, 59:22, 60:17, 60:25, 62:2, 62:3, 62:5, 63:5, 64:6, 64:13, 64:14, 65:13, 65:24, 66:4, 67:10, 68:8, 69:12, 69:15, 69:25, 70:9, 70:21, 71:24, 72:1, 72:6, 72:21, 72:25, 73:3, 73:17, 74:7, 75:11, 76:6, 76:7, 76:8, 76:25, 77:6, 77:7, 77:8, 77:9, 77:20, 78:13, 78:15, 80:1, 80:3, 81:5, 81:11, 81:16, 82:5, 82:16, 82:21, 83:6, 83:15, 83:22, 84:11, 84:13, 85:4, 85:8, 86:8, 86:24, 88:19, 88:21, 89:8, 89:14, 90:19, 90:21, 91:2, 92:12, 92:13, 93:2, 93:8, 93:11, 93:17, 93:18, 93:23, 94:13, 94:24, 95:8, 95:14, 95:15, 95:17, 95:22, 96:3, 96:8, 96:16, 96:17, 96:21, 97:10, 98:10, 98:12, 98:20, 99:2, 99:3, 99:5, 99:14, 100:17, 100:19, 100:20, 100:22, 100:23, 100:25, 101:2, 101:9, 101:10, 101:14, 101:16, 101:21, 101:23, 101:24, 102:3, 102:4, 102:16, 102:19, 102:24, 104:9, 104:20, 104:21, 105:7, 105:14, 105:17, 105:25, 106:7, 106:12, 106:25, 107:1, 107:16, 108:5, 108:16, 108:24, 108:25, 109:1, 109:2, 109:5, 109:9, 109:16, 109:22, 109:24, 110:13, 110:14, 111:18, 112:12, 112:19, 112:21, 113:6, 113:17, 114:8, 114:9, 115:9, 115:25, 116:12, 116:13, 116:15, 116:22, 117:11, 117:14, 117:16, 117:24, 118:2, 118:14, 119:8, 119:20, 119:21, 119:24, 119:25, 120:9, 120:12, 120:13, 120:16, 120:18, 120:20, 121:4, 121:10, 121:16, 121:23, 122:2, 122:24, 122:25, 123:4, 123:14, 123:19, 123:24, 124:12, 124:19, 124:22, 124:23, 125:3, 125:5, 125:7, 125:14, 125:17, 125:22, 125:24, 125:25, 126:13, 127:10, 127:19, 127:20, 127:22, 128:7, 128:12, 129:3, 129:10, 129:11, 129:13, 129:20, 129:21, 130:7, 130:24, 132:13, 132:14, 132:16, 132:17, 133:1, 133:2, 133:3, 133:6, 133:12, 133:16, 133:17, 134:4, 134:10, 134:11, 135:15, 135:18, 135:25, 136:24, 137:5, 137:6, 137:7, 137:25, 138:3, 138:12, 138:22, 139:8, 139:13, 139:20, 139:22, 139:23, 140:1, 140:8, 140:14, 140:16, 141:2, 141:12, 141:19, 141:25, 142:2, 142:5, 142:9, 142:14, 142:18, 143:2, 143:4, 143:12, 143:14, 143:15, 143:19, 143:21, 144:9, 144:17, 145:10, 145:12, 146:9, 146:16, 146:17, 146:23, 147:12, 147:18, 148:6, 148:13, 148:22, 149:23, 151:7
**a.m** [1] - 50:20
**abandoned** [1] - 134:5
**ability** [1] - 57:22
**able** [10] - 17:15, 45:21, 53:2, 102:11, 102:20, 109:3, 113:2, 114:25, 121:4, 131:6
**about** [152] - 4:8, 9:15, 10:7, 10:11, 12:1, 12:20, 13:14, 14:8, 14:11, 15:21, 15:25, 17:3, 17:24, 18:21, 20:18, 21:11, 21:13, 23:11, 23:13, 23:23, 23:24, 24:21, 29:5, 29:7, 30:18, 30:21, 31:14, 31:22, 33:21, 36:12, 36:19, 37:24, 40:6, 41:12, 41:14, 47:5, 47:10, 47:17, 48:11, 50:16, 50:19, 51:24, 51:25, 52:15, 52:24, 54:1, 54:2, 56:6, 56:15, 56:23, 57:4, 57:5, 59:23, 60:1, 61:2, 61:6, 61:16, 62:3, 62:21, 63:8, 63:11, 64:2, 66:13, 67:7, 67:9, 67:24, 68:8, 69:11, 70:9, 70:16, 71:7, 71:18, 76:4, 77:20, 78:6, 78:11, 78:21, 79:8, 79:14, 79:18, 80:15, 81:11, 81:17, 82:25, 83:2, 83:14, 87:7, 87:24, 88:19, 91:10, 92:4, 94:3, 94:14, 94:17, 95:10, 97:21, 97:22, 98:14, 99:15, 101:3, 101:7, 103:3, 104:13, 104:14, 104:18, 104:21, 104:25, 105:2, 105:5, 105:20, 108:15, 110:5, 110:15, 110:16, 110:23, 110:24, 111:11, 112:6, 112:8, 112:12, 112:24, 114:18, 115:19, 115:21, 116:24, 117:23, 118:16, 123:9, 123:23, 124:7, 124:8, 124:11, 126:5, 126:11, 129:5, 131:5, 135:24, 136:7, 137:22, 137:24, 138:1, 143:3, 143:11, 145:4, 145:6, 146:12
**above** [2] - 95:20, 151:9
**absent** [2] - 145:21, 145:22
**absolute** [1] - 37:13
**absolutely** [8] - 50:21, 50:22, 64:7, 97:11, 111:7, 132:15, 132:21, 133:18
**abstract** [6] - 35:11, 83:19, 91:11, 110:2, 110:10, 126:8
**absurd** [1] - 11:6
**accept** [2] - 113:15, 145:11
**accomplished** [1] - 75:7
**accordance** [1] - 121:16
**according** [2] - 35:18, 56:16
**account** [6] - 71:25, 110:8, 120:14, 140:15, 141:18, 142:1
**accounts** [2] - 114:15, 138:13

**accurate** [8] - 23:16, 25:5, 32:23, 57:6, 61:13, 74:14, 81:3
**accurately** [5] - 38:18, 38:24, 55:16, 55:19, 61:5
**acquired** [1] - 127:9
**acquitted** [2] - 147:7, 147:15
**act** [3] - 22:7, 22:8, 58:3
**acted** [5] - 54:21, 54:23, 54:24, 71:5, 126:7
**action** [2] - 20:20, 99:17
**actionable** [1] - 135:16
**actions** [4] - 11:15, 54:8, 60:14, 129:14
**actively** [2] - 26:24, 64:11
**activity** [3] - 52:19, 100:20
**acts** [1] - 149:2
**actual** [30] - 7:12, 8:12, 17:3, 17:10, 17:11, 17:16, 21:13, 26:16, 26:17, 30:13, 31:19, 31:25, 38:6, 49:19, 53:8, 55:25, 58:20, 58:21, 68:24, 68:25, 69:5, 72:8, 73:16, 79:22, 81:1, 84:23, 86:23, 109:19, 115:11, 148:14
**actually** [47] - 12:16, 19:6, 19:9, 22:3, 31:17, 31:20, 37:19, 38:24, 43:2, 46:10, 46:19, 47:6, 47:14, 48:9, 48:21, 51:1, 63:23, 65:25, 66:5, 69:4, 75:6, 79:13, 79:19, 80:10, 83:17, 84:2, 85:5, 86:18, 92:13, 94:17, 105:1, 108:18, 110:3, 115:1, 115:17, 117:5, 118:20, 119:21, 121:8, 121:18, 124:12, 125:12, 131:4, 142:2, 145:18, 146:24
**Adam** [1] - 128:19
**adamantly** [1] - 64:17
**add** [7] - 12:7, 14:3, 123:3, 123:24, 124:1, 138:4, 138:6
**additional** [5] - 41:5, 70:25, 76:2, 95:20, 126:6
**address** [5] - 50:15, 81:13, 87:19, 121:22, 140:18
**adjourned** [1] - 150:1
**admissibility** [4] - 8:14, 13:1, 16:22, 51:19
**admissible** [11] - 7:15, 16:14, 51:21, 52:3, 57:6, 57:22, 58:11, 60:24, 67:16, 105:3, 122:9
**admit** [14] - 13:6, 15:3, 25:10, 36:4, 49:5, 58:17, 61:21, 63:3, 63:10, 64:24, 66:22, 70:1, 86:18
**admitted** [5] - 4:11, 7:12, 17:13, 17:14, 72:20
**admitting** [2] - 4:8, 48:16
**advantage** [1] - 103:2
**advice** [1] - 102:25
**advising** [1] - 73:14
**advisor** [1] - 66:5

**affected** [1] - 11:15
**after** [11] - 3:22, 21:20, 23:13, 80:12, 86:24, 88:14, 114:20, 124:13, 128:2, 128:3, 133:3
**afternoon** [1] - 149:16
**again** [39] - 36:10, 37:14, 40:2, 41:8, 47:14, 48:11, 52:25, 61:15, 66:17, 66:24, 67:4, 69:10, 74:8, 79:4, 80:22, 83:13, 86:7, 87:5, 87:24, 88:2, 92:7, 93:25, 96:11, 98:17, 98:21, 101:1, 103:4, 103:7, 104:19, 105:8, 107:21, 109:25, 117:11, 135:14, 137:12, 138:14, 144:14, 145:21, 146:25
**against** [9] - 5:23, 5:24, 49:6, 51:9, 65:21, 70:21, 88:24, 106:16, 122:9
**agenda** [1] - 127:19
**agent** [2] - 56:17, 105:15
**ago** [1] - 41:2
**agree** [3] - 70:1, 90:7, 136:4
**agreed** [1] - 89:5
**ahead** [6] - 35:8, 49:2, 50:12, 77:3, 104:1, 140:21
**Airlines** [1] - 126:21
**al** [1] - 1:7
**alert** [3] - 78:24, 100:7, 100:24
**alerted** [1] - 100:18
**alerting** [2] - 91:19, 91:22
**alerts** [2] - 92:1, 96:20
**Alexander** [1] - 1:20
**align** [1] - 114:22
**all** [130] - 3:7, 4:1, 5:16, 8:7, 9:8, 10:6, 10:10, 13:7, 13:25, 14:20, 15:3, 15:7, 15:10, 15:11, 15:14, 15:19, 16:18, 17:13, 19:1, 20:7, 20:10, 20:18, 20:19, 22:12, 25:12, 26:5, 28:7, 28:8, 29:1, 29:6, 29:7, 33:15, 34:12, 38:4, 38:14, 41:8, 41:14, 42:17, 42:19, 43:6, 44:18, 46:21, 46:24, 47:3, 47:13, 47:22, 48:11, 48:15, 48:16, 48:23, 50:8, 50:12, 51:18, 51:22, 51:24, 53:10, 54:7, 59:17, 61:21, 62:7, 62:15, 63:3, 63:10, 63:11, 65:1, 65:8, 66:7, 66:9, 66:20, 66:22, 68:11, 69:18, 69:22, 70:1, 70:2, 71:9, 72:2, 75:22, 76:18, 78:1, 78:11, 79:17, 80:3, 84:16, 85:12, 86:9, 86:16, 88:20, 90:15, 93:21, 96:25, 101:22, 106:24, 107:3, 107:14, 108:2, 110:9, 110:19, 112:3, 114:11, 114:21, 115:19, 117:7, 117:8, 117:14, 117:18, 118:3, 120:23, 122:16, 122:23, 126:3, 128:25, 129:15, 130:25, 131:12, 131:20, 132:16,

134:14, 138:3, 139:7, 139:9, 144:1, 145:3, 147:8, 149:7, 149:8, 149:15, 150:1
**allegation** [1] - 148:15
**allegations** [17] - 93:19, 111:5, 114:5, 115:11, 118:17, 123:1, 123:3, 123:25, 124:8, 136:10, 136:15, 144:1, 144:16, 144:22, 144:23, 145:22, 148:7
**allege** [18] - 41:7, 109:20, 114:25, 121:15, 121:24, 121:25, 122:8, 123:21, 129:25, 132:9, 136:16, 137:7, 137:8, 140:24, 142:20, 144:6, 145:24, 148:13
**alleged** [20] - 10:1, 12:16, 18:2, 41:2, 64:3, 88:5, 92:19, 93:5, 115:6, 119:20, 129:2, 130:6, 131:16, 135:22, 137:3, 137:14, 138:14, 139:5, 144:20, 146:15
**allegedly** [1] - 12:17
**alleges** [1] - 52:22
**alleging** [8] - 20:24, 37:5, 59:8, 63:9, 123:20, 130:21, 131:24, 133:6
**alleviate** [1] - 140:23
**allow** [3] - 29:24, 40:18, 124:12
**allowed** [2] - 82:6, 97:13
**allowing** [2] - 14:21, 57:21
**allows** [2] - 57:11, 71:25
**alluded** [1] - 110:16
**almost** [2] - 21:16, 107:14
**alone** [2] - 82:20, 122:10
**already** [5] - 13:20, 23:11, 62:19, 82:19, 128:10
**also** [24] - 8:10, 9:23, 12:9, 13:16, 18:7, 18:10, 26:5, 27:24, 33:24, 34:17, 50:15, 65:10, 75:18, 80:24, 81:2, 84:21, 103:21, 112:14, 131:1, 133:15, 134:8, 137:3, 139:6, 147:6
**ALZN** [1] - 66:13
**am** [5] - 14:20, 29:22, 72:3, 91:6
**Amazon** [2] - 125:4, 141:9
**ambiguous** [1] - 6:20
**Amendment** [4] - 43:25, 45:22, 53:1, 73:12
**AMERICA** [1] - 1:4
**American** [1] - 126:21
**Ameritrade** [1] - 71:25
**among** [6] - 74:19, 79:2, 82:23, 108:10, 110:4, 146:9
**amongst** [3] - 22:6, 120:23, 123:19
**amount** [7] - 72:1, 133:21, 141:12, 141:13, 141:22, 142:3, 142:9
**amounts** [1] - 125:3
**an** [80] - 6:16, 7:1, 7:12, 8:13, 9:17, 13:23, 16:9, 17:4, 18:12,

21:1, 22:22, 26:3, 26:14, 32:20,
33:24, 34:3, 35:1, 35:11, 36:12,
36:20, 37:1, 37:4, 40:15, 43:25,
44:5, 44:11, 44:20, 44:22,
44:25, 47:4, 50:17, 53:13,
56:17, 58:7, 58:20, 58:22,
61:13, 68:18, 69:13, 74:23,
76:22, 78:6, 83:21, 86:12,
86:14, 86:16, 87:24, 90:11,
95:10, 96:17, 97:2, 99:3,
100:20, 100:23, 101:14, 102:3,
105:18, 106:1, 107:9, 112:1,
120:22, 122:8, 123:15, 125:20,
126:24, 131:17, 132:13,
135:21, 136:9, 136:16, 145:11,
145:13, 146:6, 146:25, 147:23,
148:14, 148:24, 149:12, 149:13
analyze [1] - 138:20
and [832] - 3:11, 3:15, 3:16,
3:22, 3:24, 4:2, 4:3, 4:8, 4:17,
5:5, 5:7, 5:8, 5:18, 5:22, 6:14,
6:24, 7:9, 7:15, 7:17, 7:19,
7:20, 7:22, 7:23, 8:9, 8:12,
8:22, 8:24, 9:5, 9:10, 9:12,
9:16, 10:2, 10:12, 10:25, 11:1,
11:4, 11:5, 11:7, 11:8, 11:9,
11:12, 11:19, 11:20, 11:21,
11:23, 12:3, 12:5, 12:21, 12:23,
13:1, 13:7, 13:10, 13:17, 13:24,
14:18, 14:23, 15:4, 15:5, 15:9,
15:19, 16:3, 16:8, 16:19, 17:3,
17:8, 17:13, 17:14, 18:4, 18:10,
19:6, 19:12, 19:25, 20:17,
20:19, 20:25, 21:6, 21:8, 21:9,
21:16, 22:1, 22:8, 22:13, 22:17,
22:23, 22:24, 23:2, 23:4, 23:6,
23:11, 23:12, 23:14, 23:18,
24:3, 24:7, 24:8, 24:11, 24:15,
24:16, 24:19, 24:23, 24:24,
25:1, 25:2, 25:5, 25:12, 25:14,
25:16, 26:2, 26:3, 26:7, 26:16,
26:21, 26:23, 27:5, 27:6, 28:6,
28:15, 28:16, 28:22, 29:4, 29:6,
29:7, 29:9, 29:10, 29:11, 29:13,
29:17, 30:2, 30:4, 30:9, 30:14,
30:20, 30:21, 30:23, 31:4, 31:5,
31:6, 31:8, 31:15, 31:18, 31:23,
32:12, 32:23, 33:6, 33:9, 33:11,
33:14, 33:15, 33:16, 33:17,
33:20, 33:21, 33:22, 33:25,
34:3, 34:5, 34:6, 34:7, 34:14,
34:15, 34:23, 34:24, 35:11,
35:16, 35:18, 35:22, 35:23,
35:24, 36:12, 37:16, 37:21,
38:4, 38:9, 38:14, 38:17, 38:21,
38:22, 38:23, 39:5, 39:7, 39:11,
39:12, 39:14, 39:19, 40:5, 40:9,
40:14, 40:18, 40:20, 40:24,
41:4, 41:5, 41:9, 41:10, 41:12,
41:17, 41:23, 42:5, 42:7, 42:9,
42:11, 42:19, 42:23, 43:5, 43:7,

43:12, 43:14, 43:16, 43:17,
43:18, 43:21, 44:8, 44:15,
44:16, 44:17, 44:22, 44:23,
45:9, 45:17, 45:18, 45:22,
45:23, 46:22, 47:18, 47:21,
47:22, 47:23, 48:5, 48:8, 48:21,
49:11, 49:12, 49:13, 49:14,
49:15, 49:22, 50:2, 50:7, 50:8,
50:10, 50:14, 50:21, 50:24,
51:4, 51:14, 51:16, 51:17,
51:20, 51:21, 51:23, 52:2, 52:8,
52:19, 52:21, 53:14, 53:15,
54:4, 54:12, 54:21, 54:24, 55:9,
55:24, 56:10, 56:11, 56:20,
56:24, 57:3, 57:6, 57:7, 57:13,
57:17, 57:20, 57:24, 58:5, 58:8,
58:12, 58:14, 58:19, 59:6, 59:8,
59:10, 59:14, 59:19, 59:24,
59:25, 60:2, 60:3, 60:8, 60:9,
60:10, 60:15, 60:16, 61:3, 61:4,
61:5, 61:6, 61:16, 61:22, 61:23,
61:24, 61:25, 62:4, 62:16,
62:20, 62:23, 63:1, 63:6, 63:18,
64:1, 64:9, 64:13, 64:17, 64:21,
65:2, 65:9, 65:12, 65:15, 65:17,
65:20, 66:5, 66:10, 66:14,
66:18, 66:21, 67:9, 67:13,
67:16, 67:19, 67:23, 67:24,
67:25, 68:1, 68:7, 68:8, 68:13,
68:14, 68:20, 69:1, 69:2, 69:7,
69:10, 69:22, 69:25, 70:2, 70:9,
70:11, 70:15, 70:18, 70:25,
71:7, 71:13, 71:16, 71:17,
71:21, 72:2, 72:4, 72:7, 72:9,
72:16, 72:22, 73:5, 73:13,
73:15, 73:22, 73:23, 74:3, 74:4,
74:7, 74:8, 74:13, 74:15, 74:18,
74:24, 75:12, 75:17, 75:20,
75:21, 75:24, 76:1, 76:4, 76:9,
76:25, 77:10, 77:14, 77:15,
77:16, 77:17, 77:23, 78:1, 78:7,
78:8, 78:16, 78:19, 78:20,
78:21, 78:23, 78:24, 78:25,
79:3, 79:5, 79:9, 79:11, 79:15,
79:19, 79:22, 79:24, 80:2, 80:4,
80:6, 80:9, 80:12, 80:13, 80:17,
80:21, 80:22, 80:24, 82:11,
82:12, 82:17, 82:20, 82:24,
83:6, 83:7, 83:13, 83:16, 83:18,
84:6, 84:7, 84:8, 84:12, 85:5,
85:16, 85:18, 85:25, 86:11,
86:22, 87:3, 87:5, 87:8, 87:9,
87:10, 87:18, 87:19, 87:24,
88:4, 88:7, 88:9, 88:10, 88:17,
88:21, 88:24, 89:20, 89:23,
89:24, 90:6, 90:8, 90:15, 90:22,
90:23, 90:24, 90:25, 91:6,
91:17, 91:22, 92:8, 92:11,
92:19, 93:11, 93:15, 93:16,
93:23, 94:5, 94:6, 94:16, 95:1,
95:7, 95:15, 96:4, 96:5, 96:7,

96:9, 96:16, 96:19, 96:20,
96:23, 97:1, 97:5, 97:6, 97:13,
97:14, 97:15, 97:16, 98:8, 98:9,
98:10, 98:13, 98:23, 99:10,
99:16, 99:25, 100:7, 100:15,
100:17, 100:20, 100:23, 101:8,
101:10, 101:14, 102:1, 102:12,
102:22, 102:23, 103:2, 103:5,
103:23, 104:17, 104:19,
104:20, 104:24, 105:3, 105:7,
105:15, 105:16, 106:1, 106:17,
107:1, 107:3, 107:8, 107:17,
107:21, 108:1, 108:2, 108:4,
108:5, 108:10, 108:16, 108:21,
108:25, 109:1, 109:7, 109:9,
109:14, 109:19, 109:23, 110:4,
110:5, 110:6, 110:7, 110:9,
110:11, 111:5, 111:6, 111:7,
111:20, 111:21, 111:24, 112:5,
112:7, 112:11, 112:17, 112:21,
112:25, 113:2, 113:3, 113:8,
113:10, 113:13, 113:17,
113:24, 114:6, 114:17, 114:19,
114:20, 114:22, 115:5, 115:6,
115:7, 115:10, 115:12, 115:13,
115:19, 115:22, 115:23,
116:17, 116:20, 116:21,
116:23, 116:25, 117:2, 117:6,
117:7, 117:10, 117:11, 117:12,
117:13, 117:17, 117:19,
117:21, 118:1, 118:5, 118:8,
118:9, 118:19, 118:22, 119:14,
119:17, 119:24, 120:8, 120:11,
120:12, 120:16, 120:17,
120:18, 120:19, 120:23,
120:25, 121:15, 121:17,
121:19, 121:20, 121:22, 122:2,
122:4, 122:12, 122:17, 122:21,
123:1, 123:5, 123:12, 123:13,
123:14, 123:15, 123:21,
123:24, 123:25, 124:1, 124:2,
124:4, 124:12, 124:21, 124:22,
125:4, 125:7, 125:12, 125:14,
125:16, 125:24, 126:16,
126:20, 126:21, 127:6, 127:7,
127:11, 127:13, 127:17, 128:1,
128:2, 128:7, 128:18, 129:1,
129:3, 129:6, 129:7, 129:10,
129:21, 129:23, 130:7, 130:10,
130:16, 130:19, 130:24, 131:3,
131:6, 131:20, 131:21, 132:2,
132:9, 132:14, 132:16, 132:17,
132:22, 132:23, 133:3, 133:11,
133:16, 133:19, 133:20,
133:25, 134:3, 134:8, 134:10,
135:3, 135:4, 135:6, 135:12,
135:16, 135:25, 136:1, 136:2,
136:3, 136:8, 136:16, 136:18,
136:20, 136:22, 136:24, 137:6,
137:8, 137:14, 137:20, 137:23,
137:25, 138:1, 138:3, 138:13,

138:14, 138:24, 139:4, 139:6, 139:7, 140:3, 140:17, 140:22, 141:2, 141:11, 141:12, 141:20, 141:22, 141:25, 142:1, 142:4, 142:12, 142:15, 142:20, 142:21, 143:3, 143:5, 143:15, 143:19, 143:24, 143:25, 144:1, 144:4, 144:5, 144:6, 144:11, 144:12, 144:21, 144:24, 145:2, 145:3, 145:6, 145:25, 146:13, 146:15, 146:20, 147:9, 147:14, 147:18, 147:19, 148:2, 148:5, 148:13, 148:15, 148:22, 149:1, 149:2, 149:5, 149:6, 149:12, 149:13, 149:14, 149:15, 149:20, 151:8

**and/or** [1] - 99:17
**ANDREW** [1] - 1:3
**Android** [1] - 28:9
**animal** [1] - 99:14
**anonymous** [1] - 146:6
**another** [7] - 9:10, 47:12, 83:10, 84:6, 91:12, 96:22, 98:19
**answer** [15] - 8:20, 14:8, 14:10, 14:17, 21:1, 27:12, 44:11, 102:6, 107:9, 113:17, 130:18, 134:16, 134:20, 135:5, 146:12
**answers** [1] - 138:3
**any** [55] - 5:19, 7:6, 8:15, 12:1, 16:4, 18:2, 18:7, 18:8, 18:9, 18:24, 21:18, 26:11, 26:25, 28:20, 29:21, 33:22, 35:14, 60:21, 64:12, 74:1, 74:17, 79:13, 83:6, 85:15, 86:5, 87:2, 96:7, 97:21, 98:4, 98:6, 98:19, 103:5, 106:15, 112:23, 114:7, 116:9, 119:17, 119:18, 121:12, 124:15, 124:20, 126:13, 126:14, 129:25, 134:5, 134:14, 142:25, 143:18, 148:12
**anybody** [13] - 53:3, 54:23, 76:19, 86:5, 93:5, 110:2, 119:20, 121:20, 129:4, 130:2, 138:1, 138:7, 146:16
**anyone** [9] - 21:17, 59:14, 60:21, 71:4, 125:8, 133:21, 133:23, 141:25, 142:9
**anything** [27] - 3:13, 19:21, 21:11, 21:13, 25:2, 50:1, 50:23, 70:20, 71:3, 75:3, 80:4, 80:10, 81:6, 82:19, 84:17, 85:1, 90:15, 116:2, 118:6, 118:22, 120:14, 128:20, 134:2, 142:14, 142:16, 143:4, 143:18
**anyway** [2] - 3:17, 90:7
**anywhere** [2] - 56:21, 86:1
**apart** [1] - 72:10
**apologize** [2] - 36:25, 90:4
**apparent** [2] - 43:25, 116:3
**apparently** [1] - 5:8

**appeal** [3] - 123:15, 147:14, 147:20
**appear** [7] - 7:21, 13:8, 15:20, 19:8, 19:13, 56:21, 86:1
**APPEARANCES** [1] - 1:15
**appeared** [1] - 31:20
**appearing** [1] - 105:21
**appears** [5] - 6:18, 30:4, 95:7, 117:5
**applicable** [1] - 52:20
**appreciate** [1] - 64:22
**appropriate** [2] - 146:11, 148:24
**approved** [1] - 5:12
**approximately** [1] - 11:1
**April** [1] - 124:14
**arbitrarily** [1] - 19:3
**are** [203] - 5:19, 5:24, 6:10, 8:23, 9:12, 10:17, 11:17, 13:2, 13:9, 14:15, 15:7, 15:25, 16:6, 16:14, 16:23, 17:1, 18:25, 19:4, 19:16, 19:20, 19:25, 20:17, 20:24, 21:4, 21:13, 22:11, 22:17, 24:4, 25:3, 26:18, 27:14, 28:13, 29:13, 29:18, 29:20, 30:5, 31:9, 31:14, 32:14, 32:23, 33:17, 36:18, 37:18, 37:23, 38:21, 39:6, 39:9, 39:12, 39:23, 41:9, 41:10, 42:18, 42:19, 42:20, 43:5, 43:13, 43:21, 45:20, 47:3, 47:9, 47:10, 47:14, 47:21, 47:23, 48:7, 50:13, 51:1, 51:15, 53:25, 56:8, 57:6, 58:11, 60:2, 60:11, 60:22, 61:8, 62:3, 62:8, 62:11, 62:12, 62:20, 62:21, 63:5, 64:17, 65:1, 65:24, 65:25, 66:1, 66:7, 66:9, 66:14, 66:22, 67:1, 67:15, 68:24, 70:8, 70:12, 70:13, 70:25, 71:3, 71:8, 71:21, 73:8, 73:15, 73:17, 74:15, 74:20, 74:22, 75:10, 75:20, 75:24, 76:1, 76:5, 76:11, 76:17, 78:10, 78:14, 78:25, 79:7, 80:19, 81:9, 82:2, 82:6, 83:5, 85:6, 85:18, 85:22, 86:9, 86:10, 86:14, 86:21, 87:18, 88:18, 88:19, 88:21, 89:25, 91:22, 92:14, 93:16, 95:2, 95:6, 95:10, 97:8, 97:11, 98:20, 100:5, 100:14, 101:18, 102:9, 102:11, 103:3, 104:22, 105:21, 106:7, 107:7, 107:15, 108:9, 108:18, 109:8, 110:5, 110:14, 112:2, 112:16, 115:1, 115:20, 116:20, 117:19, 118:16, 118:18, 118:23, 118:25, 119:5, 121:9, 126:10, 128:7, 128:15, 128:22, 129:4, 131:3, 131:7, 131:12, 132:23, 133:7, 133:8, 137:13, 141:14, 144:7, 144:8, 144:15,

144:16, 145:7, 145:9, 145:21, 145:24, 148:5, 148:7
**aren't** [3] - 66:19, 107:8, 111:7
**argue** [6] - 24:24, 45:12, 51:22, 64:25, 65:8, 90:11
**argued** [1] - 125:18
**arguing** [9] - 12:20, 24:20, 36:19, 36:21, 83:2, 87:24, 90:18, 90:19
**argument** [19] - 11:23, 23:15, 44:22, 52:8, 54:10, 54:20, 62:5, 65:20, 69:13, 82:11, 83:15, 90:14, 105:4, 105:5, 106:21, 111:2, 111:3, 111:4, 133:6
**arguments** [10] - 12:5, 20:8, 33:23, 41:24, 48:11, 51:18, 51:25, 82:19, 104:24, 144:15
**armstrong** [1] - 46:23
**ARMSTRONG** [111] - 16:21, 20:6, 20:14, 22:19, 24:12, 32:16, 32:20, 35:1, 35:6, 35:9, 36:17, 37:23, 38:16, 40:22, 42:13, 45:5, 48:2, 48:17, 51:11, 53:25, 54:11, 55:12, 55:18, 56:2, 56:22, 59:1, 59:21, 60:20, 61:9, 62:1, 62:9, 62:13, 63:4, 63:12, 63:17, 64:20, 65:6, 65:17, 66:24, 67:18, 68:16, 69:7, 70:4, 70:8, 73:19, 73:21, 73:23, 74:6, 74:12, 75:4, 75:8, 75:23, 76:1, 76:16, 78:13, 81:7, 82:5, 82:14, 82:18, 83:5, 83:12, 83:24, 85:10, 86:7, 86:19, 87:3, 87:20, 88:22, 89:6, 90:1, 90:4, 90:10, 90:21, 91:8, 91:16, 92:5, 93:4, 93:25, 95:24, 97:17, 97:25, 98:17, 99:23, 100:3, 100:5, 100:13, 100:17, 103:11, 103:14, 103:16, 103:19, 104:2, 104:9, 104:14, 105:23, 106:3, 107:23, 108:8, 109:25, 134:17, 134:23, 135:18, 136:5, 136:8, 137:2, 137:12, 138:2, 139:25, 140:6, 140:22, 144:14
**Armstrong** [9] - 1:16, 16:19, 44:13, 64:19, 72:14, 111:6, 121:21, 134:16, 143:6
**arose** [1] - 143:19
**around** [7] - 9:10, 12:3, 39:10, 58:20, 58:23, 114:13, 129:20
**arrested** [2] - 50:20, 106:1
**article** [5] - 30:17, 30:21, 31:6, 59:23
**articles** [6] - 33:5, 38:14, 60:2, 60:17, 127:13
**artifical** [1] - 143:18
**artificially** [1] - 7:5
**as** [128] - 7:10, 7:21, 7:25, 8:2, 13:8, 13:9, 13:19, 13:22, 13:24, 14:1, 14:16, 15:6, 16:7, 16:9,

17:14, 18:8, 18:9, 20:8, 20:25,
22:2, 26:14, 29:17, 30:14,
31:24, 33:5, 33:9, 33:19, 34:1,
35:23, 39:12, 39:22, 40:7,
41:24, 43:18, 50:25, 51:7,
51:16, 52:1, 54:5, 55:7, 55:20,
57:18, 57:23, 58:7, 58:8, 58:16,
58:18, 63:5, 67:15, 68:2, 69:15,
69:16, 69:20, 71:15, 71:19,
71:25, 81:4, 84:1, 86:24, 92:15,
92:21, 93:12, 93:16, 95:5,
100:22, 100:25, 103:10,
104:25, 105:18, 105:24, 106:1,
107:1, 107:6, 109:14, 110:20,
112:14, 113:10, 116:11,
116:17, 117:11, 118:18,
119:22, 120:14, 121:3, 123:18,
125:10, 125:11, 125:17,
130:23, 131:16, 132:2, 132:18,
133:21, 134:4, 134:20, 135:16,
136:12, 136:16, 137:4, 137:8,
137:14, 138:14, 139:1, 139:10,
139:19, 143:1, 143:12, 144:23,
145:22, 146:2, 146:9, 148:7,
148:24

**ASAP** [1] - 16:20
**aside** [1] - 94:21
**ask** [13] - 13:25, 27:9, 38:22,
45:18, 45:22, 60:25, 66:21,
91:5, 92:22, 105:8, 121:20,
134:20, 146:11
**asked** [5] - 3:17, 22:16, 52:21,
61:2, 125:7
**asking** [9] - 36:9, 38:16, 40:18,
83:3, 129:23, 137:19, 138:20,
144:3
**aspects** [1] - 102:4
**aspirin** [1] - 74:23
**assert** [1] - 45:21
**associates** [1] - 87:10
**assume** [1] - 39:15
**assuming** [4] - 15:2, 17:17,
63:2, 107:16
**assure** [1] - 129:17
**at** [131] - 3:10, 3:14, 3:22, 6:5,
6:10, 9:6, 12:15, 13:25, 14:13,
14:17, 18:16, 19:1, 25:6, 26:20,
26:25, 27:16, 27:19, 28:3,
28:15, 30:18, 31:3, 33:4, 33:8,
35:3, 35:4, 35:6, 35:7, 35:17,
35:22, 37:13, 37:19, 39:14,
41:20, 42:10, 43:22, 44:16,
44:17, 44:18, 45:20, 47:15,
49:15, 50:20, 52:18, 52:19,
56:1, 56:3, 58:25, 59:6, 61:12,
61:17, 62:17, 64:8, 64:10,
64:12, 64:15, 65:7, 66:20,
66:25, 71:1, 71:2, 71:9, 79:24,
80:7, 80:25, 85:21, 87:13,
87:14, 87:15, 88:1, 89:17,

90:15, 96:20, 102:1, 102:23,
104:11, 104:15, 105:11,
106:15, 107:9, 107:16, 108:18,
109:2, 109:20, 109:24, 111:20,
113:14, 114:14, 114:19,
115:25, 118:14, 120:7, 122:17,
123:12, 124:9, 126:12, 126:13,
126:15, 126:16, 126:20, 127:7,
128:14, 129:9, 129:21, 130:10,
130:12, 131:17, 131:20,
131:21, 131:24, 132:5, 135:24,
136:19, 137:13, 139:11,
139:18, 141:10, 144:1, 144:19,
144:20, 144:24, 146:4, 146:5,
147:13, 147:16, 148:5, 149:18,
149:19
**at-issue** [1] - 52:19
**Atlas** [4] - 92:16, 97:4, 102:22,
140:9
**attached** [4] - 21:14, 42:25,
60:17, 86:24
**attaches** [1] - 41:7
**attempt** [2] - 44:8, 58:19
**attorney** [2] - 31:25, 85:11
**attributing** [1] - 84:8
**attribution** [1] - 47:10
**audibly** [1] - 131:2
**August** [6] - 5:22, 7:6, 10:23,
10:25, 12:12, 12:14
**authentic** [1] - 51:21
**authenticate** [1] - 15:3
**authenticated** [4] - 7:15, 8:18,
17:13, 17:14
**authenticity** [4] - 6:16, 8:17,
8:23, 9:19
**available** [10] - 28:2, 28:20,
33:4, 34:23, 42:6, 47:6, 47:14,
48:9, 51:4, 101:13
**average** [1] - 121:11
**avoid** [1] - 134:10
**avoided** [1] - 64:9
**aware** [3] - 106:6, 114:5, 126:12
**away** [2] - 58:11, 137:21

## B

**B** [5] - 1:22, 26:5, 30:16, 75:12,
126:3
**baby** [1] - 62:2
**back** [56] - 8:2, 8:11, 17:22,
25:3, 25:25, 26:2, 29:20, 30:8,
33:8, 37:12, 40:10, 46:21,
47:21, 53:5, 54:14, 61:20,
63:18, 74:24, 83:13, 84:20,
86:25, 87:3, 97:6, 97:7, 102:20,
106:20, 109:22, 110:10,
110:11, 110:15, 110:17,
110:21, 111:6, 111:20, 114:20,
117:8, 119:12, 120:8, 120:23,

122:17, 123:24, 125:12,
128:19, 128:25, 131:6, 134:11,
135:20, 144:4, 144:24, 144:25,
147:14, 147:20, 148:22,
149:12, 149:13
**backed** [1] - 148:3
**background** [1] - 75:9
**bad** [4] - 53:20, 53:22, 56:11
**bail** [1] - 78:24
**ball** [1] - 59:10
**bank** [1] - 113:10
**barely** [1] - 122:5
**based** [9] - 82:20, 94:11, 111:2,
114:10, 117:19, 122:8, 122:18,
124:5, 124:8
**basic** [2] - 42:4, 42:22
**basically** [2] - 4:6, 23:14
**basis** [3] - 9:24, 29:15, 41:11
**bath** [1] - 62:2
**bathtub** [1] - 124:11
**batting** [1] - 121:11
**battle** [2] - 144:9, 144:10
**BBI** [7] - 37:15, 53:6, 53:14,
55:11, 62:17, 62:19, 62:21
**be** [167] - 3:7, 3:13, 4:16, 4:20,
4:22, 5:1, 5:5, 6:13, 6:23, 8:15,
8:16, 8:18, 8:23, 11:11, 11:23,
12:15, 12:19, 12:21, 13:2, 13:5,
14:9, 14:11, 16:10, 16:17, 17:2,
17:12, 17:15, 20:4, 21:1, 21:2,
21:3, 21:10, 22:12, 22:22, 24:1,
24:17, 24:20, 25:5, 25:6, 25:11,
26:24, 30:1, 31:17, 31:18,
31:20, 32:1, 32:7, 34:18, 35:19,
36:3, 37:7, 38:3, 38:4, 39:8,
39:20, 41:3, 41:4, 41:7, 44:4,
44:6, 44:16, 44:19, 45:21,
46:17, 49:10, 50:22, 51:8,
52:22, 53:2, 53:22, 55:22, 56:1,
56:12, 56:17, 57:6, 57:11,
58:20, 58:21, 58:22, 58:25,
59:8, 59:9, 60:6, 60:7, 60:8,
61:10, 63:9, 64:11, 67:16, 70:8,
70:22, 71:1, 71:12, 72:23,
74:24, 77:1, 80:16, 82:3, 82:9,
83:12, 84:4, 84:11, 85:8, 87:4,
87:13, 88:8, 89:14, 89:23,
89:24, 92:17, 94:18, 95:13,
97:19, 98:20, 99:11, 100:18,
102:20, 103:24, 104:25,
106:18, 108:11, 108:18,
108:24, 109:11, 109:21,
109:24, 110:15, 110:19, 113:1,
114:8, 114:9, 114:25, 118:11,
123:4, 123:5, 123:7, 123:12,
124:6, 124:7, 124:10, 125:5,
126:1, 127:10, 127:20, 128:21,
132:1, 132:12, 132:19, 134:9,
134:11, 136:12, 136:16, 137:5,
137:6, 138:21, 139:13, 143:24,

144:23, 145:12, 145:13, 146:9, 148:8, 149:6, 149:24, 149:25
**bear** [1] - 99:20
**beat** [2] - 23:23, 97:6
**because** [100] - 8:24, 9:25, 11:17, 13:22, 15:1, 16:10, 18:5, 19:8, 19:22, 20:18, 22:25, 28:8, 29:12, 33:2, 36:6, 40:24, 41:4, 44:11, 45:17, 48:4, 48:9, 48:20, 48:22, 50:8, 51:15, 51:19, 52:12, 53:1, 53:3, 54:3, 54:25, 55:5, 56:15, 57:2, 57:12, 58:22, 58:24, 60:12, 61:4, 64:4, 65:3, 65:10, 67:2, 70:14, 70:20, 71:6, 71:8, 73:1, 73:11, 74:5, 76:22, 78:6, 81:3, 81:5, 87:6, 88:12, 89:12, 89:18, 89:19, 93:9, 94:13, 98:11, 107:14, 107:25, 109:12, 110:3, 113:2, 113:9, 113:23, 117:21, 118:3, 118:9, 118:21, 119:6, 119:12, 119:24, 122:5, 122:18, 122:20, 122:21, 123:15, 125:11, 126:10, 127:19, 127:22, 129:3, 129:6, 130:4, 131:18, 132:1, 133:9, 134:9, 138:23, 139:19, 145:2, 145:17, 146:1, 146:23, 149:2, 149:24
**become** [1] - 148:1
**been** [26] - 13:20, 38:15, 41:16, 41:19, 45:9, 46:23, 51:14, 58:2, 70:21, 71:3, 76:4, 89:12, 90:6, 91:2, 95:8, 109:1, 121:4, 121:17, 123:17, 123:18, 125:13, 132:13, 132:20, 135:4, 149:4
**beer** [2] - 55:6, 60:18
**before** [30] - 3:9, 3:24, 8:5, 21:17, 21:18, 22:21, 22:23, 23:5, 23:12, 24:8, 24:15, 37:11, 41:22, 43:19, 45:10, 45:13, 59:5, 67:20, 73:23, 74:7, 75:7, 83:14, 88:13, 95:8, 97:20, 106:17, 125:15, 125:18, 125:19
**beginning** [4] - 37:21, 45:6, 51:13, 132:14
**behalf** [4] - 12:8, 73:8, 76:20, 129:24
**behind** [1] - 5:8
**behold** [1] - 96:9
**being** [29] - 21:13, 23:20, 24:10, 28:19, 30:3, 33:1, 35:2, 38:22, 46:19, 52:9, 54:5, 58:2, 71:15, 74:13, 78:15, 81:5, 88:23, 92:16, 96:7, 97:13, 104:15, 105:2, 106:6, 109:9, 120:7, 120:25, 135:7, 135:10
**belied** [1] - 108:25
**believe** [15] - 7:3, 8:4, 11:7, 18:6, 64:5, 64:18, 69:13, 84:17,

88:4, 105:23, 144:7, 144:8, 147:21, 148:20, 148:21
**believed** [3] - 79:4, 82:25, 103:1
**believes** [2] - 18:25, 127:20
**bell** [1] - 22:1
**bend** [1] - 84:18
**beneficial** [2] - 44:6, 56:12
**benefit** [4] - 60:15, 136:24, 139:4, 141:1
**best** [13] - 41:14, 41:15, 41:18, 42:3, 42:6, 42:13, 42:16, 48:12, 51:14, 96:20, 104:15, 115:16, 125:1
**bet** [2] - 65:21, 127:10
**better** [1] - 119:25
**between** [9] - 5:22, 19:5, 82:7, 82:24, 88:4, 92:8, 96:3, 108:10, 110:4
**beyond** [9] - 12:9, 18:20, 63:1, 78:1, 89:20, 93:21, 109:6, 137:14
**bid** [1] - 126:2
**bidders** [1] - 138:21
**Biden** [1] - 127:3
**big** [5] - 28:14, 50:2, 100:10, 106:25, 129:18
**bigger** [4] - 16:21, 17:1, 26:10, 31:24
**bio** [8] - 26:19, 27:1, 27:4, 27:8, 27:15, 27:20, 28:5, 64:10
**bit** [4] - 51:1, 62:3, 83:23, 104:22
**bits** [1] - 69:1
**Black** [1] - 136:15
**blame** [1] - 129:10
**bleeds** [1] - 131:14
**bless** [1] - 47:19
**Bloom** [1] - 1:19
**Bloomberg** [2] - 9:5, 9:6
**board** [4] - 73:6, 73:9, 73:10, 73:11
**bona** [5] - 126:15, 126:16, 131:21, 146:5
**book** [2] - 35:3, 35:7
**bookends** [1] - 21:7
**boom** [1] - 22:13
**bordering** [1] - 90:9
**Boston** [1] - 116:6
**both** [5] - 3:14, 3:16, 12:18, 24:24, 60:3
**bottom** [2] - 37:13, 78:22
**bought** [10] - 11:21, 18:19, 21:16, 24:15, 114:9, 116:7, 122:18, 133:1, 134:1, 141:21
**bounced** [1] - 147:14
**bound** [2] - 3:12, 139:17
**bounds** [1] - 45:14
**bow** [1] - 51:11
**box** [1] - 111:1

**Brady** [4] - 7:1, 7:10, 15:7, 15:9
**break** [6] - 55:7, 74:24, 83:14, 100:24, 110:8, 110:15
**breaker** [1] - 54:18
**breaking** [1] - 92:15
**bribes** [1] - 125:21
**brief** [3] - 115:8, 119:22, 132:12
**briefly** [5] - 13:13, 46:1, 59:12, 65:23, 148:9
**briefs** [1] - 113:11
**brilliance** [1] - 127:18
**bring** [4] - 58:20, 68:4, 79:17
**bringing** [1] - 107:18
**brings** [2] - 40:10, 125:24
**broader** [1] - 13:19
**broken** [1] - 117:11
**brokerage** [2] - 71:25, 138:13
**brought** [3] - 110:22, 115:23
**BROWN** [1] - 81:24
**Brown** [1] - 1:20
**Bs** [1] - 25:12
**Buffalo** [2] - 125:23, 126:2
**build** [3] - 42:15, 42:17, 126:1
**building** [2] - 117:6, 126:2
**built** [2] - 118:3
**bunch** [2] - 128:12, 135:25
**burden** [16] - 31:18, 40:13, 43:12, 49:5, 57:9, 62:5, 62:22, 67:6, 67:12, 67:21, 68:14, 68:17, 68:20, 69:4, 99:20
**buried** [1] - 74:18
**business** [8] - 7:13, 33:17, 42:19, 51:16, 57:11, 58:16, 58:18, 84:21
**busy** [1] - 149:25
**But** [1] - 87:1
**but** [189] - 3:13, 3:17, 3:23, 4:10, 4:20, 7:7, 7:10, 8:3, 10:2, 12:12, 13:20, 14:25, 18:1, 18:7, 19:11, 19:12, 19:15, 19:19, 19:24, 21:20, 22:17, 23:13, 23:16, 23:24, 26:4, 27:3, 27:19, 28:2, 28:7, 28:22, 29:25, 30:7, 31:6, 31:23, 32:13, 33:12, 36:1, 40:1, 40:7, 41:15, 41:22, 42:2, 42:9, 43:1, 43:3, 43:4, 43:8, 43:9, 44:5, 44:10, 44:19, 44:24, 45:1, 46:13, 46:18, 47:3, 47:5, 47:18, 47:20, 49:23, 50:12, 51:3, 51:5, 53:20, 53:23, 54:16, 54:21, 57:1, 58:18, 58:23, 59:2, 59:15, 60:16, 61:10, 63:12, 65:23, 66:17, 67:14, 67:20, 68:10, 68:24, 69:8, 70:17, 71:1, 73:3, 73:4, 73:12, 77:21, 78:4, 80:8, 80:14, 80:23, 82:8, 82:15, 83:9, 84:14, 84:18, 84:22, 85:15, 85:22, 86:12, 87:5, 87:16, 88:14, 89:3, 89:20, 90:6, 90:14, 91:3, 94:22, 95:20, 96:1,

96:9, 96:25, 97:22, 98:3, 98:17, 98:21, 101:1, 101:12, 101:21, 102:6, 102:8, 102:21, 102:24, 103:4, 104:3, 105:17, 105:21, 106:10, 106:12, 106:14, 107:4, 107:16, 110:17, 111:25, 112:7, 112:14, 115:3, 115:8, 116:3, 116:12, 117:1, 117:9, 118:13, 118:16, 118:24, 120:5, 121:22, 121:25, 122:13, 122:16, 122:24, 123:2, 123:21, 123:24, 124:4, 124:10, 126:23, 129:12, 129:14, 129:15, 130:13, 131:6, 131:13, 132:5, 133:7, 135:9, 135:15, 136:11, 137:20, 139:24, 141:15, 141:19, 141:21, 142:3, 142:11, 143:8, 143:22, 144:8, 144:10, 144:19, 146:17, 146:22, 146:25, 147:16, 148:24, 149:22
**button** [1] - 126:23
**buxom** [1] - 42:24
**buy** [18] - 11:4, 22:8, 98:9, 100:18, 100:22, 100:25, 125:4, 125:5, 128:8, 128:13, 128:17, 129:13, 132:18, 136:19, 136:24, 138:11, 139:3, 142:8
**buyers** [1] - 132:25
**buying** [9] - 11:5, 22:25, 26:24, 64:11, 112:10, 132:18, 140:25, 141:17, 142:4
**buys** [6] - 100:15, 100:24, 113:2, 131:20, 141:21, 141:25
**By** [1] - 2:1
**by** [54] - 2:6, 2:6, 3:10, 3:12, 3:21, 7:6, 7:23, 14:1, 23:20, 28:19, 36:5, 39:22, 44:12, 45:1, 46:19, 48:10, 48:13, 48:16, 52:9, 54:4, 55:25, 56:17, 56:18, 59:15, 59:17, 71:4, 85:23, 90:16, 95:8, 96:16, 96:20, 96:23, 99:16, 101:15, 102:12, 106:6, 108:10, 108:25, 116:15, 117:18, 120:3, 120:25, 122:3, 122:14, 126:9, 126:24, 135:11, 136:10, 139:14, 139:17, 140:25, 143:15, 147:23, 147:24
**byproduct** [1] - 92:10

## C

**C** [3] - 75:13, 86:24, 126:3
**Caber** [1] - 127:8
**calculate** [1] - 52:18
**calculated** [1] - 17:25
**calendar** [1] - 82:17
**call** [2] - 44:13, 99:24
**called** [4] - 100:19, 111:16, 139:20, 145:9

**calls** [2] - 77:16, 125:2
**came** [8] - 22:3, 49:12, 110:21, 114:7, 140:15, 142:11, 142:21, 147:16
**camera** [1] - 4:10
**Can** [1] - 46:3
**can** [111] - 6:9, 7:16, 7:25, 8:1, 8:6, 8:9, 8:18, 9:8, 10:23, 12:7, 14:25, 15:2, 17:2, 20:11, 20:23, 22:15, 24:3, 24:17, 24:24, 26:2, 26:11, 28:6, 33:12, 35:11, 36:11, 36:12, 36:25, 37:11, 37:12, 37:21, 42:2, 42:10, 46:12, 47:17, 49:12, 49:14, 51:22, 53:6, 53:7, 53:10, 54:24, 56:4, 58:22, 59:6, 60:22, 61:11, 61:23, 61:24, 61:25, 63:19, 66:16, 67:13, 70:17, 72:2, 74:2, 77:9, 84:2, 84:17, 84:18, 85:1, 87:13, 87:20, 88:9, 88:10, 90:2, 90:12, 91:9, 91:24, 93:20, 93:21, 93:25, 95:3, 95:11, 97:16, 98:18, 101:3, 101:12, 102:15, 103:17, 104:7, 104:8, 106:20, 107:2, 109:20, 109:25, 110:9, 117:24, 118:13, 120:10, 121:2, 124:21, 125:16, 127:25, 129:17, 134:18, 138:6, 141:5, 144:2, 144:4, 144:5, 144:6, 145:1, 145:12, 146:8
**can't** [25] - 23:2, 23:3, 35:14, 39:23, 40:3, 41:20, 43:6, 43:8, 44:22, 68:14, 70:17, 81:2, 99:22, 101:11, 107:12, 115:22, 121:1, 122:7, 123:2, 124:2, 131:19, 132:24, 133:12, 143:19, 144:10
**cannot** [11] - 39:20, 56:14, 56:23, 67:7, 67:21, 70:10, 82:19, 108:11, 137:14, 148:14, 149:20
**Capital** [1] - 116:16
**capitalism** [1] - 128:19
**caption** [1] - 55:10
**capture** [6] - 33:1, 127:5, 127:6, 127:8, 127:10, 127:13
**capturing** [1] - 38:18
**car** [1] - 129:14
**carbon** [5] - 127:5, 127:6, 127:8, 127:9, 127:12
**cared** [1] - 71:4
**cares** [1] - 143:22
**Carlos** [1] - 1:22
**Carnival** [1] - 126:22
**Carousel** [1] - 116:16
**cars** [1] - 129:7
**Carter** [1] - 1:17
**carved** [1] - 24:17
**case** [80] - 4:16, 4:19, 22:16, 22:22, 23:5, 47:21, 49:5, 49:19,

51:9, 53:20, 54:4, 55:24, 57:18, 59:23, 60:1, 60:3, 60:4, 60:8, 60:11, 61:10, 61:15, 64:2, 67:23, 67:24, 68:8, 71:7, 71:9, 73:13, 82:16, 88:17, 89:15, 93:18, 94:11, 94:23, 95:3, 95:6, 96:18, 102:5, 103:10, 103:12, 108:1, 108:19, 109:11, 109:22, 112:5, 115:9, 115:10, 115:14, 115:16, 115:19, 117:4, 118:2, 122:25, 123:22, 124:5, 124:10, 124:12, 125:13, 125:20, 132:10, 132:21, 133:8, 133:18, 135:6, 135:21, 136:9, 137:8, 137:13, 137:22, 139:17, 144:5, 146:20, 146:22, 147:4, 147:19, 149:3, 149:13
**cases** [6] - 19:16, 29:19, 40:1, 142:6
**cash** [2] - 138:13, 138:25
**categorize** [1] - 136:2
**category** [2] - 65:24, 72:14
**causation** [6] - 6:20, 11:23, 132:23, 132:24, 133:6, 133:10
**cause** [5] - 6:25, 99:16, 116:20, 122:13, 148:23
**caused** [2] - 7:6, 7:23
**caveat** [1] - 76:10
**CEI** [6] - 73:20, 73:23, 74:7, 74:15, 116:7, 140:14
**cellphone** [1] - 28:9
**cents** [1] - 118:9
**certain** [1] - 57:1
**certainly** [8] - 14:21, 19:20, 97:16, 101:20, 102:19, 109:3, 115:2, 142:15
**CERTIFICATE** [1] - 151:1
**certificate** [1] - 133:2
**certification** [1] - 42:15
**certifications** [1] - 42:18
**Certified** [2] - 2:1, 151:12
**CERTIFIED** [1] - 1:11
**certify** [1] - 151:6
**cetera** [1] - 16:8
**chain** [3] - 76:25, 77:5, 77:11
**chance** [1] - 138:22
**change** [2] - 33:5, 127:16
**changed** [1] - 27:20
**changes** [2] - 33:6, 133:8
**chaos** [1] - 92:17
**characterized** [1] - 14:16
**charge** [8] - 3:11, 3:19, 3:22, 84:13, 95:17, 142:25, 148:2, 149:24
**charged** [15] - 5:24, 12:10, 21:14, 73:14, 82:5, 87:9, 89:18, 96:12, 105:24, 106:6, 107:20, 112:6, 115:11, 116:17, 124:18
**charges** [5] - 89:24, 93:20, 97:3, 106:16, 147:8

**charging** [1] - 96:24
**chart** [32] - 6:13, 6:23, 7:12, 8:24, 9:7, 10:3, 10:17, 10:18, 11:18, 12:9, 12:14, 14:23, 24:14, 25:9, 31:14, 35:17, 35:21, 37:12, 38:5, 38:20, 39:2, 45:6, 62:19, 75:11, 75:12, 75:13, 75:17, 119:2
**charts** [37] - 9:3, 9:9, 13:15, 13:16, 14:16, 15:8, 15:13, 15:15, 15:22, 16:20, 20:7, 23:12, 25:3, 25:14, 25:15, 26:5, 26:8, 26:18, 38:15, 48:7, 51:23, 57:6, 57:15, 60:6, 60:23, 62:14, 63:8, 63:13, 63:14, 66:18, 67:2, 69:2, 69:10, 76:2, 86:22, 118:4, 122:15
**chase** [1] - 128:9
**chat** [3] - 80:3, 86:9, 98:7
**chatroom** [7] - 96:19, 97:11, 99:4, 101:16, 101:17, 102:25, 103:1
**chatrooms** [2] - 97:7, 124:25
**chats** [1] - 107:15
**chatter** [1] - 107:12
**chattering** [1] - 22:6
**cheap** [1] - 100:7
**cheat** [2] - 113:18, 113:22
**cheating** [1] - 115:21
**check** [1] - 75:5
**chief** [1] - 147:6
**Chip** [1] - 1:23
**chit** [1] - 98:7
**chit-chat** [1] - 98:7
**choose** [5] - 43:7, 43:17, 44:9, 61:23, 61:24
**chopped** [2] - 6:19, 7:21
**chose** [3] - 12:13, 57:1, 122:25
**chosen** [2] - 19:3, 19:6
**chugging** [2] - 55:6, 60:18
**Ciminelli** [23] - 109:19, 111:4, 111:10, 112:12, 119:13, 123:17, 125:9, 125:12, 125:15, 125:19, 128:25, 135:12, 135:13, 136:20, 137:24, 137:25, 138:9, 138:12, 138:18, 138:20, 139:7, 139:13, 145:6
**circles** [1] - 69:11
**Circuit** [9] - 111:8, 123:19, 139:16, 139:21, 145:15, 146:21, 147:13, 148:1, 148:3
**circuit** [1] - 58:24
**circuits** [1] - 123:20
**citation** [1] - 101:8
**cite** [3] - 19:16, 38:24, 108:12
**cited** [2] - 33:1, 48:7
**citing** [1] - 97:15
**city** [1] - 125:23
**claim** [3] - 37:16, 59:4, 125:24
**claiming** [3] - 6:21, 24:21, 41:2

**claims** [1] - 101:11
**clarity** [1] - 42:2
**clear** [17] - 5:4, 5:6, 8:23, 11:11, 13:5, 15:6, 20:4, 20:7, 33:12, 33:13, 39:8, 40:12, 41:8, 51:25, 60:23, 84:11, 89:2
**clearly** [2] - 35:19, 83:23
**click** [2] - 28:6, 102:2
**client** [46] - 5:24, 7:24, 8:4, 21:15, 25:17, 35:19, 37:19, 38:7, 43:2, 55:6, 56:10, 71:17, 71:19, 72:5, 72:12, 72:16, 73:14, 74:1, 77:6, 77:20, 78:9, 79:13, 79:19, 81:16, 88:7, 89:11, 90:5, 90:6, 92:15, 102:18, 106:1, 106:16, 108:1, 112:22, 118:8, 121:12, 121:13, 122:5, 122:10, 122:13, 125:6, 127:11, 127:17, 128:13, 146:22, 147:14
**client's** [5] - 11:9, 24:9, 92:12, 116:10, 127:7
**clients** [8] - 10:1, 19:9, 51:10, 69:6, 105:13, 115:17, 122:23, 132:4
**clients'** [2] - 20:5, 63:24
**clip** [2] - 30:20, 30:22
**clipped** [1] - 13:21
**close** [2] - 70:5, 87:9
**closed** [1] - 10:22
**closely** [1] - 80:8
**co** [10] - 22:20, 76:8, 76:12, 81:12, 85:15, 92:2, 95:5, 108:11, 130:8, 131:9
**co-conspirator** [3] - 76:8, 81:12, 130:8
**co-conspirators** [4] - 22:20, 76:12, 92:2, 108:11
**co-defendants** [3] - 85:15, 95:5, 131:9
**code** [1] - 53:16
**Code** [1] - 151:7
**coding** [5] - 15:18, 16:3, 16:5, 17:22, 53:17
**Cogan** [2] - 147:9, 147:17
**cognizant** [2] - 109:24, 126:12
**coin** [1] - 139:22
**cold** [2] - 39:18, 40:5
**collaborate** [1] - 78:19
**collect** [6] - 34:15, 49:20, 50:8, 51:6, 68:7, 68:11
**collected** [5] - 34:14, 34:24, 49:19, 69:2, 76:12
**collects** [1] - 50:1
**college** [2] - 26:23, 28:24
**color** [4] - 15:18, 16:2, 16:4, 17:22
**column** [3] - 18:21, 25:9, 119:1
**columns** [1] - 18:17
**combination** [1] - 135:7

**come** [17] - 33:15, 33:18, 60:9, 63:18, 84:21, 86:25, 90:25, 96:19, 105:10, 110:17, 111:6, 119:17, 125:4, 140:13, 141:18, 144:12, 145:13
**comes** [6] - 9:14, 73:1, 73:2, 125:24, 140:12, 141:11
**coming** [6] - 12:6, 25:3, 71:21, 103:9, 128:7, 138:13
**comment** [2] - 50:16, 52:7
**commentary** [1] - 16:4
**commenting** [1] - 96:23
**commission** [1] - 95:14
**commit** [1] - 19:21
**committed** [1] - 121:17
**common** [1] - 22:24
**communication** [1] - 55:22
**communications** [3] - 52:20, 82:23, 108:10
**companies** [4] - 28:25, 117:23, 127:1, 127:2
**company** [6] - 30:19, 117:15, 126:3, 127:8, 127:21, 145:11
**compelling** [2] - 60:12, 145:3
**compellingly** [1] - 65:9
**competing** [1] - 101:19
**complainants** [2] - 124:20, 126:15
**complaining** [2] - 23:11, 23:13
**complaint** [1] - 126:17
**complete** [5] - 49:10, 62:23, 68:19, 97:12, 109:10
**completely** [7] - 24:11, 41:10, 66:14, 89:8, 116:16, 117:1, 122:8
**completeness** [5] - 42:11, 58:13, 68:21, 107:17, 149:14
**Completeness** [7] - 62:5, 62:21, 67:6, 67:11, 72:23, 83:15, 96:14
**complicated** [1] - 93:17
**comply** [2] - 15:23, 16:15
**comprehensively** [1] - 13:15
**computer** [7] - 2:6, 27:15, 28:13, 30:8, 34:21, 35:12, 69:17
**computers** [1] - 28:14
**con** [1] - 97:8
**conceded** [1] - 114:6
**concept** [1] - 126:8
**concepts** [1] - 125:15
**concern** [3] - 6:17, 31:24, 91:7
**concerned** [3] - 11:17, 92:24, 105:20
**concerning** [1] - 82:10
**concerns** [3] - 40:25, 99:21, 140:23
**conclusion** [2] - 141:25, 145:16
**condensed** [1] - 28:8
**conduct** [3] - 23:6, 94:14, 95:12

**confer** [2] - 71:16, 108:5
**CONFERENCE** [1] - 1:10
**conferred** [1] - 71:13
**confident** [1] - 121:17
**conflict** [1] - 105:17
**confront** [1] - 44:20
**confronting** [1] - 44:23
**confuse** [1] - 95:3
**connected** [1] - 23:17
**connection** [1] - 112:22
**connections** [1] - 29:2
**consciousness** [1] - 104:21
**consider** [1] - 97:24
**consideration** [1] - 148:24
**conspiracy** [30] - 72:21, 78:16, 82:6, 82:10, 82:23, 87:8, 91:13, 91:18, 91:21, 92:9, 92:14, 92:18, 92:19, 93:6, 94:6, 94:13, 94:24, 95:11, 95:13, 95:17, 98:12, 99:18, 103:5, 106:18, 108:15, 122:7, 140:10, 141:4, 143:2
**conspirator** [3] - 76:8, 81:12, 130:8
**conspirators** [4] - 22:20, 76:12, 92:2, 108:11
**conspiring** [1] - 80:19
**CONSTANTINESCU** [1] - 1:7
**Constantinescu** [13] - 5:24, 10:19, 10:25, 19:11, 62:18, 83:25, 85:24, 96:4, 96:5, 97:5, 108:21, 126:18, 146:16
**constantly** [1] - 9:12
**Constitution** [1] - 7:2
**Constitutional** [3] - 31:9, 45:8, 45:13
**consumed** [1] - 59:19
**contain** [2] - 25:18, 48:23
**contained** [1] - 85:22
**contemplated** [3] - 137:6, 137:7, 137:9
**contemporaneously** [1] - 66:6
**contend** [2] - 16:23, 16:25
**contending** [1] - 36:18
**content** [5] - 17:3, 17:5, 32:22, 33:3
**contention** [1] - 135:21
**contents** [1] - 34:2
**contest** [1] - 124:9
**context** [20] - 9:9, 9:11, 10:7, 10:9, 12:2, 38:5, 40:17, 63:22, 70:23, 87:7, 97:14, 101:21, 103:3, 106:10, 107:18, 118:14, 125:9, 125:18, 139:6, 146:25
**continued** [2] - 8:7, 8:8
**contract** [4] - 138:10, 138:12, 138:23, 138:25
**contradicted** [2] - 90:16, 136:10
**contrary** [1] - 146:3
**control** [8] - 111:16, 111:17, 117:14, 118:6, 139:9, 148:2
**controlled** [1] - 113:7
**conversation** [18] - 23:23, 23:24, 77:12, 81:4, 85:6, 86:1, 86:6, 95:7, 99:2, 99:10, 99:21, 101:19, 101:23, 103:22, 106:19, 107:18, 108:24, 124:21
**conversations** [13] - 17:11, 79:2, 79:7, 94:12, 95:1, 97:21, 99:9, 108:12, 108:17, 109:10, 109:17, 110:4, 128:12
**conveyance** [2] - 137:22, 137:23
**convict** [2] - 31:18, 69:6
**conviction** [2] - 32:2, 123:14
**Cooperman** [6] - 77:16, 78:21, 84:9, 84:17, 91:17, 131:2
**Cooperman's** [1] - 110:6
**coordinate** [1] - 20:10
**coordinating** [1] - 22:7
**copied** [1] - 79:23
**copies** [2] - 6:7, 26:10
**copy** [2] - 77:1, 149:23
**Cordova** [2] - 1:24, 49:4
**CORDOVA** [38] - 4:12, 4:14, 4:20, 4:23, 5:1, 5:3, 5:14, 9:23, 25:11, 25:22, 25:25, 26:13, 27:8, 27:10, 27:13, 29:22, 29:25, 30:12, 31:2, 32:6, 32:8, 32:11, 33:24, 34:20, 34:22, 49:2, 49:18, 49:22, 50:13, 63:21, 67:19, 68:23, 76:20, 77:4, 79:11, 82:4, 88:6, 93:1
**cordova** [3] - 32:22, 93:13, 147:24
**Cordova's** [1] - 64:21
**cordova's** [1] - 40:10
**core** [1] - 109:16
**corners** [2] - 137:15, 139:12
**correct** [4] - 55:14, 118:13, 120:12, 151:8
**correctly** [1] - 29:24
**correlation** [1] - 6:20
**cost** [2] - 101:17, 126:1
**could** [42] - 11:5, 12:22, 21:19, 24:13, 24:14, 26:24, 30:1, 30:25, 44:24, 46:8, 50:6, 56:1, 58:17, 64:11, 66:16, 69:24, 75:14, 81:1, 84:1, 84:12, 84:15, 85:13, 89:15, 94:4, 100:18, 105:8, 115:13, 116:19, 116:23, 124:4, 127:18, 129:10, 132:5, 134:2, 136:24, 140:6, 141:22, 142:13, 144:18, 145:13
**couldn't** [2] - 43:15, 100:2
**counsel** [2] - 77:2, 87:12
**Counsel** [1] - 102:10
**counselors** [1] - 149:8
**count** [1] - 5:23
**counted** [1] - 123:10
**counter** [1] - 46:11
**counterargument** [1] - 144:17
**counterparties** [1] - 143:21
**counts** [1] - 75:16
**couple** [2] - 87:14, 101:23
**course** [11] - 7:13, 19:18, 35:23, 39:13, 72:7, 82:14, 83:5, 100:13, 113:1, 118:15, 133:3
**COURT** [187] - 1:1, 1:11, 3:7, 4:13, 4:18, 4:22, 4:24, 5:2, 5:13, 5:15, 6:5, 6:9, 6:12, 8:11, 9:16, 9:20, 10:4, 10:16, 12:4, 12:25, 13:12, 14:2, 14:6, 14:20, 15:10, 15:24, 16:2, 16:18, 17:4, 17:17, 17:19, 18:12, 18:15, 20:2, 20:12, 23:10, 25:8, 25:21, 25:24, 26:10, 27:6, 27:9, 27:12, 29:20, 29:23, 30:1, 30:25, 32:3, 32:7, 32:14, 32:19, 34:18, 34:21, 35:5, 35:8, 35:13, 36:1, 36:4, 36:8, 36:15, 36:23, 37:1, 37:7, 39:15, 40:2, 42:22, 43:4, 44:15, 45:25, 46:3, 46:6, 46:14, 47:25, 48:15, 48:19, 49:8, 49:20, 50:11, 52:10, 53:10, 53:22, 54:9, 54:14, 54:17, 55:4, 55:10, 55:15, 60:25, 61:19, 62:7, 62:11, 62:24, 63:10, 63:15, 65:4, 65:14, 66:1, 68:17, 69:18, 72:13, 72:25, 73:4, 74:4, 74:10, 74:23, 75:1, 75:6, 75:21, 75:25, 76:15, 76:18, 77:2, 81:9, 81:18, 81:21, 82:2, 82:8, 82:15, 83:2, 83:9, 85:8, 85:21, 86:16, 86:25, 87:11, 89:1, 90:17, 91:6, 91:15, 92:3, 92:24, 93:8, 94:3, 94:18, 94:21, 97:20, 98:2, 98:24, 99:5, 99:13, 100:11, 100:16, 102:13, 102:16, 103:13, 103:24, 104:6, 104:12, 105:10, 106:4, 106:11, 106:22, 110:13, 110:19, 111:15, 118:11, 118:13, 119:4, 119:11, 119:17, 119:23, 120:3, 121:19, 122:1, 123:9, 124:15, 130:4, 130:16, 132:11, 134:14, 134:22, 134:24, 136:3, 136:6, 136:25, 137:10, 137:17, 138:6, 138:17, 139:15, 140:5, 140:20, 141:5, 141:14, 142:17, 148:17, 149:8
**Court** [24] - 2:2, 13:16, 39:7, 40:18, 46:13, 69:20, 74:25, 83:24, 86:17, 90:8, 107:11, 109:7, 110:18, 113:7, 115:13, 125:16, 125:25, 131:8, 133:14, 134:7, 135:15, 146:20, 147:25, 150:3
**court** [3] - 3:3, 70:16, 106:23
**Court's** [5] - 5:6, 15:23, 75:8,

93:24, 107:6
**courtroom** [1] - 43:15
**courts** [1] - 147:22
**cover** [4] - 13:11, 18:14, 21:23, 22:12
**covered** [1] - 5:6
**CRC** [2] - 2:1, 151:15
**create** [3] - 26:8, 39:14, 57:17
**created** [6] - 6:15, 7:13, 34:12, 46:11, 52:2, 97:5
**creating** [2] - 97:10, 102:24
**crime** [6] - 19:17, 19:22, 109:24, 121:16, 123:4, 130:21
**criminal** [4] - 22:7, 22:8, 93:18, 112:18
**critical** [6] - 9:9, 87:7, 91:12, 96:3, 96:11, 140:10
**critically** [1] - 94:2
**cross** [21] - 9:8, 12:5, 13:1, 14:21, 17:16, 18:8, 20:23, 22:2, 24:13, 25:3, 30:2, 31:23, 44:8, 47:17, 47:22, 49:14, 53:2, 63:19, 66:16, 85:3
**cross-examination** [9] - 12:5, 13:1, 24:13, 30:2, 31:23, 47:22, 49:14, 63:19, 85:3
**cross-examine** [10] - 9:8, 14:21, 20:23, 22:2, 25:3, 44:8, 47:17, 53:2, 66:16
**cross-examining** [1] - 18:8
**crowd** [1] - 29:3
**CRR** [2] - 2:1, 151:15
**Cruise** [1] - 126:22
**crux** [1] - 136:20
**cumbersome** [1] - 58:21
**cumulative** [1] - 67:14
**cured** [1] - 48:16
**cut** [3] - 45:20, 76:25, 77:5
**cutting** [1] - 87:17

## D

**D** [1] - 86:24
**damning** [1] - 58:9
**Dan** [5] - 4:15, 130:20, 131:3, 131:5, 131:8
**danger** [1] - 23:20
**dashboard** [2] - 39:19, 40:7
**data** [24] - 9:5, 9:7, 17:9, 17:14, 47:6, 47:13, 48:8, 50:2, 50:5, 51:16, 52:7, 53:8, 54:7, 54:12, 54:23, 55:1, 56:16, 59:3, 69:1, 69:15, 69:16, 69:23, 84:8
**database** [11] - 26:9, 31:14, 34:12, 34:14, 49:25, 50:2, 50:3, 50:5, 67:25, 68:10
**date** [4] - 12:11, 67:25, 80:25, 81:2
**dates** [4] - 10:17, 11:21, 19:3,

81:1
**DATS** [4] - 73:20, 73:24, 74:7, 74:15
**Davis** [3] - 1:21, 73:8, 89:10
**DAVIS** [10] - 32:10, 73:8, 89:10, 90:2, 90:5, 91:2, 93:11, 106:24, 107:24, 109:3
**day** [24] - 11:11, 11:12, 13:7, 21:25, 50:20, 51:22, 65:1, 65:8, 65:9, 66:20, 70:17, 72:2, 77:13, 77:15, 78:25, 79:19, 91:5, 116:14, 116:24, 129:21, 132:6, 141:10, 147:16
**DAY** [1] - 1:10
**day-and-a-half** [1] - 129:21
**days** [5] - 59:5, 90:3, 100:7, 116:5, 116:25
**dead** [1] - 148:6
**dealing** [2] - 14:11, 107:1
**dealt** [1] - 146:19
**deceit** [2] - 113:23, 136:3
**deceive** [2] - 113:18, 113:22
**December** [1] - 105:1
**deception** [2] - 46:16, 115:21
**deceptive** [3] - 43:18, 136:21, 145:18
**decide** [4] - 44:3, 61:25, 62:24, 94:19
**decided** [4] - 77:13, 77:15, 79:19, 125:18
**deciding** [1] - 62:25
**decision** [11] - 13:10, 29:17, 44:7, 45:4, 45:17, 45:18, 56:13, 112:2, 115:3, 115:16, 123:1
**decision-makers** [2] - 112:2, 115:16
**decision-making** [1] - 115:3
**decisions** [3] - 112:4, 120:24, 133:20
**Deel** [8] - 73:9, 77:16, 78:19, 78:23, 88:24, 89:11, 90:7, 91:17
**deel's** [1] - 110:6
**Deel's** [2] - 76:13, 76:17
**deemed** [1] - 113:7
**defective** [5] - 134:10, 148:16, 148:21, 148:25, 149:6
**defendant** [14] - 4:16, 4:18, 4:20, 46:20, 47:10, 70:9, 70:21, 82:21, 112:16, 120:3, 124:15, 134:15, 139:19, 148:12
**defendant's** [1] - 114:15
**Defendant's** [1] - 7:11
**defendants** [32] - 3:10, 3:15, 6:25, 9:12, 42:7, 47:10, 48:13, 58:9, 59:23, 60:7, 61:5, 65:3, 70:2, 79:2, 85:15, 87:18, 95:5, 98:15, 112:16, 115:14, 116:10, 118:21, 124:19, 130:23, 131:9, 134:8, 135:2, 135:24, 136:17,

139:5, 143:14, 143:22
**Defendants** [2] - 1:8, 1:18
**defendants'** [7] - 12:1, 16:24, 39:8, 76:11, 104:18, 110:12, 133:4
**defense** [9] - 31:24, 40:11, 44:7, 56:12, 57:21, 71:15, 93:23, 102:5, 123:18
**defenses** [1] - 115:20
**defer** [3] - 9:21, 15:21, 16:12
**deficiencies** [1] - 94:11
**define** [1] - 92:19
**definition** [1] - 39:22
**degrees** [2] - 39:20, 40:8
**delete** [1] - 50:17
**deleted** [7] - 41:16, 41:19, 46:23, 48:5, 48:10, 48:13, 74:1
**demonstrates** [1] - 79:12
**demonstrative** [1] - 46:11
**demonstratives** [1] - 86:3
**depart** [3] - 136:23, 138:25, 139:3
**departing** [1] - 138:17
**Department** [1] - 127:12
**depend** [1] - 27:24
**depends** [4] - 27:10, 27:25, 28:11, 91:4
**depicted** [1] - 54:13
**depicts** [2] - 75:18, 75:19
**deprivation** [4] - 132:8, 133:10, 133:12, 134:4
**deprive** [2] - 117:25, 119:14
**deprived** [3] - 109:21, 115:15, 134:2
**depriving** [1] - 109:17
**derived** [1] - 18:2
**describes** [1] - 141:3
**describing** [2] - 44:2, 141:7
**desktop** [3] - 27:15, 27:22, 28:16
**despite** [1] - 58:1
**destiny** [1] - 118:7
**destroyed** [1] - 117:1
**determination** [7] - 15:21, 44:2, 44:14, 44:21, 52:24, 53:4, 111:22
**determinations** [2] - 44:25, 111:13
**determine** [2] - 18:10, 58:10
**determined** [1] - 118:24
**determining** [1] - 45:1
**detriment** [3] - 136:19, 138:16, 139:4
**develop** [1] - 126:24
**developed** [1] - 71:1
**did** [50] - 14:2, 14:22, 14:23, 15:5, 21:19, 21:20, 24:23, 24:24, 32:25, 33:9, 33:14, 34:15, 38:13, 41:9, 43:14, 44:1,

44:9, 44:24, 45:18, 49:22, 49:23, 50:17, 56:15, 58:18, 59:25, 68:4, 69:9, 73:4, 85:15, 85:21, 87:10, 90:22, 95:17, 112:8, 118:21, 120:15, 121:12, 122:13, 124:22, 128:11, 131:6, 132:5, 133:3, 134:4, 135:2, 143:20, 144:20, 148:17
**didn't** [51] - 27:9, 34:7, 41:3, 44:2, 44:12, 44:16, 44:17, 44:18, 45:3, 50:4, 51:5, 51:6, 56:15, 64:22, 68:6, 68:11, 73:1, 73:5, 79:13, 79:20, 80:2, 81:3, 82:12, 85:14, 88:11, 90:11, 90:15, 90:17, 98:1, 98:6, 114:19, 114:20, 115:4, 115:25, 116:1, 116:14, 118:6, 121:12, 122:20, 133:23, 135:3, 135:11, 138:1, 138:21, 138:22, 138:23, 145:25
**differ** [2] - 113:13, 137:24
**difference** [2] - 90:19, 90:21
**different** [17] - 8:19, 27:14, 79:23, 88:3, 89:8, 92:14, 99:5, 99:14, 106:13, 117:12, 120:16, 120:18, 120:24, 129:12, 130:25, 135:12
**differentiate** [1] - 22:1
**differently** [3] - 38:8, 98:11, 126:8
**difficult** [3] - 58:15, 91:10, 107:14
**difficulties** [1] - 5:25
**dig** [2] - 29:1
**digging** [1] - 28:25
**diligence** [5] - 28:24, 29:5, 29:8, 29:10, 38:13
**dip** [2] - 128:13, 128:16
**directed** [2] - 102:23, 147:12
**directly** [7] - 51:15, 90:15, 133:23, 141:18, 143:12, 143:13, 147:1
**disagree** [6] - 8:12, 25:22, 87:12, 89:7, 94:15, 101:20
**disagreement** [1] - 146:9
**disagrees** [1] - 131:2
**disclaimer** [3] - 27:2, 64:13, 65:7
**disclaimers** [2] - 40:16, 114:11
**disclose** [1] - 145:25
**disclosed** [1] - 9:4
**disclosure** [1] - 64:14
**Discord** [9] - 18:18, 42:16, 76:13, 96:5, 96:18, 97:4, 102:23, 140:9
**discount** [3] - 96:21, 101:16, 106:7
**discretionary** [5] - 111:12, 112:4, 115:3, 117:3, 120:24
**discuss** [1] - 146:8

**discussed** [3] - 35:23, 66:25, 125:11
**discusses** [2] - 74:17, 77:12
**discussing** [2] - 84:3, 149:4
**discussion** [1] - 23:8
**dismiss** [9] - 3:21, 109:18, 111:1, 114:25, 118:14, 121:6, 134:9, 137:15, 144:3
**dismissal** [5] - 121:23, 129:24, 132:10, 146:10, 146:18
**dismissed** [3] - 123:4, 148:8, 149:7
**dismissing** [1] - 149:12
**disparate** [2] - 94:25, 125:10
**dispute** [1] - 18:24
**disregarding** [1] - 114:10
**District** [4] - 2:2, 2:2, 115:9, 147:11
**DISTRICT** [2] - 1:1, 1:2
**divorce** [1] - 129:10
**do** [124] - 3:9, 6:7, 9:17, 10:4, 11:7, 11:18, 13:3, 14:25, 16:24, 16:25, 19:18, 20:19, 21:25, 22:1, 22:12, 22:24, 24:6, 25:18, 29:9, 30:13, 31:21, 31:23, 33:12, 34:1, 35:3, 35:7, 40:20, 40:23, 42:10, 42:11, 44:12, 52:18, 56:15, 56:21, 57:19, 57:20, 58:1, 58:12, 59:6, 59:24, 60:3, 60:13, 61:10, 61:11, 62:7, 63:19, 65:12, 70:17, 71:22, 72:7, 73:13, 74:4, 75:2, 75:3, 77:19, 78:22, 79:8, 79:9, 80:20, 80:23, 81:14, 84:10, 84:25, 85:12, 87:2, 88:14, 88:20, 92:19, 92:21, 94:5, 94:12, 95:7, 96:6, 96:10, 96:20, 97:1, 97:18, 99:9, 99:10, 100:9, 103:4, 103:5, 103:9, 103:12, 104:19, 105:6, 105:7, 106:10, 106:14, 107:13, 107:21, 107:22, 109:17, 110:15, 111:13, 111:25, 112:21, 117:16, 118:23, 121:18, 121:24, 122:16, 123:13, 124:2, 127:9, 127:25, 128:1, 129:11, 135:3, 136:25, 137:21, 140:11, 142:16, 145:23, 146:17, 147:2, 148:16, 149:9, 149:11, 149:22
**document** [4] - 45:1, 67:10, 68:22, 69:5
**documents** [7] - 7:4, 16:22, 34:16, 34:19, 48:23, 67:15, 68:24
**does** [23] - 15:10, 42:5, 54:7, 54:22, 57:14, 61:4, 74:19, 76:19, 85:10, 92:11, 99:1, 99:10, 99:22, 104:22, 113:12, 119:4, 119:17, 128:17, 137:10, 137:23, 141:17, 145:16, 148:11

**doesn't** [36] - 8:15, 30:23, 42:5, 49:17, 72:13, 74:5, 80:10, 83:6, 93:24, 96:8, 98:3, 98:4, 98:22, 105:6, 107:9, 107:13, 107:19, 111:25, 115:10, 122:22, 131:20, 137:5, 137:20, 140:13, 141:16, 142:15, 142:22, 142:24, 142:25, 144:11, 148:13, 149:1
**Dog** [1] - 101:7
**doing** [38] - 3:18, 10:9, 14:9, 26:21, 27:5, 28:23, 29:8, 31:15, 32:24, 37:12, 40:19, 60:11, 60:21, 64:13, 65:11, 67:23, 72:8, 74:8, 79:4, 81:23, 82:7, 82:15, 85:8, 90:24, 94:6, 97:2, 97:22, 104:15, 106:8, 112:16, 115:24, 122:14, 123:6, 123:8, 128:15, 141:1, 141:2, 149:25
**DOJ** [5] - 44:12, 47:2, 52:21, 56:18, 56:20
**dollar** [15] - 24:8, 37:15, 53:15, 55:10, 62:18, 119:21, 124:19, 124:23, 124:24, 125:7, 139:23, 140:15, 143:19, 146:16
**dollars** [2] - 121:4, 129:6
**don't** [76] - 4:4, 4:25, 6:15, 8:24, 13:6, 17:23, 18:6, 18:23, 19:20, 20:25, 25:1, 25:24, 30:6, 30:8, 33:2, 33:6, 35:13, 40:15, 40:16, 40:17, 41:11, 43:4, 43:20, 44:23, 46:18, 48:19, 53:3, 58:23, 61:9, 61:21, 67:2, 69:8, 71:9, 73:15, 74:10, 75:3, 80:13, 85:18, 86:1, 87:12, 88:14, 89:22, 90:8, 91:7, 97:22, 97:23, 98:19, 99:16, 104:2, 105:20, 106:21, 107:5, 112:17, 113:24, 114:8, 114:15, 114:25, 116:9, 116:11, 118:1, 118:20, 119:19, 121:23, 122:2, 122:9, 123:3, 123:20, 128:4, 128:9, 131:6, 131:12, 133:17, 138:2, 148:20, 149:19
**done** [12] - 7:20, 18:1, 26:7, 50:6, 52:1, 62:14, 76:24, 77:5, 129:15, 135:3, 140:20, 149:6
**door** [1] - 50:20
**doubt** [1] - 136:22
**down** [24] - 4:3, 6:24, 7:17, 7:19, 7:22, 8:7, 11:20, 12:15, 19:24, 42:2, 44:18, 46:4, 46:7, 53:16, 87:18, 101:3, 101:25, 114:21, 118:5, 118:9, 122:21, 123:18, 142:13
**download** [1] - 34:6
**downs** [1] - 77:8
**dozen** [1] - 84:7
**dozens** [3] - 84:6, 85:16
**Dr** [2] - 121:3, 143:19

**draft** [2] - 149:12, 149:13
**drink** [1] - 42:24
**drinking** [1] - 42:24
**drive** [1] - 34:21
**dropped** [1] - 7:6
**drowned** [1] - 124:10
**drug** [1] - 85:9
**drugs** [1] - 30:18
**dude** [1] - 100:6
**due** [10] - 28:23, 29:4, 29:8, 29:10, 38:12, 93:23, 109:14, 116:4, 116:9
**dump** [14] - 10:2, 11:8, 11:20, 65:12, 70:10, 70:18, 113:13, 117:12, 117:13, 120:18, 120:19, 132:17, 132:18, 133:16
**dumped** [1] - 117:7
**dumps** [2] - 110:6, 110:7
**during** [13] - 10:24, 12:3, 19:2, 20:16, 21:7, 66:6, 72:20, 74:20, 117:18, 124:18, 127:14, 141:3
**duty** [2] - 31:21, 112:24
**dynamics** [1] - 133:8

## E

**E** [1] - 86:24
**each** [5] - 57:24, 69:14, 74:10, 78:25, 94:1
**earlier** [3] - 49:7, 52:6, 110:20
**early** [2] - 8:2, 147:25
**ears** [1] - 48:1
**EARS** [3] - 77:17, 88:11
**easier** [1] - 37:10
**easiest** [1] - 32:17
**easily** [3] - 7:7, 7:14, 117:24
**Eastern** [2] - 115:9, 147:10
**easy** [3] - 8:17, 45:17, 76:14
**economic** [11] - 111:11, 111:12, 111:13, 112:4, 112:18, 115:3, 115:15, 115:16, 117:3, 120:24, 128:18
**economy** [1] - 127:16
**edification** [1] - 100:12
**EDWARD** [1] - 1:7
**Edward** [1] - 126:18
**effect** [2] - 67:15, 70:23
**effectively** [3] - 21:16, 53:2, 114:6
**eight** [2] - 89:15, 95:5
**either** [9] - 42:10, 46:6, 69:22, 71:5, 76:13, 112:1, 123:13, 131:15, 135:17
**element** [1] - 149:3
**eliminate** [1] - 95:25
**eliminated** [1] - 119:1
**else** [14] - 17:9, 44:7, 47:7, 50:1, 59:14, 65:2, 82:21, 89:22, 104:15, 104:21, 111:5, 121:20,

127:25, 134:3
**else's** [1] - 140:15
**elucidate** [1] - 83:22
**elucidating** [1] - 145:7
**email** [2] - 28:25, 29:4
**embedded** [1] - 86:22
**Emily** [3] - 1:19, 37:11, 53:5
**emphasize** [2] - 133:13, 134:6
**emphasized** [4] - 77:6, 80:4, 80:12, 88:12
**emphasizing** [1] - 117:10
**end** [11] - 31:3, 66:20, 76:10, 80:23, 117:21, 124:21, 132:6, 141:10, 147:13, 147:16, 148:6
**endeavor** [1] - 146:17
**endemic** [3] - 86:13, 86:14, 103:7
**energy** [2] - 127:6, 127:12
**Energy** [1] - 127:8
**engage** [2] - 79:13, 133:17
**engaging** [1] - 133:21
**enough** [7] - 46:17, 71:6, 113:15, 122:24, 130:17, 130:19
**enrich** [1] - 143:2
**enriching** [1] - 143:23
**ensuing** [1] - 77:11
**enter** [1] - 111:14
**entered** [1] - 34:5
**entertained** [1] - 38:10
**entertaining** [1] - 38:4
**entire** [11] - 8:8, 21:16, 48:25, 49:13, 55:22, 63:15, 68:21, 91:3, 99:14, 129:24, 139:8
**entitled** [4] - 57:19, 58:12, 70:12, 70:13
**entity** [1] - 145:12
**entries** [1] - 31:14
**episode** [11] - 12:10, 12:13, 19:3, 23:7, 62:4, 76:22, 78:6, 78:8, 78:10, 88:23, 108:24
**episodes** [13] - 15:8, 66:6, 74:21, 76:23, 77:18, 78:2, 78:4, 82:1, 84:14, 85:4, 88:21, 89:13, 116:18
**Epley** [2] - 1:23, 40:4
**EPLEY** [10] - 13:13, 32:5, 39:3, 39:17, 40:4, 42:1, 57:9, 60:5, 70:20, 84:4
**equally** [1] - 21:3
**equation** [1] - 136:4
**equity** [2] - 142:12, 142:13
**equivalent** [2] - 40:15, 57:16
**Eric** [1] - 1:20
**Erin** [2] - 1:23, 40:4
**especially** [1] - 45:16
**Esq** [16] - 1:16, 1:16, 1:17, 1:18, 1:19, 1:19, 1:20, 1:20, 1:21, 1:21, 1:22, 1:22, 1:23, 1:23, 1:24, 1:24

**essentially** [6] - 14:12, 26:9, 32:13, 76:9, 76:10, 97:6
**establish** [1] - 57:16
**established** [2] - 13:22, 20:15
**et** [2] - 1:7, 16:8
**ether** [1] - 10:8
**evaluate** [1] - 63:5
**even** [41] - 7:18, 12:23, 13:21, 21:20, 22:24, 36:17, 36:19, 38:17, 38:24, 43:11, 55:20, 59:8, 70:5, 80:10, 83:25, 84:11, 86:15, 87:22, 87:25, 90:3, 92:19, 95:22, 105:6, 106:15, 111:12, 113:20, 114:8, 114:14, 119:4, 120:11, 121:12, 124:4, 125:15, 127:20, 128:13, 129:13, 131:16, 132:6, 143:19, 149:1
**ever** [10] - 5:11, 50:17, 52:8, 80:1, 116:23, 129:2, 130:1, 141:25, 142:9, 146:16
**every** [32] - 7:16, 11:14, 20:25, 27:7, 27:20, 28:5, 30:5, 30:9, 33:20, 42:4, 43:13, 45:5, 50:24, 51:3, 51:19, 52:2, 57:4, 57:25, 62:16, 62:18, 65:8, 65:20, 70:17, 71:14, 73:2, 104:25, 108:23, 114:1, 118:19, 121:11, 133:19
**everybody** [9] - 17:8, 26:20, 63:2, 64:15, 73:5, 86:4, 89:4, 97:19, 125:13
**everybody's** [1] - 70:1
**everyday** [1] - 144:8
**everyone** [3] - 29:16, 80:13, 90:6
**everyone's** [1] - 69:21
**everything** [12] - 43:8, 43:9, 45:9, 65:2, 100:7, 107:4, 113:16, 117:15, 120:12, 128:16, 146:4, 146:5
**Evidence** [4] - 55:21, 57:10, 70:5, 70:9
**evidence** [65] - 5:10, 22:6, 25:16, 31:17, 31:19, 31:25, 32:1, 38:17, 38:18, 40:13, 40:20, 41:15, 41:18, 42:3, 42:6, 42:13, 42:16, 43:17, 48:12, 48:25, 49:5, 49:11, 51:9, 51:14, 51:23, 53:19, 53:20, 53:21, 54:5, 54:21, 55:22, 56:1, 57:22, 57:23, 58:6, 58:11, 58:17, 59:22, 60:24, 67:22, 68:2, 78:3, 79:18, 79:25, 81:1, 81:2, 81:6, 86:5, 88:8, 94:23, 96:11, 98:2, 107:20, 109:23, 122:9, 123:13, 124:5, 139:9, 139:14, 140:17, 144:16, 144:25, 145:1, 146:14
**exact** [6] - 39:4, 79:8, 96:10, 108:20, 110:7, 110:22

**exactly** [23] - 53:25, 55:14, 56:5, 65:17, 73:25, 82:25, 85:10, 90:22, 92:1, 93:6, 93:7, 94:20, 96:6, 96:12, 109:23, 112:5, 112:11, 113:24, 115:10, 119:16, 120:17, 143:6
**examination** [9] - 12:5, 13:1, 24:13, 30:2, 31:23, 47:22, 49:14, 63:19, 85:3
**examine** [11] - 9:8, 14:21, 20:23, 22:2, 25:3, 44:8, 47:17, 53:2, 56:19, 66:16
**examining** [1] - 18:8
**example** [25] - 16:9, 18:12, 19:9, 21:14, 26:3, 26:14, 35:12, 36:12, 36:21, 37:5, 39:4, 40:2, 53:6, 53:23, 62:16, 64:3, 66:12, 76:17, 83:22, 84:6, 91:8, 95:22, 129:19, 142:6
**examples** [7] - 13:20, 56:8, 71:19, 74:20, 85:23, 94:1, 142:25
**Excel** [4] - 8:1, 26:15, 40:15, 57:16
**except** [1] - 39:24
**exception** [2] - 30:12, 58:22
**excerpt** [2] - 53:14, 87:23
**exchange** [6] - 79:18, 96:3, 96:15, 142:10, 145:11, 145:19
**excise** [3] - 23:2, 23:3, 98:19
**excised** [3] - 30:14, 31:6, 79:12
**excising** [1] - 23:5
**exclamation** [2] - 77:7, 77:9
**exclude** [5] - 38:17, 38:22, 44:5, 71:14, 83:19
**excluded** [1] - 99:11
**exculpatory** [1] - 25:18
**excuse** [2] - 103:16, 133:7
**executed** [1] - 116:13
**executing** [2] - 72:8, 112:17
**exercise** [1] - 132:13
**exhibit** [24] - 8:13, 8:15, 14:12, 14:18, 14:19, 36:7, 56:4, 69:21, 71:15, 79:25, 83:8, 84:24, 86:2, 86:5, 86:17, 87:25, 90:12, 90:16, 98:5, 104:25, 110:3, 124:13, 140:2
**Exhibit** [28] - 4:14, 6:11, 7:11, 12:11, 12:12, 15:20, 16:7, 26:4, 36:3, 36:7, 36:10, 36:11, 36:13, 62:17, 75:10, 76:21, 78:18, 81:12, 81:20, 85:20, 86:12, 87:22, 88:2, 91:12, 96:2, 99:25, 100:3, 140:7
**exhibits** [26] - 3:8, 4:2, 4:6, 5:17, 5:21, 6:8, 6:18, 13:11, 15:25, 21:21, 30:16, 46:11, 51:7, 64:10, 75:2, 84:2, 85:17, 87:1, 91:4, 95:2, 103:8, 123:6, 125:3, 146:14

**exits** [1] - 128:4
**expanded** [1] - 139:14
**expands** [1] - 12:13
**expect** [7] - 4:25, 43:11, 109:11, 111:6, 139:12, 149:18, 149:19
**expected** [2] - 59:24, 61:17
**expecting** [2] - 121:11, 122:19
**expense** [5] - 130:12, 131:17, 131:24, 144:21, 148:18
**expert** [4] - 44:1, 45:15, 45:17, 45:18
**experts** [1] - 118:4
**explain** [6] - 24:24, 32:13, 45:19, 51:20, 67:7, 104:11
**explained** [2] - 20:8, 98:22
**explaining** [1] - 22:20
**explains** [3] - 48:6, 91:25, 96:12
**explanation** [1] - 33:13
**expressly** [1] - 95:15
**extent** [12] - 7:5, 13:6, 16:13, 17:12, 29:12, 32:23, 47:9, 62:4, 67:14, 104:4, 112:13, 133:6
**extra** [3] - 66:11, 82:9, 82:11
**extraordinary** [2] - 125:2, 128:20
**extreme** [3] - 19:8, 24:20, 38:21
**extremely** [3] - 18:4, 18:6, 48:3
**eye** [1] - 22:11
**eye-popping** [1] - 22:11
**eyes** [1] - 38:23

## F

**fabricated** [1] - 86:3
**fabrication** [1] - 86:8
**face** [5] - 28:7, 58:5, 109:9, 123:16, 148:22
**fact** [16] - 8:12, 15:16, 29:14, 39:11, 54:2, 54:7, 58:1, 78:10, 82:20, 104:19, 104:20, 112:13, 130:20, 130:24, 137:22, 142:8
**fact-specific** [1] - 130:20
**factor** [2] - 94:8, 94:10
**facts** [8] - 10:16, 118:16, 118:18, 119:25, 125:10, 145:7, 145:21, 145:23
**factual** [2] - 118:11, 131:12
**factually** [1] - 118:13
**fail** [1] - 142:20
**failed** [3] - 7:9, 55:23, 132:9
**fails** [1] - 148:16
**failure** [1] - 129:25
**fair** [5] - 70:19, 89:21, 93:23, 107:5
**fairly** [1] - 113:10
**fairness** [1] - 58:13
**fake** [1] - 72:1
**fall** [1] - 72:13
**falls** [2] - 72:10, 81:12

**false** [26] - 16:5, 20:20, 24:7, 29:13, 35:24, 36:18, 36:22, 37:6, 37:15, 37:17, 41:3, 41:7, 50:25, 52:22, 52:25, 57:2, 58:5, 59:8, 112:7, 113:8, 117:19, 118:22, 135:25, 136:1, 136:18
**falsity** [2] - 15:19, 56:24
**family** [1] - 91:24
**fancy** [1] - 129:7
**fantastic** [2] - 59:2, 144:15
**far** [5] - 7:10, 8:2, 45:14, 71:15, 124:6
**farfetched** [1] - 108:11
**fast** [2] - 65:5, 85:19
**fault** [1] - 123:20
**favor** [1] - 85:9
**FBI** [5] - 50:19, 56:17, 105:16, 105:19, 106:2
**fear** [1] - 11:23
**feasible** [4] - 11:22, 126:23, 129:3, 131:19
**fed** [1] - 44:12
**Federal** [1] - 55:21
**feel** [1] - 115:24
**Fertitta** [1] - 1:22
**few** [4] - 27:4, 47:13, 92:13, 135:18
**fiction** [1] - 108:25
**fide** [5] - 126:16, 131:21, 146:5, 146:6
**fiduciary** [1] - 112:23
**Fifth** [4] - 139:16, 139:21, 145:15, 148:3
**figure** [4] - 23:14, 23:15, 92:18, 107:10
**filed** [3] - 3:21, 81:11, 119:21
**filing** [1] - 55:23
**filings** [2] - 29:1, 38:13
**filtered** [1] - 8:1
**finally** [1] - 47:20
**finance** [1] - 7:14
**financial** [2] - 66:4, 147:7
**find** [8] - 57:24, 127:1, 127:2, 131:6, 142:18, 144:6, 148:23
**finding** [1] - 146:23
**fine** [13] - 19:10, 33:12, 49:23, 56:24, 61:23, 63:20, 64:25, 65:19, 98:13, 113:3, 115:8, 116:14, 147:19
**finest** [1] - 147:10
**finish** [4] - 90:2, 104:6, 121:19, 141:16
**finite** [4] - 141:12, 141:13, 142:2, 142:9
**FINRA** [3] - 14:16, 15:9, 117:5
**fire** [1] - 78:24
**fired** [1] - 24:4
**first** [18] - 6:1, 10:6, 10:19, 18:13, 18:22, 26:19, 36:22, 39:10, 42:3, 45:3, 46:21, 47:11,

52:16, 53:5, 71:2, 88:25,
132:16
**fit** [2] - 37:3, 145:23
**fits** [1] - 13:23
**five** [7] - 28:15, 57:7, 59:5,
101:24, 123:6, 123:9, 145:19
**flag** [1] - 52:21
**flat** [1] - 10:24
**flatly** [1] - 136:9
**flavor** [1] - 127:23
**flaw** [1] - 55:25
**Fleites** [1] - 1:22
**flip** [1] - 139:21
**floor** [1] - 140:9
**focus** [3] - 21:24, 41:6, 119:11
**follow** [5] - 48:18, 60:19, 84:25,
93:24, 98:1
**followed** [1] - 33:21
**follower** [1] - 112:22
**followers** [19] - 29:14, 31:20,
38:10, 54:6, 91:23, 106:9,
112:9, 114:18, 124:20, 125:6,
126:14, 135:25, 137:4, 137:9,
137:11, 139:1, 139:4, 144:21,
148:18
**following** [8] - 3:3, 27:25, 28:1,
54:9, 54:10, 105:11, 106:23,
126:24
**Foods** [1] - 141:9
**For** [2] - 1:16, 1:18
**for** [137] - 3:12, 3:17, 8:17, 8:20,
9:2, 9:11, 10:2, 10:9, 10:21,
11:13, 12:16, 15:6, 18:4, 18:10,
19:4, 19:7, 20:3, 20:7, 21:2,
21:3, 22:17, 22:18, 22:24, 23:6,
25:13, 26:1, 26:11, 28:9, 28:23,
29:8, 29:15, 33:13, 36:15,
38:11, 39:24, 40:6, 40:21, 42:2,
42:6, 42:9, 43:14, 51:5, 52:5,
53:17, 53:20, 54:4, 55:13,
57:11, 58:4, 58:23, 59:7, 60:15,
62:10, 62:13, 62:16, 62:21,
63:4, 63:6, 64:3, 64:6, 66:12,
67:5, 69:25, 75:9, 75:16, 76:10,
76:16, 78:15, 78:24, 78:25,
80:3, 80:14, 80:24, 81:25,
82:11, 83:17, 86:20, 87:25,
88:20, 89:8, 89:10, 89:12,
89:14, 91:8, 91:24, 92:25,
93:11, 94:19, 96:7, 97:19,
100:12, 101:4, 101:13, 103:10,
105:15, 105:19, 105:23, 107:2,
108:2, 109:1, 109:10, 111:9,
112:1, 114:13, 114:16, 116:3,
116:21, 119:25, 121:3, 121:11,
122:12, 123:8, 123:12, 123:20,
125:7, 125:14, 125:22, 125:23,
127:3, 129:19, 129:24, 129:25,
133:13, 134:6, 135:7, 138:12,
139:22, 141:17, 141:22, 142:6,
144:22, 145:11, 145:19,
147:17, 148:14
**forbid** [1] - 123:14
**force** [2] - 40:20, 42:11
**forcing** [1] - 31:16
**FORD** [79] - 5:20, 6:7, 6:11,
6:13, 8:22, 9:19, 10:19, 13:5,
15:12, 16:1, 16:7, 17:7, 17:18,
20:4, 35:10, 35:15, 36:3, 36:6,
36:10, 36:20, 36:25, 37:4, 37:9,
37:25, 38:2, 43:1, 43:23, 44:19,
45:15, 52:4, 52:12, 53:12, 54:2,
54:16, 54:19, 55:5, 55:14,
55:19, 56:7, 71:11, 72:18, 73:3,
73:7, 73:11, 73:20, 73:22,
73:25, 74:16, 83:21, 84:5,
85:14, 85:22, 86:11, 94:10,
94:20, 94:22, 96:13, 99:1, 99:7,
99:19, 101:6, 102:11, 102:15,
102:18, 103:15, 103:17,
103:21, 104:4, 104:7, 104:11,
105:4, 105:12, 105:25, 106:5,
106:14, 124:17, 130:15,
130:18, 145:5
**Ford** [14] - 1:18, 6:10, 9:4, 9:17,
14:2, 17:19, 38:19, 41:2, 55:16,
56:5, 72:14, 101:3, 121:3,
132:17
**Ford's** [1] - 15:7
**foregoing** [1] - 151:7
**foresight** [1] - 127:17
**forever** [1] - 89:23
**forget** [1] - 84:22
**form** [5] - 67:17, 84:12, 84:15,
126:9, 145:14
**format** [3] - 26:16, 27:20, 33:6
**former** [2] - 105:14, 149:19
**Forrest** [3] - 2:1, 151:14, 151:15
**forth** [7] - 22:5, 38:14, 40:19,
57:23, 97:15, 120:23, 147:14
**forward** [4] - 57:23, 88:18,
92:21, 96:22
**forwarded** [1] - 85:19
**found** [8] - 29:5, 46:22, 46:24,
128:11, 139:17, 146:21, 147:17
**foundation** [4] - 42:4, 84:13,
84:15, 128:18
**foundational** [1] - 22:22
**four** [2] - 137:14, 139:11
**frame** [2] - 12:11, 12:16
**frankly** [4] - 8:14, 94:19, 107:8,
127:18
**fraud** [34] - 18:3, 18:7, 19:4,
19:5, 19:12, 19:13, 19:17,
19:20, 19:24, 20:5, 20:13,
20:24, 21:4, 21:19, 21:22, 22:3,
23:3, 23:17, 37:17, 93:18,
105:24, 111:20, 111:21, 113:8,
113:9, 113:10, 118:25, 125:24,
135:17, 137:25, 143:16, 143:20
**fraudulent** [2] - 12:17, 18:25
**fraudulently** [2] - 136:18,
140:24
**free** [3] - 97:10, 102:24, 102:25
**frequently** [1] - 118:3
**from** [133] - 3:19, 4:15, 9:4, 9:6,
12:11, 17:8, 17:25, 18:2, 18:7,
19:12, 19:16, 19:19, 22:3,
22:20, 23:4, 23:5, 24:4, 24:8,
24:16, 25:16, 29:11, 31:14,
33:16, 34:6, 34:9, 34:13, 36:11,
36:13, 36:21, 37:5, 37:21, 38:4,
38:15, 41:22, 42:14, 46:22,
47:7, 48:1, 48:6, 48:8, 49:12,
49:16, 50:22, 51:13, 51:15,
52:14, 53:13, 53:18, 54:22,
56:20, 57:4, 58:12, 59:5, 60:17,
60:21, 62:18, 64:18, 66:14,
68:10, 69:23, 70:21, 73:21,
74:14, 74:15, 75:1, 76:13,
76:17, 79:23, 85:9, 89:18, 96:4,
100:6, 111:5, 111:20, 111:21,
113:13, 114:2, 114:3, 114:7,
115:22, 116:6, 117:2, 117:12,
117:17, 119:8, 119:9, 119:14,
119:16, 119:18, 119:21,
120:16, 120:18, 121:21,
124:13, 124:20, 125:6, 125:7,
129:2, 129:4, 130:1, 131:18,
135:12, 137:1, 137:21, 137:24,
138:7, 139:18, 139:19, 140:2,
140:8, 140:12, 140:13, 140:15,
141:11, 141:18, 142:1, 142:11,
142:21, 143:4, 143:8, 143:9,
143:11, 143:15, 143:20,
143:25, 144:13, 145:21,
145:22, 146:12, 146:16,
148:12, 148:17, 148:19
**front** [15] - 4:21, 11:19, 20:19,
23:4, 23:21, 24:22, 25:17,
36:23, 43:18, 66:18, 70:2, 85:9,
96:25, 106:9, 108:22
**front-load** [1] - 96:25
**frustrated** [2] - 107:25, 110:14
**full** [7] - 13:25, 47:15, 61:6,
63:22, 63:23, 79:18, 96:15
**fun** [4] - 53:11, 97:2, 97:8,
106:8
**function** [5] - 6:23, 97:4, 97:10,
102:22, 102:24
**functional** [1] - 7:10
**fund** [2] - 116:16, 117:5
**fundamental** [2] - 102:4, 128:18
**funds** [1] - 131:11
**funny** [1] - 38:3
**further** [3] - 7:18, 13:17, 146:8
**furtherance** [1] - 98:12
**fuss** [1] - 56:23
**fussing** [1] - 94:3
**futile** [2] - 121:5, 146:17

**future** [1] - 127:5

# G

**gain** [4] - 21:20, 120:19, 120:20, 139:22
**gained** [2] - 21:18, 122:23
**gaining** [2] - 19:22, 120:4
**gains** [1] - 139:19
**game** [7] - 70:2, 84:25, 120:9, 122:24, 139:20, 140:16, 141:2
**Garibotti** [21] - 15:13, 20:24, 21:4, 22:2, 24:14, 26:8, 35:16, 35:21, 37:12, 52:17, 56:23, 57:15, 59:13, 61:1, 75:19, 76:2, 86:22, 114:3, 119:2, 121:3, 143:19
**Garibotti's** [4] - 30:15, 44:1, 56:14, 62:14
**Gary** [1] - 77:16
**gave** [3] - 17:23, 26:8, 126:3
**general** [9] - 19:19, 19:24, 97:21, 98:6, 98:12, 100:19, 103:5, 107:12, 109:14
**generally** [3] - 18:20, 75:10, 122:7
**generous** [1] - 104:16
**gentile** [2] - 103:11, 103:14
**gentlemen** [1] - 30:2
**gestures** [1] - 4:10
**get** [50] - 3:25, 6:4, 6:9, 8:11, 13:9, 16:19, 16:20, 17:20, 24:6, 25:1, 25:2, 32:1, 39:10, 43:15, 49:14, 58:10, 58:19, 58:23, 58:24, 60:4, 61:6, 62:25, 63:1, 64:5, 70:15, 72:16, 75:6, 88:20, 91:14, 94:5, 98:9, 99:9, 102:13, 102:25, 107:3, 110:17, 115:5, 121:12, 123:14, 130:22, 137:21, 138:10, 138:11, 141:11, 141:16, 147:12, 149:15, 149:21, 149:23
**gets** [5] - 9:16, 47:20, 75:21, 75:22, 141:21
**getting** [9] - 93:3, 94:6, 115:21, 119:12, 127:4, 138:22, 142:4, 142:5, 143:8
**giant** [1] - 84:25
**gibberish** [1] - 53:16
**girl** [2] - 55:6, 60:18
**give** [19] - 3:18, 3:23, 35:3, 40:2, 40:12, 46:14, 94:1, 96:1, 96:19, 96:21, 100:11, 101:16, 106:7, 125:2, 132:3, 132:4, 134:3, 138:10, 142:25
**given** [2] - 51:2, 126:13
**gives** [1] - 47:1
**giving** [6] - 3:13, 12:2, 29:16, 43:24, 128:3, 143:13

**GIX** [5] - 84:10, 84:11, 84:25, 85:3, 95:22
**glass** [1] - 80:9
**glossed** [1] - 35:2
**go** [75] - 3:24, 4:2, 5:18, 8:3, 12:5, 16:1, 17:22, 19:17, 19:20, 20:8, 20:11, 30:8, 33:11, 34:15, 35:8, 37:12, 43:12, 47:21, 49:2, 50:7, 50:12, 51:18, 52:16, 53:5, 54:14, 60:18, 61:17, 61:20, 66:10, 77:2, 78:7, 78:8, 78:24, 80:20, 84:20, 84:23, 86:16, 87:3, 87:6, 88:9, 90:20, 91:9, 92:21, 93:14, 93:21, 96:24, 98:22, 101:25, 102:3, 102:7, 104:1, 107:22, 110:1, 110:10, 114:20, 117:17, 120:10, 123:23, 125:12, 125:22, 127:18, 131:6, 134:10, 137:14, 140:21, 141:23, 142:6, 142:13, 144:2, 144:4, 144:15, 148:22, 149:12, 149:13
**gobbledygook** [1] - 56:3
**God** [2] - 47:19, 123:14
**God's** [1] - 48:1
**goes** [21] - 7:17, 7:19, 12:9, 12:25, 18:17, 19:15, 24:19, 36:2, 36:9, 66:25, 70:23, 71:8, 71:9, 83:13, 98:21, 104:16, 106:4, 114:1, 120:12, 128:25, 144:16
**going** [143] - 4:2, 6:22, 8:20, 9:20, 11:18, 11:19, 11:25, 12:19, 12:21, 13:2, 13:7, 13:10, 14:7, 14:9, 14:10, 14:11, 15:3, 15:19, 16:10, 17:12, 17:22, 20:19, 21:9, 21:24, 22:11, 22:12, 22:19, 22:21, 23:11, 23:18, 24:20, 24:23, 25:9, 28:4, 28:15, 29:24, 30:10, 32:14, 36:20, 37:4, 37:9, 38:24, 41:24, 42:23, 43:8, 44:4, 44:11, 44:16, 46:15, 47:22, 48:5, 49:3, 49:4, 52:5, 52:17, 52:18, 57:24, 59:2, 59:8, 59:9, 59:22, 61:8, 61:10, 64:6, 64:23, 64:25, 65:8, 65:11, 66:8, 66:22, 69:5, 69:11, 69:14, 72:20, 77:21, 78:1, 78:8, 79:8, 79:9, 80:20, 82:3, 82:9, 83:15, 83:21, 84:6, 88:16, 89:14, 89:17, 89:18, 89:20, 89:23, 90:11, 90:23, 92:11, 92:17, 93:14, 96:25, 102:12, 102:19, 103:7, 104:7, 104:12, 104:24, 106:9, 107:21, 108:18, 110:20, 115:20, 120:23, 123:5, 123:7, 123:12, 124:13, 125:22, 126:1, 127:3, 127:5, 127:9, 127:10, 127:15, 128:6, 128:19, 130:5, 130:6, 132:23, 133:10, 136:12,

**137:8, 137:21, 137:25, 142:19, 144:24, 144:25, 149:9, 149:11, 149:12, 149:13, 149:14, 149:23, 149:24, 149:25
**gone** [6] - 12:22, 51:5, 114:21, 123:6, 123:11, 128:10
**good** [8] - 9:1, 43:3, 59:18, 80:16, 116:3, 127:10, 127:22, 129:21
**gosh** [5] - 39:18, 40:5, 41:17, 61:12, 65:6
**got** [26] - 3:20, 6:3, 9:6, 22:23, 27:6, 34:5, 34:6, 36:23, 47:2, 47:11, 54:17, 61:1, 67:25, 68:18, 71:16, 91:15, 93:19, 93:20, 93:21, 98:2, 108:21, 111:8, 125:1, 125:16, 128:16, 148:19
**gotten** [1] - 6:1
**Government** [10] - 4:14, 12:11, 26:4, 62:17, 75:10, 76:21, 88:1, 96:2, 99:25, 140:7
**government** [85] - 3:14, 4:15, 6:18, 7:3, 8:3, 8:21, 12:10, 13:18, 14:1, 15:22, 16:10, 18:23, 18:25, 20:3, 21:21, 25:15, 26:7, 26:14, 30:3, 34:1, 34:2, 34:14, 34:25, 35:18, 36:21, 37:5, 39:4, 40:6, 43:11, 49:11, 50:3, 50:5, 50:6, 50:25, 52:9, 53:13, 53:18, 53:24, 55:16, 55:25, 56:9, 57:10, 57:14, 67:21, 71:13, 74:21, 76:23, 76:24, 77:4, 77:18, 78:2, 79:12, 79:23, 80:18, 85:5, 88:17, 90:18, 91:5, 93:15, 95:9, 97:13, 99:20, 101:11, 102:8, 104:6, 105:14, 106:12, 107:8, 107:19, 109:12, 113:20, 114:6, 115:5, 119:2, 121:21, 122:1, 125:24, 128:11, 131:23, 132:6, 135:8, 139:8, 140:1, 144:2, 147:23
**government's** [22] - 4:2, 4:5, 4:7, 5:17, 14:18, 14:22, 19:14, 22:5, 36:7, 39:25, 40:12, 49:9, 64:1, 72:9, 75:1, 80:6, 84:23, 86:2, 91:3, 113:16, 130:5, 130:6
**Government's** [4] - 4:8, 12:12, 78:18, 100:3
**Govil** [2] - 125:17, 146:20
**grand** [3] - 123:25, 148:22, 148:23
**grant** [1] - 111:1
**gravitas** [1] - 57:17
**green** [2] - 127:6, 127:15
**Greenlaw** [14] - 111:2, 111:3, 113:14, 113:17, 119:13, 119:14, 119:24, 136:25,

139:16, 143:11, 145:6, 145:8,
145:16, 148:3
**gross** [1] - 86:8
**ground** [1] - 141:19
**grounds** [2] - 8:23, 9:24
**group** [6] - 80:3, 86:9, 117:14,
129:24, 130:25, 146:9
**groups** [2] - 92:14, 95:1
**GTT** [2] - 118:18, 131:4
**guess** [7] - 6:9, 40:23, 114:9,
119:11, 119:13, 137:20
**guidance** [1] - 71:20
**guidelines** [1] - 84:1
**guilty** [2] - 4:23, 122:4
**guy** [3] - 96:24, 116:6, 117:2
**guys** [22] - 10:16, 43:13, 49:14,
59:6, 62:12, 65:11, 91:20,
91:23, 106:7, 110:23, 114:2,
116:4, 116:20, 116:24, 117:2,
117:9, 126:7, 128:15, 130:8,
133:19, 149:18

## H

**ha** [11] - 84:22, 96:16, 101:7
**had** [36] - 10:22, 18:9, 19:11,
21:15, 21:18, 23:8, 23:22,
29:15, 34:4, 49:20, 52:11,
58:16, 70:22, 79:2, 79:5, 80:3,
87:16, 88:4, 89:4, 108:5,
108:24, 110:21, 114:21, 116:5,
116:6, 116:8, 116:13, 123:18,
126:5, 133:2, 134:1, 137:25,
139:23, 146:22, 146:23, 147:2
**hadn't** [2] - 123:17
**half** [7] - 11:12, 74:7, 80:18,
109:2, 129:21, 136:3, 136:6
**hand** [12] - 4:10, 26:2, 27:16,
27:17, 30:5, 41:24, 46:12, 56:4,
65:13, 74:8, 133:9
**handed** [1] - 123:18
**handle** [3] - 18:18, 149:14
**hands** [1] - 50:21
**HANEN** [1] - 1:3
**happen** [5] - 24:13, 128:16,
143:20, 147:6, 147:22
**happened** [6] - 9:25, 94:22,
120:13, 143:6, 147:9, 147:11
**happening** [5] - 10:11, 35:15,
45:10, 74:22, 83:22
**happens** [8] - 45:9, 96:9,
100:14, 101:2, 101:22, 103:22,
125:12, 125:20
**happy** [9] - 40:25, 46:6, 81:13,
84:4, 85:12, 94:9, 134:19,
134:20, 140:3
**hard** [4] - 34:21, 58:24, 58:25,
72:6
**hardly** [1] - 129:10

**harken** [1] - 110:21
**harm** [1] - 147:18
**has** [66] - 3:14, 4:6, 7:3, 12:10,
12:11, 13:18, 15:22, 16:13,
23:20, 26:7, 27:19, 38:14,
42:14, 45:9, 49:25, 50:25,
55:16, 62:16, 62:18, 66:18,
69:20, 73:13, 76:23, 76:24,
77:4, 77:18, 78:2, 79:23, 85:5,
90:6, 94:22, 95:13, 96:18, 99:3,
99:24, 102:8, 103:4, 103:5,
103:12, 106:10, 106:12,
106:14, 109:1, 112:23, 113:7,
114:6, 119:13, 121:17, 122:4,
123:4, 127:17, 127:19, 128:9,
128:16, 132:13, 132:20,
132:22, 137:6, 138:4, 142:9,
143:24, 144:12, 147:25, 148:3,
148:4
**hash** [1] - 65:19
**hasn't** [4] - 74:1, 119:2, 121:4,
132:22
**hate** [1] - 120:8
**have** [214] - 3:12, 3:15, 4:3, 4:5,
6:7, 6:14, 6:18, 7:3, 7:9, 7:12,
8:4, 9:17, 10:4, 10:18, 11:5,
11:10, 11:23, 12:18, 12:22,
13:3, 14:2, 16:4, 18:1, 19:23,
21:19, 22:20, 24:25, 25:5, 25:6,
26:10, 27:24, 28:15, 28:16,
29:19, 29:21, 30:8, 31:10,
31:11, 31:19, 33:12, 33:13,
34:7, 35:21, 35:22, 37:14, 40:8,
40:9, 40:23, 41:11, 41:16,
41:21, 42:18, 43:12, 43:16,
44:11, 44:19, 44:24, 46:10,
46:17, 46:18, 46:23, 46:25,
47:23, 48:6, 48:22, 49:11,
49:21, 50:6, 50:14, 51:13,
51:14, 51:23, 51:25, 52:13,
52:14, 53:19, 54:25, 55:2, 55:8,
55:19, 56:19, 57:14, 57:22,
58:2, 59:3, 59:4, 59:6, 61:22,
62:5, 62:12, 62:14, 62:15,
63:18, 64:3, 65:7, 66:25, 67:8,
67:11, 67:12, 68:3, 69:1, 69:4,
69:12, 69:16, 69:21, 69:22,
70:21, 70:22, 71:3, 71:6, 72:16,
72:20, 75:3, 75:16, 76:4, 76:25,
77:2, 77:25, 78:8, 78:9, 79:17,
79:21, 80:9, 80:20, 80:22, 81:5,
83:6, 84:1, 84:24, 85:16, 87:2,
87:3, 87:9, 88:18, 88:19, 90:11,
90:23, 92:5, 99:9, 101:13,
103:9, 105:1, 105:6, 106:21,
107:9, 107:10, 107:13, 107:16,
107:19, 108:4, 108:14, 109:12,
109:17, 109:21, 110:3, 110:10,
112:17, 112:20, 112:22,
113:18, 113:25, 114:22, 115:1,

115:14, 116:7, 116:13, 118:1,
121:18, 121:23, 121:24,
121:25, 123:10, 123:21,
123:25, 126:6, 126:7, 126:18,
129:7, 129:11, 130:7, 132:9,
135:3, 135:4, 135:22, 136:16,
137:2, 137:5, 138:3, 138:22,
140:1, 141:10, 142:15, 143:17,
144:9, 144:11, 144:20, 144:21,
144:23, 145:25, 146:1, 148:15,
148:22, 149:5, 149:7
**haven't** [9] - 10:1, 18:1, 21:11,
22:5, 46:2, 51:4, 90:2, 119:19,
149:6
**having** [12] - 3:22, 5:25, 16:4,
30:16, 43:20, 53:11, 72:6,
99:20, 110:1, 130:3, 134:10,
149:22
**Hayward** [1] - 1:17
**he** [134] - 4:16, 4:17, 4:18, 4:20,
4:22, 5:1, 5:7, 8:6, 8:7, 8:10,
9:4, 9:6, 10:20, 10:21, 10:22,
11:21, 14:22, 14:23, 21:18,
21:19, 21:20, 21:24, 24:16,
26:21, 27:4, 27:5, 27:7, 28:24,
29:3, 29:6, 29:8, 29:9, 29:10,
29:14, 29:15, 29:16, 29:25,
30:20, 38:8, 38:9, 42:9, 43:2,
47:15, 50:18, 50:20, 59:16,
59:18, 63:23, 64:3, 64:5, 64:10,
64:13, 70:11, 71:7, 71:20,
71:22, 74:2, 74:17, 74:19, 77:7,
78:11, 80:2, 80:3, 80:4, 80:9,
80:12, 81:6, 85:11, 85:12,
88:11, 88:12, 88:13, 88:14,
91:25, 92:1, 94:4, 101:16,
103:21, 105:18, 105:24,
105:25, 106:1, 107:20, 112:17,
112:23, 116:7, 116:8, 116:12,
116:13, 116:14, 116:20, 117:2,
122:14, 122:19, 122:20,
126:22, 126:25, 127:1, 127:2,
127:3, 127:19, 127:20, 127:24,
128:1, 128:2, 128:9, 129:4,
129:5, 129:9, 129:19, 129:21,
130:24, 131:9, 131:10, 131:13,
138:4, 140:11, 147:18
**he'd** [6] - 28:25, 29:1, 29:2,
29:6, 29:7
**he's** [42] - 4:23, 12:2, 21:23,
23:10, 23:13, 23:14, 26:21,
26:22, 26:23, 27:4, 27:5, 27:6,
28:24, 30:17, 47:7, 47:12,
47:13, 64:13, 64:14, 74:16,
78:20, 89:11, 92:12, 92:13,
96:25, 105:12, 105:14, 106:8,
106:9, 112:24, 113:2, 116:21,
122:12, 127:21, 128:20,
128:21, 131:10, 140:20, 141:7,
141:13, 141:16

**head** [2] - 57:3, 87:5
**header** [2] - 64:24, 86:10
**hear** [8] - 69:8, 73:1, 100:2, 111:2, 111:4, 123:13, 138:7
**heard** [9] - 17:4, 21:11, 25:11, 46:2, 59:14, 72:22, 85:18, 111:4, 130:23
**hearing** [3] - 3:20, 50:11, 83:9
**hearings** [1] - 87:17
**hearsay** [14] - 32:4, 32:5, 32:17, 33:20, 39:9, 39:10, 51:21, 57:12, 58:20, 58:22, 70:9, 70:14, 72:21, 105:3
**heart** [1] - 140:9
**heck** [1] - 109:5
**hedge** [3] - 116:16, 117:4, 131:11
**held** [8] - 3:3, 10:20, 29:19, 105:11, 106:23, 116:3, 116:20, 117:18
**help** [6] - 15:24, 91:19, 91:22, 92:1, 127:25, 139:15
**helpful** [6] - 26:2, 77:1, 97:19, 110:2, 139:6
**Hennessey** [25] - 5:7, 5:11, 5:12, 12:8, 28:23, 31:16, 33:18, 50:16, 64:3, 76:21, 77:6, 77:23, 78:20, 79:25, 80:1, 80:15, 80:16, 81:3, 81:5, 91:13, 91:16, 96:4, 96:6, 100:9
**hennessey's** [1] - 41:13
**Hennessey's** [9] - 26:15, 26:19, 28:21, 31:11, 31:12, 31:15, 31:21, 50:16, 91:25
**her** [8] - 21:1, 44:9, 44:11, 44:12, 45:3, 53:2, 56:16, 61:2
**here** [76] - 6:6, 10:5, 15:24, 17:2, 20:25, 21:4, 22:17, 24:2, 24:14, 24:23, 31:24, 32:24, 33:2, 33:6, 35:16, 36:19, 37:10, 38:22, 39:1, 41:3, 41:24, 46:10, 46:16, 50:21, 51:20, 52:2, 54:10, 59:2, 64:2, 64:19, 64:23, 65:24, 67:23, 68:6, 68:13, 85:3, 89:23, 91:16, 92:14, 93:14, 93:16, 96:9, 100:5, 103:9, 104:25, 106:21, 107:21, 109:5, 109:8, 109:22, 111:5, 113:25, 115:2, 115:6, 118:1, 118:24, 119:18, 120:6, 123:5, 128:21, 134:9, 134:11, 135:15, 137:7, 137:21, 138:10, 139:1, 139:14, 139:24, 141:15, 145:7, 146:18, 148:5, 149:9, 149:18, 149:19
**here's** [7] - 30:4, 42:22, 50:9, 87:11, 134:24
**hereby** [1] - 151:6
**hesitating** [1] - 64:19
**hesitation** [1] - 64:1
**hey** [9] - 29:5, 65:11, 91:23,

94:5, 96:18, 97:17, 99:9, 125:1, 128:8
**hide** [1] - 59:10
**high** [5] - 84:19, 84:22, 85:12, 128:17, 128:24
**highlighted** [2] - 35:23, 37:14
**highly** [2] - 10:13, 19:25
**hilarious** [1] - 96:24
**hilt** [1] - 136:17
**him** [18] - 5:8, 26:20, 28:6, 29:4, 29:23, 31:18, 42:5, 42:8, 42:11, 56:11, 71:9, 81:17, 106:6, 106:8, 106:13, 112:23, 122:19, 129:10
**himself** [2] - 5:7, 31:16
**hired** [1] - 52:23
**his** [58] - 7:25, 9:9, 10:21, 10:23, 11:15, 17:16, 21:16, 26:20, 27:1, 27:3, 27:8, 28:5, 28:7, 29:10, 29:13, 29:14, 29:15, 29:16, 30:8, 31:4, 31:18, 31:24, 38:10, 46:8, 48:5, 50:19, 50:24, 51:3, 64:10, 64:15, 70:10, 74:1, 74:18, 88:24, 91:14, 91:17, 92:1, 96:25, 101:15, 103:19, 104:8, 105:20, 113:2, 116:13, 116:20, 117:4, 118:9, 122:5, 122:12, 127:21, 128:2, 129:1, 129:14, 129:16, 141:3
**history** [1] - 30:9
**hit** [2] - 12:22, 57:3
**hoisted** [1] - 135:24
**hold** [5] - 32:3, 36:15, 64:6, 116:5, 122:20
**hole** [1] - 132:14
**hollow** [1] - 48:12
**home** [1] - 3:24
**honest** [1] - 59:10
**Honor** [150] - 4:12, 5:3, 5:20, 8:22, 9:23, 10:7, 12:7, 12:19, 13:4, 13:5, 14:17, 16:13, 16:21, 17:7, 17:23, 20:6, 20:9, 20:14, 21:15, 22:19, 25:11, 27:13, 30:24, 31:8, 32:9, 32:11, 33:5, 33:24, 34:23, 35:1, 35:3, 35:4, 35:10, 37:9, 38:16, 39:3, 40:22, 40:23, 43:23, 46:1, 46:10, 46:21, 48:2, 49:1, 49:18, 50:15, 52:4, 53:7, 55:13, 56:2, 56:4, 56:7, 56:25, 57:3, 59:1, 59:3, 59:12, 59:21, 61:9, 62:1, 62:9, 63:12, 63:14, 63:22, 64:20, 64:24, 65:18, 65:22, 66:24, 67:14, 67:19, 68:23, 69:25, 70:7, 71:11, 72:22, 73:7, 74:7, 74:16, 75:5, 75:9, 75:20, 75:23, 76:20, 78:13, 79:1, 79:11, 81:7, 81:24, 82:5, 82:18, 83:6, 83:13, 83:24, 86:7, 86:11, 86:19, 87:6,

87:20, 88:6, 88:22, 89:6, 90:1, 90:10, 91:8, 91:9, 92:6, 92:22, 93:1, 93:4, 93:25, 94:10, 94:15, 95:24, 96:1, 96:13, 97:17, 97:25, 98:17, 98:21, 99:1, 99:23, 101:18, 103:7, 103:11, 104:17, 106:21, 107:23, 108:8, 109:25, 124:24, 132:12, 133:5, 134:13, 134:17, 134:18, 135:19, 136:14, 137:12, 138:2, 139:25, 140:4, 140:18, 141:6, 141:7, 144:14, 145:2, 145:5, 146:11, 148:21
**Honor's** [5] - 16:16, 40:25, 45:11, 140:23, 149:3
**HONORABLE** [1] - 1:3
**hope** [3] - 26:10, 109:12, 145:1
**hopefully** [1] - 3:24
**hoping** [1] - 89:15
**horizon** [1] - 109:24
**horse** [1] - 23:24
**hosts** [1] - 51:15
**hour** [2] - 11:12, 91:4
**Houston** [1] - 1:12
**how** [63] - 21:12, 21:25, 22:1, 22:23, 23:24, 24:3, 25:1, 27:10, 27:24, 28:11, 32:14, 35:16, 38:9, 39:4, 41:20, 43:21, 44:9, 52:1, 56:23, 68:1, 69:8, 70:19, 71:6, 71:21, 72:16, 73:16, 78:16, 79:9, 82:2, 88:4, 89:22, 92:8, 92:19, 93:6, 93:7, 101:20, 107:7, 107:8, 108:15, 110:7, 112:6, 113:12, 113:21, 115:6, 115:10, 116:19, 122:9, 124:2, 126:20, 128:1, 129:5, 134:18, 135:12, 135:24, 136:17, 137:21, 137:23, 141:8, 145:6, 149:14
**however** [1] - 81:14
**Hrvatin** [4] - 84:8, 84:16, 85:14, 85:25
**Hrvatin's** [1] - 85:11
**HTML** [4] - 52:15, 53:16, 54:6, 54:25
**http** [1] - 31:5
**HTTPS** [1] - 58:7
**https://t.co/3koe4imsw** [1] - 37:16
**huddling** [1] - 98:8
**huge** [1] - 126:21
**human** [1] - 58:20
**humor** [1] - 35:19
**hundreds** [10] - 43:22, 43:24, 63:6, 66:11, 69:22, 71:17, 71:18, 95:1, 95:21, 103:8
**hypothetically** [2] - 24:17, 42:23
**hysterical** [1] - 59:9

# I

**I** [355] - 3:8, 3:9, 3:10, 3:17, 3:18, 3:23, 4:1, 4:5, 4:7, 4:9, 4:24, 5:5, 6:9, 8:3, 8:14, 9:21, 10:13, 12:4, 12:7, 12:25, 13:2, 13:3, 13:13, 13:15, 13:24, 14:7, 14:10, 14:14, 14:20, 14:24, 14:25, 15:5, 16:2, 16:3, 16:5, 17:5, 17:15, 17:22, 18:23, 19:23, 20:25, 21:11, 22:18, 23:22, 24:5, 25:24, 26:2, 26:10, 26:22, 26:23, 26:24, 27:2, 27:9, 28:11, 29:5, 30:7, 30:25, 31:2, 31:22, 32:8, 32:14, 34:1, 35:13, 35:14, 36:4, 36:25, 39:15, 39:18, 39:19, 40:3, 40:4, 40:22, 41:13, 42:1, 42:2, 43:4, 43:9, 43:10, 43:11, 43:13, 43:14, 43:16, 43:20, 43:24, 44:8, 44:9, 44:22, 44:23, 46:8, 46:10, 46:12, 48:17, 49:3, 49:4, 49:7, 49:8, 49:25, 50:15, 52:4, 52:6, 53:10, 53:23, 54:14, 54:24, 55:16, 56:4, 61:9, 62:1, 62:9, 62:11, 62:13, 62:24, 63:22, 64:1, 64:10, 64:11, 64:12, 64:18, 64:21, 64:23, 65:4, 65:7, 65:12, 65:14, 65:15, 65:23, 67:20, 69:7, 69:12, 69:13, 69:21, 70:22, 71:5, 71:6, 71:9, 71:12, 71:18, 71:22, 72:3, 72:16, 72:22, 73:4, 73:12, 74:5, 75:18, 75:21, 76:25, 77:2, 77:15, 80:13, 81:14, 82:8, 82:10, 82:12, 83:3, 84:17, 84:18, 84:21, 84:22, 85:18, 86:11, 87:1, 87:12, 87:16, 87:21, 89:1, 89:2, 89:4, 89:6, 89:14, 89:22, 90:2, 90:4, 90:7, 90:8, 91:4, 91:6, 91:9, 92:5, 92:17, 92:22, 93:9, 93:12, 93:13, 93:25, 94:4, 94:5, 94:7, 94:15, 94:18, 95:22, 96:19, 97:17, 97:18, 97:21, 97:22, 97:23, 97:25, 98:5, 98:11, 98:13, 98:19, 98:24, 98:25, 99:13, 99:16, 99:17, 101:7, 101:8, 101:18, 102:1, 103:8, 103:21, 103:23, 104:2, 104:11, 105:7, 105:17, 105:20, 105:23, 105:25, 106:19, 106:25, 107:5, 107:6, 107:13, 107:25, 108:1, 109:7, 109:8, 109:11, 109:12, 109:18, 110:15, 110:20, 110:23, 111:2, 111:4, 111:6, 113:4, 114:8, 114:9, 114:25, 115:8, 115:23, 116:9, 116:10, 117:10, 118:14, 119:11, 119:13, 119:19, 119:23, 120:8, 121:9, 122:2, 122:9, 122:13, 122:16, 123:10, 123:15, 123:20, 123:22, 125:1, 125:9, 125:11, 125:12, 125:17, 126:22, 127:10, 127:25, 128:3, 128:4, 128:8, 129:9, 129:11, 129:12, 129:17, 129:20, 130:11, 130:13, 130:20, 131:5, 131:12, 133:5, 133:13, 133:15, 134:6, 135:1, 135:4, 135:13, 136:4, 136:14, 136:25, 137:2, 137:4, 137:18, 137:19, 137:20, 137:21, 137:24, 138:2, 138:4, 138:20, 139:12, 139:19, 139:20, 139:23, 139:25, 140:18, 140:22, 142:19, 142:20, 143:5, 145:1, 145:5, 145:6, 146:19, 147:6, 147:21, 148:20, 148:21, 149:7, 149:18, 149:19, 149:20, 149:23, 151:6

**i** [11] - 26:9, 29:22, 32:11, 35:6, 90:5, 93:22, 100:1, 107:19, 107:24, 116:19, 142:2

**I'd** [5] - 84:4, 87:3, 98:25, 129:13, 148:9

**I'll** [21] - 3:11, 5:13, 17:8, 30:12, 44:19, 62:24, 65:21, 67:19, 74:24, 86:25, 91:14, 96:1, 96:21, 98:9, 106:7, 121:19, 121:20, 124:17, 132:12, 149:22

**i'm** [2] - 74:23, 138:6

**I'm** [85] - 3:12, 3:13, 3:23, 4:2, 4:8, 9:22, 14:3, 14:25, 15:3, 17:17, 23:11, 25:8, 25:9, 25:21, 26:22, 27:13, 29:24, 30:10, 31:25, 36:1, 36:8, 36:15, 42:23, 43:7, 48:17, 50:11, 54:9, 54:10, 55:15, 59:9, 62:24, 62:25, 63:13, 64:4, 64:20, 65:11, 66:4, 75:6, 75:23, 76:7, 78:8, 81:13, 81:18, 83:2, 83:3, 83:9, 84:19, 84:21, 92:24, 94:3, 94:8, 97:25, 99:15, 102:19, 102:23, 103:13, 106:24, 106:25, 107:25, 110:13, 114:5, 114:24, 118:16, 119:12, 121:6, 121:10, 121:17, 130:14, 134:19, 134:20, 134:24, 135:13, 135:14, 136:6, 137:17, 137:20, 139:17, 149:9, 149:11, 149:13, 149:23, 149:24

**I've** [13] - 3:14, 17:4, 23:11, 32:12, 36:23, 43:19, 67:20, 85:18, 87:14, 91:15, 99:13, 107:2, 111:3

**IBM** [1] - 141:9

**icon** [1] - 40:17

**idea** [5] - 46:16, 92:5, 108:9, 108:23, 136:9

**ideas** [4] - 24:6, 30:6, 84:21, 112:24

**identical** [2] - 113:10, 125:10

**identifiable** [1] - 7:8

**identified** [2] - 77:18, 148:4

**idiots** [1] - 144:22

**if** [155] - 3:24, 6:5, 7:21, 9:16, 12:7, 13:1, 13:13, 13:14, 16:1, 17:23, 18:16, 19:21, 19:23, 20:11, 23:24, 24:1, 26:2, 27:11, 27:14, 27:19, 27:21, 27:23, 28:3, 28:12, 29:23, 30:10, 33:11, 34:2, 34:3, 37:13, 39:18, 40:4, 47:1, 52:4, 53:5, 53:14, 55:2, 57:3, 58:16, 59:4, 60:1, 60:5, 60:21, 61:10, 61:11, 61:13, 61:19, 62:20, 63:2, 63:17, 64:22, 64:24, 65:17, 66:7, 66:21, 67:4, 67:10, 68:18, 69:5, 69:25, 70:15, 71:5, 71:23, 72:5, 72:6, 72:7, 72:15, 73:15, 75:14, 75:21, 77:1, 77:25, 78:7, 79:17, 80:8, 80:20, 83:9, 83:14, 83:24, 84:1, 84:16, 84:20, 84:23, 84:25, 85:12, 89:17, 90:10, 91:9, 96:20, 98:2, 98:8, 98:25, 99:8, 100:17, 101:15, 101:25, 102:7, 104:7, 104:15, 104:24, 105:8, 106:6, 106:17, 107:4, 107:25, 109:13, 109:18, 111:1, 113:20, 114:14, 114:24, 116:7, 116:13, 119:4, 119:6, 119:7, 120:11, 120:12, 124:4, 125:11, 126:20, 128:4, 128:5, 128:6, 128:7, 128:9, 128:21, 128:23, 129:12, 131:16, 132:6, 132:24, 133:10, 134:19, 135:3, 135:6, 138:20, 139:12, 140:6, 140:13, 140:14, 141:8, 141:10, 141:20, 141:24, 144:5, 144:6, 145:5, 146:11, 149:17, 149:18

**If** [3] - 7:18, 25:3, 67:24

**ignore** [1] - 75:22

**illegal** [2] - 60:14, 143:9

**illegality** [1] - 143:9

**illustrate** [1] - 46:12

**illustrates** [1] - 109:15

**illustrating** [1] - 142:7

**image** [5] - 30:16, 35:22, 44:5, 47:4, 56:11

**images** [3] - 30:13, 38:12, 47:1

**imaginary** [1] - 74:21

**impact** [6] - 18:8, 79:5, 79:10, 88:5, 90:12, 92:11

**impacted** [1] - 11:6

**impartial** [1] - 59:19

**important** [1] - 26:17, 28:23, 29:11, 31:7, 35:2, 39:12, 41:13, 45:7, 59:5, 67:21, 77:14

**importantly** [1] - 122:16

**impossible** [2] - 11:14, 63:4

**impression** [1] - 23:19

**improper** [4] - 21:1, 21:2, 21:3, 83:20
**in** [399] - 3:3, 3:21, 3:23, 4:16, 4:18, 4:21, 7:4, 7:7, 7:13, 7:17, 8:6, 8:25, 10:8, 10:9, 10:17, 11:19, 11:24, 12:3, 12:6, 12:7, 12:10, 13:14, 13:18, 13:20, 14:18, 17:15, 17:25, 18:22, 20:25, 21:15, 21:17, 21:18, 21:22, 21:23, 21:25, 22:23, 23:7, 23:12, 23:21, 24:1, 24:13, 24:14, 24:22, 25:2, 25:6, 25:13, 25:17, 25:19, 26:15, 26:18, 26:23, 28:1, 28:24, 29:10, 29:24, 30:14, 30:15, 30:20, 31:9, 31:19, 32:1, 33:1, 33:6, 33:8, 33:18, 34:15, 35:20, 36:16, 36:23, 37:3, 37:14, 37:17, 38:8, 38:19, 38:20, 39:9, 39:13, 39:24, 40:1, 40:11, 40:14, 41:3, 42:3, 42:4, 43:5, 43:8, 43:13, 43:17, 43:23, 43:25, 44:10, 44:11, 45:2, 45:9, 45:10, 45:15, 45:20, 45:25, 46:15, 46:16, 46:24, 47:11, 47:12, 48:7, 48:9, 48:25, 49:10, 49:19, 50:2, 50:5, 51:8, 51:9, 51:17, 51:20, 52:2, 52:15, 52:23, 54:13, 56:3, 57:2, 57:7, 57:11, 57:17, 57:20, 57:23, 58:10, 58:19, 59:14, 59:25, 60:9, 60:14, 60:16, 61:22, 62:3, 62:8, 62:16, 62:17, 62:19, 63:5, 63:7, 63:13, 63:23, 64:9, 64:10, 65:9, 65:19, 65:25, 66:4, 66:7, 66:12, 66:18, 66:19, 67:1, 67:5, 67:7, 67:11, 67:16, 67:17, 69:2, 69:11, 70:2, 70:10, 70:18, 70:22, 70:23, 71:2, 71:7, 71:9, 71:21, 72:1, 72:9, 72:24, 73:2, 73:17, 74:15, 74:24, 74:25, 75:17, 77:20, 77:25, 78:1, 79:4, 79:13, 79:14, 79:17, 80:18, 81:2, 82:17, 82:21, 83:8, 83:19, 85:9, 86:6, 86:10, 86:20, 86:21, 86:22, 87:22, 88:1, 88:10, 88:12, 88:17, 89:14, 89:15, 89:19, 90:3, 90:25, 91:10, 91:13, 91:16, 91:17, 91:18, 91:19, 91:25, 92:21, 92:23, 93:5, 93:15, 93:19, 94:11, 94:15, 94:23, 95:1, 95:6, 97:8, 97:22, 98:4, 98:12, 98:15, 98:25, 99:7, 99:14, 100:18, 100:20, 101:22, 102:5, 103:3, 103:8, 103:11, 104:19, 105:18, 105:21, 106:16, 106:23, 107:3, 107:18, 107:20, 108:12, 108:18, 109:4, 109:9, 109:11, 110:2, 110:9, 110:15, 110:17, 110:18, 111:12, 112:14,

112:15, 112:25, 113:11, 114:2, 114:4, 115:7, 115:8, 115:9, 115:12, 115:14, 115:16, 116:7, 116:10, 117:4, 117:5, 117:13, 118:14, 118:17, 119:1, 120:13, 120:18, 120:20, 120:22, 121:9, 121:16, 121:23, 122:15, 122:24, 122:25, 123:1, 123:3, 123:19, 123:21, 123:25, 124:5, 124:11, 124:16, 124:20, 124:24, 125:2, 125:3, 125:4, 125:9, 125:12, 125:16, 125:18, 125:20, 126:2, 126:8, 126:10, 126:13, 126:17, 127:21, 127:22, 129:2, 129:7, 129:12, 129:20, 130:10, 130:24, 131:1, 131:9, 131:10, 131:15, 132:5, 132:13, 132:14, 132:16, 132:17, 132:21, 133:9, 133:17, 133:19, 133:21, 134:15, 134:25, 135:22, 136:10, 136:15, 136:17, 137:3, 137:7, 137:13, 138:9, 138:14, 138:18, 138:19, 139:13, 139:15, 139:18, 140:9, 140:16, 140:17, 141:2, 141:3, 141:17, 142:4, 142:5, 142:6, 142:8, 142:10, 142:12, 142:13, 142:24, 143:7, 143:21, 144:1, 144:20, 145:8, 145:11, 145:13, 145:16, 145:19, 146:14, 146:15, 146:20, 146:21, 146:22, 146:25, 147:10, 147:20, 148:3, 148:13, 149:18, 149:19, 150:3, 151:9
**inadmissible** [1] - 122:8
**inception** [2] - 111:21
**inclined** [2] - 65:18, 146:11
**include** [16] - 12:16, 13:25, 17:10, 30:13, 41:3, 44:3, 44:4, 44:21, 45:1, 45:2, 52:24, 60:16, 66:8, 95:21
**included** [17] - 25:19, 26:1, 26:13, 26:16, 26:18, 43:1, 51:23, 57:4, 62:15, 62:19, 63:7, 63:18, 67:1, 71:18, 84:24, 86:4, 100:6
**includes** [2] - 30:20, 56:9
**including** [7] - 15:15, 24:8, 30:22, 60:7, 64:9, 70:6, 95:21
**incomplete** [3] - 59:20, 62:6, 83:17
**inconceivable** [1] - 11:15
**incorporated** [1] - 3:16
**indeed** [1] - 138:24
**indicates** [1] - 16:5
**indicating** [1] - 18:24
**indicator** [1] - 100:23
**indictment** [48] - 41:17, 41:22, 50:18, 55:24, 73:18, 93:6,

93:19, 108:13, 109:1, 109:4, 109:6, 112:15, 114:1, 115:7, 115:12, 118:17, 121:7, 122:8, 122:17, 122:25, 123:2, 123:3, 129:3, 129:25, 130:11, 131:1, 131:16, 134:10, 135:23, 136:11, 136:16, 137:3, 137:13, 137:15, 138:15, 139:12, 142:20, 144:1, 145:22, 146:15, 148:7, 148:10, 148:11, 148:14, 148:16, 148:21, 148:25
**individual** [17] - 7:22, 44:20, 56:19, 95:2, 96:17, 97:2, 99:3, 101:14, 101:22, 102:3, 102:24, 103:18, 103:23, 105:9, 125:21, 131:1, 147:2
**individuals** [12] - 7:7, 7:8, 38:11, 48:4, 54:5, 85:25, 97:7, 128:15, 130:1, 134:1, 145:8, 145:17
**induce** [3] - 136:19, 138:15, 139:2
**inducing** [2] - 138:24, 140:24
**indulge** [1] - 83:25
**indulgence** [1] - 75:8
**infer** [1] - 82:19
**inflated** [1] - 7:5
**inflation** [1] - 143:18
**influenced** [1] - 11:10
**influencers** [1] - 128:22
**influences** [1] - 133:4
**informant** [2] - 105:14, 105:19
**information** [36] - 25:18, 28:18, 29:17, 34:9, 34:12, 34:13, 39:5, 45:2, 45:7, 45:13, 47:11, 49:21, 56:20, 59:4, 64:24, 68:11, 111:9, 111:11, 111:12, 112:3, 112:19, 113:1, 114:17, 115:15, 115:17, 117:3, 117:20, 126:6, 131:25, 132:8, 135:14, 135:15, 136:1, 136:18, 137:23
**inherently** [1] - 44:25
**inside** [1] - 86:17
**insiders** [1] - 145:10
**instance** [1] - 147:23
**instead** [6] - 25:16, 30:16, 30:22, 40:14, 60:13, 122:17
**instruction** [1] - 137:5
**insufficient** [3] - 123:16, 131:17, 148:8
**intellectual** [1] - 111:24
**intended** [3] - 130:1, 130:8, 130:11
**intending** [2] - 113:22, 113:23
**intent** [15] - 38:2, 113:18, 122:5, 122:13, 124:23, 129:1, 130:6, 131:18, 136:21, 136:23, 138:14, 139:2, 142:16
**interest** [3] - 100:23, 145:12, 145:19

**interested** [3] - 3:23, 10:17, 134:25
**internet** [4] - 37:19, 38:9, 54:8, 126:24
**interpretation** [3] - 100:11, 106:12, 106:13
**interpretations** [1] - 101:19
**interpreted** [1] - 87:14
**interrupt** [1] - 74:10
**into** [25] - 20:20, 21:12, 28:25, 29:1, 31:25, 34:5, 38:5, 43:15, 55:22, 69:10, 72:13, 78:7, 78:8, 80:21, 83:1, 88:9, 107:22, 111:14, 117:22, 119:13, 127:6, 131:14
**introduce** [14] - 31:10, 31:13, 31:16, 33:11, 54:22, 59:7, 68:2, 68:25, 75:18, 78:3, 85:11, 97:12, 107:12, 110:11
**introduced** [2] - 31:11, 54:5
**introducing** [1] - 95:19
**invented** [1] - 148:2
**invest** [1] - 112:25
**investigation** [3] - 34:15, 50:18, 50:19
**investigative** [1] - 49:23
**investment** [1] - 127:22
**investor** [1] - 120:5
**invoice** [11] - 34:3, 34:4, 34:5, 34:9, 34:10, 68:2, 68:4, 68:5, 68:10, 68:12
**invoices** [2] - 67:24, 68:7
**involved** [3] - 77:20, 78:12, 109:8
**involves** [1] - 45:6
**involving** [1] - 107:17
**iPhone** [1] - 28:9
**ironic** [2] - 51:2, 128:12
**irrelevant** [7] - 9:25, 19:25, 24:11, 36:5, 60:6, 60:8, 95:2
**is** [510] - 4:15, 4:18, 5:6, 5:23, 6:1, 6:15, 6:16, 7:1, 7:20, 8:13, 8:18, 9:6, 9:11, 10:11, 11:6, 11:8, 11:18, 11:20, 11:22, 11:25, 13:7, 16:9, 16:10, 16:22, 17:9, 17:12, 17:14, 18:1, 18:7, 19:5, 19:15, 19:21, 20:7, 20:12, 20:15, 21:6, 21:24, 22:7, 22:8, 22:11, 22:12, 22:18, 22:21, 22:22, 23:13, 23:15, 23:18, 23:19, 24:4, 24:7, 24:10, 24:22, 24:23, 25:14, 25:15, 25:20, 26:3, 26:7, 26:13, 26:19, 26:20, 26:21, 27:4, 27:5, 27:8, 28:20, 28:22, 28:23, 29:9, 29:18, 30:3, 30:13, 30:23, 31:15, 31:24, 32:6, 32:8, 32:11, 32:13, 32:17, 32:22, 33:2, 33:7, 33:10, 33:20, 33:21, 33:22, 33:25, 34:1, 34:9, 34:17, 35:1, 35:2, 35:3, 35:17,

36:10, 36:11, 36:21, 37:5, 37:18, 38:4, 38:7, 38:19, 39:1, 39:2, 39:9, 39:17, 39:19, 40:11, 40:13, 40:24, 41:8, 41:13, 41:14, 41:18, 41:24, 42:4, 42:6, 42:7, 42:14, 42:16, 43:2, 43:12, 43:24, 44:4, 44:15, 44:23, 44:25, 45:7, 45:8, 45:13, 45:14, 46:2, 46:19, 47:7, 47:18, 48:3, 48:4, 48:25, 49:4, 49:24, 50:7, 50:21, 51:1, 51:4, 51:21, 52:2, 52:15, 52:16, 53:10, 53:12, 53:20, 53:23, 53:24, 54:4, 54:7, 54:15, 54:20, 55:6, 55:10, 56:2, 56:6, 56:14, 57:9, 57:13, 57:18, 58:3, 58:5, 58:8, 58:9, 58:11, 58:25, 59:3, 59:5, 59:8, 59:9, 59:13, 59:18, 59:21, 59:22, 59:23, 60:13, 60:14, 60:20, 60:23, 61:3, 61:15, 61:21, 61:23, 62:2, 62:6, 62:14, 62:19, 62:22, 62:25, 63:2, 64:2, 64:8, 64:13, 64:15, 64:18, 64:19, 64:23, 65:5, 65:10, 65:11, 65:12, 65:15, 65:16, 65:18, 65:24, 66:10, 66:20, 67:4, 67:5, 67:10, 67:15, 68:8, 68:9, 68:18, 68:19, 69:1, 69:3, 69:13, 70:4, 70:19, 71:5, 71:24, 72:5, 72:7, 72:11, 72:20, 72:21, 72:22, 73:3, 73:14, 74:7, 74:14, 75:11, 75:12, 75:13, 76:22, 76:24, 77:5, 77:11, 77:14, 77:17, 77:19, 78:5, 78:6, 79:16, 79:21, 80:3, 80:7, 80:22, 81:8, 81:16, 82:7, 83:3, 83:14, 83:16, 83:20, 83:25, 84:5, 84:7, 84:11, 85:2, 85:3, 85:16, 85:17, 86:7, 86:8, 86:12, 86:23, 87:12, 87:16, 87:21, 88:3, 88:5, 88:16, 88:22, 88:23, 89:3, 89:23, 90:14, 90:15, 90:18, 91:5, 91:12, 91:21, 92:3, 92:15, 92:18, 93:4, 93:5, 93:6, 93:7, 93:17, 94:2, 94:11, 94:14, 94:23, 95:12, 95:15, 95:19, 95:22, 96:3, 96:5, 96:9, 96:16, 96:17, 96:24, 97:11, 97:13, 98:13, 99:2, 99:14, 100:6, 100:14, 101:1, 101:2, 101:3, 101:4, 101:6, 101:14, 101:15, 101:21, 102:3, 102:4, 102:6, 102:13, 103:2, 103:3, 103:6, 103:7, 103:22, 104:3, 104:15, 105:4, 105:5, 106:8, 107:11, 107:21, 108:1, 108:15, 108:25, 109:4, 109:5, 109:16, 109:23, 111:18, 112:5, 112:13, 113:7, 113:9, 113:14, 113:15, 113:17, 113:20, 114:2, 114:3, 114:17, 115:11, 115:14, 115:19, 117:12, 117:15,

117:16, 118:2, 118:25, 119:1, 119:2, 119:11, 119:21, 120:3, 120:6, 120:9, 120:12, 120:13, 120:19, 120:21, 121:2, 122:16, 122:23, 123:16, 124:6, 124:25, 125:11, 125:20, 126:5, 126:9, 126:11, 126:12, 126:17, 127:3, 127:4, 127:5, 127:8, 127:9, 127:10, 127:13, 127:22, 127:25, 128:6, 128:11, 128:23, 129:1, 129:5, 129:24, 130:7, 130:11, 130:13, 130:16, 130:17, 130:18, 131:1, 131:2, 131:3, 131:14, 131:15, 131:17, 131:19, 131:23, 132:6, 132:8, 132:9, 132:15, 133:4, 133:9, 133:16, 133:18, 134:10, 135:7, 135:10, 135:12, 135:15, 135:21, 136:3, 136:9, 136:12, 136:14, 136:15, 136:20, 136:22, 137:9, 137:14, 137:16, 137:22, 138:12, 139:24, 140:8, 140:10, 140:16, 141:4, 141:8, 142:1, 142:14, 143:1, 143:6, 143:7, 143:9, 143:23, 143:25, 144:2, 144:17, 145:2, 145:3, 145:10, 145:16, 145:24, 146:11, 146:18, 147:9, 147:11, 147:23, 148:6, 148:21, 148:25, 149:24, 151:7
**isn't** [8] - 32:3, 48:15, 58:2, 68:19, 87:22, 96:23, 130:16, 135:2
**issue** [34] - 5:5, 6:16, 9:6, 16:22, 17:24, 22:22, 24:7, 25:14, 30:18, 31:9, 35:18, 45:8, 48:2, 52:19, 53:1, 54:20, 63:1, 73:12, 87:25, 88:1, 95:19, 104:14, 105:9, 105:17, 108:18, 110:22, 125:18, 129:1, 130:20, 137:4, 143:23, 143:24, 146:8
**issued** [1] - 116:15
**issues** [8] - 6:15, 15:18, 17:1, 25:6, 60:22, 120:25, 131:12
**issuing** [3] - 127:12, 127:14, 145:9
**it** [445] - 3:9, 3:13, 3:17, 3:18, 3:19, 3:20, 3:25, 5:8, 5:10, 5:11, 5:12, 6:3, 6:13, 6:16, 6:22, 6:25, 7:5, 7:6, 7:14, 7:21, 8:6, 8:7, 8:9, 8:10, 8:18, 9:9, 9:10, 9:12, 10:2, 11:19, 11:21, 11:22, 11:23, 12:18, 12:22, 13:7, 13:9, 13:22, 18:5, 18:7, 18:17, 18:22, 19:8, 19:13, 19:15, 19:16, 19:24, 20:19, 21:2, 21:9, 21:12, 23:1, 23:4, 23:20, 24:24, 25:1, 25:3, 26:5, 27:8, 27:10, 27:11, 27:16, 27:17, 27:19, 27:22, 27:23,

27:24, 28:2, 28:6, 28:11, 28:12,
29:6, 29:7, 30:1, 30:11, 31:20,
32:6, 32:7, 32:13, 33:14, 34:1,
35:22, 35:24, 36:3, 36:9, 37:10,
37:15, 38:3, 38:5, 39:5, 39:13,
40:3, 40:9, 40:10, 40:20, 41:3,
41:6, 41:9, 41:18, 41:20, 41:21,
42:3, 42:5, 42:8, 42:10, 42:11,
43:5, 43:14, 44:6, 44:12, 44:19,
44:23, 45:19, 45:22, 46:24,
46:25, 47:1, 47:2, 47:8, 47:18,
49:10, 49:16, 49:17, 50:1, 50:2,
51:5, 51:6, 51:7, 51:21, 52:11,
53:14, 53:19, 54:3, 54:12,
54:21, 54:25, 55:2, 55:13,
55:24, 56:4, 56:5, 56:10, 56:11,
56:15, 56:16, 56:17, 56:18,
57:12, 57:20, 58:2, 58:7, 58:11,
58:12, 58:13, 58:14, 58:18,
58:19, 58:22, 58:23, 58:24,
59:6, 59:11, 60:14, 60:15, 61:4,
61:5, 62:22, 63:1, 64:6, 65:19,
66:17, 66:20, 67:12, 67:20,
68:1, 68:4, 68:15, 68:18, 68:19,
69:16, 70:23, 71:4, 71:5, 71:8,
71:9, 71:25, 72:20, 72:21,
73:25, 74:2, 74:3, 74:7, 74:12,
76:22, 77:2, 77:24, 78:7, 79:3,
79:5, 79:9, 79:17, 79:20, 80:3,
80:7, 80:13, 80:19, 81:14,
82:15, 82:16, 82:24, 82:25,
83:4, 83:7, 83:13, 83:18, 84:8,
84:10, 84:20, 84:25, 85:6, 87:9,
87:17, 88:2, 88:7, 88:9, 88:15,
89:2, 89:3, 89:22, 90:20, 90:21,
90:22, 90:24, 91:4, 91:15, 92:6,
92:7, 92:11, 93:12, 93:24, 95:1,
95:7, 95:10, 96:1, 96:8, 96:20,
96:21, 96:23, 97:4, 97:6, 97:10,
97:11, 97:16, 97:18, 98:6,
98:10, 98:21, 98:22, 98:25,
99:2, 99:11, 99:22, 101:7,
101:8, 101:9, 101:13, 101:14,
101:17, 101:22, 102:2, 102:4,
102:7, 102:20, 102:23, 103:4,
103:5, 103:22, 103:24, 104:8,
104:11, 104:23, 105:6, 106:10,
106:14, 106:18, 107:10, 108:6,
108:22, 108:25, 110:1, 110:11,
111:4, 111:19, 111:22, 111:25,
112:6, 112:21, 113:14, 114:9,
114:21, 114:25, 115:6, 115:10,
116:24, 117:19, 119:4, 119:13,
119:24, 121:22, 121:24,
121:25, 122:20, 122:22,
122:23, 123:4, 123:20, 123:21,
124:6, 124:12, 124:23, 125:14,
125:16, 125:25, 126:1, 126:3,
126:23, 127:7, 127:13, 128:1,
128:2, 130:13, 130:17, 131:10,
131:17, 131:19, 132:9, 132:22,

133:1, 133:8, 133:9, 133:25,
134:2, 134:3, 134:10, 135:1,
135:2, 135:3, 137:5, 137:10,
138:1, 138:21, 138:24, 139:13,
139:17, 139:19, 139:20,
139:21, 139:24, 140:3, 140:5,
140:12, 140:15, 141:1, 141:2,
141:11, 141:17, 142:1, 142:3,
142:4, 142:11, 142:15, 142:21,
142:24, 142:25, 144:4, 144:11,
144:16, 144:24, 144:25, 145:2,
145:3, 145:10, 145:12, 145:13,
145:16, 146:12, 146:17,
146:20, 147:2, 147:11, 147:13,
147:14, 147:16, 147:20, 148:1,
148:3, 148:4, 148:7, 148:8,
148:12, 148:13, 149:1, 149:6,
149:15
**lt** [3] - 84:10, 144:11, 144:12
**it'll** [2] - 31:5, 49:10
**it's** [243] - 3:13, 4:11, 6:6, 7:12,
7:14, 8:13, 8:24, 9:9, 9:24,
10:13, 11:11, 11:14, 12:6,
13:10, 14:18, 15:13, 19:7,
19:13, 19:25, 21:9, 22:10,
22:13, 23:15, 23:16, 24:10,
24:11, 26:2, 26:4, 26:9, 26:20,
27:1, 27:2, 27:3, 27:4, 28:2,
28:4, 28:8, 28:19, 30:7, 31:2,
31:4, 31:8, 32:4, 32:17, 32:19,
32:20, 33:24, 36:5, 36:6, 36:16,
36:22, 38:20, 39:18, 40:5,
41:19, 43:3, 43:10, 43:16,
43:18, 44:6, 45:2, 46:24, 48:20,
48:21, 48:22, 49:4, 49:5, 49:9,
49:23, 49:25, 51:5, 51:20,
51:21, 53:13, 53:16, 55:4, 56:9,
58:4, 58:14, 58:24, 59:15,
59:18, 59:19, 59:20, 60:12,
60:15, 60:23, 61:3, 61:16,
62:22, 62:23, 63:4, 63:15,
63:21, 63:22, 64:13, 64:14,
65:13, 66:11, 67:6, 67:20, 68:6,
68:13, 68:14, 68:17, 69:3, 71:2,
73:17, 73:20, 74:4, 74:6, 74:18,
77:21, 78:6, 78:15, 79:9, 79:22,
80:8, 80:17, 80:24, 81:2, 83:10,
84:13, 85:4, 86:14, 88:16, 89:2,
89:3, 89:7, 89:8, 89:20, 90:5,
90:8, 91:2, 91:10, 91:13, 91:16,
91:19, 92:17, 93:8, 93:11,
93:15, 93:18, 93:22, 93:23,
94:8, 95:17, 96:4, 96:7, 96:11,
98:8, 99:7, 101:4, 101:13,
101:25, 102:8, 103:19, 104:9,
105:17, 105:18, 106:17, 107:5,
107:22, 107:25, 108:16,
110:22, 112:12, 112:19, 113:6,
115:11, 116:21, 117:3, 117:4,
117:9, 117:10, 118:2, 118:5,
119:9, 119:20, 119:24, 120:8,

120:9, 120:16, 120:17, 121:4,
122:2, 122:9, 122:14, 123:5,
123:16, 123:22, 123:24, 125:3,
127:11, 128:8, 128:12, 128:17,
128:24, 129:2, 129:3, 129:23,
130:13, 130:18, 132:19, 133:2,
133:17, 133:23, 135:16, 136:6,
137:3, 138:12, 138:14, 139:6,
139:16, 141:8, 141:20, 142:2,
143:2, 143:20, 147:20, 147:24,
148:16, 149:6, 149:17, 149:19
**It's** [1] - 127:11
**items** [1] - 39:25
**its** [7] - 23:19, 111:20, 111:21,
123:16, 139:9, 141:24, 148:21
**itself** [6] - 36:5, 65:10, 86:23,
124:21, 131:15, 141:20

## J

**January** [1] - 8:9
**job** [2] - 30:1, 58:14
**Joe** [2] - 127:3, 147:7
**John** [2] - 1:16, 9:1
**join** [7] - 40:1, 81:25, 96:19,
101:15, 101:17, 106:6, 134:8
**joke** [4] - 55:7, 101:21, 103:2,
104:20
**joker** [2] - 102:13, 102:17
**jokester** [1] - 102:19
**joking** [2] - 85:6, 97:14
**judge** [9] - 24:12, 32:16, 45:5,
51:11, 56:22, 68:16, 69:12,
70:4, 148:11
**JUDGE** [1] - 1:3
**Judge** [18] - 9:1, 15:5, 36:17,
42:13, 43:9, 63:4, 68:21, 69:7,
73:6, 89:10, 90:7, 108:7,
110:25, 120:8, 124:4, 138:8,
147:9, 147:17
**judges** [1] - 147:10
**judgment** [1] - 137:16
**juices** [1] - 18:5
**July** [5] - 5:22, 10:20, 10:22,
12:11, 12:14
**June** [3] - 80:2, 80:8, 124:14
**jurors** [1] - 26:11
**jury** [43] - 4:21, 6:21, 10:8,
11:24, 21:24, 22:11, 23:19,
23:21, 24:22, 25:4, 25:16,
25:17, 30:3, 30:23, 43:18, 44:5,
44:22, 45:13, 47:19, 47:20,
47:21, 50:23, 58:12, 61:25,
64:18, 66:18, 67:16, 68:8,
69:25, 70:3, 78:9, 82:16, 85:9,
88:11, 92:20, 94:19, 95:3,
96:14, 123:25, 137:5, 145:2,
148:22, 148:23
**just** [152] - 4:2, 5:5, 5:10, 6:18,

7:18, 8:22, 9:25, 10:8, 11:11,
12:2, 13:5, 15:6, 16:9, 16:11,
17:11, 17:22, 18:5, 20:4, 20:8,
20:22, 21:6, 22:25, 23:3, 23:8,
23:22, 24:5, 24:21, 25:1, 26:3,
27:4, 30:5, 30:22, 32:22, 33:10,
37:2, 38:19, 38:21, 41:4, 41:10,
41:12, 42:2, 42:25, 45:14, 46:1,
46:2, 46:9, 48:20, 49:3, 49:25,
51:11, 51:24, 52:5, 54:19, 56:2,
56:6, 57:7, 59:9, 62:17, 64:6,
67:19, 67:25, 69:10, 70:1,
70:10, 70:17, 71:11, 71:23,
72:2, 72:6, 72:11, 72:14, 72:22,
73:1, 73:15, 74:18, 75:9, 75:10,
77:5, 77:7, 79:1, 81:14, 81:24,
82:20, 83:18, 83:22, 84:11,
85:19, 86:3, 88:16, 89:21, 90:2,
90:8, 92:22, 93:22, 93:23,
95:22, 95:24, 98:6, 98:11,
98:18, 98:22, 100:12, 100:15,
100:19, 105:8, 105:20, 105:25,
106:19, 107:12, 107:22,
107:25, 108:8, 108:25, 109:7,
109:15, 110:1, 111:7, 112:17,
113:6, 114:17, 116:3, 116:19,
117:9, 117:21, 118:1, 118:24,
119:7, 119:9, 120:9, 121:24,
123:2, 123:23, 124:17, 127:9,
127:11, 129:21, 133:13, 134:6,
134:19, 136:8, 136:9, 139:11,
140:2, 140:5, 140:13, 142:19,
142:20, 144:10, 149:6
**justifiably** [1] - 135:9

## K

**keep** [7] - 40:19, 64:18, 92:22,
117:10, 121:22, 122:16, 142:19
**keeping** [2] - 58:11, 85:9
**keeps** [1] - 51:16
**kept** [1] - 39:13
**key** [2] - 118:16, 149:2
**kickback** [3] - 137:25, 138:22,
138:23
**kickbacks** [1] - 126:7
**kid** [2] - 26:23, 28:24
**kidding** [1] - 46:9
**Kim** [5] - 20:11, 75:15, 96:2,
99:23, 140:6
**kind** [8] - 29:3, 40:24, 65:18,
79:1, 82:22, 107:15, 119:24,
133:8
**kinds** [4] - 47:13, 65:1, 79:7,
110:1
**Klair** [1] - 1:19
**knees** [1] - 45:21
**knew** [4] - 22:25, 122:5, 125:25,
126:22

**Knight** [13] - 4:15, 4:25, 85:25,
122:3, 122:4, 122:6, 122:11,
130:7, 130:20, 131:3, 131:5,
131:8
**knocked** [1] - 50:19
**know** [113] - 4:9, 6:15, 8:24,
10:16, 12:5, 12:23, 13:8, 13:11,
14:22, 15:8, 16:16, 17:23,
18:17, 19:9, 19:10, 19:11,
20:24, 20:25, 22:13, 22:16,
23:12, 23:20, 24:6, 26:9, 27:2,
28:15, 29:4, 30:5, 30:7, 31:2,
33:2, 33:6, 33:8, 35:13, 41:15,
42:1, 43:11, 43:14, 43:20,
44:23, 44:24, 49:8, 52:7, 53:3,
53:15, 61:22, 66:11, 66:19,
69:7, 69:8, 71:6, 71:9, 72:15,
73:15, 74:4, 80:3, 82:8, 82:16,
85:18, 88:14, 89:22, 90:5,
93:17, 96:25, 101:8, 102:1,
106:6, 109:23, 111:9, 111:20,
111:22, 112:12, 112:13,
112:15, 113:9, 113:12, 113:14,
114:8, 114:12, 115:6, 115:8,
116:1, 116:11, 116:21, 117:18,
118:3, 118:7, 122:13, 123:11,
123:14, 123:15, 124:10,
125:13, 127:14, 127:15,
128:16, 128:23, 129:5, 129:9,
129:11, 129:14, 129:19, 131:6,
131:13, 132:7, 139:22, 143:5,
144:7, 146:24, 147:20
**knowing** [1] - 60:15
**knowledge** [3] - 71:8, 86:24,
124:18
**known** [5] - 28:23, 29:8, 126:6,
126:18, 146:1
**knows** [4] - 33:5, 66:19, 125:13,
136:15

## L

**labeling** [1] - 15:18
**labor** [1] - 138:12
**lack** [6] - 71:10, 94:23, 119:25,
131:24, 135:14, 135:15
**ladies** [1] - 30:2
**lady** [1] - 42:24
**laid** [2] - 112:15, 143:1
**Lamborghinis** [1] - 43:5
**language** [8] - 5:9, 28:7, 28:8,
31:4, 95:12, 123:2, 130:11,
131:9
**large** [4] - 3:16, 100:18, 100:22,
100:23
**last** [6] - 18:21, 41:12, 52:6,
108:4, 108:8, 140:10
**late** [1] - 128:8
**later** [9] - 10:22, 47:18, 47:20,

47:25, 66:17, 96:10, 100:8,
104:22, 134:12
**latter** [1] - 149:17
**laughter** [1] - 97:14
**laundering** [1] - 19:17
**Laura** [1] - 1:24
**law** [4] - 95:17, 121:16, 123:17,
149:3
**Law** [1] - 136:15
**lawful** [1] - 95:12
**lawfully** [1] - 129:15
**laws** [1] - 112:18
**lawyer** [3] - 42:4, 45:7, 107:2
**layer** [1] - 33:20
**layers** [1] - 70:25
**leaps** [1] - 100:10
**learn** [1] - 128:1
**learned** [1] - 50:18
**learning** [2] - 50:17, 71:21
**least** [11] - 3:10, 12:15, 13:25,
14:13, 14:17, 33:22, 87:13,
87:14, 109:20, 109:24, 130:10
**leave** [2] - 23:18, 142:10
**leaving** [1] - 39:7
**led** [1] - 148:1
**left** [5] - 27:17, 30:4, 30:5,
77:10, 77:11
**left-hand** [2] - 27:17, 30:5
**legal** [3] - 29:11, 29:18, 60:14
**legally** [4] - 19:22, 29:18, 31:7,
125:10
**legit** [1] - 91:18
**length** [3] - 57:7, 67:1, 135:24
**less** [4] - 13:21, 89:16, 101:24,
108:22
**let** [24] - 8:11, 17:8, 23:12,
25:25, 30:10, 52:16, 60:25,
61:20, 65:18, 65:19, 75:5,
81:23, 97:20, 104:6, 121:7,
121:15, 121:19, 121:20,
122:10, 130:4, 130:5, 141:15,
149:8
**let's** [24] - 16:18, 16:19, 29:20,
39:15, 42:23, 48:19, 61:1, 61:2,
62:7, 62:25, 63:3, 63:10, 66:22,
74:10, 76:18, 78:19, 86:16,
94:5, 98:9, 99:9, 110:14,
110:15, 110:17, 113:15
**Letter** [1] - 136:15
**letting** [2] - 99:13, 128:22
**levy** [1] - 147:15
**Levy** [1] - 147:17
**Lewis** [1] - 1:23
**liberties** [3] - 38:21, 64:21,
64:22
**liberty** [1] - 58:25
**lie** [1] - 113:17
**lied** [1] - 146:22
**life** [2] - 30:18, 30:21
**like** [76] - 3:11, 4:1, 6:3, 7:16,

17:15, 20:24, 21:4, 23:5, 24:9, 24:20, 30:17, 31:5, 32:23, 34:2, 36:18, 37:2, 40:24, 40:25, 41:17, 45:12, 48:19, 48:22, 49:7, 49:25, 50:23, 53:11, 58:4, 64:12, 66:5, 66:14, 67:1, 72:19, 77:7, 77:8, 77:9, 80:19, 85:7, 87:4, 87:16, 91:10, 98:4, 98:20, 99:24, 102:7, 108:18, 108:22, 110:4, 111:8, 111:24, 114:24, 115:24, 115:25, 116:3, 116:5, 116:21, 117:22, 118:2, 118:4, 118:5, 118:22, 121:10, 123:5, 123:7, 126:21, 128:14, 128:22, 129:7, 130:14, 132:1, 135:11, 143:4, 146:17, 148:9

**liked** [3] - 5:11, 126:18, 146:1

**likely** [1] - 128:24

**limine** [1] - 21:15

**limit** [1] - 109:8

**limited** [4] - 12:15, 89:24, 106:18, 145:12

**limiting** [5] - 82:12, 83:3, 93:9, 93:12, 99:8

**line** [8] - 4:3, 37:14, 37:23, 37:25, 39:1, 56:3, 56:5, 140:10

**Lines** [1] - 126:22

**lines** [3] - 57:16, 84:24, 88:25

**link** [22] - 30:14, 30:22, 31:3, 31:5, 33:1, 33:3, 33:7, 33:10, 33:11, 47:5, 53:15, 58:7, 96:17, 96:22, 101:9, 101:12, 101:14, 101:25, 102:1, 102:2

**linked** [2] - 33:8, 61:13

**links** [1] - 60:2

**LIOLOS** [10] - 9:1, 10:6, 11:25, 12:19, 13:4, 14:14, 15:5, 138:8, 138:24, 142:23

**Liolos** [3] - 9:2, 16:19, 138:4

**Liolos's** [1] - 140:1

**list** [3] - 4:5, 56:21, 110:3

**listed** [3] - 26:14, 36:7, 86:9

**listen** [1] - 43:7

**listener** [1] - 70:23

**listeners** [1] - 112:2

**lists** [3] - 69:21, 101:9, 101:10

**literally** [2] - 103:8, 108:12

**litigate** [2] - 55:24, 60:4

**little** [9] - 31:3, 31:4, 51:1, 62:3, 77:7, 77:9, 83:22, 104:21, 110:13

**lives** [1] - 148:6

**LLC** [1] - 145:13

**lo** [1] - 96:9

**load** [6] - 23:4, 84:16, 85:1, 96:25, 100:7, 106:9

**loading** [3] - 20:19, 100:10, 108:22

**logical** [1] - 141:24

**lol** [2] - 101:8, 102:1

**Lolio** [1] - 1:16

**long** [14] - 8:5, 14:23, 14:24, 22:17, 43:18, 64:4, 64:6, 71:6, 109:9, 125:14, 127:20, 134:11, 147:12

**long-term** [1] - 127:20

**longer** [1] - 41:19

**look** [39] - 3:11, 6:5, 11:19, 18:16, 27:19, 34:8, 35:4, 35:7, 37:13, 44:16, 44:17, 44:18, 47:1, 51:5, 53:14, 56:7, 56:11, 60:14, 61:12, 65:7, 72:16, 78:9, 80:8, 87:4, 88:11, 88:18, 102:7, 106:15, 108:21, 113:14, 114:14, 115:25, 116:1, 118:14, 126:20, 129:9, 130:20

**looked** [6] - 3:14, 3:22, 41:20, 62:17, 87:14, 111:20

**looking** [13] - 6:10, 26:20, 28:3, 35:3, 35:6, 36:15, 43:22, 91:23, 122:17, 127:7, 137:13, 139:11, 139:18

**looks** [2] - 53:11, 108:22

**lose** [4] - 115:4, 122:14, 128:24, 139:23

**losing** [2] - 60:7, 72:3

**loss** [7] - 117:16, 118:10, 120:20, 120:21, 128:7, 139:18, 147:18

**lost** [13] - 19:9, 115:1, 115:2, 118:20, 120:5, 120:14, 121:9, 121:13, 122:22, 124:2, 146:24, 149:2

**lot** [22] - 14:9, 14:12, 32:12, 41:9, 41:16, 47:2, 48:5, 48:7, 48:12, 59:9, 69:25, 88:21, 92:12, 93:2, 98:20, 101:2, 109:5, 109:16, 115:25, 120:13, 133:3, 133:17

**love** [1] - 122:2

**loved** [1] - 127:2

**low** [2] - 128:17, 128:23

**Luis** [1] - 1:19

**lunch** [2] - 75:7, 110:14

**lying** [2] - 40:6, 113:15

**M**

**M** [1] - 1:23

**ma'am** [1] - 46:5

**Machine** [7] - 34:23, 50:7, 50:14, 51:4, 69:23, 101:14, 102:12

**made** [37] - 8:24, 9:3, 9:4, 15:8, 16:12, 19:11, 21:24, 22:21, 44:7, 44:14, 44:20, 52:6, 53:3, 56:22, 56:25, 74:21, 82:19, 90:19, 90:20, 90:21, 108:5, 110:2, 111:3, 111:22, 114:2,

114:3, 115:14, 118:23, 126:21, 129:12, 129:19, 133:20, 135:8, 137:11, 140:14, 143:22, 149:9

**magic** [2] - 148:15, 149:5

**magnifying** [1] - 80:9

**mail** [3] - 111:21, 113:8, 113:10

**main** [3] - 17:21, 19:14, 79:16

**majority** [2] - 42:7, 129:16

**make** [40] - 7:21, 13:14, 13:24, 15:6, 16:15, 22:15, 29:2, 29:17, 37:10, 40:19, 42:5, 44:1, 44:24, 45:3, 45:18, 52:24, 56:10, 60:1, 60:13, 68:20, 80:19, 81:15, 82:16, 83:15, 85:6, 94:23, 98:18, 104:20, 105:1, 112:3, 115:15, 123:25, 128:5, 128:15, 128:22, 129:6, 132:2, 135:11, 140:12, 144:18

**makers** [2] - 112:2, 115:16

**makes** [8] - 19:8, 19:13, 39:3, 45:17, 83:17, 107:11, 112:21, 127:24

**making** [19] - 16:11, 23:14, 54:20, 60:6, 62:4, 64:14, 72:3, 72:6, 97:2, 97:8, 105:4, 105:5, 106:8, 111:12, 113:3, 115:3, 120:23, 131:4, 132:6

**man** [1] - 126:20

**manage** [1] - 128:6

**manipulated** [3] - 85:5, 132:20, 132:25

**manipulation** [2] - 133:18, 134:5

**many** [13] - 42:1, 43:21, 69:8, 72:11, 74:19, 82:2, 82:4, 105:15, 105:19, 107:7, 107:8, 142:5

**March** [4] - 1:13, 8:2, 8:5, 151:12

**mark** [3] - 51:6, 77:8, 77:9

**marked** [1] - 50:25

**market** [25] - 7:17, 47:12, 72:9, 79:6, 83:1, 88:5, 90:12, 120:22, 126:13, 126:16, 131:21, 133:3, 133:25, 141:8, 141:20, 142:8, 142:10, 143:7, 143:17, 143:21, 146:5, 146:6

**marketplace** [1] - 131:19

**markets** [1] - 18:9

**marry** [1] - 127:2

**Maryland** [1] - 7:2

**massive** [1] - 116:25

**material** [2] - 51:17, 85:3

**materiality** [5] - 55:20, 60:18, 70:24, 71:10, 119:22

**materials** [3] - 33:15, 51:12, 51:13

**matlock** [1] - 66:5

**Matlock** [15] - 5:8, 47:5, 48:4, 48:10, 59:13, 81:24, 85:24,

97:5, 108:15, 108:21, 110:5,
140:8, 141:3, 141:19, 142:7
**Matlock's** [3] - 66:13, 140:2,
140:17
**matter** [9] - 29:18, 104:10,
115:10, 119:4, 132:22, 137:10,
140:13, 144:11, 151:9
**matters** [1] - 115:11
**Matthew** [1] - 1:18
**maximize** [1] - 130:12
**may** [14] - 13:13, 25:11, 46:23,
52:4, 53:22, 83:12, 87:4,
103:24, 104:20, 118:11,
140:18, 145:5, 146:9, 148:23
**maybe** [7] - 89:15, 95:25,
114:21, 144:15, 144:16, 144:17
**me** [55] - 3:20, 6:5, 8:11, 8:17,
10:17, 15:11, 15:24, 17:19,
18:12, 25:23, 25:25, 30:25,
35:3, 35:5, 36:24, 37:2, 40:2,
40:6, 42:6, 44:13, 52:16, 53:24,
60:25, 61:20, 63:5, 73:1, 75:5,
75:20, 81:23, 83:25, 90:6,
91:19, 93:8, 93:12, 93:22,
97:20, 100:11, 102:14, 103:16,
103:24, 109:15, 128:7, 128:22,
130:4, 130:5, 133:7, 134:18,
134:19, 135:1, 138:20, 139:15,
140:5, 141:15, 146:19, 149:8
**mean** [50] - 8:14, 9:21, 13:2,
14:24, 16:5, 22:18, 23:22, 24:5,
30:7, 32:14, 36:4, 43:4, 43:13,
43:14, 47:25, 53:23, 54:14,
55:16, 62:11, 62:24, 65:15,
70:22, 77:16, 82:10, 87:1,
87:16, 87:21, 89:2, 89:22, 91:4,
91:9, 92:17, 93:22, 94:5, 99:13,
99:16, 99:17, 105:17, 107:19,
111:3, 119:13, 119:23, 128:17,
129:9, 130:20, 135:13, 137:24,
138:20, 142:2
**means** [4] - 11:3, 77:7, 126:14,
143:15
**meant** [4] - 35:19, 38:3, 126:9
**mechanical** [1] - 2:6
**mechanism** [1] - 146:7
**media** [2] - 135:4, 149:15
**meet** [2] - 71:16, 108:5
**meet-and-confer** [1] - 71:16
**meets** [1] - 57:12
**Melley** [8] - 9:3, 9:8, 9:16, 9:21,
11:7, 11:19, 11:25, 15:2
**meme** [1] - 35:22
**memorandum** [4] - 143:13,
145:9, 145:10, 147:1
**men** [1] - 131:25
**mentioned** [5] - 26:25, 63:6,
64:12, 95:8, 125:17
**mentioning** [1] - 50:23
**mergers** [1] - 117:22

**meritorious** [1] - 33:22
**merits** [1] - 12:6
**message** [8] - 76:25, 77:5, 77:6,
77:10, 77:11, 86:20, 88:10,
88:12
**messages** [12] - 21:9, 48:13,
76:5, 76:17, 78:14, 79:22, 83:1,
88:13, 88:14, 92:22, 100:5
**met** [1] - 71:13
**methodology** [9] - 20:7, 20:22,
21:6, 24:22, 33:10, 33:13, 52:1,
60:23, 66:25
**Mexico** [1] - 129:8
**mic** [2] - 46:3, 46:7
**Michael** [1] - 1:24
**microcap** [1] - 117:22
**microphone** [1] - 142:18
**middle** [2] - 91:18, 141:19
**might** [5] - 60:18, 85:8, 86:17,
98:20, 129:11
**million** [8] - 11:3, 11:4, 11:10,
11:12, 121:4, 126:1, 129:12,
129:20
**millions** [1] - 129:6
**mind** [5] - 66:21, 84:18, 92:23,
127:21, 130:22
**mine** [2] - 64:22, 106:1
**miniature** [1] - 107:17
**minor** [1] - 17:2
**minute** [3] - 11:14, 34:18, 72:25
**minutes** [6] - 74:24, 101:23,
101:24, 110:15, 110:17
**miraculously** [1] - 41:23
**misconduct** [1] - 85:7
**misleading** [18] - 29:14, 39:6,
46:16, 47:18, 64:4, 65:1, 65:5,
65:10, 67:16, 67:18, 80:24,
112:7, 117:20, 118:22, 136:1,
136:18, 145:18
**misquote** [1] - 30:11
**misquoted** [1] - 29:21
**misreps** [1] - 24:8
**missed** [1] - 65:4
**missing** [5] - 36:1, 47:23,
55:15, 81:18, 149:3
**mission** [1] - 118:14
**misstatements** [1] - 16:25
**Mitch** [2] - 79:25, 88:11
**Mitchell** [1] - 80:1
**mocking** [2] - 42:5, 99:3
**modifications** [3] - 16:11,
16:13, 16:15
**modified** [2] - 35:16, 36:13
**Mole** [1] - 40:24
**moment** [1] - 126:13
**money** [84] - 19:9, 19:17, 19:22,
60:6, 60:7, 72:1, 72:3, 72:6,
73:17, 83:16, 96:24, 97:3,
109:18, 109:21, 111:23, 112:4,
112:23, 113:3, 113:24, 115:1,

115:4, 115:7, 115:21, 115:25,
116:13, 117:2, 117:25, 118:21,
119:9, 119:14, 119:17, 120:4,
120:6, 121:9, 121:13, 122:14,
122:22, 122:24, 124:2, 125:3,
125:6, 125:22, 126:20, 128:5,
128:24, 129:2, 129:4, 130:1,
131:4, 131:18, 132:2, 136:21,
136:24, 137:1, 137:11, 138:11,
138:16, 138:18, 139:3, 140:12,
140:25, 141:11, 141:13, 142:1,
142:11, 142:21, 143:4, 143:8,
143:11, 143:13, 143:15,
143:22, 143:24, 144:11,
144:12, 144:23, 145:11,
145:19, 146:24, 147:1, 148:12,
148:19, 149:2
**monitor** [1] - 100:14
**monopoly** [1] - 138:3
**month** [7] - 10:18, 14:23, 96:10,
123:12, 125:3, 127:23, 147:12
**months** [8] - 14:24, 66:17,
121:14, 123:8, 123:12, 129:13,
148:6
**more** [15] - 9:13, 11:13, 42:9,
53:11, 69:13, 83:23, 89:19,
94:1, 108:11, 109:5, 113:1,
122:16, 123:9, 128:24, 142:11
**morning** [7] - 9:1, 76:4, 118:25,
133:19, 149:10, 149:18, 149:20
**most** [8] - 4:10, 12:4, 28:13,
40:1, 104:16, 128:18, 134:24,
140:10
**motion** [8] - 3:21, 21:15, 25:13,
26:1, 81:11, 81:13, 111:1,
137:15
**motive** [5] - 19:15, 19:17, 19:21,
127:19
**mouth** [2] - 48:1, 83:16
**move** [7] - 13:10, 46:3, 57:22,
84:17, 85:1, 90:15, 106:20
**moved** [2] - 31:10, 86:12
**movie** [1] - 69:20
**MR** [265] - 5:20, 6:7, 6:11, 6:13,
8:22, 9:1, 9:19, 10:6, 10:19,
11:25, 12:7, 12:19, 13:4, 13:5,
14:5, 14:7, 14:14, 14:15, 15:5,
15:12, 16:1, 16:7, 16:21, 17:7,
17:18, 17:21, 18:13, 18:16,
20:4, 20:6, 20:14, 21:11, 22:19,
23:8, 23:22, 24:12, 24:25,
32:10, 32:16, 32:20, 35:1, 35:6,
35:9, 35:10, 35:15, 36:3, 36:6,
36:10, 36:17, 36:20, 36:25,
37:4, 37:9, 37:23, 37:25, 38:2,
38:16, 40:22, 42:13, 43:1,
43:23, 44:19, 45:5, 45:15, 46:1,
46:5, 46:8, 46:15, 48:1, 48:2,
48:17, 49:1, 49:3, 51:11, 52:4,
52:12, 53:12, 53:25, 54:2,

54:11, 54:16, 54:19, 55:5, 55:12, 55:14, 55:18, 55:19, 56:2, 56:7, 56:22, 59:1, 59:12, 59:21, 60:20, 61:9, 62:1, 62:9, 62:13, 63:4, 63:12, 63:17, 64:20, 65:6, 65:17, 65:21, 66:3, 66:24, 67:13, 67:18, 68:16, 69:7, 69:12, 69:19, 70:4, 70:6, 70:8, 71:11, 72:18, 73:3, 73:7, 73:8, 73:10, 73:11, 73:19, 73:20, 73:21, 73:22, 73:23, 73:25, 74:6, 74:12, 74:16, 75:4, 75:8, 75:23, 76:1, 76:16, 78:13, 81:7, 81:11, 81:20, 81:22, 81:24, 82:5, 82:14, 82:18, 83:5, 83:12, 83:21, 83:24, 84:5, 85:10, 85:14, 85:22, 86:7, 86:11, 86:19, 87:3, 87:20, 88:22, 89:6, 89:10, 90:1, 90:2, 90:4, 90:5, 90:10, 90:21, 91:2, 91:8, 91:16, 92:5, 92:10, 93:4, 93:11, 93:25, 94:10, 94:20, 94:22, 95:24, 96:13, 97:17, 97:25, 98:17, 99:1, 99:7, 99:19, 99:23, 100:1, 100:3, 100:4, 100:5, 100:13, 100:17, 101:6, 102:11, 102:15, 102:18, 103:11, 103:14, 103:15, 103:16, 103:17, 103:19, 103:21, 104:2, 104:4, 104:7, 104:9, 104:11, 104:14, 105:4, 105:12, 105:23, 105:25, 106:3, 106:5, 106:14, 106:24, 107:23, 107:24, 108:8, 109:3, 109:15, 109:25, 111:10, 111:17, 118:12, 118:15, 119:6, 119:16, 119:19, 120:2, 120:7, 121:25, 122:4, 123:11, 124:17, 130:15, 130:18, 132:12, 134:17, 134:23, 135:18, 136:5, 136:8, 137:2, 137:12, 138:2, 138:8, 138:24, 139:25, 140:6, 140:18, 140:21, 140:22, 141:6, 141:15, 142:19, 142:23, 142:24, 144:14, 145:5, 148:9, 148:20
**Mr** [144] - 3:22, 4:25, 5:7, 5:8, 5:11, 5:12, 5:24, 6:10, 9:3, 9:4, 9:8, 9:16, 9:17, 9:21, 10:19, 10:25, 11:7, 11:19, 11:25, 12:8, 14:2, 14:4, 15:2, 15:7, 16:19, 17:19, 19:11, 24:15, 26:15, 26:19, 28:21, 28:23, 31:11, 31:12, 31:15, 31:16, 31:21, 33:18, 38:19, 41:2, 41:13, 44:13, 46:23, 47:5, 48:3, 48:4, 48:10, 50:16, 55:16, 56:5, 62:18, 64:3, 64:19, 66:5, 66:13, 72:14, 76:13, 76:17, 76:21, 77:6, 77:23, 78:19, 78:20, 78:21, 78:23, 80:15, 80:16, 81:3, 81:5, 83:25, 84:8, 84:9,

84:16, 84:17, 85:11, 85:14, 85:24, 85:25, 88:24, 89:11, 90:7, 91:13, 91:16, 91:17, 91:25, 96:4, 96:5, 96:6, 97:5, 100:9, 101:3, 103:11, 103:14, 103:15, 108:14, 108:15, 108:21, 110:5, 110:6, 110:16, 110:21, 110:25, 111:6, 121:3, 121:21, 122:3, 122:4, 122:6, 122:11, 130:7, 132:11, 132:15, 132:17, 134:16, 137:19, 138:4, 140:1, 140:2, 140:8, 140:17, 141:3, 141:19, 142:7, 142:17, 143:6, 146:4, 146:16, 147:5, 147:15, 147:17
**Mrs** [1] - 22:2
**Ms** [24] - 20:11, 20:24, 21:4, 24:14, 26:8, 32:22, 40:10, 44:1, 49:4, 52:17, 56:14, 56:23, 61:1, 62:14, 64:21, 75:15, 75:19, 76:2, 86:22, 93:13, 96:2, 99:23, 140:6, 147:24
**MS** [48] - 4:12, 4:14, 4:20, 4:23, 5:1, 5:3, 5:14, 9:23, 13:13, 25:11, 25:22, 25:25, 26:13, 27:8, 27:10, 27:13, 29:22, 29:25, 30:12, 31:2, 32:5, 32:6, 32:8, 32:11, 33:24, 34:20, 34:22, 39:3, 39:17, 40:4, 42:1, 49:2, 49:18, 49:22, 50:13, 57:9, 60:5, 63:21, 67:19, 68:23, 70:20, 76:20, 77:4, 79:11, 82:4, 84:4, 88:6, 93:1
**much** [7] - 43:15, 68:1, 109:14, 109:22, 126:20, 132:2, 149:10
**multimedia** [4] - 41:1, 41:6, 57:4, 59:7
**multiple** [7] - 6:14, 67:9, 72:18, 79:15, 81:14, 92:13, 131:7
**Murtha** [2] - 1:24, 12:8
**MURTHA** [1] - 12:7
**music** [1] - 117:17
**must** [1] - 99:11
**my** [83] - 3:10, 3:13, 4:5, 5:24, 7:23, 8:4, 11:9, 19:9, 20:4, 21:15, 24:9, 25:17, 27:12, 30:6, 31:24, 35:19, 37:19, 38:7, 39:19, 40:7, 41:17, 43:2, 55:6, 61:12, 61:20, 65:6, 65:7, 65:12, 71:17, 71:19, 72:4, 72:12, 73:14, 74:1, 77:6, 77:20, 78:9, 79:12, 79:19, 81:15, 84:18, 85:21, 87:5, 87:11, 88:7, 89:3, 89:11, 89:23, 90:5, 90:6, 92:11, 92:15, 96:19, 98:14, 100:12, 102:18, 105:12, 106:16, 107:25, 112:16, 112:22, 116:10, 118:8, 119:12, 121:12, 121:13, 122:5, 122:9, 122:13, 122:23, 124:18, 125:6, 127:7,

127:11, 127:17, 128:4, 128:12, 130:16, 146:22, 147:14
**myself** [1] - 137:21

# N

**nail** [1] - 57:3
**name** [6] - 18:17, 101:9, 103:17, 104:8, 105:9, 105:21
**names** [2] - 86:4, 129:18
**narrative** [3] - 13:23, 39:6, 40:14
**narrow** [2] - 18:2, 144:5
**narrowed** [1] - 19:24
**narrower** [1] - 124:6
**national** [1] - 143:21
**native** [1] - 99:25
**nature** [1] - 8:25
**Neal** [3] - 1:21, 73:8, 89:10
**near** [2] - 9:14, 39:14
**nearly** [1] - 38:14
**necessarily** [2] - 120:4, 120:5
**necessary** [2] - 62:23, 109:11
**need** [14] - 13:7, 17:1, 39:10, 41:14, 41:15, 41:18, 67:22, 83:16, 84:10, 84:25, 107:22, 112:3, 114:22, 144:10
**needed** [1] - 67:5
**needless** [1] - 110:13
**needs** [3] - 10:8, 39:5, 148:8
**nefarious** [2] - 51:3, 142:15
**negate** [1] - 104:22
**never** [19] - 44:19, 45:21, 46:6, 49:18, 52:23, 54:6, 77:23, 78:9, 78:11, 80:4, 80:16, 85:18, 88:11, 88:14, 95:8, 125:6, 125:7, 129:4
**new** [4] - 114:16, 123:16, 126:2, 127:8
**New** [3] - 115:9, 125:21, 138:18
**news** [5] - 59:22, 60:1, 60:17, 127:13, 133:20
**newspaper** [1] - 38:13
**next** [11] - 5:17, 27:21, 28:3, 36:16, 37:7, 39:17, 44:15, 47:13, 101:25, 116:21, 127:8
**nice** [1] - 129:14
**Nichole** [3] - 2:1, 151:14, 151:15
**nine** [1] - 95:6
**nits** [1] - 17:2
**no** [73] - 4:9, 4:10, 4:23, 5:10, 9:19, 16:2, 18:20, 19:5, 19:23, 21:21, 22:6, 23:25, 26:11, 29:22, 33:21, 34:8, 35:8, 36:6, 41:19, 46:9, 50:13, 50:21, 52:12, 55:5, 60:20, 65:14, 68:3, 71:22, 75:23, 76:14, 79:25, 81:6, 88:22, 89:1, 91:19, 92:5,

93:4, 93:15, 98:24, 99:7, 100:9,
100:10, 100:12, 101:2, 102:16,
106:11, 107:24, 108:17,
112:22, 112:23, 113:17,
113:18, 114:5, 116:3, 116:23,
117:2, 117:15, 120:14, 121:2,
126:11, 130:18, 136:22,
137:16, 141:15, 143:17,
143:25, 146:14, 146:21, 147:18
**No** [1] - 1:4
**nobody** [6] - 52:8, 54:3, 54:16,
54:19, 54:23, 68:3
**nominal** [1] - 147:18
**non** [3] - 105:3, 126:8, 137:23
**non-54** [2] - 97:23, 98:3
**non-abstract** [1] - 126:8
**non-conveyance** [1] - 137:23
**non-hearsay** [1] - 105:3
**nondisclosure** [2] - 64:2, 68:9
**none** [4] - 20:4, 87:1, 124:19,
130:23
**nonsense** [2] - 56:6, 59:10
**nonzero** [1] - 122:24
**nonzero-sum** [1] - 122:24
**nope** [1] - 100:10
**nor** [2] - 85:15, 121:12
**NORDLICHT** [1] - 147:5
**Nordlicht** [3] - 115:10, 147:4,
147:5
**normally** [2] - 45:15, 86:23
**norms** [1] - 57:12
**not** [302] - 3:12, 3:24, 4:16, 6:6,
6:21, 7:6, 7:13, 8:13, 8:18,
9:14, 9:19, 10:8, 11:22, 11:25,
12:6, 13:1, 14:25, 16:3, 16:4,
16:5, 17:4, 17:22, 18:24, 19:4,
19:12, 19:21, 20:13, 22:4,
23:10, 23:15, 23:16, 23:23,
24:19, 25:1, 25:18, 25:21,
26:18, 27:1, 27:2, 28:1, 28:4,
30:3, 30:7, 30:10, 30:13, 31:10,
31:11, 31:18, 31:20, 33:1,
34:12, 34:15, 36:17, 37:1,
38:17, 38:19, 38:23, 39:13,
40:18, 40:20, 41:2, 41:23, 43:1,
43:18, 44:1, 44:3, 44:6, 44:10,
44:11, 44:15, 44:21, 44:24,
45:1, 45:8, 45:23, 47:20, 48:8,
48:17, 48:22, 49:4, 49:5, 49:9,
50:11, 51:8, 51:19, 51:20, 53:8,
54:9, 54:10, 54:11, 54:22,
54:25, 55:19, 55:25, 56:14,
56:17, 56:21, 57:10, 57:14,
58:7, 58:9, 58:12, 58:15, 58:18,
59:8, 59:15, 59:18, 59:19, 60:3,
60:11, 60:12, 60:19, 61:15,
61:19, 62:22, 62:24, 63:15,
63:21, 64:7, 64:13, 64:20, 65:3,
65:10, 65:11, 65:24, 66:4, 66:7,
66:11, 67:1, 67:16, 67:18,

68:14, 68:17, 68:19, 68:24,
69:3, 69:16, 70:5, 70:13, 70:19,
72:6, 72:8, 72:21, 73:11, 74:6,
74:13, 74:18, 78:3, 78:15,
80:14, 81:3, 81:16, 83:2, 83:7,
83:25, 84:11, 84:12, 84:14,
84:15, 85:4, 86:15, 87:21,
87:25, 88:1, 88:8, 89:7, 89:21,
89:25, 90:10, 90:18, 90:19,
91:3, 92:6, 92:12, 92:15, 93:17,
93:22, 94:3, 94:8, 94:12, 94:14,
95:6, 95:10, 95:17, 95:20,
95:22, 96:1, 96:7, 96:17, 97:1,
97:21, 98:10, 99:1, 99:2, 99:11,
99:22, 100:24, 102:23, 103:17,
103:22, 104:22, 105:5, 105:17,
106:15, 107:4, 107:16, 108:2,
109:13, 110:2, 110:22, 111:7,
111:19, 112:8, 112:19, 112:23,
113:6, 113:21, 116:3, 116:8,
116:10, 117:9, 118:25, 119:7,
119:8, 119:9, 120:4, 120:9,
121:8, 121:9, 122:7, 122:13,
122:24, 123:18, 123:20,
123:22, 123:24, 124:22,
124:23, 126:12, 127:1, 127:11,
127:18, 128:5, 128:20, 129:2,
129:3, 130:17, 130:18, 130:21,
131:15, 131:19, 132:19,
132:21, 132:23, 133:4, 133:7,
133:10, 133:18, 133:24, 134:1,
134:4, 135:9, 135:15, 135:16,
135:21, 138:13, 138:25,
139:24, 141:13, 141:16,
141:18, 142:3, 142:14, 143:3,
143:9, 143:20, 143:22, 143:23,
144:2, 144:3, 144:17, 145:23,
147:15, 148:11, 148:18,
148:24, 149:23
**note** [1] - 67:20
**notebook** [4] - 36:16, 37:8,
49:13, 49:15
**notebooks** [3] - 48:22, 48:23,
61:22
**nothing** [13] - 24:5, 82:22,
103:4, 103:5, 103:9, 103:12,
106:10, 106:14, 109:17,
117:23, 143:3, 146:15, 147:2
**notion** [2] - 11:4, 94:13
**novel** [1] - 118:2
**November** [1] - 74:14
**now** [46] - 5:16, 8:17, 13:9,
18:22, 20:22, 27:15, 27:19,
30:1, 30:10, 41:23, 42:10, 43:6,
43:10, 43:20, 47:17, 49:7, 50:6,
54:4, 68:7, 69:20, 71:17, 73:4,
78:22, 84:16, 84:20, 88:9,
89:20, 91:4, 93:21, 95:20,
99:15, 100:6, 101:11, 107:6,
110:14, 113:12, 124:6, 125:14,

128:11, 130:3, 131:5, 133:5,
141:5, 144:19, 148:5
**nowhere** [2] - 9:14, 140:13
**Number** [1] - 9:21
**number** [18] - 9:22, 18:19,
28:21, 49:13, 49:15, 77:22,
77:23, 82:13, 86:21, 100:1,
135:20, 136:10, 136:11,
136:12, 136:14, 141:1, 141:2
**numbers** [8] - 18:5, 18:23,
18:24, 19:4, 22:10, 22:11,
22:15, 101:10

## O

**object** [10] - 9:24, 32:5, 57:24,
58:4, 61:8, 76:19, 76:21, 84:2,
89:12, 95:13
**objected** [2] - 43:6, 108:4
**objecting** [4] - 8:23, 37:18,
49:9, 61:20
**objection** [24] - 7:10, 8:14, 9:18,
17:4, 17:21, 18:20, 19:7, 19:23,
22:13, 22:14, 25:8, 32:4, 32:9,
32:10, 32:12, 32:13, 33:25,
34:17, 68:19, 68:20, 81:15,
81:25, 99:15, 104:3
**objections** [11] - 4:3, 4:9, 5:19,
8:12, 13:2, 15:1, 15:4, 15:14,
41:10, 79:16, 81:9
**objective** [1] - 47:6
**obligated** [1] - 40:11
**obligation** [2] - 42:7, 112:1
**observed** [1] - 69:21
**observing** [1] - 90:24
**obtain** [12] - 55:23, 55:25,
101:12, 102:11, 125:6, 129:2,
130:1, 131:18, 136:21, 143:3,
143:15
**obtained** [6] - 7:14, 54:4, 119:9,
119:20, 143:11, 144:12
**obtaining** [3] - 143:3, 143:24,
145:18
**obvious** [3] - 3:19, 37:1, 108:22
**obviously** [14] - 3:18, 15:14,
18:4, 18:6, 22:14, 38:7, 66:8,
74:17, 111:6, 139:16, 143:8,
143:14, 143:20, 149:17
**occasion** [2] - 7:22, 101:21
**occasions** [1] - 93:14
**occur** [1] - 134:4
**occurred** [1] - 54:8
**occurring** [1] - 74:20
**occurs** [1] - 101:23
**October** [2] - 74:15, 140:11
**OF** [2] - 1:2, 1:4
**of** [553] - 2:2, 3:11, 3:16, 3:20,
4:5, 4:21, 5:7, 5:16, 5:19, 5:23,
6:7, 6:13, 6:14, 6:17, 6:18,

6:19, 6:23, 6:25, 7:1, 7:6, 7:13, 7:23, 8:9, 9:5, 10:6, 10:9, 10:14, 10:21, 11:1, 11:2, 11:5, 11:9, 11:19, 12:1, 12:4, 12:8, 12:13, 12:20, 13:3, 14:9, 14:12, 15:1, 15:3, 15:8, 15:13, 15:14, 15:19, 16:22, 17:13, 17:19, 17:24, 18:8, 18:9, 18:10, 18:13, 18:19, 19:4, 19:18, 20:4, 20:7, 20:12, 20:17, 21:8, 21:9, 21:12, 21:17, 22:3, 22:7, 22:11, 22:22, 23:1, 23:2, 23:3, 23:6, 23:20, 23:21, 24:9, 24:18, 24:22, 25:9, 25:12, 25:17, 26:1, 26:5, 26:11, 26:14, 26:17, 27:1, 27:3, 27:7, 27:8, 28:1, 28:8, 28:19, 28:20, 29:3, 29:21, 30:2, 30:5, 30:16, 30:17, 30:18, 30:20, 30:22, 32:12, 33:9, 33:15, 33:18, 33:19, 33:20, 33:22, 34:1, 34:3, 34:4, 34:12, 35:11, 35:14, 35:17, 35:20, 35:23, 35:24, 36:7, 36:12, 36:13, 36:24, 37:17, 38:2, 38:4, 38:14, 39:1, 39:4, 39:7, 39:16, 39:23, 40:15, 40:24, 41:5, 41:9, 41:16, 41:21, 42:3, 42:4, 42:7, 42:17, 43:12, 43:18, 45:1, 45:3, 45:6, 45:12, 45:14, 46:15, 46:16, 46:19, 46:21, 47:3, 47:13, 47:15, 48:4, 48:5, 48:7, 48:11, 48:12, 48:21, 48:23, 49:13, 50:17, 50:24, 50:25, 51:3, 51:13, 52:17, 53:6, 55:6, 55:21, 56:8, 56:13, 56:24, 57:10, 57:12, 57:16, 57:25, 58:17, 59:9, 59:16, 59:17, 59:22, 60:18, 60:21, 61:2, 61:5, 61:7, 62:5, 62:15, 62:21, 63:6, 63:7, 65:1, 65:9, 65:13, 65:18, 65:24, 66:4, 66:11, 66:18, 66:20, 66:21, 67:5, 67:6, 67:9, 67:11, 67:25, 68:2, 69:22, 69:25, 70:3, 70:5, 70:9, 70:10, 70:16, 70:18, 71:10, 71:12, 71:18, 71:19, 71:20, 72:1, 72:4, 72:7, 72:11, 72:23, 73:9, 73:11, 74:1, 74:8, 74:20, 75:17, 75:24, 76:2, 76:6, 76:7, 76:12, 76:20, 77:11, 77:17, 78:3, 78:18, 78:22, 79:2, 79:4, 79:7, 79:20, 79:22, 79:23, 79:24, 80:1, 80:17, 80:18, 81:4, 81:16, 81:25, 82:2, 82:3, 82:9, 82:14, 82:22, 83:5, 83:8, 83:15, 84:7, 84:13, 84:14, 85:4, 85:7, 85:9, 85:15, 85:17, 85:18, 85:23, 86:1, 86:4, 86:5, 86:8, 86:9, 86:13, 86:14, 86:22, 87:1, 87:2, 87:5, 87:19, 87:21, 88:7, 88:8, 88:20, 89:4, 91:4, 91:18, 91:21, 92:3, 92:10, 92:12, 92:15,

92:16, 92:18, 93:2, 93:19, 94:1, 94:13, 94:24, 95:1, 95:3, 95:5, 95:10, 95:12, 95:14, 95:16, 95:21, 95:22, 96:14, 97:2, 97:4, 97:6, 97:8, 97:10, 97:14, 98:3, 98:12, 98:20, 99:10, 99:17, 99:20, 99:21, 100:10, 100:11, 100:13, 100:15, 100:23, 101:1, 101:10, 101:19, 101:21, 101:23, 101:24, 102:4, 102:16, 102:22, 102:24, 102:25, 103:2, 103:6, 103:8, 103:17, 104:10, 104:16, 104:21, 104:22, 105:9, 105:12, 106:1, 106:6, 106:8, 106:13, 107:3, 107:7, 107:15, 107:18, 108:12, 109:5, 109:16, 109:18, 109:21, 110:1, 110:25, 111:1, 111:13, 112:25, 113:12, 113:23, 114:6, 114:7, 115:9, 115:15, 115:23, 115:25, 116:7, 116:9, 116:17, 116:20, 117:14, 117:25, 118:7, 118:14, 118:15, 118:19, 118:21, 119:12, 119:22, 119:23, 119:24, 119:25, 120:7, 120:13, 120:14, 120:24, 121:3, 121:12, 121:13, 121:14, 122:7, 122:10, 122:17, 122:21, 123:23, 124:1, 124:19, 124:20, 124:21, 125:3, 125:9, 125:22, 125:23, 126:9, 126:12, 126:13, 126:14, 127:12, 127:13, 127:21, 127:23, 128:3, 128:12, 128:19, 128:25, 129:6, 129:14, 129:16, 129:24, 129:25, 130:12, 130:19, 130:21, 130:22, 130:23, 130:25, 131:14, 131:17, 131:24, 132:3, 132:4, 132:6, 132:8, 132:10, 132:16, 133:3, 133:8, 133:17, 133:21, 133:24, 134:2, 134:4, 134:5, 135:7, 135:14, 135:15, 135:22, 135:23, 135:25, 136:20, 137:4, 137:10, 137:15, 137:18, 137:23, 138:13, 138:18, 138:22, 139:2, 139:4, 139:12, 139:13, 139:18, 139:21, 140:9, 141:10, 141:12, 141:13, 141:22, 142:3, 142:9, 142:14, 143:1, 143:12, 143:15, 143:18, 144:15, 144:21, 145:1, 145:3, 145:10, 145:12, 145:14, 146:25, 147:10, 147:16, 147:23, 147:25, 148:3, 148:5, 148:6, 148:18, 149:2, 149:11, 149:17, 149:22, 149:23, 151:8

**off** [12] - 7:14, 24:4, 24:10, 45:20, 76:25, 77:5, 87:5, 89:18, 92:15, 129:16, 135:3, 148:3

**offense** [1] - 95:14

**offer** [2] - 57:15, 58:5

**offered** [7] - 71:15, 78:15, 78:16, 88:24, 89:8, 96:7, 101:4

**offering** [16] - 54:11, 55:12, 83:18, 87:23, 87:25, 88:2, 88:6, 89:2, 89:3, 92:6, 92:7, 104:17, 104:23, 145:10, 147:1

**officer** [1] - 147:7

**OFFICIAL** [1] - 1:11

**officials** [1] - 125:21

**often** [2] - 9:13, 130:12

**oh** [9] - 4:24, 41:14, 41:17, 48:12, 61:12, 65:6, 107:24, 123:23, 135:11

**oil** [1] - 141:22

**okay** [45] - 3:7, 5:2, 6:12, 9:20, 13:12, 14:2, 14:20, 15:10, 15:24, 18:13, 18:15, 25:22, 25:25, 29:20, 34:3, 36:1, 36:8, 36:23, 39:15, 43:4, 43:8, 48:15, 50:9, 60:14, 61:19, 69:17, 74:23, 75:25, 77:2, 81:18, 81:23, 82:2, 83:9, 86:25, 91:6, 93:9, 100:16, 102:21, 106:22, 107:24, 117:24, 124:15, 135:4, 135:18, 141:5

**omissions** [3] - 112:8, 135:21, 136:9

**omitted** [1] - 66:14

**on** [238] - 2:6, 3:8, 4:14, 5:8, 5:16, 7:6, 7:22, 8:23, 9:8, 9:21, 9:24, 10:22, 10:23, 10:25, 11:8, 11:21, 12:8, 13:7, 13:10, 14:22, 15:20, 16:3, 17:16, 17:23, 18:9, 18:24, 19:3, 19:6, 21:24, 22:7, 24:6, 25:12, 25:21, 26:1, 27:3, 27:6, 27:10, 27:14, 27:15, 27:16, 27:17, 27:22, 27:23, 27:24, 27:25, 28:3, 28:6, 28:11, 28:12, 28:14, 30:1, 30:4, 30:9, 32:3, 32:25, 34:4, 34:23, 35:12, 35:19, 36:7, 36:15, 37:19, 38:9, 38:25, 39:1, 39:18, 40:4, 40:13, 40:25, 41:19, 41:24, 42:7, 43:12, 46:8, 46:15, 49:14, 50:13, 50:19, 51:1, 51:4, 51:12, 52:6, 53:23, 54:3, 54:8, 54:10, 54:21, 54:23, 54:25, 55:7, 56:21, 56:25, 57:3, 57:9, 58:5, 59:2, 59:22, 61:1, 63:19, 64:23, 64:25, 65:7, 65:25, 66:17, 67:6, 68:5, 68:11, 69:6, 69:14, 69:16, 69:17, 69:22, 70:2, 70:15, 70:23, 71:5, 71:16, 72:16, 73:6, 73:8, 73:9, 73:10, 73:11, 74:17, 74:22, 76:20, 77:9, 78:18, 78:22, 78:23, 79:5, 80:1, 80:5, 80:12, 81:1, 81:4, 81:6, 81:21, 82:20, 83:7, 83:25, 85:17, 86:2, 86:4, 86:9, 86:14, 87:22, 88:5, 88:7, 88:24, 90:9, 90:12, 91:4,

92:12, 92:13, 93:2, 93:14,
93:20, 93:21, 94:11, 95:10,
96:18, 96:21, 96:23, 98:9,
98:18, 100:6, 100:7, 101:13,
101:16, 102:2, 102:17, 102:20,
103:19, 103:23, 105:8, 108:5,
108:9, 109:1, 109:13, 109:24,
110:3, 110:21, 111:2, 111:8,
114:10, 115:17, 115:23, 116:3,
116:5, 116:20, 116:24, 117:19,
121:13, 122:8, 122:18, 123:16,
124:5, 124:8, 126:21, 126:24,
127:4, 127:12, 128:2, 128:13,
128:16, 129:12, 129:21,
129:23, 131:1, 131:4, 131:7,
133:21, 133:24, 135:20,
137:15, 137:17, 137:18, 138:3,
139:8, 140:8, 140:10, 141:14,
142:10, 145:5, 147:8, 147:14,
147:20, 147:25, 148:6, 148:21,
149:13, 151:12
**once** [5] - 16:14, 20:15, 117:16,
121:18, 127:24
**Onconova** [1] - 5:21
**one** [100] - 3:20, 6:15, 8:16,
14:22, 14:23, 16:8, 21:14,
21:25, 23:15, 26:22, 28:16,
28:21, 30:12, 30:17, 30:18,
32:17, 35:17, 36:11, 36:13,
37:2, 39:24, 41:12, 43:1, 45:7,
48:4, 50:24, 51:3, 52:15, 57:25,
60:20, 61:2, 71:22, 72:4, 72:11,
72:18, 73:1, 73:19, 74:18,
76:10, 77:22, 78:19, 78:22,
78:24, 79:16, 80:4, 80:17,
81:13, 82:20, 84:7, 86:21, 87:4,
87:19, 87:21, 88:12, 92:3,
92:10, 94:1, 94:12, 96:10,
96:22, 98:3, 98:20, 99:10,
99:21, 101:4, 102:1, 102:4,
105:12, 108:8, 114:18, 116:6,
116:10, 116:17, 116:24,
118:19, 119:23, 120:14,
120:19, 120:20, 120:21, 121:2,
127:10, 129:7, 130:10, 130:19,
135:17, 135:20, 136:10,
136:13, 137:18, 140:10,
140:11, 141:1, 147:10, 149:11,
149:22
**ones** [8] - 35:14, 39:6, 43:2,
50:25, 57:2, 76:3, 89:19, 89:25
**ongoing** [1] - 7:1
**online** [1] - 127:13
**only** [25] - 6:23, 14:7, 14:9,
17:7, 53:19, 53:23, 54:15,
59:16, 80:4, 84:14, 84:19,
84:24, 91:3, 95:20, 99:1,
110:22, 111:22, 115:13,
124:22, 126:11, 130:25,
131:23, 134:11, 139:8, 147:12

**onto** [1] - 122:20
**ONTX** [6] - 5:22, 6:14, 8:4, 11:1,
73:22, 96:10
**onus** [1] - 58:3
**open** [5] - 3:3, 48:8, 71:24,
106:23, 120:22
**operate** [1] - 131:20
**operated** [1] - 92:9
**operative** [1] - 75:19
**opinion** [1] - 29:15
**opinions** [2] - 29:13, 30:6
**opponent** [3] - 33:19, 39:16,
76:6
**opportunity** [1] - 44:20
**opposed** [1] - 30:15
**opposing** [1] - 32:20
**optic** [1] - 13:23
**optional** [5] - 42:11, 58:13,
68:20, 107:17, 149:14
**or** [140] - 7:5, 8:13, 8:16, 8:18,
11:14, 11:22, 12:6, 12:23,
13:23, 14:24, 16:5, 17:11, 22:4,
22:7, 23:16, 25:23, 26:22,
26:23, 26:24, 27:7, 27:25, 28:9,
28:15, 29:13, 33:8, 35:21, 38:6,
39:13, 39:14, 42:10, 44:3,
44:13, 44:21, 45:7, 46:7, 46:16,
47:7, 47:19, 48:20, 48:23,
49:21, 50:1, 50:18, 52:24, 53:2,
54:23, 57:10, 58:9, 58:15,
59:14, 60:6, 60:17, 60:19,
64:11, 69:17, 69:23, 71:9, 76:7,
76:11, 76:13, 77:8, 79:13,
81:14, 84:13, 86:24, 87:4,
87:13, 88:13, 89:16, 95:5,
95:12, 98:20, 109:8, 109:18,
109:21, 110:23, 111:4, 111:11,
111:18, 113:8, 113:22, 113:24,
115:1, 115:4, 115:7, 116:2,
116:5, 116:24, 117:25, 118:21,
118:22, 119:14, 119:19, 120:4,
120:5, 121:21, 123:7, 123:13,
124:7, 124:8, 124:20, 125:5,
126:3, 126:12, 127:2, 127:19,
127:20, 130:17, 131:16,
131:18, 135:2, 135:17, 136:21,
137:1, 137:23, 139:17, 139:20,
140:14, 140:25, 141:9, 142:13,
143:4, 144:17, 145:10, 145:13,
145:18, 145:23, 146:10,
147:18, 148:18, 149:13
**order** [7] - 40:11, 93:24, 97:8,
100:18, 142:10, 149:12, 149:13
**orders** [1] - 11:4
**ordinary** [2] - 7:13, 129:15
**organized** [1] - 75:11
**original** [9] - 25:19, 33:25,
34:16, 34:19, 61:20, 84:7,
84:20, 89:18, 99:24
**originally** [1] - 58:3

**other** [57] - 4:11, 6:17, 7:7, 7:17,
8:16, 13:20, 15:16, 17:5, 17:7,
17:15, 22:25, 28:22, 31:8,
35:14, 38:11, 39:24, 43:6,
44:10, 45:2, 45:23, 47:23,
52:23, 58:19, 58:23, 62:20,
69:14, 74:11, 79:10, 79:15,
79:21, 80:13, 80:14, 81:9,
85:16, 85:23, 85:25, 87:1,
88:20, 88:23, 93:20, 100:25,
108:2, 117:16, 120:25, 123:19,
124:15, 125:16, 128:1, 128:14,
131:9, 134:14, 136:6, 136:23,
138:21, 140:11, 144:25
**others** [5] - 95:21, 116:11,
117:25, 121:12, 136:19
**otherwise** [2] - 52:3, 131:16
**ought** [2] - 32:7, 68:21
**our** [60] - 7:11, 10:1, 15:14,
17:8, 20:14, 21:14, 22:8, 25:13,
26:1, 28:4, 34:4, 34:17, 38:18,
45:21, 47:1, 47:10, 49:5, 51:10,
51:22, 51:23, 56:3, 57:25,
59:22, 59:23, 60:3, 60:23,
61:15, 63:24, 69:6, 81:15, 83:8,
91:24, 102:4, 108:5, 110:3,
111:1, 113:11, 115:8, 115:17,
116:4, 116:20, 116:24, 117:1,
117:9, 118:4, 118:21, 119:22,
125:3, 127:4, 130:22, 132:4,
133:19, 136:11, 137:4, 146:12,
148:6
**ours** [2] - 62:22, 68:14
**out** [60] - 5:15, 7:18, 7:21, 9:12,
10:23, 12:22, 13:16, 14:8,
14:10, 18:22, 21:16, 21:17,
22:23, 24:9, 24:18, 27:7, 30:4,
34:15, 39:7, 45:14, 50:3, 61:1,
62:2, 65:19, 70:16, 71:23,
72:15, 73:15, 77:10, 77:11,
78:24, 85:9, 90:25, 91:23,
92:18, 97:14, 100:14, 102:25,
106:20, 107:10, 110:25, 111:1,
112:15, 112:24, 113:11,
113:23, 115:8, 119:12, 120:13,
129:14, 130:22, 131:3, 138:13,
141:20, 143:1, 143:6, 143:25,
146:4, 149:15, 149:21
**out-of-court** [1] - 70:16
**outside** [27] - 12:13, 12:24,
39:18, 40:5, 56:13, 76:22,
77:17, 77:22, 78:4, 78:7, 79:16,
80:17, 80:21, 81:25, 82:3, 83:8,
84:14, 85:4, 86:13, 88:9, 89:4,
89:7, 92:11, 93:15, 95:2,
107:13, 109:10
**outweighed** [1] - 23:20
**over** [21] - 7:17, 11:3, 11:12,
35:2, 38:23, 58:19, 80:22,
101:24, 104:19, 107:21,

117:11, 121:14, 138:14, 144:9, 144:11
**overreaching** [1] - 147:23
**overrule** [1] - 15:4
**overwhelming** [1] - 129:16
**own** [23] - 29:17, 32:18, 32:21, 42:20, 51:10, 51:16, 66:13, 70:10, 70:12, 70:13, 70:16, 70:18, 76:11, 88:24, 91:17, 91:25, 100:12, 104:18, 110:12, 128:6, 140:2, 140:17, 141:3
**ownership** [1] - 145:11
**owns** [1] - 30:19

# P

**p.m** [3] - 96:20, 101:15, 106:7
**page** [17] - 5:16, 18:13, 18:14, 20:11, 21:23, 22:12, 24:18, 26:1, 30:5, 49:13, 49:15, 74:18, 78:18, 78:22, 78:23, 98:18, 102:4
**pages** [7] - 41:5, 45:3, 47:13, 47:23, 62:8, 62:11, 136:17
**paid** [6] - 45:16, 96:19, 97:7, 99:3, 103:1, 124:25
**paper** [7] - 6:7, 43:15, 71:23, 71:24, 72:7, 72:8, 128:5
**paradigm** [1] - 145:23
**paragraph** [7] - 108:14, 108:16, 108:20, 123:24, 135:22, 142:23, 144:20
**paralegal** [1] - 41:21
**paraphrasing** [2] - 130:14, 135:14
**parcel** [3] - 20:17, 65:2, 75:24
**pardon** [1] - 35:5
**part** [37] - 20:17, 22:22, 23:1, 23:2, 23:3, 27:1, 27:3, 27:7, 27:8, 28:22, 33:9, 46:17, 48:21, 57:12, 59:16, 59:22, 65:2, 75:24, 79:12, 79:20, 81:4, 81:16, 86:1, 88:7, 92:15, 92:16, 92:18, 94:21, 119:22, 122:7, 130:19, 131:14, 134:24, 137:4, 138:16, 140:25, 143:1
**partial** [1] - 58:5
**participant** [1] - 81:5
**participated** [1] - 86:6
**particular** [7] - 21:22, 57:12, 71:22, 98:4, 99:2, 114:18, 148:25
**Parties** [1] - 104:5
**parties** [5] - 82:7, 82:24, 87:8, 88:4, 92:8
**parties'** [1] - 42:20
**partnership** [2] - 145:13, 145:19
**partnerships** [1] - 145:20

**parts** [1] - 26:17
**party** [5] - 33:19, 39:16, 51:15, 76:6, 96:17
**party's** [2] - 32:18, 32:20
**pass** [1] - 102:19
**passed** [1] - 116:5
**past** [2] - 69:14, 85:19
**pasted** [1] - 79:24
**patent** [2] - 30:18, 30:21
**pause** [1] - 37:11
**pay** [2] - 138:21, 138:23
**paying** [3] - 112:23, 125:21, 126:7
**payment** [1] - 34:5
**peaks** [1] - 116:2
**peg** [1] - 132:14
**people** [73] - 22:23, 22:25, 28:13, 29:4, 42:1, 54:20, 60:6, 63:24, 64:5, 71:20, 72:5, 72:12, 72:17, 73:14, 78:10, 78:25, 79:10, 80:13, 80:14, 80:19, 85:6, 85:17, 86:9, 90:23, 97:3, 97:8, 100:14, 100:25, 102:25, 108:9, 110:4, 112:1, 112:2, 112:13, 112:15, 113:19, 113:22, 113:23, 114:15, 115:23, 117:14, 117:16, 117:19, 118:20, 120:23, 120:25, 121:7, 121:8, 121:9, 122:6, 122:10, 124:11, 124:25, 125:1, 125:2, 126:25, 128:1, 128:23, 129:2, 130:9, 130:25, 131:3, 136:23, 138:15, 138:17, 139:3, 140:24, 143:7, 144:8, 145:25, 149:1
**people's** [1] - 58:25
**perceived** [2] - 58:3, 70:21
**percent** [2] - 39:23, 55:18
**perfect** [2] - 39:4, 111:11
**perhaps** [1] - 135:8
**period** [14] - 12:9, 18:1, 23:6, 24:9, 66:10, 67:5, 72:21, 74:20, 101:24, 106:15, 106:17, 124:19, 127:15, 129:20
**periods** [4] - 21:7, 21:8, 63:7, 67:9
**permitted** [1] - 72:24
**perpetrators** [1] - 133:16
**person** [12] - 27:25, 28:19, 28:20, 29:3, 47:12, 53:10, 106:25, 114:9, 137:6, 141:13, 141:16, 141:21
**person's** [4] - 120:19, 120:20, 120:21
**personality** [1] - 38:9
**personally** [2] - 114:13, 146:19
**perspective** [3] - 17:8, 29:12, 146:13
**pertain** [5] - 98:3, 98:4, 98:6, 99:2, 99:11

**pertaining** [1] - 83:10
**phone** [6] - 27:23, 28:4, 69:17, 76:13, 76:17, 133:24
**phonebook** [1] - 46:8
**photo** [1] - 59:5
**photograph** [1] - 38:6
**photographs** [1] - 58:17
**phrased** [1] - 111:19
**pick** [8] - 43:7, 43:17, 49:15, 61:23, 61:24, 76:5, 82:12, 100:22
**pickups** [2] - 100:10, 100:12
**picture** [9] - 37:2, 39:19, 40:7, 40:12, 47:15, 59:17, 62:23, 65:8, 106:25
**pictures** [1] - 65:19
**piece** [2] - 39:17, 52:2
**pieced** [1] - 94:25
**pieces** [1] - 69:1
**PJ** [1] - 59:13
**place** [3] - 21:19, 37:1, 38:5
**placement** [3] - 143:12, 145:9, 147:3
**places** [2] - 86:21, 100:17
**plain** [1] - 95:12
**Plaintiff** [2] - 1:5, 1:16
**plaintiff** [2] - 120:4, 120:5
**plan** [5] - 6:20, 20:15, 20:20, 66:13, 100:6
**planet** [1] - 54:3
**planning** [1] - 104:18
**plans** [1] - 11:7
**platforms** [1] - 127:14
**play** [4] - 61:1, 89:14, 98:16, 107:16
**played** [1] - 38:1
**pleaded** [1] - 4:23
**pleadings** [1] - 93:16
**please** [9] - 20:11, 75:14, 96:2, 96:18, 104:8, 134:18, 140:7
**pled** [2] - 118:18, 122:4
**plenty** [4] - 93:19, 121:13, 121:14
**plus** [1] - 59:17
**point** [30] - 13:16, 14:8, 14:10, 15:7, 31:22, 32:17, 32:25, 35:2, 40:11, 41:1, 41:12, 52:6, 52:16, 53:5, 55:15, 56:3, 56:7, 89:17, 91:12, 91:19, 95:25, 101:1, 106:5, 107:9, 107:11, 108:9, 109:2, 126:12, 130:10, 140:1
**pointed** [5] - 72:14, 113:11, 115:8, 143:6, 146:4
**pointing** [2] - 12:21, 83:7
**points** [5] - 46:12, 50:2, 69:1, 131:3, 145:4
**political** [2] - 127:19
**Ponzi** [3] - 119:25, 120:17, 120:20

**pop** [1] - 91:1
**popping** [1] - 22:11
**portion** [3] - 10:21, 48:21, 124:1
**portions** [1] - 3:16
**portray** [1] - 59:13
**position** [13] - 10:22, 10:23, 20:15, 21:17, 28:4, 34:4, 51:8, 60:10, 64:21, 65:15, 65:16, 107:6, 108:5
**positions** [4] - 26:24, 59:24, 61:16, 64:11
**possession** [1] - 7:4
**possibly** [4] - 21:19, 84:15, 89:14, 116:19
**post** [15] - 4:15, 29:7, 29:16, 38:2, 39:18, 39:19, 41:1, 57:4, 65:12, 74:3, 102:3, 128:4, 139:2, 140:8
**posted** [6] - 4:17, 5:5, 5:8, 37:19, 55:6, 96:18
**posting** [2] - 21:9, 47:7
**posts** [4] - 18:18, 18:19, 65:25, 149:15
**posture** [1] - 139:13
**potentially** [1] - 112:25
**power** [3] - 79:4, 79:5, 115:3
**powerful** [1] - 145:3
**practice** [1] - 124:24
**pre** [3] - 17:13, 17:14, 72:20
**pre-admitted** [3] - 17:13, 17:14, 72:20
**preadmission** [2] - 15:21, 16:12
**precise** [1] - 113:15
**precisely** [1] - 124:2
**preclude** [1] - 25:16
**precluded** [3] - 40:10, 50:22
**predicament** [1] - 24:2
**predictably** [1] - 117:9
**prejudice** [6] - 8:15, 19:8, 24:20, 143:3, 146:10
**prejudiced** [1] - 144:2
**prejudicial** [7] - 8:13, 17:5, 20:1, 22:10, 24:11, 44:5, 56:10
**prepared** [8] - 31:23, 87:18, 89:12, 94:16, 103:6, 103:10, 107:2, 108:2
**prescribed** [1] - 14:1
**present** [6] - 6:21, 6:22, 44:22, 67:22, 68:8, 69:4, 94:16, 95:6
**presentable** [1] - 82:16
**presentation** [1] - 21:10
**presented** [3] - 11:24, 52:9, 58:2
**presenting** [3] - 43:2, 51:9, 64:9
**preserve** [1] - 81:15
**President** [1] - 127:4
**PRESIDING** [1] - 1:3
**press** [7] - 29:1, 61:12, 61:13, 61:15, 63:19, 63:21, 120:25

**pressing** [1] - 126:23
**pretend** [1] - 138:3
**PRETRIAL** [1] - 1:10
**pretty** [1] - 129:13
**prevailing** [1] - 131:21
**prevent** [1] - 60:17
**preventing** [1] - 60:20
**prevents** [1] - 18:7
**preview** [1] - 130:5
**price** [29] - 6:14, 7:5, 9:5, 9:11, 9:13, 9:25, 10:12, 10:14, 11:6, 11:10, 11:16, 12:20, 14:16, 23:4, 60:16, 61:17, 75:12, 90:20, 91:1, 101:16, 126:13, 126:16, 126:17, 132:25, 133:11, 141:22, 146:5, 146:6
**primarily** [1] - 88:23
**principle** [2] - 26:4, 128:18
**print** [2] - 27:2, 27:3
**printout** [1] - 79:22
**prior** [4] - 24:4, 24:10, 50:17, 55:23
**private** [6] - 59:25, 82:22, 117:22, 143:12, 145:9, 147:2
**probable** [1] - 148:23
**probably** [8] - 3:12, 3:19, 11:14, 21:1, 45:10, 107:10, 115:2, 129:13
**problem** [15] - 19:12, 22:9, 23:25, 42:22, 85:3, 85:16, 86:13, 86:14, 87:11, 87:16, 89:3, 92:14, 98:14, 109:4, 109:16
**problematic** [4] - 18:5, 22:18, 24:5, 108:16
**proceed** [2] - 134:19, 144:5
**Proceedings** [1] - 2:6
**PROCEEDINGS** [1] - 3:1
**proceedings** [4] - 3:3, 105:11, 106:23, 151:9
**proceeds** [13] - 18:25, 19:4, 19:13, 19:24, 19:25, 20:5, 21:4, 22:3, 118:25, 119:8, 119:10
**process** [3] - 93:23, 97:9, 109:14
**produce** [3] - 7:9, 40:12, 51:6
**produced** [3] - 2:6, 34:24, 69:15
**production** [5] - 39:12, 39:14, 46:24, 57:13, 69:24
**productions** [1] - 39:25
**proffer** [1] - 66:9
**profile** [3] - 65:8, 65:18, 103:20
**profiles** [1] - 64:25
**profit** [8] - 18:22, 20:13, 21:18, 23:14, 23:15, 25:9, 148:17
**profited** [1] - 24:16
**profits** [14] - 17:23, 17:25, 18:2, 19:2, 19:6, 19:16, 19:19, 20:16, 24:4, 52:18, 118:23, 118:25, 129:16, 130:12

**program** [2] - 125:23, 138:19
**progress** [1] - 149:10
**prolong** [1] - 88:16
**promise** [1] - 149:20
**promised** [1] - 80:22
**promoting** [1] - 102:3
**proof** [6] - 43:12, 109:13, 110:11, 136:12, 143:17, 144:6
**proper** [3] - 16:23, 46:18, 134:9
**properly** [2] - 16:24, 116:13
**property** [27] - 109:18, 109:21, 111:18, 111:19, 111:23, 111:24, 112:19, 113:6, 113:24, 115:2, 115:4, 115:7, 117:2, 117:25, 118:21, 119:14, 131:18, 134:4, 135:16, 136:22, 137:1, 140:25, 142:21, 143:15, 143:25, 144:11, 144:12
**proposed** [1] - 67:15
**prosecute** [1] - 40:6
**prosecuted** [2] - 135:7, 135:10
**prosecution** [2] - 70:2, 132:22
**protects** [1] - 111:22
**protocol** [1] - 14:19
**provable** [1] - 122:15
**prove** [19] - 32:15, 34:2, 67:22, 70:11, 78:16, 82:6, 82:10, 87:8, 95:11, 99:20, 110:12, 113:21, 114:23, 116:23, 121:7, 121:15, 121:22, 121:23, 137:8
**proverbial** [1] - 124:11
**proves** [9] - 21:12, 79:1, 79:3, 82:23, 82:24, 82:25, 90:23, 94:5, 145:3
**provide** [8] - 3:10, 13:21, 42:8, 50:4, 71:20, 87:7, 111:25, 112:1
**provided** [7] - 8:3, 13:19, 29:14, 50:5, 56:16, 56:18, 114:17
**provides** [2] - 9:9, 9:11
**providing** [2] - 56:20, 72:12
**public** [6] - 52:19, 59:14, 59:15, 59:19, 104:10, 105:18
**publicly** [1] - 47:6
**published** [2] - 71:11, 74:1
**pull** [18] - 7:11, 7:25, 35:11, 36:11, 36:12, 36:20, 37:4, 37:9, 38:23, 52:5, 53:6, 75:14, 83:21, 97:14, 97:16, 101:13, 140:3, 140:7
**pulled** [2] - 54:12, 99:24
**pulling** [1] - 16:8
**pump** [15] - 10:2, 11:8, 11:20, 98:10, 110:6, 110:7, 113:13, 117:12, 117:13, 117:18, 120:18, 120:19, 132:16, 132:17, 133:16
**pumper** [1] - 5:15
**pumpers** [2] - 5:9, 5:10
**pumping** [2] - 81:17, 117:17

**purchase** [1] - 60:14
**purchased** [5] - 10:20, 11:1, 29:15, 126:15, 146:4
**purchasing** [1] - 117:19
**pure** [1] - 19:7
**purport** [1] - 15:17
**purported** [2] - 25:17, 127:15
**purporting** [2] - 55:24, 145:24
**purports** [3] - 6:13, 17:9, 85:24
**purpose** [7] - 18:10, 82:9, 97:6, 102:22, 104:22, 125:22, 143:1
**pursuant** [3] - 69:24, 109:19, 151:6
**push** [2] - 97:6, 135:20
**put** [54] - 11:19, 16:7, 20:20, 25:2, 25:17, 29:6, 29:7, 29:9, 29:10, 30:9, 30:14, 30:22, 31:19, 35:19, 37:21, 40:4, 40:19, 43:8, 43:13, 43:17, 44:10, 45:13, 49:10, 51:11, 55:22, 57:1, 57:23, 69:2, 69:10, 72:1, 72:24, 77:7, 77:9, 77:25, 78:1, 78:23, 79:24, 80:7, 80:18, 80:24, 81:1, 81:2, 83:1, 83:16, 88:10, 89:22, 102:20, 103:23, 111:15, 125:9, 127:5, 137:4
**puts** [2] - 128:1, 128:2
**putting** [6] - 24:21, 31:25, 32:1, 57:20, 88:1, 132:13

# Q

**QT** [1] - 98:9
**quarters** [1] - 121:3
**Quentin** [1] - 1:21
**question** [18] - 6:1, 8:19, 14:8, 14:11, 14:17, 21:2, 21:12, 27:12, 33:21, 44:15, 49:15, 60:25, 75:4, 89:3, 102:6, 119:12, 130:16, 131:14
**questions** [3] - 40:23, 134:20, 146:12
**QuickBooks** [4] - 34:6, 34:7, 50:1
**Quicken's** [1] - 67:25
**quickly** [3] - 52:4, 95:25, 124:17
**quietly** [1] - 100:7
**quite** [3] - 8:14, 94:19, 116:11
**quotations** [1] - 38:12
**quote** [7] - 31:4, 46:18, 47:12, 49:3, 49:4, 96:16, 148:13
**quoted** [2] - 29:23, 53:24, 55:17, 55:19
**quoting** [4] - 47:7, 47:12, 47:13, 120:8

# R

**raise** [2] - 60:21, 60:22
**raised** [4] - 15:14, 25:13, 120:25, 147:24
**raises** [2] - 52:25, 85:15
**raising** [2] - 13:9, 48:3
**random** [2] - 57:5, 59:7
**rates** [1] - 131:22
**rather** [1] - 124:12
**RDR** [2] - 2:1, 151:15
**reaches** [1] - 145:16
**reactions** [1] - 118:5
**read** [5] - 26:11, 30:25, 35:14, 83:10, 133:20
**ready** [5] - 88:20, 92:25, 93:1, 93:2, 93:3
**real** [7] - 25:16, 78:24, 92:13, 117:15, 117:23, 135:10, 138:19
**realistic** [1] - 11:22
**realization** [1] - 127:24
**realleage** [1] - 144:4
**really** [27] - 19:14, 21:12, 22:18, 28:22, 28:24, 29:11, 32:24, 39:18, 40:5, 41:20, 48:12, 59:16, 65:23, 66:1, 67:20, 87:6, 89:6, 107:14, 107:25, 108:1, 112:7, 112:12, 116:10, 121:23, 133:17, 135:7, 147:10
**realm** [1] - 105:18
**Realtime** [1] - 2:1
**realtime** [1] - 90:25
**reams** [5] - 41:4, 41:5, 58:17
**reason** [13] - 7:3, 8:4, 32:25, 83:18, 89:9, 92:6, 98:21, 101:4, 101:5, 116:3, 125:11, 139:17, 145:15
**reasonableness** [2] - 10:14, 12:20
**reasoning** [1] - 123:19
**reasons** [3] - 41:9, 58:23, 137:18
**rebuilding** [1] - 138:19
**received** [5] - 52:8, 52:14, 53:13, 53:18, 125:7
**receives** [1] - 142:12
**recess** [2] - 74:25, 110:18, 150:3
**recognize** [1] - 129:17
**recommendations** [1] - 114:10
**record** [17] - 15:6, 39:7, 42:9, 57:11, 58:16, 58:18, 74:14, 86:8, 86:23, 93:11, 103:23, 104:10, 105:21, 105:23, 109:1, 110:10, 117:11
**recorded** [2] - 2:6, 39:11
**records** [16] - 7:25, 8:3, 17:10, 17:16, 33:17, 39:9, 39:11, 42:16, 42:17, 42:19, 51:16,

51:18, 57:21, 76:11
**refer** [2] - 5:21, 76:24
**reference** [10] - 52:20, 67:2, 73:17, 81:16, 83:6, 96:8, 98:19, 101:2, 101:6, 105:7
**referenced** [2] - 87:22, 147:6
**references** [1] - 87:4
**referring** [4] - 74:17, 89:11, 97:1, 146:19
**reflect** [2] - 54:7, 54:23
**regard** [4] - 43:21, 94:16, 99:18, 147:4
**regarding** [1] - 131:25
**regardless** [2] - 28:19, 104:3
**regards** [12] - 13:15, 15:13, 15:15, 52:6, 57:11, 57:17, 57:23, 58:10, 70:24, 130:19, 131:9, 131:10
**registered** [5] - 84:12, 85:4, 95:16, 95:23, 126:11
**regular** [2] - 39:13, 119:7
**reindict** [1] - 109:19
**reinterested** [1] - 3:21
**reiterating** [1] - 146:3
**relate** [1] - 25:12
**related** [2] - 57:2, 74:5
**relates** [6] - 26:3, 26:5, 26:6, 74:9, 74:13, 76:22
**relation** [2] - 19:5, 101:22
**relationship** [5] - 82:6, 82:24, 87:7, 88:3, 92:8
**release** [4] - 61:12, 61:14, 63:19, 63:21
**released** [1] - 22:24
**releases** [3] - 29:2, 61:15, 121:1
**relevance** [10] - 9:24, 10:4, 20:12, 23:19, 94:4, 94:7, 99:15, 99:16, 99:17
**relevancy** [3] - 17:24, 19:7, 21:12
**relevant** [28] - 8:16, 10:13, 21:7, 21:8, 22:16, 23:6, 25:6, 36:6, 41:6, 48:3, 57:18, 62:12, 62:21, 62:23, 62:25, 63:3, 63:7, 66:9, 66:21, 66:23, 67:11, 71:8, 86:20, 94:2, 103:22, 103:24, 106:17
**relied** [1] - 139:8
**rely** [2] - 93:20, 93:21
**relying** [1] - 86:14
**remedy** [1] - 146:18
**remember** [5] - 47:22, 55:9, 66:20, 93:13, 123:22
**remind** [1] - 17:19
**remove** [1] - 56:11
**removed** [4] - 35:21, 38:4, 38:12, 38:15
**renew** [1] - 15:14
**repeat** [1] - 137:21
**repeatedly** [3] - 72:5, 78:2,

89:13
**replaced** [1] - 35:22
**replete** [1] - 47:3
**report** [9] - 44:1, 44:12, 45:3, 56:16, 59:13, 59:18, 116:15, 116:25, 117:7
**Reported** [1] - 2:1
**reported** [1] - 151:9
**REPORTER** [1] - 46:3
**Reporter** [2] - 2:1, 2:6
**REPORTER'S** [1] - 1:11
**reports** [8] - 30:15, 47:3, 66:7, 66:15, 112:14, 117:5, 121:1, 127:12
**represent** [1] - 147:6
**representation** [1] - 46:19
**repurchased** [1] - 117:8
**request** [7] - 3:16, 15:9, 15:20, 16:11, 17:12, 85:21, 89:23
**request-wise** [1] - 3:16
**requested** [1] - 3:9
**require** [1] - 44:13
**required** [2] - 39:22, 97:12
**requires** [3] - 55:21, 58:13, 58:14
**requiring** [1] - 31:10
**resolve** [2] - 17:2, 40:25
**resolved** [2] - 6:2, 17:2
**respect** [1] - 32:16
**respectfully** [1] - 105:2
**respond** [4] - 20:2, 80:2, 80:10, 109:4
**responds** [1] - 84:18
**response** [3] - 19:14, 78:14, 119:22
**responses** [1] - 70:25
**responsibility** [2] - 122:12, 133:4
**responsible** [1] - 10:1
**rest** [3] - 25:9, 60:11, 61:7
**result** [3] - 100:25, 134:5, 143:12
**retention** [3] - 39:12, 39:14, 57:13
**return** [9] - 33:16, 42:14, 42:16, 48:9, 53:8, 54:22, 141:17, 142:4, 142:12
**returns** [1] - 69:9
**reversal** [1] - 123:15
**reverse** [1] - 117:22
**reversed** [1] - 111:8
**reviewed** [1] - 16:14
**revised** [2] - 15:22, 16:20
**revitalization** [1] - 125:23
**rework** [1] - 22:15
**Reyes** [4] - 1:19, 48:3, 132:11, 146:4
**REYES** [16] - 46:1, 46:5, 46:8, 46:15, 48:1, 49:1, 49:3, 59:12,

65:21, 66:3, 67:13, 132:12, 140:18, 140:21, 141:6, 141:15
**RGLS** [1] - 87:5
**Rhonda** [3] - 36:16, 37:7, 46:14
**ridiculous** [4] - 39:2, 58:4, 68:3, 90:9
**right** [66] - 3:7, 4:1, 4:2, 5:16, 8:10, 14:20, 15:10, 16:18, 21:5, 24:16, 24:17, 24:18, 27:16, 27:21, 37:10, 39:1, 43:16, 45:2, 45:19, 45:22, 47:8, 52:8, 54:16, 54:19, 56:19, 63:10, 64:14, 66:7, 69:18, 73:25, 76:18, 81:22, 86:16, 90:13, 94:22, 99:15, 101:6, 110:14, 110:19, 111:9, 111:10, 111:11, 111:16, 111:17, 111:18, 112:18, 112:19, 113:6, 113:20, 114:19, 118:12, 120:2, 129:19, 134:14, 135:16, 138:12, 139:8, 142:2, 146:18, 148:2, 149:8, 150:1
**right-hand** [1] - 27:16
**rights** [3] - 60:3, 111:19, 111:23
**ring** [2] - 21:25, 48:12
**rise** [2] - 43:24, 142:13
**risk** [6] - 120:7, 128:6, 133:17, 133:21, 133:22, 148:5
**road** [4] - 72:12, 128:3, 132:3, 132:4
**rob** [1] - 130:9
**robbery** [1] - 130:21
**robbing** [2] - 131:10, 144:22
**rogue** [1] - 117:4
**room** [6] - 7:7, 42:5, 96:25, 97:5, 130:24, 131:1
**ROSEN** [26] - 17:21, 18:13, 18:16, 21:11, 23:8, 23:22, 24:25, 81:11, 81:20, 81:22, 92:10, 109:15, 111:10, 111:17, 118:12, 118:15, 119:6, 119:16, 119:19, 120:2, 120:7, 121:25, 122:4, 123:11, 142:19, 142:24
**Rosen** [8] - 1:20, 110:16, 110:21, 110:25, 132:15, 137:19, 142:17, 147:5
**round** [1] - 132:14
**route** [1] - 134:9
**routine** [1] - 39:13
**routinely** [2] - 74:3, 74:19
**Rule** [14] - 18:11, 42:10, 55:21, 62:5, 62:21, 67:6, 67:11, 72:23, 83:15, 95:16, 96:13, 96:14, 97:12
**rule** [1] - 35:7
**ruled** [2] - 16:3, 16:13
**rules** [5] - 70:19, 72:11, 128:3, 132:3, 132:4
**Rules** [4] - 55:21, 57:10, 70:5, 70:9
**ruling** [7] - 5:6, 13:14, 13:24,

17:23, 56:25, 99:8, 99:12
**rulings** [3] - 15:23, 105:2, 125:16
**run** [1] - 23:4
**running** [1] - 73:5
**Rybarczyk** [3] - 3:22, 24:15, 78:21

# S

**S** [2] - 1:3, 1:20
**Sabo** [2] - 108:14, 110:5
**said** [46] - 23:11, 30:17, 32:22, 43:19, 43:20, 46:19, 46:23, 49:7, 49:25, 52:17, 59:14, 59:16, 59:17, 59:18, 59:23, 61:16, 62:12, 64:4, 64:10, 64:12, 65:3, 67:20, 68:2, 68:10, 69:2, 71:14, 88:8, 93:13, 93:15, 102:8, 105:25, 107:20, 110:20, 110:25, 113:17, 115:13, 119:3, 121:3, 128:13, 132:15, 132:19, 132:22, 133:2, 135:1, 139:21, 149:22
**sales** [1] - 22:21
**same** [20] - 26:4, 33:3, 33:7, 39:5, 54:13, 55:4, 61:18, 64:8, 64:10, 64:15, 68:6, 68:13, 97:23, 98:18, 99:7, 108:20, 126:4, 133:21, 139:22, 141:8
**sanctions** [2] - 25:14, 26:2
**Sanfilippo** [1] - 147:7
**Sapphire** [1] - 92:15
**sat** [1] - 130:3
**satirical** [2] - 38:3, 38:8
**satisfies** [1] - 63:2
**satisfy** [1] - 24:25
**save** [2] - 50:2, 69:25
**saw** [20] - 5:11, 52:8, 52:13, 53:7, 54:3, 54:6, 54:16, 54:19, 54:21, 54:23, 54:24, 55:2, 58:21, 63:24, 80:1, 81:6, 88:13, 112:14, 129:7
**say** [77] - 8:18, 11:19, 21:2, 21:3, 23:2, 24:3, 24:14, 25:2, 28:11, 30:2, 30:12, 31:5, 34:3, 34:8, 42:23, 43:7, 43:9, 43:24, 44:9, 48:19, 49:12, 53:10, 54:24, 61:4, 61:6, 61:11, 62:7, 63:2, 63:18, 65:23, 68:4, 68:9, 68:20, 70:19, 72:1, 72:16, 72:22, 73:1, 73:12, 76:14, 77:15, 85:14, 87:13, 90:17, 94:4, 97:20, 98:5, 104:12, 107:3, 107:20, 110:13, 111:7, 115:7, 116:19, 117:24, 118:20, 121:1, 121:2, 121:4, 121:9, 122:19, 122:20, 127:18, 130:5, 130:6, 130:13, 131:16, 133:5,

133:15, 134:8, 142:22, 142:24,
143:19, 148:15, 149:1, 149:5
**saying** [51] - 12:21, 24:22,
29:12, 29:21, 29:22, 41:17,
42:18, 47:11, 47:15, 49:9, 51:2,
54:15, 59:15, 63:13, 65:11,
66:4, 71:3, 73:5, 74:8, 74:12,
78:20, 85:23, 87:17, 96:18,
96:23, 98:8, 102:23, 105:22,
106:4, 113:17, 113:21, 114:24,
116:4, 118:8, 121:6, 122:18,
127:4, 127:7, 127:21, 128:8,
128:20, 130:8, 131:3, 131:13,
132:9, 133:7, 141:13, 141:16,
148:19
**says** [34] - 18:22, 19:16, 26:21,
26:22, 34:3, 37:15, 38:19,
44:11, 47:5, 53:14, 59:18, 61:4,
66:6, 71:22, 78:19, 78:23,
84:10, 84:16, 84:21, 94:4,
100:9, 101:9, 119:14, 119:24,
122:23, 125:25, 127:24,
131:10, 135:13, 137:1, 140:2,
140:5, 140:11
**scanner** [5] - 100:9, 100:12,
100:19, 100:22, 101:20
**scanners** [1] - 100:24
**scenario** [2] - 13:18, 133:16
**scheme** [14] - 20:9, 20:17, 22:4,
23:3, 23:4, 79:8, 117:24,
119:25, 120:17, 120:20,
137:25, 143:1, 143:2, 143:14
**schemes** [1] - 21:13
**scolded** [1] - 120:7
**scope** [7] - 52:17, 56:13, 77:17,
81:25, 89:4, 89:8, 95:3
**Scott** [1] - 1:16
**scraped** [1] - 48:8
**scrapes** [1] - 41:21
**screen** [1] - 102:21
**screens** [1] - 28:15
**screenshots** [1] - 69:23
**scroll** [3] - 8:7, 53:15, 101:3
**seal** [2] - 104:7, 104:8
**sealing** [1] - 105:9
**search** [9] - 33:16, 42:14, 49:24,
51:12, 54:4, 69:9, 69:15, 69:24
**seated** [2] - 3:7, 110:19
**SEC** [9] - 4:10, 15:9, 29:1,
38:13, 48:6, 105:16, 121:1,
125:17, 125:18
**second** [6] - 41:2, 52:15, 65:12,
107:11, 125:25, 131:14
**Second** [5] - 111:8, 123:19,
146:21, 147:13, 148:1
**secondly** [1] - 10:12
**seconds** [1] - 24:13
**secret** [1] - 122:2
**Section** [1] - 151:7
**section** [2] - 6:19, 7:21

**securities** [8] - 19:4, 19:5,
37:17, 95:16, 105:24, 113:8,
126:11, 135:17
**security** [4] - 52:20, 84:12,
95:16, 95:23
**see** [44] - 4:3, 7:16, 8:1, 8:6,
8:10, 10:23, 11:2, 22:12, 24:14,
28:4, 28:6, 28:7, 28:8, 28:17,
30:23, 35:6, 35:20, 38:11,
39:24, 40:3, 41:20, 47:4, 49:13,
52:5, 52:11, 53:7, 72:3, 73:5,
74:2, 74:5, 74:19, 84:6, 94:4,
95:5, 96:15, 98:11, 99:25,
100:20, 103:8, 122:9, 125:16,
142:20
**seeing** [1] - 69:19
**seek** [3] - 7:12, 31:17, 72:20
**seeking** [4] - 54:22, 64:17,
71:14, 132:10
**seem** [1] - 85:6
**seems** [3] - 90:8, 128:13,
146:17
**seen** [9] - 52:13, 52:14, 54:25,
55:2, 55:8, 69:16, 119:19,
124:5, 147:22
**sees** [2] - 96:14, 100:19
**selected** [1] - 45:23
**selection** [1] - 45:12
**selectively** [1] - 69:2
**selfie** [1] - 5:7
**sell** [14] - 11:4, 21:19, 60:15,
72:15, 98:10, 114:14, 114:16,
114:19, 120:13, 126:23,
128:17, 133:23, 141:11, 141:20
**sellers** [1] - 121:1
**selling** [12] - 11:5, 11:9, 26:25,
61:18, 64:12, 112:9, 115:17,
117:6, 126:19, 126:25, 133:25,
135:11
**sells** [5] - 100:15, 113:2, 128:4,
131:21, 142:1
**selves** [1] - 22:7
**semantics** [1] - 123:22
**send** [1] - 78:19
**sends** [1] - 27:7
**sense** [5] - 31:9, 42:5, 99:8,
112:21, 115:14
**sensitized** [1] - 148:1
**sent** [1] - 68:1
**sentenced** [1] - 147:18
**sentencing** [1] - 147:17
**separate** [1] - 56:8
**September** [2] - 88:17, 116:7
**series** [5] - 5:21, 6:17, 13:3,
15:12, 101:10
**served** [3] - 49:24, 105:18,
106:1
**set** [6] - 22:5, 24:10, 94:21,
115:5, 124:25, 128:7
**sets** [1] - 56:8

**settings** [1] - 27:24
**several** [1] - 93:14
**share** [1] - 131:8
**shares** [18] - 11:1, 11:3, 11:5,
11:9, 11:11, 11:13, 18:19, 23:1,
65:12, 117:7, 117:8, 117:9,
117:14, 117:17, 138:11, 139:3,
142:9
**shave** [1] - 104:24
**She** [1] - 46:6
**she** [14] - 44:1, 44:2, 44:11,
44:12, 44:24, 45:3, 45:23,
52:17, 52:18, 52:23, 56:14,
56:15, 64:22
**She's** [1] - 46:6
**she's** [2] - 44:10, 53:11
**sheer** [1] - 95:4
**shell** [1] - 117:23
**shift** [3] - 59:10, 67:21, 68:15
**shifting** [1] - 91:2
**shit** [1] - 91:19
**shoes** [1] - 98:25
**short** [8] - 58:24, 116:12,
116:15, 116:25, 117:6, 117:7,
121:1, 127:22
**shortage** [1] - 48:23
**should** [23] - 12:15, 31:18,
31:19, 31:20, 32:1, 50:22, 51:8,
51:23, 58:24, 60:19, 63:18,
67:16, 87:6, 97:18, 99:20,
106:18, 109:7, 112:25, 116:4,
128:8, 140:23, 149:6
**shouldn't** [2] - 8:15, 73:16
**shouting** [1] - 9:12
**show** [49] - 7:11, 10:2, 12:23,
18:12, 19:15, 27:15, 27:20,
28:2, 30:25, 35:15, 36:22,
40:16, 40:17, 52:15, 58:13,
58:14, 60:9, 60:10, 62:6, 62:22,
67:12, 68:21, 77:19, 78:9,
80:19, 83:17, 87:12, 87:13,
88:2, 88:7, 88:10, 92:7, 96:15,
97:16, 109:20, 115:20, 115:22,
121:16, 124:2, 131:17, 132:23,
132:24, 133:10, 133:12, 140:3,
145:1, 145:2
**showed** [6] - 27:17, 33:10, 37:2,
53:6, 53:24, 95:22
**showing** [6] - 55:3, 56:8, 60:17,
94:24, 118:4, 145:23
**shown** [3] - 28:1, 58:16, 115:12
**shows** [13] - 9:12, 27:16, 27:17,
28:2, 33:3, 38:18, 39:19, 40:7,
47:6, 53:14, 56:5, 80:7, 87:9
**side** [6] - 8:16, 27:16, 27:18,
30:5, 139:21, 141:14
**sidebar** [4] - 104:11, 105:8,
105:11, 106:20
**sides** [2] - 24:24, 60:3
**sign** [2] - 55:11, 62:19

**significant** [3] - 29:18, 53:1, 92:10
**significantly** [3] - 116:8, 139:14, 144:5
**silenced** [1] - 80:3
**silent** [1] - 78:24
**similar** [3] - 76:3, 125:17, 139:13
**simple** [5] - 66:2, 66:3, 78:13, 123:24
**simply** [6] - 22:6, 102:12, 123:22, 124:13, 142:7, 143:21
**simultaneously** [2] - 102:10, 104:5
**since** [6] - 40:3, 41:16, 45:6, 45:10, 132:14, 149:9
**single** [22] - 20:25, 24:8, 24:10, 27:21, 30:9, 45:5, 50:24, 51:3, 51:19, 52:2, 57:4, 70:17, 71:14, 104:25, 114:1, 119:20, 124:19, 124:22, 124:23, 125:7, 140:14, 143:19
**sir** [1] - 103:16
**sit** [1] - 42:2
**sitting** [3] - 33:2, 33:6, 146:13
**situated** [2] - 6:4, 38:8
**situation** [1] - 45:20
**situations** [1] - 45:16
**six** [4] - 11:12, 28:15, 47:18, 95:6
**Sixth** [4] - 43:25, 45:21, 53:1, 73:12
**skipped** [2] - 85:19
**sleight** [1] - 65:13
**slight** [1] - 74:8
**slightly** [1] - 38:7
**small** [2] - 27:2, 27:3
**smaller** [1] - 109:22
**Smith's** [1] - 128:19
**so** [221] - 6:3, 6:14, 7:20, 8:22, 9:3, 10:19, 11:17, 12:10, 12:14, 13:8, 13:11, 13:17, 13:21, 13:24, 14:16, 15:2, 15:12, 16:1, 16:8, 17:1, 18:16, 18:17, 19:3, 19:7, 19:10, 19:23, 20:6, 21:6, 21:23, 22:10, 24:3, 24:10, 24:17, 25:20, 25:22, 26:1, 26:5, 26:13, 27:10, 27:11, 27:15, 28:11, 28:16, 28:18, 28:21, 29:8, 30:15, 30:20, 30:23, 31:3, 31:5, 31:22, 32:23, 32:25, 33:6, 33:9, 33:16, 33:20, 34:17, 35:1, 35:17, 36:18, 37:11, 37:13, 38:14, 38:21, 39:8, 40:22, 40:24, 41:5, 41:8, 41:17, 41:19, 41:23, 42:2, 42:5, 44:8, 44:16, 44:22, 45:12, 46:21, 47:4, 47:9, 48:2, 48:5, 48:11, 48:25, 50:8, 50:20, 51:8, 51:18, 52:16, 53:6, 53:12, 53:19, 55:15, 56:15,

56:17, 58:16, 59:8, 61:19, 62:1, 62:4, 62:13, 62:16, 62:20, 64:18, 65:12, 65:17, 66:7, 68:7, 68:9, 69:19, 71:21, 72:4, 72:24, 74:8, 75:16, 75:24, 76:3, 76:5, 76:9, 76:14, 76:16, 77:4, 77:19, 77:25, 78:2, 78:10, 79:1, 79:15, 79:20, 80:18, 81:2, 81:12, 82:20, 83:7, 84:5, 84:11, 85:2, 86:11, 86:19, 87:1, 87:18, 87:24, 89:23, 90:7, 90:16, 92:21, 94:15, 94:25, 95:3, 96:11, 96:22, 97:15, 97:23, 98:23, 99:23, 99:25, 100:13, 100:17, 100:22, 100:23, 100:24, 101:3, 102:7, 102:12, 102:13, 103:2, 106:19, 108:5, 108:14, 108:17, 108:23, 109:7, 113:15, 113:20, 114:16, 114:21, 116:10, 116:12, 117:23, 119:11, 119:17, 120:11, 121:6, 121:10, 122:10, 124:6, 128:1, 129:11, 130:21, 132:9, 133:13, 134:6, 134:21, 135:6, 135:18, 136:8, 136:12, 136:20, 136:24, 137:2, 138:3, 138:12, 139:11, 139:25, 140:16, 140:22, 142:7, 142:14, 145:15, 146:17, 147:22, 148:16, 148:20, 149:6, 149:9
**so..** [1] - 90:9, 109:13, 138:5
**social** [2] - 135:4, 149:15
**society** [1] - 127:3
**sold** [16] - 10:21, 11:1, 11:11, 11:21, 18:19, 21:16, 24:15, 59:5, 118:8, 122:19, 122:20, 126:16, 132:1, 145:25, 146:1, 146:5
**sole** [1] - 126:17
**solely** [1] - 114:10
**solve** [1] - 49:17
**some** [34] - 5:25, 10:9, 22:7, 22:10, 27:2, 32:23, 35:4, 35:7, 35:24, 41:21, 41:24, 45:23, 46:11, 50:24, 59:4, 59:7, 61:5, 66:11, 69:13, 82:17, 83:7, 84:1, 85:7, 89:19, 105:1, 107:13, 107:15, 108:12, 115:23, 122:10, 132:6, 134:11, 137:10
**somebody** [5] - 44:7, 52:10, 72:7, 82:21, 126:12
**somebody's** [1] - 141:18
**somehow** [7] - 6:25, 7:23, 11:9, 51:3, 108:23, 117:1, 132:25
**someone** [12] - 47:7, 69:16, 100:17, 100:19, 104:15, 104:21, 113:22, 114:13, 121:21, 134:3, 140:15, 143:8
**someone's** [2] - 110:8, 142:1
**something** [37] - 6:6, 14:3,

15:16, 26:23, 35:4, 46:2, 47:5, 49:21, 52:5, 58:10, 62:6, 66:1, 67:5, 68:18, 68:19, 71:12, 75:7, 88:3, 94:7, 102:19, 110:16, 110:21, 113:4, 123:7, 127:25, 129:11, 130:14, 132:19, 138:4, 141:11, 141:17, 141:20, 142:4, 142:8, 142:12, 147:24
**sometimes** [3] - 111:23, 118:7, 128:13
**somewhere** [3] - 141:12, 142:11, 142:12
**son** [2] - 129:11, 129:13
**soon** [2] - 57:24, 132:18
**sorry** [10] - 5:3, 9:22, 14:3, 26:9, 48:17, 75:23, 76:7, 97:25, 103:13, 106:3
**Sorry** [1] - 140:21
**sort** [11] - 6:17, 10:9, 15:19, 18:8, 35:10, 35:20, 35:24, 71:20, 79:23, 85:7, 113:12
**sounds** [1] - 6:3
**source** [3] - 48:8, 51:20, 58:8
**sourced** [1] - 46:25
**sources** [1] - 29:11
**sourcing** [1] - 29:3
**SOUTHERN** [1] - 1:2
**Southern** [1] - 2:2
**span** [1] - 101:23
**speak** [6] - 42:2, 80:14, 121:20, 124:17, 141:5, 148:9
**speaking** [5] - 102:10, 104:5, 122:25, 124:1, 130:24
**specific** [21] - 34:12, 34:13, 50:1, 62:4, 66:12, 67:2, 67:10, 74:13, 78:15, 94:1, 95:15, 96:8, 100:21, 101:4, 130:20, 134:20, 137:5, 142:25, 144:1, 144:22
**specifically** [6] - 10:12, 12:2, 66:10, 73:13, 93:13, 99:3
**speech** [1] - 59:2
**spend** [1] - 13:7
**spending** [2] - 147:11, 148:5
**spent** [2] - 32:12, 93:2
**spit** [1] - 50:3
**split** [1] - 39:25
**spoons** [1] - 84:18
**spreadsheet** [3] - 8:1, 26:15, 40:15
**spring** [2] - 54:17, 55:7
**spurious** [1] - 41:10
**square** [1] - 59:14, 132:14
**stage** [4] - 121:23, 137:16, 144:19, 144:24
**stake** [2] - 25:6, 58:25
**stamp** [1] - 47:2
**stand** [8] - 11:8, 54:24, 61:2, 70:16, 72:16, 94:16, 147:19, 150:1
**standard** [2] - 55:20, 81:7

**standing** [1] - 142:17
**standpoint** [1] - 75:2
**stands** [1] - 148:7
**stars** [1] - 114:22
**start** [14] - 3:8, 4:1, 5:17, 5:20, 20:18, 20:19, 23:12, 23:13, 37:21, 75:2, 76:18, 80:15, 89:17, 97:20
**started** [1] - 147:20
**starting** [2] - 71:23, 73:15
**State** [1] - 138:18
**state** [2] - 66:21, 125:21
**stated** [2] - 76:23, 78:3
**statement** [21] - 26:19, 32:21, 35:25, 37:6, 37:15, 37:17, 55:13, 63:23, 65:9, 72:22, 76:7, 78:14, 80:25, 81:12, 88:23, 89:7, 90:11, 97:13, 98:12, 122:3, 142:14
**statements** [35] - 12:17, 20:21, 24:7, 29:13, 32:18, 33:18, 33:19, 39:9, 39:16, 41:7, 42:20, 45:23, 45:24, 52:21, 56:24, 57:2, 65:1, 70:12, 70:14, 70:16, 70:18, 76:6, 76:11, 76:12, 98:14, 105:2, 110:1, 110:12, 112:7, 118:23, 127:14, 135:8, 135:10, 145:18
**STATES** [2] - 1:1, 1:4
**States** [6] - 2:2, 7:2, 9:2, 126:10, 147:25, 151:7
**status** [1] - 101:10
**statutes** [1] - 113:9
**stayed** [1] - 135:3
**stenographically** [1] - 151:8
**stenography** [1] - 2:6
**step** [1] - 46:8
**still** [5] - 3:23, 9:17, 24:25, 51:1, 74:2
**stipulate** [2] - 85:13, 87:21
**stock** [98] - 6:24, 7:16, 7:17, 7:19, 7:22, 8:5, 10:9, 10:20, 10:21, 10:24, 11:2, 11:6, 11:15, 11:20, 12:3, 13:15, 13:16, 26:25, 29:16, 43:3, 47:5, 57:5, 59:24, 64:12, 66:12, 74:5, 77:12, 77:14, 77:20, 77:21, 79:18, 80:15, 82:21, 83:6, 83:7, 83:11, 87:22, 95:8, 97:21, 98:4, 98:6, 98:9, 98:19, 99:2, 100:21, 103:6, 105:7, 107:13, 107:15, 112:9, 114:3, 114:4, 114:9, 114:12, 114:18, 114:20, 115:18, 116:1, 116:8, 116:17, 117:1, 117:15, 118:9, 120:12, 121:10, 121:11, 122:21, 125:4, 125:5, 126:13, 126:15, 127:18, 128:6, 128:8, 128:9, 128:23, 129:21, 132:20, 132:25, 133:1, 133:11, 134:1, 136:24, 141:8,

141:12, 141:17, 141:21, 141:22, 141:25, 142:3, 142:5, 142:10, 143:7, 143:17, 145:14
**stocks** [33] - 9:5, 13:25, 74:17, 80:17, 83:4, 87:2, 87:18, 87:19, 91:7, 92:3, 93:10, 97:1, 97:23, 98:3, 98:15, 99:17, 99:18, 100:15, 107:1, 107:5, 107:8, 109:10, 109:20, 118:7, 120:10, 120:14, 126:21, 126:25, 129:12, 129:17, 132:1, 136:19, 140:25
**stop** [4] - 117:16, 118:10, 128:7, 130:4
**stops** [1] - 117:17
**story** [1] - 72:15
**straight** [2] - 30:3, 142:6
**stream** [1] - 104:21
**Street** [1] - 133:24
**strong** [2] - 7:3, 111:7
**structure** [1] - 60:16
**studiously** [2] - 64:9, 64:17
**studying** [2] - 125:14
**stuff** [6] - 38:22, 41:8, 43:6, 67:7, 78:1, 78:11
**subject** [1] - 4:8
**submitted** [2] - 3:15
**substantially** [1] - 18:6
**substantive** [3] - 5:23, 75:16, 106:16
**substitute** [1] - 148:14
**subtitles** [1] - 69:20
**success** [1] - 127:21
**successful** [2] - 128:21, 131:25
**succinct** [1] - 61:3
**such** [5] - 71:19, 71:25, 118:2, 125:17, 135:16
**sufficient** [1] - 94:23
**suggest** [4] - 6:24, 7:4, 11:8, 73:4
**suggested** [2] - 35:24, 69:21
**suggesting** [2] - 101:15, 106:8
**suggestion** [3] - 61:21, 69:12, 132:7
**suggestions** [1] - 16:16
**suits** [3] - 13:23, 39:5, 40:9
**sum** [5] - 120:9, 122:24, 139:20, 140:16, 141:2
**summaries** [1] - 16:23
**summarize** [5] - 15:16, 15:17, 16:24, 17:10, 52:19
**summarized** [1] - 61:5
**summarizing** [2] - 9:7, 51:17
**summary** [14] - 9:7, 26:18, 31:14, 45:6, 45:22, 48:20, 49:12, 51:22, 57:5, 61:23, 75:13, 76:2, 86:22, 137:16
**superseding** [2] - 135:23, 136:11
**support** [3] - 6:19, 37:17, 94:13

**supposed** [1] - 70:8
**supposedly** [3] - 61:17, 104:9, 108:9
**Supreme** [5] - 113:7, 125:15, 125:25, 135:15, 147:25
**sure** [14] - 16:15, 41:18, 48:17, 61:11, 61:14, 65:6, 81:11, 81:15, 98:18, 112:25, 128:15, 128:22, 134:17, 144:18
**SURF** [1] - 87:4
**surf** [1] - 64:4
**surprise** [7] - 93:5, 93:8, 93:12, 94:8, 94:10, 98:11, 108:17
**surprised** [1] - 108:10
**surprises** [1] - 97:24
**surrounded** [1] - 96:16
**surrounding** [1] - 118:17
**sustain** [1] - 5:13
**sustainable** [1] - 17:6
**sustained** [1] - 4:9
**sustaining** [2] - 14:25, 25:8
**symbol** [1] - 62:15
**systems** [1] - 28:14

---

# T

**T** [2] - 1:21, 113:2
**tagged** [1] - 21:23
**take** [8] - 5:15, 15:11, 61:2, 64:22, 110:14, 124:22, 124:23, 141:24
**taken** [5] - 21:19, 38:22, 122:12, 136:16, 144:23
**takes** [2] - 95:1, 129:4
**taking** [5] - 64:20, 74:23, 103:1, 142:1, 142:3
**talk** [13] - 12:1, 17:9, 41:14, 56:23, 67:7, 78:21, 79:8, 91:10, 110:23, 110:24, 124:11, 134:19, 135:23
**talked** [6] - 4:7, 83:13, 90:3, 90:6, 123:23, 145:6
**talking** [44] - 9:14, 10:7, 10:11, 15:25, 18:21, 20:18, 30:17, 35:10, 36:12, 37:23, 51:24, 54:1, 54:2, 56:6, 62:3, 67:8, 69:14, 76:3, 76:4, 77:20, 78:10, 79:14, 80:15, 83:19, 91:17, 92:4, 94:14, 94:17, 95:10, 99:15, 101:3, 103:3, 108:14, 110:5, 112:6, 112:8, 118:16, 122:6, 124:7, 124:8, 126:11, 131:5, 145:4
**talks** [2] - 30:21, 79:18
**tally** [1] - 118:23
**tanked** [2] - 116:16, 117:9
**target** [1] - 91:2
**targets** [5] - 9:11, 9:14, 10:13, 10:14, 12:20

**TD** [1] - 71:25
**teaching** [1] - 96:5
**technical** [1] - 5:25
**technique** [1] - 49:23
**television** [1] - 127:4
**tell** [12] - 10:16, 66:16, 112:8, 114:13, 114:15, 125:1, 125:4, 128:23, 134:18, 138:1, 140:5, 149:9
**telling** [6] - 26:20, 27:5, 91:23, 102:14, 126:24, 128:21
**tells** [2] - 82:22, 128:9
**ten** [1] - 47:19
**tenable** [1] - 131:15
**tens** [1] - 70:10
**term** [3] - 119:25, 127:20, 127:22
**terms** [10] - 28:1, 34:4, 34:7, 34:8, 42:3, 46:15, 46:16, 68:5, 139:18, 146:21
**terribly** [1] - 110:2
**Tesla** [2] - 129:21, 140:14
**testifies** [2] - 9:17, 9:21
**testify** [5] - 4:25, 48:6, 56:15, 70:15, 90:24
**testifying** [2] - 5:1, 56:18
**testimonial** [4] - 8:25, 44:21, 44:25, 80:25
**testimony** [2] - 22:20, 93:9
**tethered** [4] - 107:4, 107:7, 107:15, 108:24
**TEXAS** [1] - 1:2
**Texas** [2] - 1:12, 2:2
**text** [12] - 29:4, 53:23, 76:17, 76:25, 77:5, 77:11, 78:14, 79:22, 80:2, 88:10, 88:12, 92:21
**texting** [1] - 128:14
**texts** [2] - 107:3, 107:7
**than** [13] - 4:11, 9:13, 11:13, 13:19, 13:21, 15:16, 17:5, 42:9, 69:13, 101:24, 123:10, 124:6, 124:13
**thank** [10] - 5:14, 15:5, 17:18, 35:9, 100:4, 108:7, 134:13, 138:8, 141:6, 150:1
**that** [738] - 3:9, 3:10, 3:12, 3:20, 3:23, 3:24, 4:11, 4:24, 5:3, 5:6, 5:10, 5:11, 5:12, 5:13, 5:23, 6:4, 6:20, 6:24, 7:3, 7:4, 7:5, 7:9, 7:12, 7:16, 7:23, 8:2, 8:3, 8:4, 8:10, 8:15, 8:20, 9:4, 9:6, 9:7, 9:10, 9:13, 9:17, 9:24, 10:1, 10:10, 10:14, 10:24, 11:2, 11:3, 11:4, 11:8, 11:9, 11:11, 11:15, 11:23, 11:24, 12:9, 12:13, 12:21, 12:23, 12:25, 13:8, 13:23, 13:25, 14:25, 15:1, 15:10, 15:14, 15:16, 15:21, 16:3, 16:5, 16:11, 16:13, 16:16,

16:17, 16:25, 17:1, 17:5, 17:9, 17:12, 17:13, 17:17, 17:19, 17:25, 18:2, 18:7, 19:6, 19:13, 19:15, 20:2, 20:10, 20:15, 20:16, 21:13, 21:22, 21:25, 22:6, 22:12, 22:17, 22:22, 22:24, 22:25, 23:7, 23:12, 23:15, 23:18, 24:4, 24:9, 24:12, 24:15, 24:16, 24:17, 24:19, 24:20, 24:23, 25:14, 25:18, 25:21, 26:5, 26:18, 26:22, 27:6, 27:9, 28:4, 28:7, 28:8, 28:17, 28:18, 29:6, 29:7, 29:13, 29:14, 29:17, 29:19, 30:13, 30:19, 30:21, 30:22, 31:6, 31:9, 31:17, 31:18, 31:21, 31:23, 31:24, 32:1, 32:8, 32:11, 32:13, 32:22, 33:3, 33:4, 33:7, 33:10, 33:12, 33:14, 33:21, 33:22, 34:5, 34:14, 35:2, 35:7, 35:24, 36:13, 36:18, 37:7, 37:11, 37:12, 37:14, 37:16, 37:19, 38:4, 38:8, 38:11, 38:12, 38:13, 38:14, 38:19, 39:1, 39:3, 39:9, 39:11, 39:15, 39:19, 40:19, 41:1, 41:2, 41:4, 41:6, 41:13, 41:21, 42:9, 42:14, 42:15, 42:16, 42:18, 42:24, 43:1, 43:15, 43:20, 44:2, 44:4, 44:7, 44:13, 45:3, 45:4, 45:7, 45:9, 45:12, 45:23, 46:2, 46:3, 46:22, 47:7, 47:9, 47:11, 47:14, 47:23, 48:2, 48:3, 48:6, 48:7, 48:23, 49:5, 49:17, 50:3, 50:7, 50:15, 50:23, 50:25, 51:2, 51:15, 51:17, 51:22, 52:20, 52:21, 53:3, 53:23, 53:24, 54:3, 54:5, 54:7, 54:13, 54:15, 54:19, 54:20, 54:23, 55:3, 55:13, 55:17, 55:20, 55:22, 56:1, 56:13, 56:25, 57:13, 57:23, 58:1, 58:4, 58:8, 58:10, 58:18, 58:21, 59:1, 59:3, 59:4, 59:6, 59:7, 59:15, 59:17, 59:22, 60:5, 60:11, 60:16, 60:18, 60:21, 61:4, 61:8, 61:11, 61:12, 61:20, 62:2, 62:3, 62:8, 62:13, 62:15, 62:16, 62:17, 62:18, 62:20, 63:1, 63:5, 63:8, 63:19, 64:2, 64:3, 64:4, 64:5, 64:14, 64:18, 64:23, 65:1, 65:2, 65:4, 65:6, 65:7, 65:9, 65:20, 65:21, 65:23, 65:24, 66:5, 66:7, 66:9, 66:10, 66:14, 67:1, 67:4, 67:5, 67:8, 67:10, 67:14, 67:15, 67:17, 67:22, 68:2, 68:11, 68:18, 68:19, 68:20, 69:1, 70:4, 70:17, 70:20, 70:22, 71:1, 71:3, 71:5, 71:12, 71:14, 71:15, 72:2, 72:4, 72:12, 72:14, 72:15, 72:19, 72:23, 73:1, 73:4, 73:9, 73:15, 73:16, 73:17, 74:5, 74:8, 74:12,

74:17, 74:20, 74:21, 75:2, 75:11, 75:19, 75:21, 75:22, 76:3, 76:12, 76:14, 76:22, 76:23, 77:1, 77:12, 77:13, 77:14, 77:15, 77:17, 77:18, 77:19, 78:3, 78:6, 78:8, 78:10, 78:25, 79:2, 79:3, 79:5, 79:7, 79:12, 79:14, 79:18, 79:19, 79:21, 79:25, 80:1, 80:8, 80:20, 81:6, 81:13, 82:7, 82:8, 82:11, 82:12, 82:16, 82:22, 83:2, 83:3, 83:9, 83:12, 83:18, 84:2, 84:14, 85:11, 85:12, 85:13, 85:14, 85:21, 85:24, 86:5, 86:7, 86:9, 86:14, 86:17, 86:24, 87:8, 87:9, 87:11, 87:12, 87:14, 87:21, 87:23, 87:25, 88:8, 88:16, 89:7, 89:13, 89:15, 89:24, 90:11, 90:15, 90:19, 90:25, 91:7, 91:21, 92:12, 92:22, 93:21, 94:5, 94:8, 94:15, 94:18, 94:21, 95:2, 95:3, 95:18, 96:9, 96:11, 96:15, 97:5, 97:8, 97:11, 97:13, 97:18, 97:21, 97:23, 98:3, 98:5, 98:11, 98:13, 98:15, 99:7, 99:8, 99:11, 99:21, 100:1, 100:5, 100:14, 100:18, 101:1, 101:9, 101:11, 101:12, 101:15, 101:17, 101:18, 102:2, 102:8, 102:13, 103:2, 103:6, 103:9, 103:21, 104:3, 104:20, 105:18, 106:4, 106:8, 106:16, 106:19, 107:12, 108:9, 108:17, 108:23, 109:1, 109:5, 109:7, 109:8, 109:10, 109:20, 110:12, 110:23, 111:18, 111:22, 111:24, 112:2, 112:3, 112:9, 112:13, 112:18, 112:19, 113:7, 113:13, 113:16, 113:20, 113:22, 114:3, 114:4, 114:5, 114:7, 114:17, 115:1, 115:2, 115:14, 115:22, 115:23, 116:10, 116:16, 116:19, 116:24, 116:25, 117:2, 117:4, 117:15, 118:1, 118:8, 118:9, 118:11, 118:14, 118:22, 118:25, 119:1, 119:9, 119:20, 120:3, 120:6, 121:2, 121:4, 121:7, 121:8, 121:15, 121:16, 121:17, 121:18, 122:2, 122:5, 122:17, 122:21, 122:22, 122:23, 122:25, 123:1, 123:3, 123:7, 123:13, 123:24, 124:1, 124:3, 124:8, 124:11, 124:20, 125:5, 125:20, 126:2, 126:5, 126:6, 126:14, 126:17, 127:1, 127:3, 127:20, 127:24, 128:9, 128:17, 128:22, 129:17, 129:25, 130:11, 130:14, 130:16, 130:19, 130:22, 131:3, 131:7, 131:20, 131:23, 132:7,

132:9, 132:23, 132:24, 133:2,
133:3, 133:6, 133:13, 133:18,
134:6, 134:16, 135:1, 135:2,
135:12, 135:21, 136:9, 136:14,
136:20, 136:21, 136:22, 137:1,
137:2, 137:3, 137:4, 137:5,
137:7, 137:10, 137:17, 137:18,
137:22, 137:23, 138:15,
138:17, 138:19, 138:21,
138:22, 139:6, 139:12, 139:22,
140:1, 140:2, 140:3, 140:16,
140:19, 140:22, 140:23,
140:24, 141:3, 141:16, 141:22,
142:5, 142:8, 142:11, 142:13,
142:21, 143:2, 143:4, 143:7,
143:18, 143:20, 144:9, 144:10,
144:12, 144:13, 144:15,
144:19, 144:20, 144:22, 145:1,
145:4, 145:12, 145:15, 145:16,
145:24, 146:1, 146:15, 146:20,
146:21, 146:22, 146:23,
147:19, 147:24, 148:6, 148:16,
148:23, 149:1, 149:21, 149:25,
151:6

**that's** [138] - 5:10, 8:2, 13:2,
13:9, 14:23, 14:24, 15:19, 18:4,
19:10, 19:12, 20:13, 20:22,
21:1, 21:9, 22:8, 23:5, 23:10,
25:1, 27:1, 28:11, 28:18, 28:21,
29:11, 31:5, 31:7, 33:1, 33:11,
33:14, 34:11, 36:8, 36:18, 38:9,
45:17, 47:2, 50:14, 51:24,
53:16, 53:18, 53:19, 55:7,
55:12, 55:14, 56:24, 57:1, 57:7,
60:3, 61:10, 61:13, 62:9, 63:13,
63:20, 64:6, 66:12, 67:23, 68:3,
68:23, 69:5, 69:9, 70:4, 70:19,
73:21, 77:14, 77:21, 78:4,
79:16, 79:20, 80:23, 86:17,
90:16, 90:22, 92:6, 95:8, 98:5,
98:10, 98:11, 99:5, 102:21,
105:19, 105:21, 106:5, 106:9,
106:11, 107:1, 107:2, 107:14,
107:24, 108:16, 112:5, 112:6,
112:11, 113:3, 113:4, 113:24,
114:22, 114:24, 115:6, 115:7,
115:19, 115:20, 116:17,
117:10, 117:11, 118:2, 120:16,
120:17, 121:6, 121:17, 122:1,
122:10, 122:24, 123:9, 125:22,
126:8, 129:8, 132:19, 132:21,
135:6, 135:13, 135:21, 136:12,
137:18, 139:5, 139:24, 142:2,
142:8, 143:9, 143:14, 143:22,
147:19, 148:18, 148:24, 149:2,
149:3, 149:7

**THE** [186] - 1:3, 3:7, 4:13, 4:18,
4:22, 4:24, 5:2, 5:13, 5:15, 6:5,
6:9, 6:12, 8:11, 9:16, 9:20,
10:4, 10:16, 12:4, 12:25, 13:12,
14:2, 14:6, 14:20, 15:10, 15:24,

16:2, 16:18, 17:4, 17:17, 17:19,
18:12, 18:15, 20:2, 20:12,
23:10, 25:8, 25:21, 25:24,
26:10, 27:6, 27:9, 27:12, 29:20,
29:23, 30:1, 30:25, 32:3, 32:7,
32:14, 32:19, 34:18, 34:21,
35:5, 35:8, 35:13, 36:1, 36:4,
36:8, 36:15, 36:23, 37:1, 37:7,
39:15, 40:2, 42:22, 43:4, 44:15,
45:25, 46:3, 46:6, 46:14, 47:25,
48:15, 48:19, 49:8, 49:20,
50:11, 52:10, 53:10, 53:22,
54:9, 54:14, 54:17, 55:4, 55:10,
55:15, 60:25, 61:19, 62:7,
62:11, 62:24, 63:10, 63:15,
65:4, 65:14, 66:1, 68:17, 69:18,
72:13, 72:25, 73:4, 74:4, 74:10,
74:23, 75:1, 75:6, 75:21, 75:25,
76:15, 76:18, 77:2, 81:9, 81:18,
81:21, 82:2, 82:8, 82:15, 83:2,
83:9, 85:8, 85:21, 86:16, 86:25,
87:11, 89:1, 90:17, 91:6, 91:15,
92:3, 92:24, 93:8, 94:3, 94:18,
94:21, 97:20, 98:2, 98:24, 99:5,
99:13, 100:11, 100:16, 102:13,
102:16, 103:13, 103:24, 104:6,
104:12, 105:10, 106:4, 106:11,
106:22, 110:13, 110:19,
111:15, 118:11, 118:13, 119:4,
119:11, 119:17, 119:23, 120:3,
121:19, 122:1, 123:9, 124:15,
130:4, 130:16, 132:11, 134:14,
134:22, 134:24, 136:3, 136:6,
136:25, 137:10, 137:17, 138:6,
138:17, 139:15, 140:5, 140:20,
141:5, 141:14, 142:17, 148:17,
149:8

**The** [5] - 3:3, 38:1, 75:8, 105:11,
106:23

**the** [1477] - 1:16, 1:18, 3:10,
3:14, 3:15, 3:18, 3:20, 3:21,
3:22, 4:1, 4:3, 4:5, 4:9, 4:10,
4:21, 5:5, 5:6, 5:9, 5:15, 5:16,
5:17, 5:21, 6:1, 6:7, 6:17, 6:18,
6:21, 6:23, 6:24, 6:25, 7:2, 7:3,
7:4, 7:5, 7:7, 7:10, 7:13, 7:17,
7:18, 7:21, 7:23, 8:1, 8:3, 8:8,
8:12, 8:16, 8:17, 8:20, 9:2, 9:5,
9:10, 9:11, 9:13, 9:14, 9:24,
9:25, 10:7, 10:8, 10:9, 10:10,
10:12, 10:13, 10:14, 10:16,
10:20, 10:24, 11:2, 11:4, 11:6,
11:8, 11:10, 11:15, 11:20,
11:24, 12:1, 12:2, 12:3, 12:5,
12:6, 12:9, 12:10, 12:14, 12:16,
12:20, 12:24, 13:2, 13:6, 13:15,
13:16, 13:18, 13:19, 13:21,
13:25, 14:1, 14:7, 14:9, 14:12,
14:18, 14:21, 14:25, 15:6, 15:8,
15:9, 15:11, 15:13, 15:15,
15:18, 15:21, 15:22, 15:23,

16:2, 16:10, 16:12, 16:13,
16:14, 16:21, 16:22, 16:24,
17:1, 17:2, 17:3, 17:5, 17:7,
17:10, 17:11, 17:12, 17:13,
17:21, 17:22, 17:23, 17:24,
18:2, 18:5, 18:8, 18:9, 18:13,
18:14, 18:16, 18:21, 18:22,
18:23, 18:25, 19:2, 19:4, 19:5,
19:12, 19:14, 19:15, 19:17,
19:21, 20:3, 20:6, 20:8, 20:9,
20:12, 20:13, 20:16, 20:17,
20:20, 20:22, 21:4, 21:6, 21:7,
21:8, 21:9, 21:12, 21:13, 21:20,
21:23, 21:24, 22:2, 22:3, 22:5,
22:11, 22:16, 22:21, 22:22,
22:23, 23:1, 23:2, 23:3, 23:4,
23:5, 23:6, 23:12, 23:13, 23:15,
23:17, 23:18, 23:19, 23:20,
23:21, 23:25, 24:3, 24:7, 24:15,
24:19, 24:21, 24:22, 24:23,
25:4, 25:6, 25:8, 25:9, 25:12,
25:14, 25:15, 25:16, 25:17,
25:19, 26:4, 26:5, 26:7, 26:14,
26:15, 26:16, 26:17, 27:5, 27:6,
27:15, 27:16, 27:17, 27:20,
27:21, 27:22, 27:25, 28:3, 28:9,
28:19, 28:20, 28:22, 29:1, 29:9,
29:12, 29:14, 29:15, 29:16,
29:21, 30:2, 30:3, 30:4, 30:12,
30:13, 30:15, 30:16, 30:18,
30:20, 30:21, 30:23, 31:3, 31:6,
31:8, 31:9, 31:16, 31:19, 31:22,
31:25, 32:8, 32:12, 32:13,
32:17, 32:22, 32:25, 33:1, 33:3,
33:5, 33:7, 33:8, 33:9, 33:16,
33:17, 33:20, 33:22, 33:25,
34:1, 34:2, 34:3, 34:4, 34:6,
34:7, 34:9, 34:11, 34:13, 34:14,
34:16, 34:19, 34:20, 34:22,
34:23, 34:25, 35:7, 35:12,
35:14, 35:16, 35:17, 35:18,
35:20, 35:21, 35:22, 36:7,
36:13, 36:16, 36:21, 36:22,
37:2, 37:5, 37:7, 37:12, 37:13,
37:14, 37:19, 37:21, 37:22,
38:2, 38:4, 38:5, 38:9, 38:11,
38:19, 38:20, 38:23, 39:2, 39:4,
39:6, 39:7, 39:8, 39:9, 39:10,
39:11, 39:13, 39:14, 39:17,
39:23, 39:24, 40:5, 40:6, 40:7,
40:11, 40:12, 40:13, 40:15,
40:16, 40:17, 40:19, 41:1, 41:6,
41:7, 41:14, 41:15, 41:16,
41:18, 41:20, 42:3, 42:6, 42:7,
42:9, 42:13, 42:14, 42:16,
42:19, 42:20, 42:22, 42:23,
42:24, 42:25, 43:2, 43:5, 43:11,
43:16, 43:18, 43:23, 44:1, 44:5,
44:6, 44:12, 44:18, 44:20,
44:22, 45:2, 45:6, 45:13, 45:15,
45:16, 45:17, 45:18, 45:20,

45:22, 46:7, 46:12, 46:16,
46:17, 46:18, 46:19, 46:22,
47:2, 47:3, 47:5, 47:9, 47:12,
47:13, 47:15, 47:16, 47:19,
47:20, 47:21, 47:22, 47:23,
48:4, 48:6, 48:7, 48:9, 48:12,
48:13, 48:16, 48:20, 48:21,
48:24, 48:25, 49:9, 49:11,
49:13, 49:16, 49:19, 50:3, 50:4,
50:6, 50:7, 50:8, 50:9, 50:13,
50:19, 50:20, 50:23, 50:25,
51:4, 51:9, 51:13, 51:14, 51:15,
51:16, 51:18, 51:19, 52:6, 52:8,
52:9, 52:17, 52:18, 52:20,
52:21, 53:1, 53:5, 53:6, 53:8,
53:13, 53:15, 53:16, 53:17,
53:18, 53:19, 53:23, 53:24,
54:2, 54:3, 54:7, 54:8, 54:13,
54:15, 54:17, 54:20, 54:21,
54:22, 54:24, 55:3, 55:4, 55:10,
55:16, 55:20, 55:21, 55:22,
55:25, 56:7, 56:9, 56:10, 56:11,
56:12, 56:13, 56:16, 56:17,
56:18, 56:19, 56:20, 56:24,
57:2, 57:3, 57:9, 57:10, 57:13,
57:15, 57:16, 57:21, 57:22,
58:1, 58:2, 58:5, 58:9, 58:12,
58:16, 58:21, 59:3, 59:4, 59:10,
59:12, 59:14, 59:15, 59:17,
59:19, 59:23, 59:24, 60:7, 60:9,
60:10, 60:23, 61:1, 61:3, 61:5,
61:6, 61:10, 61:17, 61:21,
61:25, 62:2, 62:4, 62:5, 62:7,
62:15, 62:19, 62:23, 63:1, 63:3,
63:8, 63:11, 63:13, 63:14,
63:15, 63:21, 63:22, 63:23,
63:24, 64:1, 64:8, 64:10, 64:15,
64:18, 65:2, 65:12, 66:4, 66:8,
66:9, 66:12, 66:14, 66:17,
66:18, 66:20, 66:21, 66:22,
66:25, 67:1, 67:2, 67:6, 67:11,
67:14, 67:16, 67:17, 67:21,
67:22, 67:25, 68:2, 68:4, 68:5,
68:6, 68:7, 68:8, 68:10, 68:11,
68:13, 68:21, 68:24, 68:25,
69:3, 69:4, 69:5, 69:10, 69:15,
69:19, 69:20, 69:23, 69:24,
69:25, 70:3, 70:5, 70:6, 70:15,
70:19, 70:21, 70:23, 71:1, 71:2,
71:13, 71:16, 72:4, 72:9, 72:11,
72:12, 72:13, 72:16, 72:21,
73:12, 73:13, 73:17, 73:18,
73:23, 74:14, 74:21, 75:1, 75:9,
75:11, 75:12, 75:13, 75:16,
75:19, 76:3, 76:10, 76:11,
76:22, 76:23, 76:24, 76:25,
77:4, 77:11, 77:12, 77:14,
77:17, 77:18, 77:22, 78:2, 78:4,
78:7, 78:9, 78:10, 78:14, 78:16,
78:22, 79:1, 79:2, 79:4, 79:5,
79:7, 79:8, 79:11, 79:12, 79:15,

79:16, 79:17, 79:18, 79:21,
79:22, 79:23, 79:24, 80:1, 80:5,
80:6, 80:7, 80:9, 80:10, 80:12,
80:17, 80:18, 80:21, 80:25,
81:1, 81:2, 81:4, 81:6, 81:7,
81:12, 81:25, 82:3, 82:6, 82:7,
82:9, 82:10, 82:11, 82:12,
82:17, 82:20, 82:23, 82:24,
83:1, 83:10, 83:14, 83:18,
83:19, 83:24, 84:7, 84:12,
84:14, 84:15, 84:18, 84:20,
84:23, 84:24, 85:3, 85:4, 85:5,
85:9, 85:12, 85:15, 85:16,
85:23, 86:2, 86:4, 86:5, 86:6,
86:8, 86:9, 86:10, 86:13, 86:17,
86:19, 86:20, 86:22, 86:23,
87:2, 87:5, 87:7, 87:8, 87:14,
87:16, 87:22, 87:25, 88:1, 88:3,
88:4, 88:5, 88:7, 88:9, 88:10,
88:11, 88:13, 88:17, 88:18,
88:19, 88:23, 88:24, 89:3, 89:4,
89:7, 89:13, 89:18, 89:24,
89:25, 90:8, 90:9, 90:12, 90:18,
90:19, 90:20, 90:25, 91:3, 91:5,
91:7, 91:10, 91:13, 91:18,
91:21, 91:23, 92:3, 92:6, 92:7,
92:8, 92:11, 92:18, 92:20, 93:2,
93:5, 93:6, 93:11, 93:15, 93:19,
93:23, 93:24, 94:4, 94:7, 94:8,
94:10, 94:11, 94:13, 94:19,
95:2, 95:3, 95:5, 95:8, 95:12,
95:13, 95:16, 95:19, 95:20,
95:21, 95:25, 96:14, 96:19,
97:4, 97:5, 97:10, 97:13, 97:14,
97:22, 97:23, 98:3, 98:9, 98:12,
98:15, 98:18, 98:21, 98:22,
99:7, 99:8, 99:10, 99:14, 99:16,
99:17, 99:18, 99:19, 99:20,
99:21, 99:24, 100:5, 100:6,
100:7, 100:15, 100:22, 101:1,
101:4, 101:6, 101:8, 101:11,
101:16, 101:19, 101:21,
101:25, 102:1, 102:4, 102:6,
102:8, 102:13, 102:16, 102:17,
102:20, 102:22, 102:24,
102:25, 103:2, 103:4, 103:6,
103:9, 103:17, 103:23, 104:4,
104:6, 104:13, 104:14, 104:15,
104:16, 104:17, 104:20,
104:22, 105:4, 105:5, 105:6,
105:8, 105:9, 105:15, 105:18,
105:19, 105:21, 105:23, 106:5,
106:9, 106:10, 106:12, 106:15,
106:17, 106:18, 106:21, 107:3,
107:4, 107:6, 107:7, 107:8,
107:11, 107:13, 107:18,
107:19, 107:20, 108:12,
108:15, 108:25, 109:1, 109:4,
109:6, 109:7, 109:8, 109:10,
109:12, 109:13, 109:16,
109:23, 109:24, 110:2, 110:9,

110:10, 110:12, 110:22, 111:5,
111:8, 111:9, 111:11, 111:17,
111:19, 111:22, 112:2, 112:3,
112:8, 112:13, 112:14, 112:15,
112:17, 112:18, 113:2, 113:7,
113:8, 113:13, 113:15, 113:17,
113:20, 114:1, 114:6, 114:11,
114:12, 114:14, 114:19,
114:20, 115:5, 115:7, 115:9,
115:10, 115:11, 115:13,
115:14, 115:15, 115:16,
115:21, 115:22, 116:1, 116:8,
116:11, 116:17, 116:20,
116:21, 117:1, 117:3, 117:5,
117:8, 117:12, 117:13, 117:17,
117:18, 118:6, 118:9, 118:14,
118:15, 118:16, 118:17,
118:22, 119:1, 119:2, 119:11,
119:15, 119:16, 119:18,
119:22, 119:23, 119:25, 120:3,
120:4, 120:5, 120:7, 121:6,
121:12, 121:16, 121:21,
121:22, 122:1, 122:15, 122:21,
123:1, 123:2, 123:3, 123:16,
123:19, 123:25, 124:1, 124:5,
124:18, 124:21, 124:24, 125:1,
125:2, 125:9, 125:10, 125:11,
125:13, 125:15, 125:18,
125:22, 125:23, 125:24, 126:2,
126:3, 126:8, 126:10, 126:13,
126:14, 126:15, 126:16,
126:23, 127:4, 127:5, 127:8,
127:11, 127:16, 127:17,
127:21, 127:22, 127:23, 128:3,
128:6, 128:9, 128:11, 128:13,
128:16, 128:17, 128:18,
128:23, 128:25, 129:3, 129:7,
129:9, 129:15, 129:24, 130:5,
130:6, 130:10, 130:12, 130:13,
130:18, 130:19, 130:21,
130:24, 130:25, 131:1, 131:8,
131:9, 131:14, 131:15, 131:17,
131:19, 131:21, 131:23,
131:24, 132:3, 132:4, 132:5,
132:6, 132:14, 132:18, 132:20,
132:21, 132:22, 132:24,
132:25, 133:4, 133:5, 133:8,
133:11, 133:13, 133:15,
133:16, 133:18, 133:19,
133:20, 133:21, 133:24,
133:25, 134:4, 134:6, 134:8,
134:24, 135:6, 135:7, 135:8,
135:9, 135:11, 135:14, 135:20,
135:22, 135:23, 135:24, 136:3,
136:6, 136:8, 136:10, 136:17,
136:20, 137:1, 137:3, 137:9,
137:11, 137:13, 137:14,
137:15, 137:18, 137:22, 138:3,
138:10, 138:11, 138:14,
138:15, 138:17, 138:18,
138:19, 138:21, 138:22,

138:23, 138:25, 139:1, 139:2,
139:3, 139:4, 139:5, 139:7,
139:8, 139:9, 139:11, 139:12,
139:14, 139:17, 139:18,
139:19, 139:21, 139:22, 140:8,
140:9, 140:10, 140:12, 140:16,
141:3, 141:8, 141:10, 141:13,
141:16, 141:17, 141:19,
141:21, 142:5, 142:7, 142:8,
142:10, 142:19, 142:21,
142:24, 142:25, 143:1, 143:7,
143:9, 143:14, 143:17, 143:22,
143:23, 143:24, 143:25, 144:2,
144:6, 144:15, 144:16, 144:19,
144:21, 145:2, 145:3, 145:7,
145:14, 145:15, 145:16,
145:19, 145:21, 145:22,
145:23, 146:3, 146:8, 146:9,
146:15, 146:18, 146:20,
146:21, 146:25, 147:1, 147:2,
147:4, 147:6, 147:10, 147:13,
147:16, 147:23, 147:25, 148:1,
148:2, 148:3, 148:7, 148:10,
148:11, 148:15, 148:17,
148:21, 149:2, 149:3, 149:5,
149:12, 149:15, 149:17,
149:18, 149:19, 149:20,
149:24, 151:7, 151:8, 151:9

**their** [83] - 6:19, 7:4, 17:24,
21:21, 22:6, 27:20, 28:16,
29:17, 34:15, 39:5, 39:11,
46:24, 49:11, 51:16, 53:20,
56:21, 57:18, 58:3, 58:14,
58:19, 59:24, 60:2, 60:4, 60:11,
60:19, 61:16, 62:22, 64:2, 64:9,
64:25, 65:15, 67:6, 67:23,
68:13, 68:14, 68:17, 70:12,
70:13, 70:16, 70:18, 71:8,
82:25, 83:16, 90:11, 90:14,
91:5, 94:11, 95:3, 100:24,
112:1, 112:4, 114:10, 114:17,
115:18, 115:24, 117:7, 117:8,
123:1, 123:18, 124:20, 124:23,
126:17, 132:1, 133:20, 135:25,
136:19, 136:22, 136:23,
138:13, 138:16, 138:25, 139:3,
140:25, 144:21, 144:23,
145:17, 148:18, 148:19

**them** [75] - 6:9, 9:4, 13:6, 13:23,
16:7, 16:20, 22:11, 22:16,
22:17, 22:24, 24:6, 28:1, 28:25,
29:24, 30:6, 30:10, 30:17,
34:24, 40:1, 40:9, 40:13, 40:19,
40:21, 43:12, 44:23, 46:14,
58:9, 61:22, 62:16, 65:19,
66:18, 67:6, 69:10, 69:22,
70:11, 70:18, 80:24, 85:17,
87:19, 87:21, 90:22, 90:24,
91:9, 95:19, 98:20, 103:2,
108:4, 109:8, 114:13, 114:17,
115:23, 115:25, 117:17,

117:18, 117:23, 121:7, 121:15,
123:20, 125:2, 128:21, 128:23,
131:10, 131:18, 132:2, 132:3,
132:4, 136:2, 138:10, 138:11,
138:25, 144:3

**themes** [1] - 75:17

**themselves** [12] - 16:22, 23:1,
34:20, 34:22, 48:14, 79:3,
82:23, 91:22, 141:1, 143:2,
143:23

**then** [92] - 5:17, 8:9, 10:20,
10:25, 13:10, 16:16, 20:20,
22:13, 23:4, 23:18, 24:3, 25:2,
25:25, 26:16, 31:4, 32:3, 34:5,
34:6, 35:23, 39:17, 40:11,
41:22, 42:12, 49:6, 49:11, 50:3,
50:7, 50:10, 52:19, 52:21,
53:15, 56:11, 58:5, 59:25,
60:10, 61:23, 63:15, 63:17,
68:1, 70:2, 75:13, 76:1, 76:4,
77:21, 77:23, 78:1, 78:7, 78:21,
78:23, 80:12, 80:13, 80:21,
84:22, 86:23, 91:22, 96:23,
98:10, 99:10, 99:19, 101:8,
102:1, 106:18, 107:16, 107:22,
114:12, 114:19, 114:20, 116:8,
116:12, 116:15, 116:20,
116:25, 117:6, 117:7, 117:8,
117:21, 118:8, 121:20, 122:21,
123:13, 123:15, 123:18, 125:1,
132:25, 133:11, 134:3, 136:24,
139:16, 141:25, 145:2

**theoretically** [1] - 35:11

**theory** [9] - 6:20, 72:9, 91:3,
91:5, 113:16, 129:3, 131:15,
139:9, 148:2

**Therapeutics** [1] - 5:22

**There** [1] - 70:25

**there** [92] - 4:15, 5:19, 6:16,
8:10, 8:15, 11:13, 17:3, 17:9,
17:20, 18:7, 18:23, 19:5, 21:21,
26:13, 27:3, 27:14, 27:17,
29:18, 30:9, 30:14, 30:17,
33:10, 33:21, 34:4, 34:8, 38:21,
41:1, 41:9, 41:14, 41:22, 41:23,
41:24, 45:2, 46:24, 47:4, 49:10,
50:8, 50:12, 50:21, 51:5, 56:17,
59:21, 62:20, 63:5, 64:14,
65:23, 66:10, 66:19, 67:4,
69:13, 70:8, 75:11, 75:12,
76:18, 81:10, 85:7, 85:17, 87:4,
88:8, 88:21, 88:22, 89:20,
91:14, 92:14, 98:20, 100:14,
101:2, 101:6, 116:2, 116:15,
117:15, 117:24, 125:20,
126:11, 130:4, 130:11, 132:7,
136:22, 137:6, 137:7, 137:16,
139:15, 141:7, 142:18, 143:18,
143:25, 144:17, 146:9, 146:22,
146:23, 147:17

**there'll** [1] - 109:24

**there's** [38] - 5:10, 11:13, 15:12,
18:23, 21:14, 23:25, 24:5,
26:11, 26:17, 31:3, 31:4, 37:1,
66:11, 72:18, 75:13, 76:14,
77:8, 79:15, 79:25, 81:16,
91:18, 92:13, 102:16, 106:15,
108:17, 109:5, 114:5, 115:9,
116:12, 116:23, 117:13,
117:23, 127:25, 141:12,
141:19, 143:3, 146:14, 146:15

**therefore** [2] - 84:12, 121:10

**these** [138] - 9:3, 9:13, 11:21,
12:23, 13:2, 13:3, 14:9, 14:12,
14:15, 15:3, 15:4, 15:7, 15:22,
16:14, 16:20, 20:7, 22:10,
22:15, 25:14, 25:15, 26:8,
26:12, 26:18, 28:14, 30:5,
30:15, 33:15, 34:13, 35:16,
38:15, 41:10, 41:16, 42:15,
42:17, 42:19, 43:13, 43:21,
44:24, 45:15, 46:12, 47:9,
47:17, 47:21, 48:7, 48:11,
48:13, 51:18, 52:1, 54:7, 57:5,
60:22, 61:3, 62:8, 62:11, 63:7,
65:25, 66:6, 66:7, 66:18, 67:15,
68:24, 71:8, 71:13, 72:24,
74:21, 74:22, 75:22, 75:24,
76:5, 78:14, 79:7, 80:19, 82:2,
82:22, 84:7, 85:17, 87:1, 87:6,
88:18, 88:20, 89:25, 92:12,
92:21, 94:2, 94:12, 94:25, 97:1,
97:7, 99:8, 101:18, 106:7,
107:3, 107:7, 107:15, 108:2,
108:12, 108:18, 109:16, 110:1,
111:7, 114:2, 115:22, 116:9,
117:18, 117:22, 118:4, 118:7,
118:25, 120:13, 122:10, 124:1,
124:19, 125:14, 126:6, 128:14,
129:25, 130:9, 130:23, 131:12,
131:25, 135:2, 142:6, 144:7,
144:14, 146:14, 149:1, 149:2

**they** [387] - 5:18, 6:20, 7:9, 8:16,
9:8, 10:1, 12:13, 13:20, 13:22,
15:16, 15:17, 16:7, 16:15,
16:23, 16:24, 16:25, 18:1,
19:16, 19:18, 19:23, 20:10,
20:15, 20:18, 20:19, 20:20,
20:22, 20:23, 22:5, 22:15,
22:25, 23:25, 24:1, 24:13, 25:5,
26:8, 26:11, 28:14, 28:15,
29:21, 30:4, 30:7, 30:10, 30:13,
30:14, 30:22, 31:3, 31:6, 31:9,
31:10, 31:11, 31:17, 31:18,
32:1, 33:11, 33:12, 33:16, 34:6,
34:8, 34:11, 34:15, 35:16,
35:21, 35:22, 37:14, 37:16,
38:5, 38:13, 39:6, 39:10, 39:22,
39:25, 40:9, 40:14, 40:15,
40:16, 40:17, 40:20, 41:22,

42:18, 43:1, 43:14, 43:16,
43:17, 44:4, 45:19, 46:17,
46:18, 46:23, 46:24, 47:11,
47:22, 48:9, 49:6, 49:12, 49:18,
49:20, 49:21, 49:22, 49:23,
49:24, 50:2, 50:3, 50:4, 50:5,
50:10, 50:13, 50:21, 51:4, 51:5,
51:6, 51:14, 51:15, 51:22, 52:1,
52:7, 52:12, 52:13, 53:7, 53:19,
54:6, 54:25, 55:2, 55:7, 55:19,
55:23, 56:10, 56:11, 56:21,
57:2, 57:15, 57:18, 57:20, 58:1,
58:3, 58:5, 58:10, 58:11, 58:13,
58:14, 58:17, 58:22, 58:23,
59:3, 59:4, 59:5, 59:6, 59:24,
59:25, 60:1, 60:2, 60:9, 60:10,
60:11, 60:13, 60:16, 60:21,
60:22, 61:10, 61:11, 61:16,
61:17, 61:18, 61:24, 61:25,
62:5, 62:20, 63:17, 63:19,
63:24, 64:2, 64:17, 66:19, 67:2,
67:4, 67:10, 67:11, 67:12,
67:22, 67:24, 68:1, 68:6, 68:14,
69:1, 69:4, 69:22, 70:13, 70:15,
70:16, 70:17, 71:3, 71:14,
73:15, 73:16, 76:24, 77:12,
77:15, 77:20, 77:25, 78:3, 78:7,
78:21, 79:3, 79:4, 79:14, 79:19,
79:24, 80:15, 80:20, 80:22,
80:23, 81:1, 81:2, 81:5, 82:25,
83:1, 83:15, 84:24, 85:8, 85:18,
86:1, 87:6, 87:8, 87:9, 87:12,
87:13, 88:4, 88:8, 89:19, 89:24,
90:22, 91:22, 93:20, 94:23,
95:3, 95:11, 95:17, 96:10,
96:16, 96:22, 97:8, 98:20,
99:22, 100:20, 101:11, 101:12,
103:1, 103:3, 103:9, 104:20,
105:21, 107:20, 109:19,
109:20, 110:5, 110:6, 111:15,
111:20, 112:3, 112:17, 112:19,
113:16, 113:21, 114:3, 114:12,
114:15, 114:19, 114:22, 115:1,
115:2, 115:3, 115:22, 115:24,
115:25, 116:1, 116:2, 116:23,
117:6, 117:16, 117:21, 118:5,
118:6, 118:20, 118:23, 119:5,
120:12, 120:14, 121:8, 121:18,
121:23, 121:24, 121:25, 122:2,
122:18, 122:19, 122:20,
122:22, 122:25, 123:21,
123:25, 124:2, 124:4, 124:22,
125:1, 125:4, 126:17, 127:9,
128:11, 129:4, 129:5, 129:6,
129:8, 129:15, 130:13, 131:16,
131:19, 132:1, 132:2, 132:5,
132:8, 132:9, 132:18, 132:23,
133:1, 133:2, 133:7, 133:11,
133:19, 133:20, 133:23, 134:2,
135:8, 135:10, 136:23, 136:24,
137:25, 138:1, 138:9, 138:15,

138:23, 139:17, 140:24, 141:1,
141:2, 142:20, 144:2, 144:4,
144:6, 144:8, 144:12, 144:20,
144:22, 145:23, 145:24, 146:1,
146:23, 148:15, 148:17,
148:19, 148:22, 149:5
**they'd** [2] - 135:3, 135:4
**they'll** [6] - 28:16, 28:17,
100:23, 107:9, 114:25, 123:23
**they're** [108] - 6:21, 9:14, 10:2,
10:8, 10:14, 11:18, 12:17,
12:21, 18:24, 19:2, 20:18,
22:12, 24:21, 29:12, 31:13,
31:15, 31:16, 34:23, 38:16,
38:17, 38:23, 39:16, 41:17,
41:23, 45:16, 48:8, 50:8, 50:11,
51:2, 54:15, 54:20, 54:21,
57:18, 57:24, 58:12, 62:4, 63:2,
63:3, 63:13, 65:3, 65:10, 65:11,
67:17, 67:18, 67:23, 68:7, 68:9,
68:25, 69:5, 69:17, 70:14, 72:8,
74:8, 74:12, 74:13, 76:7, 77:19,
83:14, 83:18, 84:8, 86:21, 88:6,
90:10, 92:4, 93:14, 94:14,
94:17, 96:23, 97:1, 97:2, 98:8,
101:20, 104:18, 105:22, 106:5,
107:4, 107:16, 112:6, 112:7,
112:14, 113:23, 114:16,
117:21, 118:7, 119:6, 119:7,
119:8, 120:11, 121:10, 128:24,
129:18, 130:21, 132:18, 133:6,
133:7, 133:10, 133:24, 135:6,
135:10, 138:10, 142:4, 142:5,
145:22
**they've** [25] - 7:20, 12:15, 16:12,
17:24, 19:6, 29:23, 36:13,
56:22, 64:8, 76:25, 77:5, 77:10,
80:6, 80:7, 82:18, 86:3, 86:4,
93:19, 93:20, 94:25, 107:20,
115:23, 134:5
**thing** [20] - 9:10, 14:7, 14:10,
17:8, 31:8, 54:15, 55:4, 68:6,
68:13, 79:15, 79:21, 80:21,
83:10, 88:13, 96:10, 99:14,
108:20, 131:23, 135:10, 140:11
**things** [30] - 3:20, 15:19, 39:7,
39:20, 40:8, 46:22, 47:9, 47:14,
47:18, 47:21, 47:23, 57:5,
65:24, 66:5, 66:6, 66:14, 71:19,
72:4, 83:19, 91:22, 92:1, 108:3,
111:24, 114:21, 115:24,
119:23, 135:18, 147:19,
149:11, 149:23
**think** [68] - 3:10, 4:7, 8:13,
10:13, 12:4, 12:25, 14:14,
14:25, 18:23, 26:22, 32:8,
32:11, 34:1, 39:16, 41:13,
43:10, 43:16, 44:4, 56:10,
57:18, 61:9, 62:1, 62:9, 62:13,
62:21, 63:22, 64:1, 64:23, 67:4,

67:10, 67:20, 71:12, 71:18,
80:16, 89:2, 94:18, 97:17,
97:18, 98:13, 98:19, 103:8,
107:5, 107:14, 109:7, 109:8,
109:18, 114:25, 116:9, 119:20,
121:8, 122:2, 123:16, 129:20,
130:7, 130:11, 130:13, 135:1,
135:4, 136:14, 137:2, 137:4,
138:4, 139:21, 139:25, 140:12,
140:22, 143:5, 149:24
**thinking** [1] - 3:11
**thinks** [3] - 43:3, 45:7, 135:9
**third** [1] - 65:24
**this** [360] - 4:16, 4:18, 5:6, 6:15,
6:17, 6:23, 7:1, 7:7, 7:16, 7:22,
8:24, 9:6, 10:3, 10:17, 11:8,
11:18, 11:20, 13:7, 13:18,
13:24, 16:9, 17:9, 17:12, 18:24,
19:8, 20:15, 20:16, 20:17,
22:17, 22:18, 22:21, 23:23,
24:1, 24:14, 24:20, 24:22,
25:12, 25:13, 25:20, 26:2, 26:3,
27:16, 28:22, 28:24, 29:5, 30:4,
30:19, 30:23, 31:1, 32:4, 32:15,
33:11, 34:8, 35:1, 35:17, 35:18,
35:20, 36:2, 36:4, 37:18, 39:2,
40:18, 40:22, 40:24, 41:8,
41:14, 42:4, 43:6, 43:9, 43:15,
43:19, 43:24, 44:10, 44:14,
44:16, 44:17, 44:18, 44:25,
45:8, 45:18, 45:20, 47:11,
47:21, 48:15, 48:20, 48:21,
49:12, 49:19, 49:21, 50:2,
50:18, 51:2, 51:12, 52:16,
52:25, 53:10, 53:12, 53:14,
53:20, 53:22, 53:23, 54:3, 54:4,
54:6, 54:7, 54:9, 54:11, 54:12,
54:21, 54:24, 54:25, 55:23,
55:24, 56:2, 56:3, 56:6, 56:20,
56:22, 57:5, 58:1, 59:9, 59:17,
59:18, 60:1, 60:8, 61:1, 61:3,
61:7, 61:12, 61:13, 63:1, 63:18,
64:8, 65:7, 66:9, 66:24, 67:5,
67:7, 67:24, 68:8, 68:9, 69:3,
69:8, 69:11, 71:19, 71:22,
72:11, 72:13, 72:19, 72:20,
73:3, 73:12, 73:13, 74:2, 74:9,
74:14, 74:19, 75:17, 76:4, 77:5,
77:11, 77:25, 78:1, 78:5, 78:10,
78:11, 78:20, 79:1, 79:14,
79:16, 80:2, 80:7, 81:18, 81:23,
83:6, 83:8, 83:17, 84:1, 84:5,
84:7, 85:2, 85:5, 85:23, 86:1,
86:8, 86:12, 87:10, 87:19,
87:21, 88:12, 88:16, 89:15,
89:17, 90:12, 90:16, 90:23,
90:24, 91:10, 91:13, 92:3,
92:18, 92:19, 93:4, 93:5, 93:6,
93:7, 93:17, 94:23, 95:6, 95:19,
95:25, 96:3, 96:10, 96:14,
96:15, 96:17, 96:22, 96:24,

97:12, 98:5, 98:9, 99:1, 99:10, 99:21, 100:6, 101:1, 101:2, 101:21, 101:22, 101:23, 102:1, 102:5, 102:6, 102:11, 102:23, 103:3, 103:6, 103:7, 103:8, 103:12, 103:22, 105:5, 105:9, 106:19, 106:20, 106:25, 107:9, 107:18, 107:19, 107:22, 108:1, 108:9, 108:18, 108:23, 109:2, 109:11, 109:15, 111:1, 112:5, 113:18, 114:2, 114:3, 114:7, 114:16, 114:18, 115:13, 115:16, 115:19, 116:6, 116:25, 117:4, 117:6, 117:12, 118:2, 118:24, 119:11, 120:9, 121:9, 122:7, 122:18, 122:25, 123:6, 123:8, 123:12, 123:21, 123:23, 124:5, 124:10, 124:24, 125:5, 125:9, 126:1, 126:6, 126:9, 126:17, 126:20, 127:3, 127:10, 127:14, 127:18, 127:20, 127:21, 127:22, 128:1, 128:8, 128:25, 129:20, 129:22, 131:1, 131:8, 131:13, 132:10, 132:13, 132:21, 133:5, 133:8, 133:15, 134:1, 134:9, 135:21, 136:9, 136:15, 137:8, 137:22, 139:12, 140:8, 141:8, 141:24, 142:14, 144:1, 144:5, 144:20, 144:24, 147:22, 147:23, 148:7, 148:15, 148:25, 149:10, 149:15

**Thomas** [1] - 1:17

**those** [42] - 5:19, 6:2, 15:4, 15:15, 15:19, 16:6, 17:1, 17:10, 25:3, 30:14, 39:20, 39:25, 40:8, 47:4, 52:25, 60:22, 64:24, 65:1, 65:18, 66:18, 76:19, 82:10, 85:22, 86:20, 87:1, 89:20, 97:22, 97:24, 99:18, 110:7, 114:21, 117:14, 118:19, 134:20, 144:23, 145:8, 145:17, 145:21, 149:22

**though** [8] - 17:20, 20:13, 28:13, 28:18, 43:11, 68:17, 106:12, 114:14

**thought** [8] - 17:6, 82:8, 83:3, 89:4, 93:9, 93:12, 106:25, 127:3

**thousands** [3] - 63:6, 70:10, 70:18

**three** [6] - 14:24, 84:24, 87:17, 121:3, 124:8, 147:12

**three-month** [1] - 147:12

**three-quarters** [1] - 121:3

**through** [39] - 5:18, 8:8, 8:9, 10:3, 13:17, 14:13, 30:8, 31:13, 33:21, 35:16, 38:13, 43:12, 75:10, 75:18, 75:24, 76:1, 76:9, 76:15, 76:16, 87:6, 91:7, 91:9, 110:1, 114:1, 118:18, 118:19,

123:6, 123:11, 124:13, 128:14, 129:10, 130:3, 134:11, 139:7, 139:9, 142:19, 145:17, 146:6

**throughout** [2] - 13:8, 15:20

**throw** [1] - 89:19

**throwaway** [1] - 81:16

**throwing** [1] - 62:2

**thrust** [1] - 91:21

**thumb** [1] - 77:8

**thumb-downs** [1] - 77:8

**thumbs** [1] - 77:8

**thumbs-up** [1] - 77:8

**ticker** [9] - 62:15, 67:3, 78:15, 84:14, 85:4, 96:8, 96:9, 105:7, 114:2

**tickers** [14] - 63:8, 63:11, 67:8, 73:13, 73:17, 74:13, 86:13, 86:14, 86:20, 86:21, 99:21, 103:6, 118:19, 121:13

**tidy** [1] - 60:8

**tied** [2] - 20:13, 95:15

**tighter** [1] - 109:22

**till** [3] - 9:21, 91:14, 140:20

**time** [58] - 7:18, 10:24, 12:16, 17:25, 21:7, 21:8, 22:17, 23:6, 26:25, 27:16, 27:21, 28:5, 28:16, 32:12, 33:4, 33:8, 35:4, 35:7, 37:20, 39:23, 41:20, 45:6, 45:11, 47:16, 51:13, 61:18, 63:7, 64:6, 64:8, 64:10, 64:12, 64:16, 65:20, 66:9, 67:5, 67:9, 69:25, 71:18, 72:6, 72:21, 74:20, 82:17, 85:12, 91:3, 91:13, 93:2, 106:15, 106:16, 114:20, 124:18, 125:14, 126:14, 129:9, 129:20, 133:19, 134:12, 139:8, 149:20

**timeline** [1] - 57:17

**times** [7] - 14:17, 35:22, 57:7, 69:8, 101:8, 123:9, 131:20

**tiny** [2] - 26:9, 31:2

**Title** [1] - 151:6

**to** [951] - 3:8, 3:18, 3:21, 3:25, 4:1, 4:2, 4:8, 4:10, 4:25, 5:5, 5:19, 5:21, 6:5, 6:13, 6:18, 6:19, 6:21, 6:22, 6:24, 7:3, 7:4, 7:9, 7:11, 7:12, 7:21, 8:4, 8:8, 8:11, 8:14, 8:17, 8:20, 8:22, 9:4, 9:17, 9:19, 9:20, 9:25, 10:2, 10:12, 10:13, 11:7, 11:11, 11:18, 11:19, 11:24, 11:25, 12:2, 12:5, 12:12, 12:13, 12:14, 12:15, 12:16, 12:17, 12:19, 12:21, 12:25, 13:1, 13:2, 13:3, 13:5, 13:6, 13:7, 13:10, 13:14, 13:15, 13:16, 14:3, 14:8, 14:9, 14:10, 14:11, 14:17, 14:21, 15:3, 15:6, 15:8, 15:9, 15:11, 15:13, 15:15, 15:17, 15:20, 15:22, 16:1, 16:10, 16:13,

16:15, 16:18, 16:19, 16:20, 17:2, 17:4, 17:9, 17:12, 17:15, 17:22, 18:2, 18:8, 18:10, 19:14, 19:15, 19:17, 19:20, 19:21, 19:24, 20:2, 20:4, 20:8, 20:11, 20:13, 20:19, 20:25, 21:2, 21:3, 21:9, 21:14, 21:24, 22:2, 22:8, 22:11, 22:12, 22:15, 22:16, 22:19, 22:21, 22:22, 22:24, 23:11, 23:17, 23:18, 23:23, 24:4, 24:6, 24:10, 24:19, 24:20, 24:24, 24:25, 25:2, 25:3, 25:5, 25:6, 25:9, 25:10, 25:12, 25:15, 26:3, 26:5, 26:6, 26:7, 27:13, 27:21, 28:4, 28:20, 29:2, 29:6, 29:7, 29:12, 29:14, 29:17, 29:24, 30:2, 30:8, 30:10, 30:13, 30:15, 31:6, 31:10, 31:13, 31:16, 31:17, 31:19, 31:20, 31:21, 31:23, 32:1, 32:4, 32:5, 32:7, 32:12, 32:14, 32:16, 32:23, 33:1, 33:8, 33:11, 34:1, 34:2, 34:24, 35:3, 35:4, 35:7, 35:18, 35:19, 36:20, 37:4, 37:9, 37:10, 37:12, 37:15, 37:18, 38:3, 38:12, 38:17, 38:22, 38:23, 38:24, 39:8, 39:10, 39:13, 40:6, 40:8, 40:10, 40:11, 40:12, 40:14, 40:16, 40:17, 40:18, 40:19, 40:20, 40:25, 41:3, 41:5, 41:7, 42:1, 42:5, 42:8, 42:11, 42:15, 42:17, 42:23, 42:25, 43:6, 43:7, 43:8, 43:11, 43:12, 43:16, 43:17, 43:21, 43:25, 44:3, 44:4, 44:5, 44:6, 44:8, 44:9, 44:11, 44:12, 44:13, 44:16, 44:20, 44:21, 44:22, 45:1, 45:12, 45:13, 45:21, 45:25, 46:11, 46:12, 46:14, 47:9, 47:10, 47:21, 47:22, 48:1, 48:5, 49:3, 49:4, 49:5, 49:9, 49:20, 49:24, 50:3, 50:4, 50:7, 50:15, 50:17, 50:23, 51:5, 51:11, 51:18, 51:19, 52:1, 52:5, 52:6, 52:11, 52:15, 52:16, 52:17, 52:18, 52:21, 52:22, 52:23, 52:24, 53:2, 53:5, 53:14, 54:14, 54:22, 55:3, 55:11, 55:23, 55:24, 55:25, 56:4, 56:10, 56:12, 56:16, 56:19, 57:1, 57:2, 57:11, 57:15, 57:16, 57:17, 57:18, 57:19, 57:20, 57:22, 57:23, 57:24, 58:4, 58:9, 58:10, 58:12, 58:14, 58:19, 58:20, 58:22, 58:24, 59:4, 59:8, 59:9, 59:10, 59:13, 59:22, 59:24, 60:1, 60:2, 60:3, 60:4, 60:13, 60:14, 60:16, 60:18, 60:21, 61:8, 61:10, 61:11, 61:13, 61:17, 61:20, 62:4, 62:6, 62:22, 62:23, 63:1, 63:2, 63:5,

63:9, 63:18, 64:5, 64:6, 64:15, 64:18, 64:24, 64:25, 65:8, 65:12, 65:18, 66:8, 66:9, 66:21, 66:22, 66:25, 67:6, 67:12, 67:14, 67:16, 67:21, 67:22, 68:1, 68:3, 68:7, 68:9, 68:15, 68:18, 68:20, 68:21, 68:25, 69:4, 69:5, 69:6, 69:8, 69:24, 70:1, 70:5, 70:8, 70:11, 70:12, 70:13, 70:15, 70:22, 70:23, 70:24, 71:4, 71:6, 71:8, 71:9, 71:12, 71:14, 71:20, 71:21, 72:1, 72:5, 72:12, 72:15, 72:20, 72:24, 73:13, 73:16, 73:17, 74:5, 74:9, 74:13, 74:17, 75:3, 75:6, 75:21, 75:22, 76:3, 76:14, 76:19, 76:21, 76:22, 76:24, 77:13, 77:15, 77:19, 77:21, 77:25, 78:8, 78:9, 78:16, 78:20, 79:8, 79:9, 79:10, 79:17, 79:19, 80:9, 80:10, 80:13, 80:16, 80:18, 80:19, 80:20, 80:24, 81:13, 81:14, 81:15, 81:17, 82:3, 82:6, 82:9, 82:10, 82:12, 82:15, 82:16, 83:4, 83:6, 83:7, 83:10, 83:13, 83:15, 83:16, 83:19, 83:21, 83:22, 84:1, 84:2, 84:4, 84:6, 84:8, 84:10, 84:11, 84:17, 84:20, 84:23, 84:25, 85:6, 85:11, 85:12, 85:13, 85:20, 86:12, 86:16, 86:25, 87:2, 87:3, 87:4, 87:7, 87:18, 88:2, 88:7, 88:16, 88:18, 88:19, 88:20, 89:5, 89:11, 89:14, 89:17, 89:19, 89:22, 89:23, 89:24, 90:11, 90:21, 90:23, 91:10, 91:12, 91:17, 91:19, 91:22, 92:1, 92:7, 92:17, 92:19, 92:22, 93:5, 93:8, 93:9, 93:12, 93:13, 93:14, 93:21, 93:22, 93:23, 94:16, 94:19, 94:23, 95:7, 95:13, 95:15, 95:21, 96:1, 96:6, 96:16, 96:17, 96:22, 96:24, 96:25, 97:1, 97:6, 97:8, 97:12, 97:13, 97:15, 98:3, 98:4, 98:5, 98:6, 98:18, 98:19, 98:21, 98:22, 99:2, 99:8, 99:9, 99:11, 99:16, 99:17, 99:18, 99:20, 100:18, 100:24, 101:2, 101:8, 101:14, 101:17, 101:22, 102:11, 102:12, 102:19, 102:20, 102:25, 103:4, 103:5, 103:7, 103:9, 103:12, 103:22, 103:23, 103:24, 104:4, 104:8, 104:12, 104:16, 104:18, 104:24, 104:25, 105:1, 105:6, 105:7, 106:9, 106:10, 106:14, 106:17, 106:18, 106:20, 106:21, 106:24, 107:4, 107:7, 107:10, 107:13, 107:15,

107:21, 107:22, 108:1, 108:4, 108:12, 108:18, 108:21, 108:24, 109:3, 109:4, 109:8, 109:9, 109:15, 109:17, 109:19, 110:2, 110:10, 110:11, 110:12, 110:13, 110:16, 110:20, 110:21, 110:23, 111:1, 111:2, 111:4, 111:6, 111:11, 111:13, 111:14, 111:16, 111:17, 112:1, 112:3, 112:13, 112:15, 112:18, 112:24, 113:1, 113:2, 113:10, 113:18, 113:22, 113:23, 114:13, 114:14, 114:16, 114:17, 114:22, 114:25, 115:15, 115:20, 116:4, 116:9, 117:16, 117:18, 117:24, 118:5, 118:14, 119:12, 119:13, 120:8, 121:4, 121:16, 121:18, 121:21, 121:23, 121:24, 121:25, 122:14, 122:19, 123:4, 123:5, 123:7, 123:12, 123:13, 123:17, 123:21, 123:25, 124:1, 124:12, 124:14, 124:16, 124:18, 124:23, 125:5, 125:9, 125:12, 125:15, 125:21, 125:22, 126:1, 126:3, 126:18, 126:23, 127:1, 127:2, 127:5, 127:9, 127:10, 127:15, 127:18, 128:1, 128:5, 128:7, 128:13, 128:16, 128:19, 128:21, 128:24, 128:25, 129:2, 129:5, 129:6, 129:25, 130:1, 130:5, 130:6, 130:8, 130:12, 130:19, 130:24, 131:6, 131:7, 131:9, 131:10, 131:17, 131:18, 132:1, 132:2, 132:4, 132:9, 132:19, 132:23, 133:5, 133:10, 133:13, 133:23, 133:25, 134:3, 134:6, 134:9, 134:10, 134:11, 134:15, 134:16, 134:19, 134:20, 136:12, 136:16, 136:17, 136:18, 136:19, 136:21, 136:23, 137:5, 137:6, 137:8, 137:15, 137:21, 138:3, 138:4, 138:7, 138:9, 138:10, 138:20, 138:25, 139:2, 139:3, 139:4, 139:8, 139:22, 139:23, 140:1, 140:3, 140:24, 141:1, 141:18, 141:24, 142:10, 142:16, 142:20, 143:2, 143:3, 143:6, 143:13, 143:14, 143:15, 143:24, 144:3, 144:12, 144:15, 144:16, 144:23, 144:24, 144:25, 145:24, 146:1, 146:3, 146:9, 146:11, 146:19, 147:1, 147:2, 147:4, 147:6, 147:12, 147:13, 147:16, 147:18, 148:1, 148:2, 148:8, 148:9, 148:10, 148:11, 148:12, 148:15, 148:16, 148:22, 148:23, 148:25, 149:1, 149:5, 149:9,

149:11, 149:12, 149:13, 149:14, 149:15, 149:23, 149:24, 149:25, 151:6

**today** [10] - 3:24, 33:2, 74:2, 96:20, 123:7, 125:5, 145:4, 148:24, 149:24

**together** [18] - 29:6, 29:7, 39:23, 40:8, 54:12, 69:2, 78:22, 79:9, 79:24, 80:7, 80:20, 87:10, 94:5, 94:6, 94:25, 98:9, 99:9, 130:25

**told** [4] - 13:20, 88:17, 89:13, 98:15

**Tommy** [3] - 71:6, 77:16, 131:2

**tomorrow** [2] - 3:25, 78:20

**ton** [1] - 88:20

**tonight** [1] - 3:12

**tons** [2] - 127:13, 145:1

**too** [6] - 32:10, 65:4, 98:25, 113:9, 126:22, 128:8

**took** [6] - 5:7, 41:21, 47:2, 117:2, 124:19, 146:16

**top** [9] - 27:6, 48:21, 79:24, 80:8, 80:25, 84:24, 86:5, 87:5, 95:10

**topic** [1] - 99:6

**total** [3] - 17:25, 19:2, 108:25

**totally** [4] - 43:10, 57:7, 88:3, 135:9

**tough** [1] - 75:4

**touting** [1] - 10:15

**trace** [2] - 148:12, 149:1

**track** [2] - 113:2, 123:2

**trade** [21] - 7:25, 8:9, 17:10, 17:16, 20:25, 26:24, 28:14, 64:11, 66:13, 71:21, 72:2, 73:16, 77:13, 77:15, 77:21, 79:19, 79:20, 80:16, 116:14, 128:6

**traded** [10] - 8:4, 8:7, 8:10, 77:24, 78:9, 80:17, 88:11, 88:15, 129:5, 142:9

**trader** [1] - 26:22

**trades** [4] - 71:7, 112:17, 120:22

**trading** [48] - 6:14, 6:19, 8:6, 9:10, 10:8, 10:10, 11:2, 11:12, 11:14, 12:1, 12:2, 13:19, 13:22, 13:25, 15:8, 17:25, 18:9, 19:2, 19:19, 19:25, 20:16, 21:8, 21:25, 23:25, 24:6, 28:13, 60:10, 71:23, 71:24, 72:7, 72:8, 76:11, 79:13, 79:14, 82:20, 82:21, 88:1, 98:23, 114:2, 114:4, 119:7, 119:10, 120:9, 140:12, 140:14, 140:15, 143:21

**Trading** [1] - 140:9

**traditional** [12] - 111:18, 111:23, 113:6, 113:13, 117:12, 117:13, 120:17, 120:18,

120:19, 132:16, 132:17, 133:15
**traipsed** [1] - 23:21
**transactions** [2] - 72:9, 111:14
**transcript** [2] - 2:6, 151:8
**TRANSCRIPT** [1] - 1:11
**tree** [1] - 33:20
**tremendously** [1] - 133:9
**trial** [27] - 19:3, 19:7, 25:7,
42:10, 45:9, 45:10, 52:18, 56:1,
71:1, 76:23, 77:18, 89:14,
92:25, 107:2, 107:17, 109:9,
124:9, 134:11, 136:12, 139:7,
139:9, 139:14, 140:16, 144:25,
145:1, 147:12, 148:6
**tried** [7] - 41:5, 68:1, 102:7,
127:1, 127:2, 132:3, 132:4
**trillion** [1] - 127:6
**tripled** [1] - 116:13
**troughs** [1] - 116:2
**true** [19] - 51:9, 60:5, 64:7,
68:23, 83:12, 111:12, 113:21,
119:21, 120:6, 121:8, 132:15,
135:2, 136:16, 137:14, 139:24,
142:2, 144:17, 144:24, 151:8
**trust** [2] - 30:6, 91:24
**truthful** [1] - 135:9
**try** [17] - 16:18, 16:19, 29:2,
29:6, 29:7, 32:1, 69:6, 83:19,
89:15, 93:14, 108:1, 124:12,
132:23, 148:11, 148:13, 149:1,
149:15
**trying** [26] - 10:2, 12:17, 25:15,
27:13, 31:13, 32:12, 34:1, 34:2,
38:23, 38:24, 59:10, 59:13,
64:5, 68:7, 68:9, 68:25, 75:6,
77:19, 92:17, 95:21, 106:24,
109:9, 110:11, 138:9, 138:11,
138:15
**turn** [1] - 59:22
**tweet** [56] - 21:20, 21:22, 22:23,
23:5, 24:4, 24:10, 24:15, 26:17,
27:7, 27:21, 28:3, 30:20, 33:2,
35:20, 41:13, 43:13, 44:3,
48:20, 48:25, 49:14, 50:9,
50:10, 51:20, 54:24, 58:21,
59:7, 60:9, 60:19, 61:4, 61:6,
61:13, 62:16, 62:18, 63:16,
63:23, 69:3, 70:22, 71:5, 72:5,
73:1, 73:2, 73:3, 73:12, 74:18,
75:19, 80:1, 80:5, 84:1, 90:25,
103:12, 104:13, 122:19, 128:2,
128:3
**tweeted** [3] - 21:17, 71:17,
118:8
**tweeting** [8] - 7:23, 18:10, 24:1,
24:7, 43:13, 71:19, 112:24,
116:24
**tweets** [69] - 17:11, 22:21,
25:17, 25:19, 26:15, 26:16,
26:21, 28:21, 29:10, 29:21,

31:11, 31:12, 31:15, 34:14,
34:20, 34:22, 35:17, 36:13,
41:16, 43:5, 43:21, 48:5, 48:7,
48:16, 48:24, 49:19, 50:4, 50:8,
50:16, 50:17, 50:24, 51:3,
52:13, 52:24, 52:25, 57:25,
61:22, 62:3, 62:8, 62:15, 62:20,
63:3, 63:6, 63:8, 63:11, 63:14,
63:25, 64:15, 66:8, 66:9, 66:11,
66:12, 66:13, 66:19, 66:22,
66:23, 67:1, 68:25, 69:22, 70:1,
70:7, 70:11, 74:2, 90:14, 90:19,
118:5, 131:7, 132:5, 136:2
**Twitter** [43] - 5:9, 18:18, 27:3,
27:14, 27:19, 31:14, 33:16,
34:11, 35:19, 38:10, 39:9,
39:11, 39:18, 40:5, 41:19,
42:14, 48:9, 49:24, 51:1, 52:7,
52:14, 53:8, 53:13, 53:19, 54:6,
54:22, 64:25, 65:7, 69:17,
74:18, 74:22, 75:3, 76:13, 86:8,
102:3, 102:7, 103:19, 112:8,
112:21, 114:15, 126:24
**twitter.com** [1] - 101:9
**two** [31] - 10:18, 10:21, 10:22,
12:23, 14:24, 19:15, 26:17,
39:20, 39:25, 40:8, 45:3, 56:8,
66:17, 77:23, 86:21, 87:4,
88:25, 90:3, 98:21, 105:14,
113:14, 116:21, 116:24, 124:8,
129:12, 136:11, 136:14, 141:2,
149:11, 149:17, 149:22
**two-month** [1] - 10:18
**type** [1] - 22:7
**types** [2] - 47:4, 120:24

# U

**U.S** [1] - 127:12
**U.S.C** [1] - 95:11
**ultimately** [2] - 111:10, 148:23
**Ultra** [1] - 77:16
**umbrella** [1] - 111:15
**un** [1] - 21:25
**un-ring** [1] - 21:25
**unable** [1] - 128:5
**unassailable** [1] - 51:14
**unavailable** [1] - 102:8
**unbelievable** [1] - 97:11
**uncertain** [1] - 146:21
**unclean** [2] - 41:24, 50:21
**unconnected** [1] - 19:20
**under** [30] - 5:6, 7:2, 25:4,
32:18, 32:21, 33:17, 33:18,
33:25, 34:17, 42:11, 42:20,
47:1, 70:12, 72:23, 76:6, 76:8,
84:13, 89:24, 95:16, 96:13,
97:12, 99:11, 111:15, 111:19,
112:18, 113:8, 123:16, 129:23,

135:17, 149:3
**underlying** [6] - 17:14, 33:15,
57:21, 59:3, 86:23, 98:22
**underneath** [1] - 102:2
**understand** [19] - 4:24, 11:17,
16:2, 25:24, 31:22, 65:14,
65:15, 85:2, 86:12, 89:1, 94:7,
98:24, 101:18, 103:21, 104:2,
106:24, 107:6, 143:7, 146:18
**understanding** [2] - 91:6,
103:25
**understands** [1] - 63:22
**understood** [2] - 98:5, 99:19
**unequivocally** [1] - 73:14
**unicorns** [1] - 144:8
**unison** [2] - 39:21, 60:15
**UNITED** [2] - 1:1, 1:4
**United** [6] - 2:2, 7:2, 9:2,
126:10, 147:25, 151:7
**universe** [1] - 71:2
**unlawful** [1] - 94:14
**unless** [1] - 91:19
**unreasonable** [1] - 43:10
**until** [5] - 15:22, 16:12, 80:10,
105:1, 123:18
**unwieldy** [2] - 57:8, 57:10
**up** [88] - 6:6, 6:24, 7:11, 7:17,
7:19, 7:22, 7:25, 9:16, 11:20,
12:22, 16:8, 18:5, 18:16, 25:25,
27:15, 27:16, 27:17, 27:20,
28:3, 28:16, 29:20, 32:15,
35:11, 36:11, 36:20, 37:4,
37:10, 37:22, 46:7, 49:14,
49:15, 52:5, 56:4, 58:16, 61:6,
70:15, 71:21, 73:5, 74:21,
75:14, 76:5, 77:8, 80:23, 83:21,
84:16, 84:21, 85:1, 87:8, 90:20,
93:13, 98:8, 98:10, 99:24,
100:22, 100:24, 101:13, 103:9,
105:10, 106:21, 110:11,
110:22, 110:23, 114:20, 115:5,
116:1, 116:8, 118:4, 118:5,
118:23, 120:10, 120:12, 123:3,
124:25, 128:7, 128:10, 133:19,
134:23, 140:3, 140:7, 141:23,
142:6, 144:24, 144:25, 147:11,
147:13, 147:20
**upon** [1] - 135:25
**upset** [2] - 126:5, 129:5
**uptick** [1] - 100:20
**URL** [3] - 31:5, 32:25, 46:22
**us** [22] - 8:3, 18:4, 18:7, 21:2,
21:3, 22:18, 40:10, 40:16,
40:20, 49:6, 58:4, 60:17, 67:22,
68:15, 75:21, 75:22, 78:25,
85:11, 88:17, 91:24, 100:10,
124:12
**use** [17] - 17:15, 25:15, 40:14,
40:20, 42:10, 42:23, 49:6,
70:11, 70:12, 70:13, 71:12,

73:16, 80:9, 85:9, 103:17,
104:8, 110:7
**used** [7] - 42:15, 42:17, 51:12,
56:1, 57:11, 69:9, 136:17
**useful** [1] - 58:9
**uses** [3] - 39:4, 131:8, 131:10
**using** [6] - 31:17, 86:13, 97:7,
101:20, 121:22, 125:22
**usually** [2] - 14:18, 107:15

**V**

**v** [2] - 7:1, 125:17
**vacuum** [2] - 63:5, 67:8
**valid** [1] - 123:19
**value** [2] - 142:13
**vanilla** [1] - 21:10
**variation** [1] - 75:17
**vast** [1] - 42:6
**vein** [1] - 66:4
**verdict** [1] - 147:13
**version** [1] - 3:14
**very** [28] - 18:14, 26:17, 33:12,
33:13, 41:8, 45:17, 51:25, 60:8,
60:13, 64:10, 66:3, 66:12, 71:1,
78:13, 79:22, 92:13, 93:17,
95:24, 97:19, 109:9, 113:14,
124:17, 131:25, 141:23, 147:24
**victim** [27] - 76:10, 114:8,
116:22, 119:8, 119:9, 119:15,
119:16, 119:18, 119:21, 120:5,
121:10, 122:18, 132:18, 137:1,
137:6, 137:7, 137:9, 139:18,
142:21, 143:4, 143:10, 143:15,
143:25, 144:13, 148:12
**victims** [19] - 109:18, 109:21,
114:7, 115:1, 115:22, 117:25,
118:20, 121:7, 121:8, 121:9,
122:14, 124:1, 130:13, 133:25,
138:19, 143:13, 144:7, 146:23,
148:18
**video** [18] - 35:21, 38:1, 38:6,
38:19, 39:1, 42:25, 44:4, 44:10,
53:6, 53:9, 53:17, 54:14, 55:3,
55:6, 56:9, 101:7, 102:16
**view** [9] - 27:11, 27:14, 40:8,
71:2, 97:21, 97:22, 97:23,
125:10
**viewed** [10] - 28:19, 29:16,
39:20, 39:23, 58:7, 58:8, 63:24,
70:22, 71:4, 80:4
**viewing** [7] - 27:21, 27:23,
28:10, 28:12, 28:20, 64:15
**Viking** [1] - 127:9
**violation** [4] - 7:1, 43:25, 45:14,
93:24
**virtue** [1] - 45:1
**visit** [1] - 110:16
**visually** [1] - 69:16

**volume** [8] - 6:14, 9:5, 11:2,
14:16, 37:22, 60:5, 75:12, 95:4
**voluminous** [1] - 9:7
**vs** [1] - 1:6

**W**

**wait** [9] - 34:18, 52:10, 53:22,
72:25, 91:14, 125:25, 140:20
**waiting** [3] - 78:25, 114:13,
114:16
**walked** [2] - 118:18, 118:19
**Wall** [1] - 133:24
**want** [57] - 3:8, 5:5, 6:5, 15:6,
25:2, 33:11, 35:3, 35:7, 40:14,
40:16, 40:17, 40:20, 42:1, 43:5,
43:9, 43:17, 45:25, 50:15,
57:15, 57:20, 59:4, 60:1, 60:13,
60:16, 60:21, 61:10, 61:11,
61:24, 61:25, 63:17, 69:8,
70:15, 72:15, 80:13, 81:14,
85:11, 92:22, 98:24, 98:25,
105:20, 108:1, 110:9, 110:15,
110:23, 111:2, 111:4, 113:1,
113:4, 113:5, 124:16, 128:21,
134:15, 134:16, 134:19
**wanted** [16] - 4:10, 14:3, 81:14,
89:19, 106:20, 112:15, 117:3,
127:2, 129:5, 129:6, 129:8,
132:1, 132:2, 133:13, 134:6,
136:23
**wants** [8] - 20:2, 40:6, 46:7,
64:24, 70:11, 80:18, 85:13,
138:4
**warned** [1] - 72:17
**warrant** [9] - 33:16, 42:14,
49:24, 51:12, 51:13, 54:4, 69:9,
69:15, 69:24
**was** [181] - 3:9, 3:18, 3:19, 3:20,
7:5, 7:6, 7:13, 7:23, 8:6, 10:7,
10:9, 10:10, 10:24, 11:3, 11:8,
14:7, 14:8, 14:10, 17:6, 17:22,
20:9, 21:21, 22:23, 22:24, 23:1,
25:18, 28:23, 28:24, 29:3, 29:8,
29:16, 33:3, 33:7, 34:4, 35:17,
35:18, 35:24, 37:5, 37:15,
37:16, 37:17, 38:2, 38:3, 38:8,
39:13, 41:1, 41:6, 42:24, 43:24,
44:12, 45:22, 47:15, 49:3, 49:4,
50:20, 51:2, 52:13, 52:17,
52:18, 52:21, 52:23, 54:3,
54:12, 55:3, 55:25, 56:13,
56:17, 56:18, 56:20, 58:7, 58:8,
59:1, 59:14, 59:17, 61:12, 64:4,
64:5, 68:5, 68:11, 69:15, 71:15,
72:12, 74:1, 74:2, 74:22, 77:16,
77:20, 78:11, 82:8, 82:11,
82:16, 82:21, 85:7, 85:12,
88:12, 89:14, 97:4, 97:6, 97:10,
98:6, 98:14, 98:25, 100:1,

102:18, 102:23, 102:25,
105:20, 105:24, 105:25, 106:1,
106:19, 110:20, 111:11,
111:19, 112:6, 112:12, 112:16,
112:17, 113:21, 113:22, 115:6,
116:15, 117:5, 117:24, 118:9,
119:24, 122:5, 122:13, 122:14,
123:1, 124:23, 125:18, 126:1,
126:2, 126:3, 126:19, 126:22,
126:25, 129:21, 130:24, 131:5,
131:13, 131:24, 132:7, 132:25,
133:1, 133:11, 133:25, 134:2,
134:3, 135:1, 135:5, 136:22,
137:18, 137:19, 137:24,
138:24, 139:2, 139:12, 139:19,
139:21, 142:7, 143:11, 143:18,
146:4, 146:5, 147:7, 147:12,
147:14, 147:15, 147:17,
147:18, 147:24
**wasn't** [5] - 5:4, 81:3, 87:19,
126:23, 146:23
**watch** [1] - 71:4
**watched** [3] - 42:25, 71:6, 101:7
**water** [1] - 62:2
**wax** [1] - 110:9
**way** [31] - 11:24, 15:11, 20:9,
26:11, 34:11, 36:22, 44:18,
54:13, 58:2, 58:18, 59:17, 63:1,
72:2, 75:9, 76:14, 78:1, 78:25,
80:6, 85:23, 87:14, 97:23,
109:5, 115:13, 116:23, 124:24,
125:5, 130:13, 131:20, 135:11,
139:7, 139:9
**Wayback** [9] - 34:23, 50:7,
50:13, 51:4, 69:23, 70:6,
101:14, 102:12, 131:7
**ways** [2] - 12:18, 113:14
**we** [311] - 4:3, 4:4, 4:24, 5:24,
6:4, 6:7, 6:9, 6:10, 6:14, 6:15,
7:2, 7:11, 7:14, 7:18, 7:25,
8:23, 8:24, 9:23, 10:4, 10:17,
11:7, 11:17, 11:23, 13:6, 13:9,
15:8, 15:13, 15:20, 15:21,
15:25, 16:11, 16:16, 16:23,
16:25, 17:2, 17:11, 17:20, 18:6,
20:8, 21:14, 21:25, 22:1, 22:17,
23:8, 23:22, 24:1, 24:3, 24:23,
24:24, 25:2, 25:11, 25:13, 26:1,
26:13, 26:16, 32:5, 32:23,
32:25, 33:2, 33:6, 33:9, 33:10,
33:12, 33:13, 33:14, 35:11,
35:23, 36:11, 36:12, 36:18,
37:18, 37:21, 37:23, 41:3, 41:5,
41:7, 41:9, 41:14, 41:15, 41:18,
41:20, 41:21, 42:10, 42:15,
42:17, 42:25, 43:14, 43:21,
45:20, 46:10, 46:21, 46:23,
46:25, 47:2, 47:17, 48:19,
48:22, 50:14, 51:8, 51:12,
51:20, 51:25, 52:5, 52:14, 53:1,

53:3, 53:6, 53:15, 53:25, 56:8,
56:19, 57:1, 57:3, 61:21, 62:7,
62:14, 62:17, 63:7, 66:8, 66:16,
66:21, 66:22, 66:25, 67:7, 67:8,
67:13, 69:9, 69:10, 69:24,
69:25, 70:11, 71:11, 71:15,
72:19, 72:23, 73:8, 75:2, 75:16,
76:5, 76:12, 76:21, 77:25,
78:22, 78:23, 78:24, 79:17,
79:21, 80:3, 80:23, 81:11,
81:15, 81:23, 82:5, 82:6, 82:15,
83:3, 83:5, 83:13, 84:1, 84:10,
84:16, 84:17, 84:25, 85:1, 85:2,
85:13, 85:16, 85:18, 85:19,
85:21, 87:6, 87:8, 87:20, 88:5,
88:9, 88:10, 88:14, 88:17,
88:18, 88:19, 89:12, 89:13,
89:15, 89:18, 90:12, 91:9,
92:21, 93:5, 93:9, 93:12, 93:16,
94:16, 95:10, 96:12, 96:14,
96:25, 97:11, 97:16, 97:18,
98:15, 98:18, 99:24, 100:6,
101:3, 101:12, 101:19, 101:25,
102:12, 102:13, 102:15,
102:20, 103:6, 103:17, 104:7,
104:8, 104:22, 105:1, 105:8,
106:20, 106:25, 107:2, 107:12,
107:22, 108:4, 108:11, 108:14,
108:21, 109:9, 109:18, 109:23,
109:25, 110:3, 110:9, 110:10,
110:14, 110:16, 110:20,
112:14, 113:10, 113:24, 115:7,
118:3, 118:18, 118:24, 119:1,
119:21, 124:6, 125:11, 126:10,
129:7, 130:7, 130:8, 131:6,
131:7, 132:3, 135:20, 135:22,
135:23, 136:2, 136:16, 137:2,
137:4, 137:7, 137:8, 137:13,
140:1, 140:23, 143:17, 144:4,
144:5, 144:7, 144:10, 144:20,
144:21, 145:1, 146:8, 146:12,
146:17, 146:25, 147:11, 148:5,
149:9

**we'd** [1] - 134:8

**we'll** [19] - 3:25, 5:20, 7:10, 8:7,
13:9, 13:10, 35:15, 36:22,
45:21, 49:10, 65:19, 101:13,
104:25, 109:21, 124:7, 124:9,
130:21, 144:8, 150:1

**we're** [124] - 9:20, 10:11, 12:19,
13:9, 15:2, 16:3, 16:4, 16:8,
17:21, 18:21, 19:3, 19:6, 22:19,
24:19, 24:21, 24:23, 31:23,
35:10, 36:12, 36:17, 36:20,
37:4, 37:9, 40:18, 40:25, 41:2,
43:8, 43:23, 48:5, 51:9, 51:17,
51:24, 52:15, 54:2, 54:11, 55:3,
55:9, 55:12, 59:8, 62:3, 63:8,
64:25, 65:8, 66:8, 67:8, 69:10,
72:19, 73:6, 73:9, 73:10, 73:11,
76:3, 78:1, 78:7, 79:8, 79:9,

80:20, 80:21, 81:21, 82:7,
82:11, 83:7, 83:18, 83:21, 84:2,
84:6, 85:12, 85:23, 87:17,
87:23, 87:24, 87:25, 88:1, 88:2,
89:17, 89:20, 89:23, 90:16,
90:23, 91:23, 92:6, 92:7, 92:24,
93:1, 93:2, 94:6, 97:22, 98:18,
99:8, 102:15, 103:7, 104:7,
104:15, 104:16, 104:17,
104:24, 105:4, 105:5, 107:21,
108:22, 109:3, 110:11, 115:20,
123:5, 123:7, 123:12, 127:5,
127:15, 129:23, 132:10,
135:11, 137:8, 139:11, 140:3,
144:3, 144:19, 144:24, 144:25,
145:4, 146:3, 146:13, 149:14

**we've** [29] - 4:7, 6:1, 6:3, 8:1,
9:3, 16:14, 22:16, 34:24, 54:17,
71:13, 71:18, 86:12, 87:16,
89:12, 93:2, 93:21, 103:10,
108:2, 108:5, 123:6, 123:11,
124:5, 125:13, 125:16, 130:6,
130:23, 139:5, 147:22

**weather** [1] - 40:7

**weatherman** [1] - 116:6

**website** [2] - 58:8, 128:2

**websites** [1] - 97:15

**weeds** [1] - 107:3

**week** [3] - 12:23, 47:25, 108:4

**weeks** [7] - 10:21, 10:22, 47:18,
47:19, 47:20, 89:16, 116:5

**weigh** [3] - 45:25, 124:16,
134:15

**weight** [8] - 20:8, 24:19, 51:19,
51:25, 104:16, 104:25, 105:5,
144:15

**well** [71] - 7:25, 8:11, 9:20, 10:6,
12:4, 12:22, 14:20, 17:15, 18:9,
20:14, 24:3, 32:3, 32:7, 36:8,
41:18, 41:25, 43:9, 44:9, 45:10,
48:19, 49:8, 49:20, 49:22,
50:11, 53:12, 53:22, 55:5,
55:10, 55:20, 62:7, 63:10,
63:17, 72:18, 72:25, 73:7,
74:16, 76:15, 81:4, 86:25, 93:8,
93:12, 93:16, 94:18, 98:2, 99:5,
99:7, 99:13, 102:15, 102:18,
105:24, 105:25, 107:7, 107:11,
109:3, 113:13, 113:15, 115:6,
116:11, 118:15, 119:4, 119:6,
125:13, 130:15, 134:21,
134:22, 136:12, 138:6, 139:10,
139:15, 141:23, 146:2

**went** [17] - 6:24, 7:22, 11:20,
46:21, 65:4, 67:25, 89:18,
111:20, 116:1, 116:8, 118:9,
122:21, 125:15, 129:10, 139:7,
147:1, 147:13

**were** [82] - 6:25, 10:1, 14:9,
14:11, 15:14, 20:5, 22:21, 34:2,

34:8, 38:12, 41:22, 46:22,
47:15, 48:8, 48:10, 48:13, 52:1,
52:5, 52:25, 54:5, 60:5, 61:18,
67:24, 68:4, 71:14, 77:21, 79:4,
79:14, 82:9, 82:15, 83:3, 85:25,
87:9, 89:13, 90:24, 93:9, 93:12,
97:7, 103:1, 104:12, 107:1,
112:9, 113:16, 113:21, 114:12,
115:15, 115:17, 116:2, 117:6,
120:1, 122:7, 122:19, 126:7,
129:15, 129:16, 130:24, 131:6,
131:21, 132:8, 133:20, 134:1,
135:9, 138:9, 138:15, 138:17,
138:18, 138:20, 139:1, 139:17,
140:24, 141:1, 141:2, 143:13,
144:22, 145:8, 145:17, 146:25

**weren't** [8] - 23:25, 24:1, 81:22,
98:15, 115:24, 116:4, 129:14,
146:22

**Whac** [1] - 40:24

**Whac-A-Mole** [1] - 40:24

**what** [256] - 3:11, 3:14, 6:10,
7:20, 9:25, 10:4, 10:9, 10:17,
11:7, 11:18, 12:13, 12:15,
13:15, 15:16, 18:1, 18:8, 18:25,
19:6, 20:12, 20:18, 21:1, 21:4,
21:24, 22:2, 22:8, 23:10, 23:13,
24:6, 24:22, 26:7, 26:13, 26:14,
26:21, 27:5, 29:9, 30:4, 31:13,
31:15, 31:19, 32:19, 32:23,
33:9, 33:25, 34:9, 34:18, 35:18,
36:1, 36:9, 36:11, 36:18, 37:18,
38:18, 40:23, 41:7, 42:4, 43:17,
46:19, 47:15, 47:19, 49:22,
49:23, 50:6, 50:14, 52:12,
52:13, 52:14, 52:17, 52:24,
53:7, 53:12, 53:18, 53:24,
53:25, 55:2, 55:5, 55:7, 56:5,
57:17, 58:11, 59:13, 59:16,
59:18, 59:19, 59:23, 59:24,
59:25, 60:13, 61:3, 61:6, 61:16,
62:14, 62:25, 63:13, 63:23,
63:24, 64:8, 64:13, 64:23, 65:3,
65:5, 65:10, 65:11, 65:14,
65:15, 66:19, 67:23, 67:25,
68:2, 68:4, 68:5, 68:9, 68:25,
69:5, 69:9, 71:7, 71:24, 72:4,
72:22, 74:2, 74:5, 74:22, 75:22,
76:15, 76:24, 77:4, 77:10,
77:19, 78:4, 79:4, 79:8, 79:23,
80:15, 80:22, 81:9, 81:19, 82:7,
82:25, 83:3, 83:13, 83:17,
85:23, 87:13, 88:5, 89:4, 90:23,
91:5, 92:18, 93:5, 94:13, 94:16,
94:22, 96:6, 96:9, 96:12, 97:1,
97:22, 98:5, 99:24, 100:1,
100:13, 101:2, 102:6, 102:14,
103:3, 104:2, 104:12, 104:14,
104:16, 104:18, 105:22, 106:8,
106:25, 107:2, 107:3, 107:21,
108:2, 109:23, 111:8, 111:13,

111:25, 112:5, 112:11, 112:12, 112:15, 112:16, 112:24, 113:21, 113:24, 114:2, 114:3, 114:22, 115:11, 115:20, 118:16, 118:21, 118:23, 118:24, 119:21, 120:13, 120:14, 122:12, 122:14, 123:6, 123:15, 124:5, 124:6, 125:12, 125:20, 125:25, 126:5, 126:9, 128:11, 128:15, 128:17, 129:1, 129:4, 129:8, 129:23, 130:5, 131:2, 131:5, 131:13, 132:5, 132:8, 132:15, 132:19, 133:2, 135:6, 135:13, 135:22, 136:11, 136:25, 137:19, 137:24, 139:5, 139:15, 140:5, 141:7, 143:5, 143:6, 145:9, 146:3, 147:9, 147:11, 149:9, 149:20, 149:23
**what's** [12] - 22:3, 28:1, 35:15, 38:24, 46:15, 59:2, 62:25, 83:22, 100:18, 109:4, 115:12, 134:23
**whatever** [7] - 28:9, 52:7, 61:24, 70:11, 135:2, 139:20
**whatsoever** [1] - 142:15
**when** [55] - 3:18, 11:10, 17:20, 35:20, 38:5, 39:5, 39:8, 40:9, 41:1, 44:3, 44:5, 44:8, 45:16, 47:20, 48:12, 50:19, 56:11, 63:24, 64:3, 66:17, 67:8, 71:24, 84:19, 84:21, 94:4, 96:14, 102:2, 110:10, 110:16, 110:20, 112:9, 114:14, 114:16, 115:17, 115:25, 116:1, 116:2, 117:8, 122:19, 122:20, 123:1, 123:3, 126:18, 126:22, 126:25, 128:23, 128:24, 131:25, 133:1, 140:23, 142:8, 145:10, 145:25, 147:16
**whenever** [1] - 109:22
**where** [50] - 4:3, 4:4, 19:16, 21:15, 27:17, 37:2, 41:6, 41:18, 43:2, 43:5, 44:6, 47:2, 47:4, 47:11, 51:8, 56:8, 56:9, 61:17, 71:20, 75:2, 77:6, 77:8, 80:23, 83:16, 85:6, 85:17, 86:4, 87:17, 95:11, 96:15, 100:19, 102:3, 109:23, 110:5, 110:14, 125:17, 127:15, 128:12, 131:8, 133:16, 133:24, 137:12, 140:11, 142:20, 143:17, 144:19, 146:13, 147:1, 147:19
**whether** [21] - 6:1, 8:18, 12:6, 14:8, 14:11, 23:16, 27:25, 28:2, 28:19, 33:3, 33:7, 39:12, 52:25, 58:8, 60:19, 69:17, 88:13, 92:24, 126:2, 146:10, 148:25
**which** [76] - 5:21, 7:11, 15:8, 15:24, 15:25, 16:23, 16:25, 19:19, 21:24, 28:13, 33:25,

36:10, 36:11, 36:21, 37:5, 37:23, 40:10, 46:2, 46:17, 46:22, 47:15, 49:4, 50:18, 51:1, 52:15, 52:16, 57:6, 57:13, 58:3, 58:4, 61:21, 65:25, 66:1, 66:25, 71:3, 71:7, 71:9, 73:19, 75:11, 75:12, 75:17, 77:7, 80:22, 81:15, 83:14, 83:20, 84:17, 85:15, 85:16, 88:3, 88:5, 91:4, 91:5, 95:22, 111:15, 117:5, 119:1, 119:2, 120:13, 121:2, 121:11, 123:17, 126:12, 126:14, 127:25, 128:12, 129:1, 131:14, 132:8, 134:5, 135:8, 139:16, 145:6, 145:24, 147:5
**while** [7] - 6:4, 6:21, 85:2, 117:6, 125:10, 139:11, 146:8
**who** [63] - 4:15, 6:15, 8:24, 20:2, 26:20, 26:21, 27:4, 27:5, 28:13, 29:16, 39:6, 44:20, 44:23, 47:7, 48:4, 53:3, 54:5, 56:15, 56:16, 56:20, 58:20, 64:13, 64:15, 66:19, 68:1, 71:4, 71:20, 84:2, 85:17, 85:18, 89:25, 90:24, 92:18, 96:17, 96:18, 97:3, 97:7, 99:3, 101:15, 103:1, 105:15, 114:7, 114:8, 114:9, 115:1, 117:19, 121:8, 121:9, 122:6, 126:15, 127:9, 130:7, 131:1, 131:2, 134:1, 141:21, 141:25, 142:9, 143:22, 147:7, 147:9, 148:1
**who's** [1] - 8:20
**whoever** [2] - 14:21, 44:14
**Whole** [1] - 141:9
**whole** [15] - 23:8, 23:22, 23:24, 30:8, 46:18, 56:23, 80:21, 83:10, 88:10, 90:14, 109:5, 134:11, 135:25, 137:22, 141:19
**whomever** [1] - 111:5
**whose** [1] - 141:14
**why** [68] - 13:9, 14:22, 14:23, 22:20, 24:24, 28:11, 29:15, 32:3, 32:25, 33:13, 33:14, 36:8, 41:9, 43:2, 43:20, 44:9, 45:18, 45:22, 48:15, 49:17, 51:20, 51:21, 52:2, 55:12, 57:1, 61:21, 62:6, 62:22, 64:18, 67:7, 72:13, 74:4, 77:14, 89:1, 89:2, 90:16, 90:22, 92:1, 92:6, 94:1, 94:4, 98:21, 98:24, 101:4, 104:9, 104:22, 105:20, 107:12, 107:22, 108:16, 111:5, 111:7, 114:24, 115:20, 117:10, 117:11, 118:2, 119:1, 119:2, 120:16, 120:17, 121:2, 121:6, 121:17, 122:1, 131:13, 132:10
**will** [50] - 3:13, 3:17, 3:23, 4:16, 5:1, 7:12, 11:2, 11:23, 16:16, 16:17, 25:12, 27:15, 27:20,

27:24, 28:2, 31:17, 43:24, 44:9, 44:19, 49:11, 56:10, 56:17, 57:24, 65:23, 67:13, 71:1, 71:12, 73:12, 74:19, 75:18, 78:3, 81:24, 94:16, 95:25, 96:14, 96:15, 96:19, 100:22, 101:16, 102:2, 104:11, 115:5, 124:10, 124:12, 127:20, 129:17, 133:5, 133:15, 146:12, 149:21
**WILLIAMS** [11] - 14:5, 14:7, 14:15, 69:12, 69:19, 70:6, 73:10, 100:1, 100:4, 148:9, 148:20
**Williams** [4] - 1:21, 14:4, 14:5, 14:6
**willing** [4] - 13:6, 43:7, 131:7, 138:7
**win** [1] - 65:20
**window** [10] - 9:10, 10:10, 12:3, 13:19, 13:22, 14:1, 20:16, 20:17, 23:7
**windows** [3] - 9:13, 13:21, 21:7
**wire** [6] - 19:17, 111:20, 113:8, 113:10, 125:24, 135:17
**wise** [2] - 3:16, 115:24
**wish** [3] - 10:25, 35:13, 126:22
**with** [125] - 4:1, 5:7, 5:9, 5:18, 5:21, 6:15, 6:17, 8:12, 11:18, 14:12, 15:12, 15:15, 15:18, 15:23, 16:15, 20:20, 21:21, 23:19, 23:25, 24:5, 25:14, 25:21, 25:22, 30:3, 32:16, 36:2, 36:9, 41:21, 43:21, 47:3, 50:7, 52:6, 53:15, 57:16, 58:17, 61:6, 62:2, 64:21, 64:22, 65:2, 73:9, 73:13, 74:14, 75:2, 75:3, 75:20, 76:5, 76:10, 82:21, 83:2, 84:18, 84:21, 87:2, 87:11, 87:12, 89:7, 90:8, 90:24, 94:3, 94:9, 94:15, 95:4, 95:8, 95:19, 96:10, 98:14, 99:9, 99:18, 101:20, 102:25, 103:4, 103:5, 103:9, 103:12, 105:6, 105:7, 105:24, 106:10, 106:15, 107:1, 107:13, 108:15, 109:17, 109:19, 109:22, 112:2, 112:4, 112:22, 115:24, 118:4, 120:22, 121:16, 122:6, 128:2, 129:13, 130:8, 130:19, 130:20, 131:2, 131:8, 133:9, 133:18, 136:23, 136:25, 137:17, 137:18, 138:16, 138:18, 138:25, 139:3, 140:25, 142:11, 142:16, 144:3, 144:25, 145:1, 146:10, 146:19, 147:2, 147:4, 147:19, 147:22
**withdraw** [1] - 90:12
**within** [7] - 9:13, 15:7, 39:10, 60:2, 81:13, 85:22, 101:22
**without** [10] - 38:5, 39:20,

39:24, 44:22, 57:20, 57:21,
69:20, 86:5, 106:4, 146:10
**witness** [8] - 4:16, 14:22, 45:22,
48:6, 49:16, 54:24, 56:21,
66:17
**woke** [1] - 133:19
**wolf** [1] - 133:24
**women** [1] - 129:7
**won't** [6] - 4:20, 4:22, 28:8,
53:2, 102:20, 124:6
**wool** [1] - 38:23
**word** [3] - 5:15, 30:9, 121:22
**words** [13] - 17:15, 27:4, 52:23,
88:24, 91:17, 91:25, 104:18,
110:7, 140:2, 140:17, 141:3,
148:15, 149:5
**work** [5] - 24:23, 47:3, 56:14,
70:19, 88:20
**worked** [4] - 20:9, 78:17, 105:15
**working** [4] - 6:3, 6:6, 93:7,
108:15
**works** [5] - 25:1, 34:11, 124:24,
141:8, 141:20
**world** [2] - 27:5, 125:2
**worried** [1] - 136:7
**worry** [1] - 88:19
**worth** [6] - 132:19, 133:1,
133:2, 134:2, 134:3
**would** [101] - 3:11, 4:1, 6:23,
9:23, 11:10, 13:16, 13:24,
15:20, 16:11, 17:11, 17:15,
19:23, 20:10, 21:1, 21:2, 21:3,
29:4, 29:6, 29:9, 29:10, 34:8,
34:18, 35:14, 36:3, 37:3, 37:7,
41:4, 44:6, 44:13, 46:17, 49:6,
50:10, 52:13, 54:25, 55:2, 55:7,
56:12, 57:6, 58:2, 58:20, 58:21,
58:22, 60:6, 60:7, 60:8, 60:9,
60:10, 60:11, 64:21, 66:8,
66:21, 68:3, 69:16, 70:20,
70:22, 71:3, 71:20, 71:22, 72:5,
72:19, 72:23, 74:3, 76:24, 77:1,
77:25, 80:16, 83:25, 88:8,
88:19, 89:6, 90:25, 91:1, 91:10,
94:18, 97:19, 102:7, 103:23,
105:8, 109:11, 109:12, 113:4,
114:7, 114:8, 114:9, 116:7,
116:12, 123:10, 124:6, 125:5,
126:7, 126:17, 134:9, 135:20,
138:21, 139:13, 145:25, 146:1
**wouldn't** [8] - 8:16, 24:1, 36:4,
49:21, 52:14, 80:23, 100:25,
109:11
**wound** [1] - 147:11
**writing** [1] - 128:19
**written** [1] - 68:5
**wrong** [2] - 23:19, 24:5
**wrongdoing** [3] - 78:4, 88:7,
88:9
**wrongful** [1] - 95:11

## X

**X** [3] - 51:23, 94:5, 122:18

## Y

**Y** [1] - 51:23
**y'all** [2] - 14:21, 150:2
**Yahoo** [1] - 7:14
**yeah** [17] - 41:3, 43:23, 49:12,
53:12, 73:5, 73:25, 81:22,
102:15, 102:18, 103:15, 118:8,
119:6, 134:22, 134:23, 136:8,
138:2, 138:9
**year** [5] - 8:8, 73:23, 74:7,
82:17, 109:1
**years** [4] - 43:14, 105:15,
105:19, 116:21
**yell** [1] - 128:14
**yellow** [2] - 35:24, 37:14
**Yes** [3] - 46:5, 61:3, 66:16
**yes** [14] - 4:13, 5:3, 5:20, 13:4,
17:17, 39:17, 40:4, 46:1, 47:17,
58:21, 58:23, 100:9, 135:5,
136:5
**yesterday** [17] - 4:9, 10:7,
15:15, 15:23, 16:3, 18:20, 20:9,
23:9, 23:23, 23:24, 90:17,
111:3, 118:18, 123:23, 125:11,
135:1, 139:20
**yesterday's** [1] - 3:19
**yet** [5] - 21:23, 46:2, 73:16,
84:5, 117:1
**York** [3] - 115:9, 125:21, 138:18
**you** [332] - 3:12, 3:13, 3:17,
3:18, 3:23, 3:24, 3:25, 4:9,
5:14, 6:5, 7:16, 7:18, 8:1, 8:6,
8:9, 8:12, 8:13, 9:17, 10:16,
10:23, 11:2, 12:5, 12:23, 13:8,
13:11, 13:24, 14:2, 14:3, 14:9,
14:11, 14:22, 14:25, 15:5, 15:7,
16:1, 16:16, 16:19, 17:18,
18:16, 18:17, 19:9, 19:10,
19:11, 20:11, 20:24, 22:13,
22:16, 23:2, 23:3, 23:12, 23:20,
24:6, 24:14, 24:25, 25:1, 25:2,
25:21, 25:22, 25:23, 25:24,
26:10, 27:9, 27:10, 27:11,
27:14, 27:19, 27:24, 28:6, 28:7,
28:15, 29:4, 29:20, 30:3, 30:5,
30:7, 32:14, 33:8, 35:3, 35:7,
35:9, 35:13, 35:15, 35:20, 36:9,
36:22, 37:2, 37:11, 37:12,
37:13, 38:17, 38:22, 39:23,
40:8, 40:23, 41:15, 43:4, 43:6,
43:8, 43:14, 44:9, 44:16, 44:17,
44:24, 45:18, 45:25, 46:2, 46:3,
47:1, 47:6, 47:25, 48:18, 49:3,
49:13, 49:14, 52:5, 52:7, 52:15,

## X (continued)

53:7, 53:14, 53:15, 54:9, 55:3,
56:8, 57:23, 60:9, 60:10, 60:19,
60:25, 61:8, 61:22, 61:23,
61:24, 62:11, 63:5, 63:18, 65:4,
66:10, 66:19, 68:3, 68:21, 69:7,
69:8, 71:12, 71:24, 72:1, 72:2,
72:15, 72:25, 74:2, 74:4, 74:19,
75:14, 75:20, 77:9, 80:8, 81:14,
82:15, 82:19, 82:22, 83:2,
83:10, 84:20, 84:23, 85:8,
87:12, 87:13, 90:17, 91:5,
91:14, 91:19, 91:24, 92:19,
93:17, 94:1, 94:3, 94:4, 95:5,
96:15, 96:19, 96:20, 96:21,
96:24, 97:16, 97:20, 98:5,
98:24, 99:25, 100:4, 101:13,
101:15, 101:16, 102:2, 102:7,
102:8, 102:11, 102:20, 104:12,
106:6, 106:7, 107:16, 108:7,
110:22, 110:23, 110:25, 111:1,
111:3, 111:8, 111:19, 111:21,
112:8, 112:9, 112:12, 112:13,
112:22, 112:24, 112:25, 113:1,
113:3, 113:4, 113:9, 113:12,
113:14, 113:18, 113:21,
114:12, 114:14, 114:24, 115:6,
115:8, 116:1, 116:4, 116:21,
117:18, 117:24, 118:1, 118:3,
118:7, 118:15, 118:19, 120:8,
121:1, 121:19, 121:22, 122:7,
123:2, 123:11, 123:14, 123:15,
123:22, 124:10, 125:4, 125:16,
125:25, 126:3, 126:5, 126:7,
126:20, 127:14, 127:15, 128:5,
128:7, 128:9, 128:15, 128:16,
128:21, 128:22, 128:23, 129:9,
129:10, 129:11, 129:14,
129:17, 129:19, 130:4, 130:8,
130:11, 132:7, 132:24, 134:13,
134:16, 134:18, 134:19,
137:14, 137:17, 137:18, 138:6,
138:8, 139:22, 140:6, 140:12,
140:14, 141:5, 141:6, 141:10,
141:11, 141:14, 141:20,
141:24, 142:8, 143:5, 144:7,
144:17, 145:24, 145:25,
146:24, 147:20, 149:9, 149:18,
149:19, 149:20, 149:23
**you'll** [5] - 28:6, 28:7, 38:11,
47:4, 80:9
**you're** [38] - 13:6, 13:14, 19:22,
27:21, 27:23, 27:25, 28:1, 28:3,
28:4, 28:12, 35:6, 44:2, 49:8,
61:19, 69:19, 71:23, 72:5, 72:6,
73:25, 89:1, 89:2, 90:18, 90:19,
91:24, 102:14, 110:25, 112:21,
112:23, 126:5, 128:5, 138:20,
140:14, 142:3, 142:17, 143:8
**you've** [7] - 13:20, 53:24, 61:1,
61:2, 61:4, 68:18, 98:2
**young** [2] - 26:23, 42:24

**Your** [150] - 4:12, 5:3, 5:20,
8:22, 9:23, 10:6, 12:7, 12:19,
13:4, 13:5, 14:17, 16:13, 16:15,
16:21, 17:7, 17:23, 20:6, 20:9,
20:14, 21:15, 22:19, 25:11,
27:13, 30:23, 31:8, 32:9, 32:11,
33:5, 33:24, 34:22, 35:1, 35:2,
35:4, 35:10, 37:9, 38:16, 40:22,
40:23, 40:25, 43:23, 45:10,
46:1, 46:10, 46:21, 48:2, 49:1,
49:18, 50:15, 52:4, 53:7, 55:13,
56:2, 56:4, 56:7, 56:24, 57:3,
59:2, 59:12, 59:21, 61:9, 62:1,
62:9, 63:12, 63:13, 63:22,
64:20, 64:24, 65:17, 65:21,
66:24, 67:13, 67:19, 68:23,
69:25, 70:7, 71:11, 72:22, 73:7,
74:6, 74:16, 75:4, 75:9, 75:20,
75:23, 76:20, 78:13, 79:1,
79:11, 81:7, 81:24, 82:5, 82:18,
83:5, 83:12, 83:24, 86:11,
86:19, 87:5, 87:20, 88:6, 88:22,
89:6, 90:10, 91:8, 91:9, 92:5,
92:22, 93:1, 93:4, 93:25, 94:10,
94:15, 95:24, 96:1, 96:13,
97:17, 97:25, 98:17, 98:21,
99:1, 99:23, 101:18, 103:7,
103:11, 104:17, 106:21,
107:23, 109:25, 124:24,
132:12, 133:5, 134:13, 134:17,
134:18, 135:19, 136:14,
137:12, 138:2, 139:25, 140:3,
140:18, 140:23, 141:6, 141:7,
144:14, 145:2, 145:5, 146:11,
148:20, 149:3
**your** [42] - 12:4, 14:8, 14:10,
14:17, 27:23, 27:24, 28:3,
28:12, 30:1, 32:4, 38:23, 39:3,
40:2, 44:15, 48:1, 54:10, 54:14,
55:15, 56:25, 59:1, 60:15,
61:23, 65:14, 66:13, 68:20,
72:16, 75:2, 86:7, 90:1, 98:25,
100:11, 106:11, 108:8, 111:2,
111:3, 111:4, 120:11, 125:6,
128:6, 130:12, 131:14, 135:4
**yourself** [1] - 120:8

## Z

**Z** [1] - 51:23
**Zachary** [1] - 1:22
**zero** [5] - 59:21, 120:9, 139:20,
140:16, 141:2
**zero-sum** [4] - 120:9, 139:20,
140:16, 141:2
**zoomed** [1] - 7:18