**TRANSCRIPT ORDER FORM (DKT-13)** *READ INSTRUCTIONS ON REVERSE BEFORE COMPLETING*

District Court  Southern District of Texas                          District Court Docket No.  4:22-cr-612

Short Case Title  USA v. Constantinescu, et al.,

**ONLY ONE COURT REPORTER PER FORM** Court Reporter  ERO

Date Notice of Appeal Filed in the District Court  4/4/2024                    Court of Appeals No.  24-20143

**PART I.** (To be completed by party ordering transcript.  Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
**A. Complete the Following:**
☐No hearings ☒Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office
**OR**
**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____
Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| January 5, 2023 | Motion Hearing as to Cooperman (6) & Arraignment as to Cooperman (6) | Magistrate Judge Dena Hanovice Palermo |
| January 12, 2023 | Arraignment as to Deel (4) | Magistrate Judge Dena Hanovice Palermo |
| February 14, 2023 | Arraignment as to Constantinescu (1), Matlock (2), Rybarczyk (3), and Knight (8) | Magistrate Judge Dena Hanovice Palermo |
| February 16, 2023 | Arraignment as to Deel (4) | Magistrate Judge Dena Hanovice Palermo |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**
**B. This is to certify satisfactory financial arrangements have been made.  Method of Payment:**
☐Private Funds;    ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;    ☐Advance Payment Waived by Reporter;    ☐U.S. Government Funds

☐Other _____

Signature  /s/Anna E. Kalluri                          Date Transcript Ordered  Transcripts are unnecessary for appeal purposes

Print Name  Anna Kalluri                                    Phone  (713) 567-9463

Counsel for  United States of America, Plaintiff - Appellant

Address  U.S. Attorney's Office Southern District of Texas, 1000 Louisiana Street, Ste. 2300, Houston, TX 77002

Email of Attorney:  anna.kalluri@usdoj.gov

**PART II.  COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt.  Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason:  ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____

Email of Reporter

**Part III.  NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court.  This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes_____

Date _____ Signature of Reporter _____