United States District Court
Southern District of Texas
**ENTERED**
April 19, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD CONSTANTINESCU,<br>PERRY "PJ" MATLOCK,<br>JOHN RYBARCZYK,<br>GARY DEEL,<br>STEFAN HRVATIN,<br>TOM COOPERMAN,<br>MITCHELL HENNESSEY,<br>DANIEL KNIGHT. | No. 4:22-CR-00612-3 |

### ORDER VACATING COURT ORDER FILED AT DKT. 247

On March 20, 2024, this Court dismissed without prejudice the above numbered and titled case. As such, this Court's order freezing some of Mr. Rybarczyk's assets, filed at Dkt. 247, is hereby vacated. Bank of America is ordered to unfreeze the bank account ending in -1461 immediately.

Signed this 19th day of April 2024.

_____
Presiding Honorable Judge Andrew Hanen