**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

### RYBARCZYK'S OPPOSED MOTION TO TRAVEL

TO THE HONORABLE JUDGE ALFRED H. BENNETT:

COMES NOW JOHN RYBARCZYK, Defendant, and requests that the Court grant him permission to travel to Japan from June 15, 2026, to July 2, 2026,  and in support shows:

1. In March 2024, the Hon. Andrew Hanen dismissed the government's case.  (Dkt. 628).  Judge Hanen subsequently removed Defendant's Conditions of Release, returned his bond, unfroze certain assets, and returned his passport.  (Dkts. 651, 652, 675).

2. Defendant has not been under any pretrial conditions of release and has not been under the supervision of a pre-trial services officer since March 2024.

3. The government appealed the dismissal.  (Dkt. 643).  In October 2025, the Fifth Circuit reversed the dismissal and remanded the case to the Southern District of Texas.  (Dkts. 713-721).

4. At a May 8, 2026, status conference, the Court Ordered, among other things, that: (i) defendants are allowed to travel within the United States; and (ii) defendants must obtain the Court's permission for travel outside the United States.  (*See*, May 8, 2026, Docket Entry).

5. Between the remand and status conference, Defendant made arrangements to travel to Japan from June 15, 2026, until July 2, 2026.  If approved, Defendant will provide details of his travel, including flights and lodging, to the United States.

6.        Defendant requests this Court's permission to travel to Japan during those dates.

## **<u>CONCLUSION</u>**

WHEREFORE, PREMISES CONSIDERD, Defendant, JOHN RYBARCZYK requests that the Court grant the Motion and allow him to travel to Japan with his wife.

Respectfully submitted,

**HILDER & ASSOCIATES, P.C.**

*/s/ Q. Tate Williams*
Q. Tate Williams
Texas Bar No.: 24013760
Stephanie K. McGuire
Texas Bar No. 11100520
819 Lovett Blvd.
Houston, Texas 77006
Tel.: (713) 655-9111
Fax: (713) 655-9112
tate@hilderlaw.com
stephanie@hilderlaw.com

ATTORNEYS FOR DEFENDANT
JOHN RYBARCZYK

## **CERTIFICATE OF CONFERENCE**

I certify that I communicated with Assistant United States Attorneys assigned to this case and they informed me by email on May 21, 2026, that the Government opposes the relief sought.

*/s/ Q. Tate Williams*
Q. Tate Williams

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2026, a true and correct copy of the above and foregoing was served on all counsel of record via ECF.

*/s/ Q. Tate Williams*
Q. Tate Williams