## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **NO. 4:22-cr-00612-3** |
| | § | |
| **JOHN RYBARCZYK** | § | |

## ORDER ON MOTION TO TRAVEL

Defendant John Rybarczyk's Motion to Travel is hereby:

GRANTED  /  DENIED.

And, if GRANTED, it is ORDERED that Defendant, JOHN RYBARCZYK is permitted

to travel to Japan from June 15, 2026, until July 2, 2026.

SIGNED on this _____ JUN 0 9 2026 _____, 2026.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE